**Saul Perloff** (Cal. Bar No. 157092)
saul.perloff@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
111 W. Houston Street, Suite 1800
San Antonio, Texas  78205-3792
Telephone      (210) 224-5575
Telecopier     (210) 270-7205

Attorneys for Plaintiff
GUARDANT HEALTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDANT HEALTH, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATERA, INC., a Delaware corporation,<br><br>Defendant. | Case No.   21-cv-04062-EMC<br><br>**DECLARATION OF JUSTIN ODEGAARD M.D., PHD, IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:           June 3, 2021<br>Time:           1:45 p.m. (Pacific Time)<br>Courtroom:   Zoom Webinar<br><br>Complaint Filed:   May 27, 2021 |

I, Justin Odegaard, M.D., Ph.D., declare as follows:

1. I am the Vice President for Clinical Development at Guardant Health, Inc. ("Guardant"). I make this declaration in support of Guardant's Motion for Temporary Restraining Order. As Guardant's Vice President for Clinical Development at Guardant Health, Inc., I have personal knowledge of the facts set forth in this Declaration, and if called to testify as a witness, could and would competently testify to them under oath.

2. Guardant has a mission: To conquer cancer with data. Through painstaking research, Guardant developed its Guardant360 assay which pioneered liquid biopsy. The Guardant360 platform identified and coded strands of dying tumor DNA circulating in a patient's blood to determine the genomic alterations or mutations that drive the cancer.

3. Liquid biopsies are largely used today as a tool for therapy selection for patients

with advanced cancers. However, Guardant continues to work to advance the technology underlying Guardant360 to a point where it can become a tool for early detection of cancers or their recurrence, and a replacement for tissue biopsies that have been historically used to profile cancer tumors.

4. Historically, the field of cancer oncology has been data-starved, i.e., there has not been much data available about the genomic alterations that drive cancer, nor those that develop during cancer evolution. Because it is non-invasive, Guardant360 makes it much easier to capture data about genomic alterations that emerge in response to treatment and over time, and to share that data with others in the scientific and medical community.

5. Using data it has collected from the more than 200,000 patients whose cancers have been sequenced using Guardant360, Guardant is building a massive database of genomic information encompassing a broad variety of cancers, and hopes to increase its dataset to include data from more than 1 million patients over the next five years. This database will help researchers better define various diverse cancers at a molecular level with higher and higher resolution. The more detail this database contains, the more insight it provides into cancer pathogenesis. Guardant believes this resource accelerates new drug development, influences and informs oncologists' decision making, and ultimately improves cancer treatment and management by enabling highly individualized treatments based on comprehensive molecular information. This database also informs research into early detection, which holds tremendous promise for positively impacting survival in most cancers, for which reason the World Economic Forum (Davos) declared liquid biopsy their #1 breakthrough technology for 2017.

6. I joined Guardant as its Medical Director and Laboratory Director in February 2016, and I have served as Guardant's Vice President for Clinical Development since July 2018. Prior to joining Guardant, I was Laboratory Director at OneOme, a company co-founded by the Mayo Clinic and a pioneer in the field of pharmacogenomics, helping improve patient outcomes and reducing healthcare expenses by optimizing personal care medicine. Prior to that I was the Director of Molecular Pathology at Lifecode, Inc., a company focused on pan-cancer genomic analyses for cancer care. In all of my positions, including currently at Guardant, my research has

focused on the development and clinical application of molecular diagnostics.

7. I am a board-certified molecular and surgical pathologist, and I hold a Ph.D. in Immunology and an M.D. from Stanford University School of Medicine, where I also served as an adjunct clinical professor of pathology.

8. As Guardant's Vice President for Clinical Development, I oversee advanced cancer clinical strategy; clinical trial operations, including design, execution, and submission of strategic clinical studies; and clinical laboratory testing including clinical aspects of assay development and validation, regulatory submission and medical policy.

9. My most recent Curriculum Vitae is attached hereto as **Exhibit 1.**

10. Guardant is a pioneer in non-invasive cancer diagnostics and was the first company to commercialize a comprehensive genomic liquid biopsy blood test that is used to profile and track tumor genomics and identify treatment options. The Guardant oncology platform leverages its capabilities, including its proprietary blood tests, exclusive fragment coding, vast data sets, and advanced analytics, to drive commercial adoption, improve patient clinical outcomes, and lower healthcare costs across all stages of the cancer care continuum. Guardant Health has commercially launched the liquid biopsy-based Guardant360®, Guardant360® CDx, and GuardantOMNI® tests for advanced stage cancer patients, and recently launched its Guardant Reveal™ test for early-stage colorectal (CRC) patients.

11. CRC is the third most commonly diagnosed cancer and the second leading cause of cancer death in the United States. While a majority of patients are diagnosed with early-stage disease, nearly a third of patients whose CRC spreads into adjacent tissues and lymph nodes will die from their disease within five years.

12. Surgery alone is often curative for early-stage CRC, and in later-stage cases, adjuvant chemotherapy after surgery can reduce the risk of recurrence. However it is unclear which patients need adjuvant chemotherapy, and many who receive it do so unnecessarily. Until recently, clinicians have had very limited means of identifying patients that require adjuvant chemotherapy. Thus, the development of effective clinical tests to identify CRC patients with Minimal Residual Disease (MRD)—i.e., a small number of CRC cells remaining in the body that

can later multiply and cause recurrence of the disease—after surgery has long been recognized as a need, to help doctors both identify patients who may benefit from additional therapy and avoid administering unnecessary and toxic treatment to patients who will not benefit from it.

13. Human blood contains fragments of DNA, called cell-free DNA (cfDNA) that are shed into the bloodstream by dying cells in tissues. Such fragments of dying cancer cells are known as circulating tumor DNA (ctDNA). This phenomenon led to the development of so-called "liquid biopsies" a game-changing technology capable of detecting the presence of cancer in patients by detecting ctDNA in their blood without need of tumor tissue itself. This eventually led to liquid biopsies specifically designed to assess MRD following treatment of CRC. Liquid biopsies using simple blood draws offer major advantages for identifying MRD, because they are quick, convenient, and minimally invasive, and can be easily repeated to monitor for the presence of ctDNA over time.

