EXHIBIT B

**From:**        Leylah Drusbosky <ldrusbosky@guardanthealth.com>
**Sent:**        Tuesday, March 9, 2021 11:57 AM
**To:**          Kristin Price; Threasa Rich
**Cc:**          Lesli Kiedrowski
**Subject:**     FW: [EXTERNAL] Natera's Commitment to MRD Testing
**Attachments:** 2021_ONC_Evidence_Review_Tumor_informed_vs.Tumor_naive_MRD.pdf


My Mayo FL group wants to discuss head to head ☐ May I ask for help prepping this meeting?
Thanks!
Ley

**Leylah Drusbosky, PhD**
Medical Science Liaison, Medical Affairs
mobile +1 650 722 8310
ldrusbosky@guardanthealth.com
Client Services: +1 855 698 8887; opt.1


  


Latest Guardant Health News | FDA Approves Guardant360 CDx | Request a Test Kit

This message may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by replying to this email and deleting this message and any attachments without retaining a copy. Reviewing, disclosing, distributing, or using the contents of this message is strictly prohibited if you are not the intended recipient. Guardant Health, Inc. prohibits users of our system from sending any email containing anything defamatory, improper or discriminatory.


**From:** "Starr, Jason S., D.O." <Starr.Jason@mayo.edu>
**Date:** Tuesday, March 9, 2021 at 12:52 PM
**To:** Leylah Drusbosky <ldrusbosky@guardanthealth.com>, "Jones, Jeremy C., M.D." <Jones.Jeremy1@mayo.edu>, "Mody, Kabir, M.D." <Mody.Kabir@mayo.edu>
**Subject:** FW: [EXTERNAL] Natera's Commitment to MRD Testing

Some talking points ☺

**From:** Natera, Inc. <reply@email.natera.com>
**Sent:** Tuesday, March 2, 2021 12:01 PM
**To:** Starr, Jason S., D.O. <Starr.Jason@mayo.edu>
**Subject:** [EXTERNAL] Natera's Commitment to MRD Testing

To view this email as a web page, go here.



Dear Colleague,

Natera is committed to the science and precision of molecular residual disease (MRD) testing for improving patient care. We are proud that Signatera data has been published or presented from over 2,000 patients across 30+ tumor histologies. As this exciting field gains momentum, especially in early-stage CRC, there is concern about other laboratories rushing into the clinical MRD market and making potentially misleading claims with <u>no peer-reviewed evidence</u>, which may be detrimental to patients. As you review the evidence for any new MRD test, please keep in mind several minimum requirements for MRD product performance and clinical validation:

1. Does the test quantitate ctDNA, or does it only report ctDNA presence/absence? Quantitation is essential for monitoring tumor response during the patient's treatment.

2. What is the test performance and level of evidence in the intended use population, i.e. Stage II-III CRC? Performance in Stage IV CRC patients should be analyzed separately.

3. Has test performance been evaluated for the 3 critical decision points in early-stage CRC?
   o 30 days post-surgery to inform adjuvant treatment decisions.
   o Single test post adjuvant treatment.

- Serial surveillance testing, to rule in / rule out recurrence.

4. Is there sufficient evidence of test performance during adjuvant chemotherapy to enable clinical interpretation of a test result during treatment? Do patients achieve ctDNA clearance with adjuvant treatment (going from positive to negative)? To validate this, one must have serial samples from individual patients before, during, and after adjuvant chemotherapy.

5. In the surveillance setting, is the evidence sufficient to understand the false positive rate and negative predictive value (NPV) with serial sampling? Were serial blood samples analyzed for all patients, including non-relapsing patients?

6. What is the lead time from first MRD detection to radiographic recurrence? The more sensitive test will detect recurrence earlier, when the disease burden is lower.

7. Is there a breadth of evidence with consistent performance across multiple studies and tumor types?

For deeper insight into how Signatera's personalized, tumor-informed method measures up on these questions, particularly against tumor-naive methods, please see the enclosed material. We would be happy to schedule a conversation for a transparent review of our data.

Sincerely,

Natera, inc.

