# EXHIBIT C

# A plasma only integrated somatic and epigenomic circulating tumor DNA (ctDNA) assay to inform recurrence risk in colorectal cancer (CRC).

Aparna R. Parikh[1], Emily E Van Seventer[1], Genevieve M. Boland[1], Anna Hartwig[2], Ariel Jaimovich[2], Victoria M. Raymond[2], AmirAli Talasaz[2], Ryan B. Corcoran[1]

[1]Massachusetts General Hospital, Boston, MA; [2]Guardant Health, Inc., Redwood City, CA




Abstract #3602

## Introduction

- ctDNA has been shown to identify patients at high risk for disease recurrence post CRC resection
- Current ctDNA residual disease detection approaches only assess genomic alterations (alts), are limited by low levels of ctDNA, and rely on tumor tissue sequencing to differentiate tumor derived alts from confounding non-tumor derived alts (e.g. clonal hematopoiesis of indeterminate potential; CHIP)
- We evaluated a plasma only ctDNA assay which assesses genomic and epigenomic signals to identify CRC pts at high risk of recurrence without requiring initial tumor tissue sequencing

## Methods

- 72 patients with CRC underwent standard of care (SOC) treatment for CRC which included surgery +/- neoadjuvant therapy (N = 42), or surgery and adjuvant therapy +/- neoadjuvant therapy (N = 30) and had a post-completion of SOC therapy plasma sample collected (3-4mL of plasma)
- Extracted cfDNA (median 27ng) was analyzed using a single plasma sample NGS test validated in early stage CRC that integrates assessment of genomic alts with epigenomic cancer signature. A variant classifier differentiates tumor derived from non-tumor derived alts (e.g. germline or CHIP alts) in a tumor tissue uninformed approach (LUNAR assay, Guardant Health, CA. Figure 1; See Abstract #3057 for assay analytical validation)
- Post-completion of SOC therapy plasma samples were collected a median of 31 days after surgical resection (N = 42) or a median of 37 days after adjuvant therapy completion (N = 27)
- Median follow-up is 515 days (33 – 938 days)

| Cohort Demographics | | Number of patients | (%) |
|---|---|---|---|
| Gender | Male | 48 | 67% |
| | Female | 24 | 33% |
| Median Age at diagnosis (range) | | 61 years (31 – 84 years) | |
| Stage (at resection) | 0 – II | 27 | 38% |
| | III | 21 | 29% |
| | IV | 24 | 33% |



Figure 1: Overview of the LUNAR assay which integrates digital genomic sequencing with quantification of cancer associated epigenomic signals for a ctDNA detected / not detected result

## Results

ctDNA detection **after completion of standard of care therapy** had a recurrence positive predictive value **(PPV) of 100%**, negative predictive value **(NPV) of 76%**, and a hazard ratio for recurrence of 9.22 (p < 0.0001).



| Assay Performance by Analysis | Genomic (N) | Integrated Genomic and Epigenomic (N) |
|---|---|---|
| PPV (N of patients with ctDNA detected who recurred) | 100% (11 / 11) | 100% (14 / 14) |
| NPV (N of patients with ctDNA not detected who were recurrence free) | 72% (42 / 58) | 76% (42 / 55) |
| Sensitivity for recurrence within one year of surgery | 56% (9 / 16) | 69% (11 / 16) |
| Specificity for recurrence within one year of surgery | 96% (51 / 53) | 94% (50 / 53) |

Cohort results by genomic sequencing versus epigenomic analysis. Of the 14 patients who were ctDNA positive after completion of SOC therapy, 10 were positive for both by genomic and epigenomic assessment.



In the **surgery cohort**, ctDNA detection had a recurrence PPV of 100%, NPV of 76%, and a hazard ratio for recurrence of 8.7 (p < 0.0001).



| | Recurrence | Recurrence-free | Total |
|---|---|---|---|
| ctDNA + | 8 | 0 | 8 |
| ctDNA - | 8 | 26 | 34 |
| Total | 16 | 26 | 42 |

Sensitivity and Specificity of ctDNA for recurrence within one year:

| Sensitivity | 64% | 7 / 11 patients with a recurrence at 1 year following surgery were ctDNA detected post CRC resection |
|---|---|---|
| Specificity | 97% | 30 / 31 patients who were recurrence-free at 1 year following surgery were ctDNA not detected post CRC resection |

In the **adjuvant therapy cohort**, ctDNA detection had a recurrence PPV of 100%, NPV of 76%, and a hazard ratio for recurrence of 9.3 (p<0.0001).



| | Recurrence | Recurrence-free | Total |
|---|---|---|---|
| ctDNA + | 6 | 0 | 6 |
| ctDNA - | 5 | 16 | 21 |
| Total | 11 | 16 | 27 |

Sensitivity and Specificity of ctDNA for recurrence within one year:

| Sensitivity | 80% | 4 / 5 patients with a recurrence at 1 year following surgery were ctDNA detected post completion of SOC adjuvant therapy |
|---|---|---|
| Specificity | 91% | 20 / 22 patients who were recurrence-free at 1 year following surgery were ctDNA not detected post completion of SOC adjuvant therapy |

## Conclusions

- In resected CRC, ctDNA detection utilizing a plasma only, tumor uninformed integrated genomic and epigenomic assay has high recurrence PPV and NPV following completion of standard of care therapy
- In the post-resection setting, ctDNA detection identifies pts who may benefit from adjuvant therapy. Post completion of adjuvant therapy, ctDNA identifies pts who may benefit from additional/modified therapy
- These findings demonstrate that a single blood draw post-resection / post-adjuvant therapy, ctDNA can identify high risk pts and inform therapy decision making

## References

1. Overman, et al. 2017. J Clin Oncol 35, 2017 (suppl; abstr 3522).
2. Tie et al. 2018. J Clin Oncol 36, 2018 (suppl; abstr 3516)