# EXHIBIT D

# Serial assessment of cell-free circulating tumor DNA (ctDNA) to assess treatment effect and minimal residual disease during neoadjuvant and adjuvant therapy in colorectal cancer




Aparna R. Parikh[1], Emily E Van Seventer[1], Genevieve M. Boland[1], Anna Hartwig[1], Ariel Jaimovich[2], Victoria M. Raymond[2], AmirAli Talasaz[2], Ryan B. Corcoran[1]
[1]Massachusetts General Hospital, Boston, MA; [2]Guardant Health, Inc., Redwood City, CA

Abstract #O-016

## Introduction

- In stage I – III colon cancer, ctDNA identifies patients with minimal or "molecular" residual disease (MRD) following therapy completion[1,2]
- Patients with post-resection MRD may benefit from additional adjuvant therapy and/or close surveillance
- Longitudinal ctDNA assessment may provide insight into dynamic changes in ctDNA and better inform therapy decisions
- We previously demonstrated a plasma only integrated genomic and epigenomic ctDNA assay (Figure 1) has a high positive predictive value for colon cancer recurrence in patients who have completed standard of care therapy (Figure 2; Table 1)[3,4]

Figure 1: LUNAR plasma only ctDNA assay

## Methods

- Serial plasma samples collected from 43 people with resectable colon cancer a median of 31 days post-completion of each intervention with a median 27ng (range 10-100) of cfDNA input (Table 2; Figure 3)
- Single blood sample assay (Figure 1)
  - Analysis of both genomic and epigenomic signals
  - 100% detection at 0.1% variant allele fraction (VAF) for 30ng DNA input
    - Variants as low as 0.01% VAF reported
- In-silico filtering of non-tumor derived alterations
- No need for tumor
- Definitions:
  - Persistent ctDNA: "ctDNA detected" following completion of therapy
  - Cleared ctDNA: "ctDNA detected" followed by "ctDNA not detected" after completion of therapy
  - Negative ctDNA: "ctDNA not detected" at all timepoints

### Figure 3: Patient Consort

Resectable Colon Cancer (N = 43 patients)
→ Neoadjuvant Therapy  41/43
→ Resection  42/43
→ Adjuvant Therapy (N = 16 patients)
→ Disease Recurrence or Death 13/16



Figure 2 and Table 1: ctDNA Detection Post-Completion of Standard of Care Therapy

Hazard ratio for recurrence = 9.22 (p < 0.0001)

| Assay Performance by Analysis | Genomic (N) | Integrated Genomic and Epigenomic (N) |
|---|---|---|
| PPV (N of patients with ctDNA detected who recurred) | 100% (11/11) | 100% (14/14) |
| NPV (N of patients with ctDNA not detected who were recurrence free) | 72% (42/58) | 76% (42/55) |
| Sensitivity for recurrence within one year of surgery | 56% (9/16) | 69% (11/16) |
| Specificity for recurrence within one year of surgery | 96% (51/53) | 94% (50/53) |

### Table 2: Cohort Demographics

| | | Number of patients | (%) |
|---|---|---|---|
| Gender | Female | 15 | 35% |
| | Male | 28 | 65% |
| Median Age at diagnosis (range) | | 56 years (31 – 81) | |
| Stage (at resection) | 0 - II | 13 | 30% |
| | III | 11 | 26% |
| | IV | 19 | 44% |

## Results

- In this cohort of treated patients, the addition of epigenomic assessment improves ctDNA detection (Figure 4)
- Patients with persistent ctDNA were significantly more likely to experience disease recurrence (p<0.0001) in a shorter time period (Table 2; Figure 5)

### Figure 4: ctDNA results



Post neoadjuvant therapy: 29% / 39%
Post resection: 14% / 21%
Post-adjuvant therapy: 23% / 23%
(Genomic Only / Genomic + Epigenomic)

Figure 5: ctDNA persistence following therapeutic intervention



— Negative ctDNA
— Cleared ctDNA
— Persistent ctDNA

## Conclusions

- Patients with persistent ctDNA following completion of therapy for colon cancer were significantly more likely to experience disease recurrence earlier
- ctDNA can be serially assessed following each therapeutic intervention
- Understanding dynamic changes in ctDNA status following each intervention can identify patients who may benefit from additional therapies
- Prospective interventional studies are ongoing to explore utilizing ctDNA to inform therapeutic decision making

### Table 2: Dynamic changes in ctDNA status

| | Recurred | Recurrence Free | Median Time to Recurrence (days) |
|---|---|---|---|
| Persistent ctDNA | 11 | 0 | 182 |
| Cleared ctDNA | 3 | 3 | 333 |
| Negative ctDNA | 7 | 19 | NR* (median follow-up: 580 days) |



[1]Tie, et al. STM. 2016; [2]Reinert, et al. JAMA Oncol. 2019; [3]Hartwig, et al (2019). JCO. 37 (suppl abstr 3057); [4]Parikh, et al (2019). JCO. 37 (suppl abstr 3602)