# EXHIBIT E

# Minimal residual disease (MRD) detection in colorectal cancer (CRC) using a plasma-only integrated genomic and epigenomic circulating tumor DNA (ctDNA) assay

Aparna Raj Parikh[a], Emily E. Van Seventer[a], Genevieve Marie Boland[a], Giulia Siravegna[a], Anna Hartwig[b], Ariel Jaimovich[b], Victoria M. Raymond[b], AmirAli Talasaz[b], Ryan Bruce Corcoran[a]

[a] Massachusetts General Hospital, Boston, MA  [b] Guardant Health, Inc., Redwood City, CA

COI Disclosures for A. Parikh:
SAB/Consulting: Natera, Eli Lilly, Checkmate, DSMC: Genentech/Roche ; Research to Institution: Plexxicon, Takeda, Macrogenics, Novartis, BMS, Array, Guardant, Eli Lilly

## Background

- Detection of persistent circulating tumor DNA (ctDNA) after curative-intent surgery in colorectal cancer (CRC) has been shown to identify patients in minimal residual disease (MRD) who will ultimately recur. [1,2]
- Most ctDNA MRD assays require tumor sequencing to identify tumor-derived mutations to facilitate ctDNA detection, thus requiring both tumor and plasma specimens.
- This study evaluated whether the plasma-only ctDNA assay (LUNAR1, Guardant Health) can identify CRC patients with MRD post-definitive treatment.

## Methods

- Prospective serial plasma specimens were obtained from 84 CRC patients undergoing curative intent surgery. 70 patients had evaluable plasma draws at landmark draw. (**Figure 2**)
- Landmark draw defined as one-month post-completion of definitive therapy (median 31.5 days); definitive therapy defined as surgery or completion of adjuvant therapy for pts who received adjuvant therapy.
- Plasma samples (2-4 mL) were evaluated using LUNAR1 (Guardant Health). LUNAR1 is a single-sample plasma-only ctDNA assay that integrated genomic and epigenomic cancer signatures with a variant classifier to differentiate tumor-derived from non-tumor derived signatures. (**Figure 1**)
- We investigated the detection of ctDNA post-definitive therapy and its relationship to clinical recurrence and recurrence-free survival.
- Additional analyses incorporated longitudinal samples available from 11 patients.



Figure 1. LUNAR1 Process

## Results



Figure 2. Consort Diagram

Table 1. Patient demographics and clinical characteristics

| Characteristic | Overall Cohort | |
|---|---|---|
| | N = 84 | % |
| Age (years) – median (range) | 60 (35-84) | |
| **Sex** | | |
| Female | 33 | 39.3 |
| Male | 51 | 60.7 |
| **Stage at Surgery** | | |
| I | 8 | 9.5 |
| II | 20 | 23.8 |
| III | 40 | 47.6 |
| IV | 16 | 19.0 |
| **Sidedness** | | |
| Right | 18 | 21.4 |
| Transverse | 5 | 6.0 |
| Left | 31 | 36.9 |
| Rectal | 30 | 35.7 |
| Neoadjuvant Treatment | 38 | 45.2 |
| Adjuvant Treatment | 46 | 54.8 |
| **Type of Adjuvant Treatment** | | |
| FOLFOX | 30 | 66.7 |
| CAPOX | 7 | 15.6 |
| FOLFOX + chemoxRT | 3 | 6.7 |
| 5FU/LV | 3 | 6.7 |
| Other | 2 | 4.4 |
| Days on Adjuvant Treatment – median (range) | 136 (28-463) | |
| Recurrences | 30 | 35.7 |
| Days from Surgery to Recurrence - median (range) | 348.5 (35-887) | |
| Days of Clinical Follow Up from Surgery – median (range) | 632.5 (33-1246) | |



Figure 3. Recurrence-free survival, sensitivity and specificity for detection of recurrence and ctDNA positive calls (epigenomic and/or genomic) based upon ctDNA detection at landmark timepoint with 1 year-minimum follow up (a) and incorporating longitudinal draws with 1 year minimum-follow up (b).



Figure 4. Sensitivity by ctDNA calling methods (genomic only, epigenomic only, genomic and epigenomic) for landmark and longitudinal draws; Venn diagram of all ctDNA positive calls by calling methods.

## Conclusion

- From a single plasma sample obtained one-month post-completion of curative intent therapy in CRC patients, plasma-only ctDNA detection demonstrated favorable PPV and NPV for recurrence.
- Integrating analysis of epigenomic and genomic alterations enhanced sensitivity for MRD detection by a relative 25-36% vs. genomic alterations alone.
- Incorporating available longitudinal samples from 11 patients improved sensitivity to 69%
- These findings support the potential utility of plasma-only ctDNA detection of MRD in CRC

## References

[1] Tie, et al. STM. 2016; [2] Reinert, et al. JAMA Oncol. 2019