14. Detecting and characterizing the very low concentrations of ctDNA present in the blood of CRC patients with MRD, and using that information to stratify patients as high- or low-risk for recurrence, requires an assay that is both highly sensitive and specific. Recognizing this need, Guardant expended substantial resources and time to develop Reveal, a clinical blood-based assay to evaluate ctDNA in blood using advanced DNA sequencing methods.

15. Reveal is the first commercially available plasma-only ctDNA assay, capable of detecting MRD in post-operative CRC patients without the need for prior sampling and sequencing of tumor tissue or the time needed to create a new, customized test for each new patient. Reveal simultaneously interrogates genomic and epigenomic alterations. It accurately identifies genomic alterations down to allele frequencies of 0.01%, and effectively filters out biological noise sources such as mutations caused by clonal hematopoiesis that can lead to false positive results when testing for MRD. The incorporation of biologically relevant epigenomic signatures is a key feature of Reveal that increases its test sensitivity in post-curative intent and surveillance indications.

16. Peer-reviewed data from a study conducted by Dr. Aparna R. Parikh and her colleagues at Massachusetts General Hospital Cancer Center shows that longitudinal Reveal

testing offers 91% sensitivity for recurrence (i.e., Reveal identified 91% of patients who went on to recur based on ctDNA detection) and 100% positive predictive value[1] for recurrence (i.e., all patients Reveal identified as having a "positive" ctDNA test result later recurred). This data has been presented at the 2019 American Society of Clinical Oncology (ASCO) meeting and the 2019 and 2020 European Society for Medical Oncology (ESMO) conference and was recently published in the April 29, 2021 on-line issue of the journal *Clinical Cancer Research*.

17. This performance makes Reveal a useful tool in the management of early stage CRC patients, however Reveal offers meaningful advantages over existing assays for detecting MRD in CRC patients as well. Currently, the only other commercialized assay for detecting MRD in CRC patients of which I am aware is Natera, Inc.'s Signatera™. Signatera is a tumor-dependent assay (Natera uses the term "tumor-informed") that sequences tumor tissue to identify a panel of tumor mutations specific to that patient, which then can be monitored throughout the patient's disease course.

18. Tumor-dependent assays like Signatera have drawbacks. Specifically, a meaningful number of CRC patients—particularly those treated with chemotherapy prior to surgery—may not have sufficient samples of tumor tissue to allow initial genomic profiling of the tumor. For these patients, a plasma-only ctDNA assay like Reveal provides the only option for MRD detection using ctDNA. Even if sufficient tissue is available, the need to profile the tissue and develop an individualized array of assays can create significant delays in initial MRD testing turnaround time. Reveal obviates the dependency on tissue and reduces the time to attain results needed to decide whether high-risk patients require adjuvant chemotherapy from approximately three weeks to just 7 days. For patients with a potentially lethal disease like CRC, this timely therapy decision-making is critical for both outcomes and for peace of mind.

19. But the importance of plasma-only, tissue-independent analyses goes beyond the acceleration of time to result performance. For some groups of patients it is a fundamental matter

---

[1] Positive predictive value (PPV) refers to the assay's ability to correctly predict which patients will subsequently develop a recurrence of CRC (i.e., "positive" test result means CRC will recur).

of access. As some patients may not have adequate tumor tissue available for sequencing. This can occur in early stage cancers when patients have received neoadjuvant chemotherapy, which can kill the tumor in tissue samples, and when tissue samples are either unavailable due to logistical reasons (e.g. patient referred from another facility) or inadequate in either quantity or quality for follow-on MRD testing. Without Reveal, these patients would be deprived of early recurrence detection and would be consigned to the traditional clinical risk stratification, which may result in over- or under-treatment.

20. To be meaningful, any comparison between diagnostic tests, including ctDNA assays for detecting MRD in CRC patients must be supported by properly designed, head-to-head studies that directly compare the two assays using the same test procedures and protocols in the same patient population. Cross-test comparisons, especially where the purpose and methodology of the underlying studies differ significantly, and/or where the studies are conducted in different patient populations, are fraught with, and often result in, misleading apples-to-oranges comparisons that cannot legitimately be used to claim that one test is superior to the other.

21. As of this declaration, I am unaware of any such independent, head-to-head studies, that could be used to compare the performance of commercially available products—Reveal to Signatera—using the same test protocol and procedures in the same patient population.

22. Nonetheless, I am aware of the litany of Natera promotional materials that discusses such comparisons and touts the superiority of Signatera compared with Reveal and the alleged superiority of "tumor informed" assays over "tumor naïve" assays in general in detecting MRD. Some of these advertisements include their "Evidence Review;" their "White Paper;" and their "Investor Presentation," which purports to compare "Signatera vs. Reveal performance." Similar to its "Evidence Review" and "White Paper," Natera's May 2021 "performance comparison" claims to demonstrate quantitatively that Signatera is superior to Reveal across a wide-ranging set of metrics, including "pre-surgical sensitivity," "failure rate," "diagnostic lead time," "post-surgical" and "serial longitudinal" negative predictive value (NPV), and "Hazard Ratio," among other categories, some of which are not "performance" metrics at all.

23. Critically Natera's "performance comparisons" are not based on a head-to-head study directly comparing Signatera and Reveal. No such study has been submitted, reviewed nor published to my knowledge. Instead Natera cites select data from a study conducted by Reinert *et al.* ("the Reinert Study") concerning Signatera, and inappropriately extrapolates other data from a study of an entirely different design and patient population conducted by Parikh *et al.* ("the Parikh Study") concerning Reveal. Published versions of both studies are attached as Exhibits I and J to the Declaration of Thereasa Rich, M.S.

24. Natera's advertising misleads oncologists and other physicians, cancer researchers, health care institutions, biopharmaceutical companies, and genetic laboratories to believe that Reveal is not validated, unproven, insensitive, and indeed "detrimental to patients," and that Signatera provides superior "performance."