View Slides Here

\* Natera, data on file

\*\*Parikh, A.  et. al. Minimal residual disease (MRD) detection in colorectal cancer (CRC) using a plasma- only integrated genomic and epigenomic ctDNA assay.  ESMO 2020

The test described has been developed and its performance characteristics determined by the CLIA-certified laboratory performing the test. The test has not been cleared or approved by the US Food and Drug Administration (FDA). Although FDA is exercising enforcement discretion of premarket review and other regulations for laboratory-developed tests in the US, certification of the laboratory is required under CLIA to ensure the quality and validity of the tests. CAP accredited, ISO 13485 certified, and CLIA certified. © 2021 Natera, Inc. All Rights Reserved.

This email was sent by: ©2021 Natera, Inc.

201 Industrial Rd, San Carlos, CA, 94070 US

**Privacy Policy**

**Update Profile     Manage Subscriptions     Unsubscribe**



**natera**

# Evidence Review:
## Tumor-informed vs. tumor-naïve MRD

March 2021

# Evidence and performance matter

## Weak evidence behind tumor-naïve methods

- No peer-reviewed data
- Significant gaps in study design and performance

## Test performance with tumor-informed method is unsurpassed

- Hazard ratios, NPV/PPV, sensitivity/specificity
- Quantitation of disease burden
- Breadth and depth of evidence

natera

Confidential. Not for reproduction or further distribution.

2

# Tumor-naïve data leaves unanswered questions

- No peer-reviewed evidence
- Small sample size (n=64)
- Unknown performance in the intended use population, e.g. Stage II-III. 19% of patients were Stage IV. No breakdown.
- Unknown performance at post-surgical timepoint, day 30
- Unknown how test performs during chemotherapy, and whether ctDNA clearance was observed in any patients
- Unknown lead times and FP rates in surveillance setting, with serial plasma only analyzed in patients who relapsed
- Unexplained statistical analysis and exclusion criteria:
  - Excluded patients with < 1 year of clinical followup
  - Exclusion of certain surveillance draws based on time from relapse
  - Disproportionate exclusion of patients from the surveillance analysis, who tested negative at earlier landmark timepoint



**Validation data for clinically available MRD tests (# of patients)**

>2,000 — Tumor-informed*

64 — Tumor-naïve**

*Natera, data on file . **Parikh, A. et. a. Minimal residual disease (MRD) detection in colorectal cancer (CRC) using a plasma- only integrated genomic and epigenomic circulating tumor DNA (ctDNA) assay. ESMO 2020

Confidential. Not for reproduction or further distribution.

3

natera

# Signatera data published or presented in > 2K patients

| Author, Year | Journal/Congress | Tumor Type | Patients | Plasma |
|---|---|---|---|---|
| Abbosh et al., 2017 | Nature | Lung | 100 | 199 |
| Correa et al., 2019 | ESMO | RCC | 45 | 81 |
| Coombes et al., 2019 | Clinical Cancer Research | Breast | 49 | 215 |
| Reinert et al., 2019 | JAMA Oncol. | CRC | 125 | 795 |
| Christensen et al., 2019 | JCO | Urothelial bladder carcinoma | 68 | 656 |
| Magbanua et al., 2020 | AACR | Breast, neoadjuvant | 84 | 291 |
| Cohen et al., 2020 | ESMO GI | CRC, oligo | 93* | 103 |
| Kasi et al., 2020 | ASCO | CRC, early and advanced | 535 | 715 |
| Loupakis et al., 2020 | ESMO | CRC, oligo | 113 | 192 |
| Tarazona et al., 2020 | ASCO | CRC | 193** | 1052 |
| Ococks et al., 2020 | ESMO | Esophageal adenocarcinoma | 20 | 52 |
| Hsu et al., 2020 | ASCO | HCC, advanced | 48 | 140 |
| Bratman et al., 2020 | Nature | IO (TNBC, melanoma, H&N, ovarian) | 94 | 316 |
| Powles et al., 2020 | ESMO IO | Urothelial bladder carcinoma | 581 | 1076 |
| Henriksen et al., 2021 | ASCO GI | CRC | 260*** | 1503 |
| Anandappa et al., 2021 | ASCO GI | CRC | 122 | 244 |
| | | Total | >2,000 patient | >6,000 plasma |