25. In addition to clinical applications, I have (and currently do) work closely with our Biopharma business development team. That group works with companies developing cancer therapeutics, including small molecule drugs, immunological response biologics, and other advanced biochemical agents of treatment or remedy. Reveal, like the other Guardant assays, serve an important role in the development and validation of new therapeutics.

26. Biopharma companies run clinical trials to determine the safety and efficacy of proposed therapeutics. Populating those trials with patients who meet the test criteria is often a long and arduous process. For example, if a study wished to test a therapy on a CRC patient who could benefit from adjuvant therapy, it would aim to populate the study with patients who would otherwise experience post-surgical recurrence.

27. Reveal is intended to identify CRC patients who would have future disease recurrence and thereby allowing those patients access to late-stage drugs or biologics that could be effective in preventing that recurrence. In other words, Reveal becomes the gateway to a clinical trial for the patients most likely to validate the efficacy of the test.

28. I am aware that at least one biopharma company has been shown the Natera-authored comparison chart that contains many of the false and misleading assertions about Reveal. Guardant was specifically called to stand and defend the assertions put forth by Natera.

29. Oncologists do not have the means, resources or opportunities to independently test and validate new technology. As a result, they must rely on the accuracy of information placed before them by medical liaisons, sales representatives, promotional publications, and information presented at public meetings such as ASCO, among others. Recognizing the importance of objective measures to the community of oncology clinicians, Natera has used misrepresented simulacra of such measures to mislead them into believing that the risks of adopting Reveal outweigh the potential benefits, and in doing so, have deprived patients of the benefits of the platform.

Pursuant to 28 U.S.C. § 1746, I, Justin Odegaard, certify under penalty of perjury that the foregoing is true and correct. Executed on this 2nd day of June, 2021.

_____
Justin Odegaard

# EXHIBIT 1

# JUSTIN ODEGAARD, MD, PHD

425 SHELFORD AVENUE, SAN CARLOS, CA 94070
PHONE 650.814.2311, E-MAIL odegaard@gmail.com

## SUMMARY

Physician-scientist with executive experience in molecular diagnostics, including laboratory director and vice president roles leading clinical development, validation, operation, and clinical interpretation of molecular oncology diagnostics (IVD and CDx). Built companion diagnostics and clinical trial operations groups from ground up through two FDA Breakthrough Device Designations, multiple successful Investigational Device Exemptions, approval of the first liquid biopsy panel, approval of multiple PMA and sPMA CDx devices in US, Japan, and EU, including co-developed and follow-on CDx. VP-level experience in clinical strategy, including clinical product development, diagnostic study design and execution, and data development. VP-level experience contributing to reimbursement strategy, including clinical lead for successful Medicare and private payer coverage efforts.

## EMPLOYMENT EXPERIENCE

Guardant Health (Redwood City, CA)
- Vice President Clinical Development, August 2018 – Present
- Senior Medical Director, Laboratory Co-Director, February 2016 – August 2018

Stanford University, Department of Pathology (Stanford, CA)
- Instructor of Pathology (Attending Physician, Molecular Genetic Pathology), July 2013 – Jan. 2017
- Adjunct Assistant Clinical Professor, Jan 2017 – May 2020

OneOme (Minneapolis, MN)
- Laboratory Director, February 2016 – February 2018

LifeCode/Silicon Valley Biosystems (Foster City, CA)
- Laboratory Director designee, Director of Molecular Pathology, June 2014 – January 2016

University of California San Francisco, Cardiovascular Research Institute (San Francisco, CA)
- Assistant Professional Researcher, July 2013 – May 2016

Driver Group, LLC (San Francisco, CA)
- Diagnostics development consultant, June 2015 – November 2015

## CLINICAL TRAINING

Stanford University Hospital, Department of Pathology (Stanford, CA)
- Molecular and genetic pathology fellow, July 2012 - June 2013
- Surgical pathology fellow and chief resident, July 2011 - June 2012
- Anatomic pathology resident, July 2009 - June 2011

## PROFESSIONAL CERTIFICATIONS

New York State, Clinical Laboratory Evaluation Program Laboratory Director Certificate of Qualification in Molecular and Cellular Tumor Markers and Genetic Testing

American Board of Pathology diplomate in molecular and genetic pathology and anatomic pathology

California State Medical Board medical license #A113725

## EDUCATION

Stanford University Medical School (Stanford, CA): M.D., June 2009, Ph.D. (Immunology), June 2009

Duke University (Durham, NC): B.S., June 2002

## PATENTS

Primary Inventor, GH0034US-PRV2/42534-784.102, "Methods for the non-invasive detection and monitoring of therapeutic nucleic acid constructs."

Inventor, GH0041WO/42534-794.601, "Methods and systems for adjusting tumor mutational burden by tumor fraction and coverage."

PUBLICATIONS (IN REVERSE CHRONOLOGICAL ORDER)