* Subset analysis of patients from Kasi et al., ASCO poster 2020.
** Tarazona et al: Total cohort size 193 (125 of derived from Reinert cohort and 68 were unique cases)
*** Henriksen et al: Total cohort size 260 (125 of derived from Reinert cohort and 135 were unique cases)

Confidential. Not for reproduction or further distribution.

natera

# Signatera relapse sensitivity 92% in the surveillance setting, based on multiple peer-reviewed studies

| Cancer types in the adjuvant setting | Unique patients | Plasma samples | Key findings |
|---|---|---|---|
| NSCLC[1] | 96 patients<br>14 relapses | 210 | 93% sensitivity to relapse<br>Average lead time 4.0 months |
| Bladder[2] | 68 patients<br>16 relapses | 651 | 100% sensitivity to relapse<br>Average lead time 2.8 months |
| Colorectal[3] | 130 patients<br>24 relapses | 795 | 88% sensitivity to relapse<br>Average lead time 8.7 months |
| Breast[4] | 49 patients<br>18 relapses | 208 | 89% sensitivity to relapse<br>Average lead time 9.5 months |
| **Total** | **343 patients**<br>**72 relapses** | **1864** | **Sensitivity overall 92%**<br>**Specificity overall 99.7-99.8% per sample** |

1. Abbosh C, Birkbak NJ, Wilson GA, et al. Phylogenetic ctDNA analysis depicts early-stage lung cancer evolution. *Nature*. 2017;545(7655):446-451.
2. Christensen E, Birkenkamp-Demtroder K, Sethi H, et al. Early Detection of Metastatic Relapse and Monitoring of Therapeutic Efficacy by Ultra-Deep Sequencing of Plasma Cell-Free DNA in Patients With Urothelial Bladder Carcinoma. *J Clin Oncol*. 2019;37(18):1547-1557.
3. Reinert T, Henriksen TV, Christensen E, et al. Analysis of plasma cell-free DNA by ultradeep sequencing in patients with stages I to III colorectal cancer. *JAMA Oncol*. 2019;5(8):1124-1131.
4. Coombes RC, Page K, Salari R, et al. Personalized detection of circulating tumor DNA antedates breast cancer metastatic recurrence *Clin Cancer Res*. 2019;25(14):4255-426.

Confidential. Not for reproduction or further distribution.

5

natera

# Three time points matter for performance assessment in CRC

| | Signatera HR[1,3] | Tumor-naïve HR[2] |
|---|---|---|
| Single test 30 days post-surgery | 7.2-14.0* | Unknown |
| Single test post-treatment | 17.5 | 11.2 |
| Serial testing in surveillance | 43.5-47.5 | Unknown |

| | Signatera NPV[1] | Tumor—naïve[2] |
|---|---|---|
| Single test 30 days post-surgery | 88% (74/84) | Unknown |
| Single test post-treatment | 86% (44/51) | 76% (37/49) |
| Serial testing in surveillance | 97% (58/60) | Unknown |



Landmark timepoint post-treatment

■ Signatera  ■ Tumor-naïve

NPV: 86% / 76%

Hazard ratios: 17.5 / 11.2

*3/10 post-surgical positive patients cleared ctDNA with adjuvant chemotherapy and did not relapse, implying 70% PPV in patients who receive subsequent ACT

1. Reinert T, Henriksen TV, Christensen E, et al. Analysis of plasma cell-free DNA by ultradeep sequencing in patients with stages I to III colorectal cancer. JAMA Oncol. 2019;5(8):1124–1131.
2. Parikh, A. et al. Minimal residual disease (MRD) detection in colorectal cancer (CRC) using a plasma - only integrated genomic and epigenomic circulating tumor DNA (ctDNA) assay. ESMO 2020)
3. Tarazona N, Henriksen T, Carbonell-Asins J, et al. Circulating tumor DNA to detect minimal residual disease, response to adjuvant therapy and identify patients at high risk of recurrence in stage I-III CRC. ASCO Poster. 2020