ORIGINAL RESEARCH

1. Aleix Prat, Olga Martínez-Sáez, Tomás Pascual, Fara Brasó-Maristany, Nuria Chic, Blanca González-Farre, Esther Sanfeliu, Adela Rodríguez, Débora Martínez, Patricia Galván, Anna Belén Rodríguez, Francesco Schettini, Benedetta Conte, Maria Vidal, Barbara Adamo, Antoni Martinez, Montserrat Muñoz, Reinaldo Moreno, Patricia Villagrasa, Fernando Salvador, Eva M Ciruelos, Iris Faull, and Justin Odegaard. "Circulating tumor DNA dynamics in advanced breast cancer treated with CDK4/6 inhibition and endocrine therapy." **Breast Cancer.** In press January 2021.
2. Shin Kobayashi, Yoshiaki Nakamura, Hiroya Taniguchi, Justin I. Odegaard, Shogo Nomura, Motohiro Kojima, Motokazu Sugimoto, Masaru Konishi, Naoto Gotohda, Shinichiro Takahashi, and Takayuki Yoshino. "Impact of Preoperative Circulating Tumor DNA Status on Survival Outcomes After Hepatectomy for Resectable Colorecal Liver Metastases." **Annals of Surgical Oncology.** Published online January 03, 2021.
3. Evaristus C. Mbanefo; Loc Le; Luke F. Pennington; Yi-Ju Hsieh; Justin I. Odegaard; Kristina Lapira; Theodore S. Jardetzky; Franco H. Falcone; Michael Hsieh. "IPSE, a Urogenital Parasite-Derived Immunomodulatory Molecule, Suppresses Bladder Pathogenesis and Anti-Microbial Peptide Gene Expression in Bacterial Urinary Tract Infection." **Parasites & Vectors.** In press.
4. Evaristus C. Mbanefo, PhD; Chinwike Terry Agbo, MD; Yuanlong Zhao, MD; Olivia K. Lamanna, BS; Kimberly H. Thai, MD; Shannon Karinshak; Mohammad Khan; Chi-Ling Fu; Justin Odegaard; Irina Saltikova; Michael Smout; Luke Pennington; Mark Nicolls; Theodore Jardetzky; Alex Loukas; Paul Brindley; Franco Falcone; Michael Hsieh. "IPSE, an Abundant Egg-Secreted Protein of the Carcinogenic Helminth Schistosoma haematobium, Promotes Proliferation of Bladder Cancer Cells and Angiogenesis." **Infectious Agents and Cancer.** In press.
5. Yoshiaki Nakamura, Hiroya Taniguchi, Masafumi Ikeda, Hideaki Bando, Ken Kato, Chigusa Morizane, Taito Esaki, Yoshito Komatsu, Yasuyuki Kawamoto, Naoki Takahashi, Makoto Ueno, Yoshinori Kagawa, Tomohiro Nishina, Takeshi Kato, Yoshiyuki Yamamoto, Junji Furuse, Tadamichi Denda, Hisato Kawakami, Eiji Oki, Takako Nakajima, Naohiro Nishida, Kensei Yamaguchi, Hisateru Yasui, Masahiro Goto, Nobuhisa Matsuhashi, Koushiro Ohtsubo, Kentaro Yamazaki, Akihito Tsuji, Wataru Okamoto, Katsuya Tsuchihara, Takeharu Yamanaka, Izumi Miki, Yasutoshi Sakamoto, Hiroko Ichiki, Masayuki Hata, Riu Yamashita, Atsushi Ohtsu, Justin I. Odegaard, Takayuki Yoshino. "Clinical Utility of Circulating Tumor DNA Sequencing in Advanced Gastrointestinal Cancer: SCRUM-Japan GI-SCREEN and GOZILA Studies." **Nature Medicine.** 2020 Dec; 26(12):1859-1864. Epub Oct 5 2020.
6. Preeti Narayan, Soma Ghosh, Reena Philip, J. Carl Barrett, Robert T. McCormack, Justin I. Odegaard, Geoffrey R. Oxnard, Laurel J. Pracht, P. Mickey Williams, Gary J. Kelloff, Julia A. Beaver. "State of the Science and Future Directions for Liquid Biopsies in Drug Development." **The Oncologist.** 08 June 2020.
7. Razavi P, Dickler M, Shah PD, Weiyi T, Brown DN, Won HH, Li BT, Shen R, Vasan N, Modi S, Jhaveri K, Caravella BA, Patil S, Selenica P, Zamora S, Cowan AM, Comen E, Singh A, Covey A, Berger MF, Hudis CA, Norton L, Nagy RJ, Odegaard JI, Lanman RB, Solit DB, Robson ME, Lacouture ME, Brogi E, Reis-Filho JS, Mynahan ME, Scaltriti M, Chandarlapaty S. "Alterations in PTEN and ESR1 promote clinical resistance to alpelisib plus aromatase inhibitors." **Nature Medicine.** March 2020.
8. Stephen R. Fairclough, PhD; Lesli A. Kiedrowski, MS, MPH; Jessica J. Lin; Ori Zelichov; Gabi Tarcic; Thomas E. Stinchcombe; Justin I. Odegaard; Richard B. Lanman; Alice T. Shaw; Rebecca J. Nagy. "Identification of osimertinib-resistant EGFR L792 mutations by cfDNA sequencing: oncogenic activity assessment and prevalence in large cfDNA cohort." **Experimental Hematology & Oncology.** October 2019.
9. Willis J, Lefterova MI, Artyomenko A, Kasi PM, Nakamura Y, Mody K, Catenacci DVT, Fakih M, Barbacioru C, Zhao J, Sikora M, Fairclough SR, Lee H, Kim KM, Kim ST, Kim J, Gavino D, Benavides M, Peled N, Nguyen T, Cusnir M, Eskander RN, Azzi G, Yoshino T, Banks KC, Raymond VM, Lanman RB, Chudova DI, Talasaz A, Kopetz S, Lee J, Odegaard JI. "Validation of Microsatellite Instability Detection Using a Comprehensive Plasma-Based Genotyping Panel." **Clinical Cancer Research.** 2019 Aug 4. doi: 10.1158/1078-0432.CCR-19-1324.
10. Jeeyun Lee, Seung Tae Kim, Kyung Kim, Hyuk Lee, Iwanka Kozarewa, Peter GS Mortimer, Justin I. Odegaard, Elizabeth A. Harrington, Juyoung Lee, Taehyang Lee, Sung Yong Oh, Jung-Hun Kang, Jung Hoon Kim, Youjin Kim, Jun Ho Ji, Young Saing Kim, Kyoung Eun Lee, Jinchul Kim, Tae Sung Sohn, Ji Yeong An, Min-Gew Choi, Jun Ho Lee, Jae Moon Bae, Sung Kim, Jae J. Kim, Yang Won Min, Byung-Hoon Min, Nayoung K.D. Kim, Sally Luke, Young Hwa Kim, Jung Yong Hong, Se

Hoon Park, Joon Oh Park, Young Suk Park, Ho Yeong Lim, AmirAli Talasaz, Simon J Hollingsworth, Kyoung-Mee Kim, and Won Ki Kang. "Tumor genomic profiling guides metastatic gastric cancer patients to targeted treatment: The VIKTORY Umbrella Trial." **Cancer Discovery**. E-pub July 17, 2019.