Confidential. Not for reproduction or further distribution.

natera

# Three time points matter for performance assessment in CRC

| | Signatera HR[1,3] | Tumor-naïve HR[2] |
|---|---|---|
| Single test 30 days post-surgery | 7.2-14.0* | Unknown |
| Single test post-treatment | 17.5 | 11.2 |
| Serial testing in surveillance | 43.5-47.5 | Unknown |

| | Signatera NPV[1] | Tumor—naïve[2] |
|---|---|---|
| Single test 30 days post-surgery | 88% (74/84) | Unknown |
| Single test post-treatment | 86% (44/51) | 76% (37/49) |
| Serial testing in surveillance | 97% (58/60) | Unknown |

Adjuvant treatment decisions depend on the post-surgical blood draw. Need data here.

Signatera NPV 88% at day 30, and PPV 98% without therapy*

*3/10 post-surgical positive patients cleared ctDNA with adjuvant chemotherapy and did not relapse, implying 70% PPV in patients who receive subsequent ACT

1. Reinert T, Henriksen TV, Christensen E, et al. Analysis of plasma cell-free DNA by ultradeep sequencing in patients with stages I to III colorectal cancer. JAMA Oncol. 2019;5(8):1124–1131.
2. Parikh, A. et al. Minimal residual disease (MRD) detection in colorectal cancer (CRC) using a plasma - only integrated genomic and epigenomic circulating tumor DNA (ctDNA) assay.  ESMO 2020
3. Tarazona N, Henriksen T, Carbonell-Asins J, et al. Circulating tumor DNA to detect minimal residual disease, response to adjuvant therapy and identify patients at high risk of recurrence in stage I-III CRC. ASCO Poster. 2020

Confidential. Not for reproduction or further distribution.

# Signatera CRC validation showed persistent ctDNA clearance in 30% of patients, who tested positive pre-treatment



Must have serial data before, during and after adjuvant therapy

Must have evidence to interpret results during chemotherapy

Reinert T, Henriksen TV, Christensen E, et al. Analysis of plasma cell-free DNA by ultradeep sequencing in patients with stages I to III colorectal cancer. *JAMA Oncol* .2019;5(8):1124–1131.

Confidential. Not for reproduction or further distribution.

# Surveillance validation should have serial sampling at regular intervals for all patients



eFigure 7, ctDNA Profiling Results From the 75 Patients Included in the Longitudinal Post-Definitive-Treatment ctDNA Analysis.

## For relapsing patients:
Need data on lead time for molecular relapse vs. radiographic relapse

- 8.7 months avg lead time for Signatera

## For non-relapsing patients:
Need serial data in order to establish true false positive rates and NPV/PPV

- 0.2% and 97%/98% for Signatera, respectively

Reinert T, Henriksen TV, Christensen E, et al. Analysis of plasma cell-free DNA by ultradeep sequencing in patients with stages I to III colorectal cancer. *JAMA Oncol.* 2019;5(8):1124–1131.

Confidential. Not for reproduction or further distribution.

# Results should be quantitative, for treatment monitoring

Tumor-naïve methods may have difficulty with quantitation, due to combination of genomic and epigenomic signatures



Confidential. Not for reproduction or further distribution.

Is your cancer MRD test

Predictive of treatment benefit

Pan-tumor

Quantitative

Personalized

Tumor-informed

Validated in multiple studies

Covered by Medicare

Breakthrough designated by FDA

**Signatera**™

Confidential. Not for reproduction or further distribution.



**Signatera**™
Residual disease test (MRD)

13011 McCallen Pass, Building A, Suite 100 | Austin, TX 78753 | Main +1 510.826.3572 | Fax 1.650.730.2272

The test described has been developed and its performance characteristics determined by the CLIA-certified laboratory performing the test. The test has not been cleared or approved by the US Food and Drug Administration (FDA). Although FDA is exercising enforcement discretion of premarket review and other regulations for laboratory-developed tests in the US, certification of the laboratory is required under CLIA to ensure the quality and validity of the tests. CAP accredited, ISO 13485 certified, and CLIA certified. © 2021 Natera, Inc. All Rights Reserved.