11. Leighl NB, Page RD, Raymond VM, Daniel DB, Divers SG, Reckamp KL, Villalona-Calero MA, Dix D, <u>Odegaard JI</u>, Lanman RB, Papadimitrakopoulou VA. "Clinical Utility of Comprehensive Cell-free DNA Analysis to Identify Genomic Biomarkers in Patients with Newly Diagnosed Metastatic Non-small Cell Lung Cancer." **Clinical Cancer Research,** E-pub April 15, 2019.
12. Rebecca Zee, Evaristus Mbanefo, Loc Le, Luke Pennington, <u>Justin Odegaard</u>, Theodore Jardetzky, Abdulaziz Alouffi, Jude Akinwale, Franco Falcone, and Michael Hsieh. "IPSE, a parasite-derived host immunomodulatory protein, is a potential therapeutic for hemorrhagic cystitis." **American Journal of Physiology**, 2019. Jun 1;316(6):F1133-F1140.
13. Giulia Siravegna, Andrea Sartore-Bianchi, Rebecca J. Nagy, Kanwal Raghav, <u>Justin I. Odegaard</u>, Richard B. Lanman, Livio Trusolino, Silvia Marsoni, Salvatore Siena, Alberto Bardelli. "Plasma HER2 (*ERBB2*) copy number predicts response to HER2-targeted therapy in metastatic colorectal cancer." **Clinical Cancer Research**, 2019.
14. Evaristus Mbanefo, Loc Le, Rebecca Zee, Nirad Banskota, Kenji Ishida, Luke Pennington, <u>Justin Odegaard</u>, Theodore Jardetzky, Abdulaziz Alouffi, Franco Falcone, and Michael Hsieh. "IPSE, a urogenital parasite-derived immunomodulatory protein, ameliorates ifosfamide-induced hemorrhagic cystitis through downregulation of pro-inflammatory pathways" **Nature Scientific Reports,** 2019, Feb 7;9(1):1586.
15. Thomas P. Slavin, Kimberly C. Banks, Darya Chudova, Geoffrey R. Oxnard, <u>Justin I. Odegaard</u>, Rebecca J. Nagy, Kar Wing Kevin Tsang, Susan L. Neuhausen, Stacy W. Gray, Massimo Cristofanilli, Angel A. Rodriguez, Aditya Bardia, Brian Leyland-Jones, Mike F. Janicek, Michael Lilly, Guru Sonpavde, Christine E. Lee, Richard B. Lanman, Funda Meric-Bernstam, Razelle Kurzrock, Jeffrey N. Weitzel. "Identification of incidental germline mutations in 10,888 patients with advanced solid tumors who underwent cell-free circulating tumor DNA sequencing." **Journal Clinical Oncology**, 36, 2018. DOI: https://doi.org/10.1200/JCO. 18.00328
16. Seung Tae Kim*, Razvan Cristescu*, Adam Bass*, Kyoung-Mee Kim*, <u>Justin Odegaard</u>*, Kyung Kim, Xiao Qiao Liu, Xinwei Sher, Jung Hun, Mijin Lee, Su Jin Lee, Se Hoon Park, Joon Oh Park, Young Park, Ho Yeong Lim, Hyuk Lee, Min Gew Choi, AmirAli Talasaz, Peter Kang, Jonathan Cheng, Andrey Loboda, Won Ki Kang. *These authors contributed equally to the work as first authors. "Comprehensive molecular characterization of clinical response to 2 Pembrolizumab in metastatic gastric cancer." **Nature Medicine.** 2018. https://doi.org/10.1038/s41591-018-0101-z
17. Oliver A. Zill, Kimberly C. Banks, Stephen R. Fairclough, Stefanie A. Mortimer, James V. Vowles, Reza Mokhtari, David R. Gandara, Philip C. Mack, <u>Justin I. Odegaard</u>, Rebecca J. Nagy, Arthur M. Baca, Helmy Eltoukhy, Darya I. Chudova, Richard B. Lanman, AmirAli Talasaz. "The landscape of actionable genomic alterations in cell-free circulating tumor DNA from 21,807 advanced cancer patients." **Clinical Cancer Research**. Epub 10 May, 2018.
18. <u>Justin I. Odegaard</u>, John J. Vincent, Stefanie A. Mortimer, James Vowles, Bryan C. Ulrich, Kimberly C. Banks, Stephen R. Fairclough, Oliver A. Zill, Marcin Sikora, Reza Mokhtari, Diana Abdueva, Rebecca J. Nagy, Christine E. Lee, Lesli A. Kiedrowski, Cloud P. Paweletz, Helmy Eltoukhy, Richard B. Lanman, Darya I. Chudova, AmirAli Talasaz. "Validation of a plasma-based comprehensive cancer genotyping assay utilizing orthogonal tissue- and plasma-based methodologies." **Clinical Cancer Research**. Epub 27 April, 2018.
19. Mbanefo EC, Le L, Pennington L, <u>Odegaard JI</u>, Jardetzky TS, Alouffi A, Falcone FH, Hsieh MH. "Therapeutic exploitation of IPSE, a urogenital parasite-derived host modulatory protein, for chemotherapy-induced hemorrhagic cystitis", **FASEB**. 2018. In press.
20. Carneiro BA, Collier KA, Nagy RJ, Pamarthy S, Sagar V, Fairclough S, <u>Odegaard JI</u>, Lanman RB, Costa R, Taxter T, Kuzel TM, Fan A, Chae YK, Christofanilli M, Hussain MH, Abdulkadir SA, Giles FJ. "Acquired resistance to the PARP inhibitor olaparib in BRCA2-associated prostate cancer due to biallelic BRCA2 reversion mutations restoring both germline and somatic loss of function mutations." **Journal of Precision Oncology**, February 14, 2018.
21. Susanna K Tan, Peidong Shen, Martina I Lefterova, Malaya K Sahoo, Eula Fung, <u>Justin I Odegaard</u>, Ronald W Davis, Benjamin A Pinsky, and Curt Scharfe. "Transplant virus detection using multiplex targeted sequencing." **Journal of Applied Laboratory Medicine**. In press.
22. Dvir Aran, Roman Camarda, <u>Justin Odegaard</u>, Hyojung Paik, Boris Oskotsky, Gregor Krings, Andrei Goga, Marina Sirota, and Atul Butte. "Comprehensive Analysis of Normal Adjacent to Tumor Transcriptomes." **Nature Communications**. 2017. DOI: 10.1038/s41467-017-01027-z
23. Yuebi Hu, Ryan S. Alden, <u>Justin I. Odegaard</u>, Stephen R. Fairclough, Ruthia Chen, Jennifer Heng, Nora Feeney, Rebecca J. Nagy, Jayshree Shah, Bryan Ulrich, Martin Gutierrez, Richard B. Lanman4, Judy E. Garber, Cloud P. Paweletz, Geoffrey R. Oxnard. "Discrimination of germline *EGFR* T790M

mutations in plasma cell-free DNA allows study of prevalence across 31,414 cancer patients." **Clinical Cancer Research**. 2017 September 25. DOI: 10.1158/1078-0432.CCR-17-1745
24. Anna Rychkova, MyMy C Buu, Curt Scharfe, Martina I Lefterova, <u>Justin I Odegaard</u>, Iris Schrijver, Carlos Milla, Carlos D Bustamante. "Developing Gene-Specific Meta-Predictor of Variant Pathogenicity." ioRxiv 115956; DOI: https://doi.org/10.1101/115956
25. William T. Kuo, <u>Justin I. Odegaard,</u> Jarrett Rosenberg, and Lawrence V. Hofmann. "Laser-assisted removal of embedded vena cava filters: A 5-year first-in-human study." **Chest**. 2016 September.
26. <u>Justin I. Odegaard</u>, Minwoo Lee, Yoshitaka Sogawa, Ambre Bertholet, Richard Locksley, David Weinberg, Yuriy Kirichok, Rahul Deo, Ajay Chawla. "Perinatal licensing of thermogenesis by IL-33 and ST2." **Cell.** 2016 July 20. pii: S0092-8674(16)30811-X. doi: 10.1016/j.cell.2016.06.040.
27. Banskota N, <u>Odegaard JI</u>, Rinaldi G, Hsieh MH. "Computational deconvolution of gene expression by individual host cellular subsets from microarray analyses of complex, parasite-infected whole tissues." **Int J Parasitol**. 2016 Jun;46(7):447-52.
28. Martina I. Lefterova, Peidong Shen, <u>Justin I. Odegaard</u>, Eula Fung, Tsoyu Chiang, Gang Peng, Ronald W. Davis, Wenyi Wang, Martin Kharrazi, Iris Schrijver, and Curt Scharfe. "Next-generation molecular testing of newborn dried blood spots for cystic fibrosis." **Journal of Molecular Diagnostics**. Mar;18(2):267-82. Epub Feb 1.
29. Gang Chen, Spencer H. Wang, Jessica C. Jang, <u>Justin I. Odegaard</u>, and Meera G. Nair. "Analyses of single and double deficient mice for RELMα and RELMβ reveal that lung RELMα expression dictates the inflammatory outcome and worm expulsion in *Nippostrongylus brasiliensis* infection." **Journal of the American Society of Microbiology**. Feb 1. Pii:IAI.01479-15. Epub ahead of print.
30. Kitch D. Wilson, Peidong Shen, Eula Fung, Karakikes I, Zhang A, InanlooRahatloo K, <u>Justin Odegaard</u>, Sallam K, Ron W. Davis, Lui G, Euan Ashley, Curt Scharfe, Joe C. Wu. "A Rapid, High-Quality, Cost-Effective, Comprehensive, and Expandable Targeted Next-Generation Sequencing Assay for Inherited Heart Diseases." **Circ Res**. 2015 Sep 11:117(7):603-11.
31. Simon L. Conti, Jared Honeycutt, <u>Justin I. Odegaard</u>, Mark L. Gonzalgo, and Michael H. Hsieh. "Alterations in DNA methylation may be the key to early detection and treatment of schistosomal bladder cancer." **PLoS Negl Trop Dis**. 2015 Jun 4;9(6):e0003696.
32. Minwoo Lee*, <u>Justin I. Odegaard</u>*, Lata Mukundan, Yifu Qiu, Ari B. Molofsky, Jesse C. Nussbaum, Karen Yun, Richard M. Locksley, Ajay Chawla. "Activated type 2 innate lymphoid cells regulate beige fat biogenesis." **Cell**. 2015 Jan 15;160(1-2):74-87. * These authors contributed equally to this work.
33. Chi-Ling Fu, <u>Justin I. Odegaard</u>, Michael H. Hsieh. "Macrophages are required for host survival in experimental urogenital schistosomiasis." **FASEB J**. 2015 Jan;29(1):193-207.
34. Amir Masoud Sadaghiani, Sang Min Lee, <u>Justin I. Odegaard</u>, Dennis B. Leveson-Gower, Olivia M. McPherson, Paul Novick, Mi Ri Kim, Angela N. Koehler, Robert Negrin, Ricardo E. Dolmetsch, Chan Young Park. "Identification of Orai1 Channel Inhibitors by Using Minimal Functional Domains to Screen Small Molecule Microarrays." **Chemistry and Biology.** 2014 Oct 23;21(10):1278-92.
35. Patricia E. de Almeida, Everett H. Meyer, Nigel G. Kooreman, Sebastian Diecke, Devaveena Dey, Veronica Sanchez-Freire, Shijun Hu, Antje Ebert, <u>Justin Odegaard</u>, Nick Mordwinkin, Thomas P. Brouwer, David Lo, Daniel Montoro, Michael T. Longaker, Robert S. Negrin, Joseph C. Wu. "Transplanted Terminally Differentiated Induced Pluripotent Stem Cells Are Accepted By Immune Mechanisms Similar To Self-Tolerance." **Nature Communications.** 2014 May 30;5:3903.
36. Yifu Qiu, Khoa Nguyen, <u>Justin I. Odegaard,</u> Xiaojin Cui, Xiaoyu Tian, Richard M. Locksley, Richard D. Palmiter, and Ajay Chawla. "Eosinophils and type 2 cytokine signaling in macrophages orchestrate the development of functional beige fat." **Cell.** 2014 June 5;157(6):1292-1308.
37. Robert T. Sweeney, Andrew C. McClary, Benjamin R. Meyers, Jewison Biacocho, Lila Neahring, Kevin A. Kwei, Kunbin Qu, Xue Gong, Tony Ng, Carol D. Jones, Sushama Varma, <u>Justin I. Odegaard,</u> Brian Rubin, Megan L. Troxell, Robert J. Pelham, James L. Zehnder, Philip A. Beachy, Jonathan R. Pollack, and Robert B. West. "Genomic analysis of ameloblastomas identifies SMO and BRAF mutations that activate the pharmacologically accessible Hedgehog and MAP kinase signaling pathways." **Nature Genetics.** 2014 May 25 Epub ahead of print.
38. Monica L. Richardson, Chi-Ling Fu, Luke F. Pennington, Jared D. Honeycutt, <u>Justin I. Odegaard</u>, Yi-Ju Hsieh, Olfat Hammam, Simon L. Conti, and Michael H. Hsieh. "A new mouse model for female genital schistosomiasis." **PLoS Neglected Tropical Diseases.** Epub 2014 1 May.
39. Hadas Shiran, <u>Justin Odegaard</u>, Gerald Berry, D. Craig Miller, Michael Fischbein, and D Liang. "Aortic wall thickness: an independent risk factor for aortic dissection?" **J Heart Valve Disease.** 2014 Jan;23(1):17-24.
40. Kunyoo Shin, Agnes Lim, <u>Justin Odegaard</u>, Jared Honeycutt, Sally Kawano, Michael Hsieh, and Phil Beachy. "Cellular origin of bladder neoplasia and tissue dynamics of its progression to invasive

carcinoma." **Nature Cell Biology.** Epub 2014 April 20.
41. William T. Kuo, Justin I. Odegaard, Jarrett K. Rosenberg, and Lawrence V. Hofmann. "Excimer laser-assisted removal of embedded inferior vena cava filters: a single-center prospective study." **Circulation Cardiovascular Intervention.** 2013 Oct 1;6(5):560-566.
42. Huber BC, Ransohoff JD, Ransohoff KJ, Riegler J, Ebert A, Kodo K, Gong Y, Sanchez-Freire V, Dey D, Kooreman NG, Diecke S, Zhang WY, Odegaard J, Hu S, Gold JD, Robbins RC, Wu JC. "Costimulation-adhesion blockade is superior to cyclosporine A and prednisone immunosuppressive therapy for preventing rejection of differentiated human embryonic stem cells following transplantation." **Stem Cells.** 2013 Nov;31(11):2354-63.
43. Sharon Y.P. Goh, Neil C. Henderson, Jose E. Heredia, Alex Red Eagle, Justin I. Odegaard, Nadja Lehwald, Khoa D. Nguyen, Dean Sheppard, Lata Mukundan, Richard M. Locksley, and Ajay Chawla. "Eosinophils secrete IL-4 to facilitate liver regeneration." **Proc Natl Acad Sci.** 2013 Jun 11;110(24):9914-9919.
44. William T. Kuo, Scott W. Robertson, Justin I. Odegaard, and Lawrence V. Hofmann. "Complex retrieval of fractured, embedded, and penetrating IVC filters: a prospective study with histologic and electron microscopic analysis." **J Vasc Interv Radiol.** Epub 2013 March 21.
45. Debalina Ray, Tyrrell Nelson, Chi-Ling Fu, Shalja Patel, Diana Gong, Justin I. Odegaard, Michael H. Hsieh. "Transcriptional Profiling of the Bladder in Urogenital Schistosomiasis Reveals Pathways of Inflammatory Fibrosis and Urothelial Compromise." **PLoS Neglected Tropical Diseases**. 2012 6(11): e1912.
46. Jason L. Dragoo, Hilary J. Braun, Jennifer L. Durham, B.A. Ridley, Justin I. Odegaard, Robert Luong, Steve P. Arnoczky. "Comparison of the acute inflammatory response of two commercial platelet-rich plasma systems in healthy rabbit tendons." **Am J Sports Med.** 2012 Jun;40(6):1274-81.
47. Chi-Ling Fu, Justin I. Odegaard, De'Broski R. Herbert, Michael H. Hsieh. "A Novel Mouse Model of *Schistosoma haematobium* Egg-Induced Immunopathology." **PLoS Pathogens**. 2012 Mar;8(3):e1002605.
48. Nezhat C, Paka C, Odegaard JI, Beygui R. "Bilateral thoracic endometriosis affecting the lung and diaphragm." **J Soc Lap Surg,** 2012 Jan-Mar;16(1):140-142.
49. William T. Kuo, Justin I. Odegaard**,** John D. Louie, Daniel Y. Sze, Kamil Unver, Nishita Kothary, Jarrett K. Rosenberg, David M. Hovsepian, Gloria L. Hwang, Lawrence V. Hoffmann. "Photothermal ablation with the excimer laser sheath technique for embedded inferior vena cava filter removal: Initial results from a prospective study." **J Vasc Interv Radiol,** 2011; 22:813-823.
50. Roberto R. Ricardo-Gonzalez, Alex Red Eagle, Justin I. Odegaard, Hani Jouhan, Christine R. Morel, Jose Heredia, Lata Mukundan, Davina Wu, Richard M. Locksley, Ajay Chawla. "IL-4/STAT6 immune axis regulates peripheral nutrient metabolism and insulin sensitivity." **Proc Natl Acad Sci**. 2010 Dec 28;107(52):22617-22622.
51. Gersch JH, Lipman GS, Holck PS, Merritt A, Mulcahy A, Fisher RS, Basnyat B, Allison E, Hanzelka K, Hazan A, Meyers Z, Odegaard JI, Pook B, Thompson M, Slomovic B, Wahlberg H, Wilshaw V, Weiss EA, Zafren K. "Prospective, double-blind, randomized, placebo-controlled comparison of acetazolamide versus ibuprofen for prophylaxis against high altitude headache: the Headache Evaluation at Altitude Trial (HEAT)." **Wilderness Environ Med.** 2010 Sep;21(3):236-243.
52. Lata Mukundan*, Justin I. Odegaard**,** Christine R. Morel, Roberto R. Ricardo-Gonzalez, Sharon Y.P. Goh, Alex Red Eagle, Shannon Dunn, Jennifer Awakuni, Khoa Nguyen, Lawrence Steinman, Sara A. Michie, and Ajay Chawla. "PPARδ senses and orchestrates the clearance of apoptotic cells to promote tolerance." **Nature Medicine,** 2009 Nov;15(11):1266-72. Epub 2009 Oct 18.  * These authors contributed equally to this work.
53. Justin I. Odegaard, Roberto R. Ricardo-Gonzalez, Alex Red Eagle, Divya Vats, Christine R. Morel, Matthew H. Goforth, Vidya Subramanian, Lata Mukundan, Anthony W. Ferrante, and Ajay Chawla. "Alternative M2 activation of Kupffer cells by PPARdelta ameliorates obesity-induced insulin resistance." **Cell Metab.** 2008 June;7(6):496-507.
54. Justin I. Odegaard, Roberto R. Ricardo-Gonzalez, Matthew H. Goforth, Christine R. Morel, Vidya Subramanian, Lata Mukundan, Divya Vats, Frank Brombacher, Anthony W. Ferrante, and Ajay Chawla. "Macrophage-specific PPARgamma controls alternative macrophage activation and improves insulin resistance." **Nature.** 2007 June 28;447(7148):1116-20.
55. Justin I. Odegaard, Divya Vats, Lina Zhang, Roberto Ricardo-Gonzalez, Kristi L. Smith, David B. Sykes, Mark P. Camps, and Ajay Chawla. "Quantitative expansion of ES cell-derived myeloid progenitors capable of differentiating into macrophages." **J. Leukoc. Biol.** Dec 8, 2006.
56. Divya Vats, Justin I. Odegaard, Lata Mukundan, Lina Zhang, Kristi L. Smith, Christine R. Morel, David R. Greaves, Peter J. Murray, and Ajay Chawla. "Oxidative metabolism and PGC-1b attenuate macrophage-mediated inflammation." **Cell Metab.** 4, 1–12, July 2006.

REVIEWS AND COMMENTARY

1. Preeti Narayan, Soma Ghosh, Reena Philip, J. Carl Barrett, Robert T. McCormack, <u>Justin I. Odegaard</u>, Geoffrey R. Oxnard, Laurel J. Pracht, P. Mickey Williams, Gary J. Kelloff, Julia A. Beaver. "State of the Science and Future Directions for Liquid Biopsies in Drug Development." **The Oncologist**. Epub 08 June 2020. https://doi.org/10.1634/theoncologist.2020-0246.
2. <u>Justin I. Odegaard</u> and Ajay Chawla. "Type 2 responses at the interface of between immunity and metabolism." *Curr Opin Immunol*. 2015 Jul 20;36:67-72.
3. <u>Justin I. Odegaard</u> and Michael Hsieh. "Immune responses to *Schistosoma haematobium* infection." **Parasite Immunology.** 2014 Sept;36(9):428-438.
4. Jose Barreto Campello Carvalheira, <u>Justin I. Odegaard</u>, and Ajay Chawla. "A new role for the brain in metabolic control." **Nature Medicine**. 2014 May 07;20:472-473.
5. <u>Justin I. Odegaard</u> and Ajay Chawla. "Old HDL learns a new (anti-inflammatory) trick" **Nature Immunology.** 2014 Jan 21;15(2)138-9.
6. <u>Justin I Odegaard</u>, Kirthana Ganeshan, and Ajay Chawla. "Adipose Tissue Macrophages: Amicus Adipem?" **Cell Metabolism.** 2013 Dec 3;18(6):767-8.
7. <u>Justin I. Odegaard</u> and Ajay Chawla. "The immune system as a sensor of the metabolic state." **Immunity**. 2013 April 18;38(4):644-54.
8. <u>Justin I. Odegaard</u> and Iris Schrijver. "Molecular Pathology of Hereditary Diffuse Gastric Cancer." **J Cancer Therapy.** 2013 4(2):554-561.
9. <u>Justin I. Odegaard</u> and Ajay Chawla. "Pleiotropic actions of insulin resistance and inflammation in metabolic homeostasis." **Science**. 2013 339(6116): 172-177.
10. <u>Justin I. Odegaard</u> and Ajay Chawla. "Leukocyte set points in metabolic disease." **F1000 Biol Rep**. 2012;4:13. Epub 2012 Jul 2.
11. <u>Justin I. Odegaard</u> and Ajay Chawla. "Connecting Type 1 and Type 2 Diabetes through Innate Immunity." <u>Type 1 Diabetes.</u> Editors Jeffrey A. Bluestone, Mark A. Atkinson, Peter R. Arvan. Cold Spring Harbor Library Press. 2011.
12. <u>Justin I. Odegaard</u> and Ajay Chawla. "Alternative Macrophage Activation and Metabolism." **Ann Rev Pathol**. 2011 Feb 28;6:275-97.
13. <u>Justin I. Odegaard</u> and Ajay Chawla. "Mechanisms of macrophage activation in obesity-induced insulin resistance." **Nature Clin Pract Endocrinol Metab.** 2008 Nov;4(11): 619-26.