# EXHIBIT K



# *A priori* filtering of post-operative circulating tumor DNA predicts recurrence in post-metastasectomy colorectal cancer patients without knowledge of tumor genotype

Abstract #12044

Michael J. Overman[1], Ariel Jaimovich[2], Drew Kennedy[2], Michelle Tan[2], Danielle Gavino[2], Stefanie Mortimer[2], Darya Chudova[2], AmirAli Talasaz[2], Justin Odegaard[2], Scott Kopetz[1]

[1]The University of Texas MD Anderson Cancer Center, Houston, TX, USA; [2]Guardant Health, Inc., Redwood City, CA, USA

THE UNIVERSITY OF TEXAS
MD Anderson Cancer Center

## Introduction

- ctDNA in post-operative colorectal cancer (CRC) patients correlates with molecular residual disease and may be useful for prognostication and to guide adjuvant therapy decision making.[1,2]
- We previously demonstrated that post-operative ctDNA is strongly associated with disease recurrence in patients with metastatic CRC undergoing curative intent surgery (p=0.004).[3]
- Initial studies employed clinically impractical assays indexed to individual patient specific tumor tissue-derived mutations or were confounded by non-tumor-associated somatic alterations, including variants related to clonal hematopoiesis[1].
- We previously demonstrated that using a highly sensitive CRC next-generation sequencing (NGS) panel, the detection of post-operative ctDNA does not require foreknowledge of known somatic alterations.[3]
- We developed a variant classifier to expand on this ctDNA only approach and to further differentiate tumor-derived alterations from non-tumor derived alterations with the goal of increasing specificity of ctDNA detection in post-operative CRC patients.

## Methods

- CRC patients planned for hepatic metastasectomy were prospectively enrolled in an IRB approved trial (LAB10-0982).
- Pre-operative and post-operative plasma was sequenced to high depth using a 23-gene NGS panel with 96% theoretical sensitivity for CRC.[3]
- 51 metastatic colorectal cancer patients with both pre and post ctDNA results were recruited at a single institution (**Tables 1,2**). Tumor tissue was sequenced using this panel or local testing.
- ctDNA profiles from 4000 CRC pts (Guardant Health, Redwood City, CA) were used to train a variant classifier to exclude non-tumor derived alterations.
- The variant classifier was designed to identify cfDNA mutations that originate from the tumor, differentiating them from non-tumor derived mutations.

### Table 1: Cohort demographics

| | |
|---|---|
| Number of unique patients | 51 |
| Median age at diagnosis (range) | 55 years (33-76) |
| Gender | 60.8% Male / 39.2% Female |
| Histological Grade | 98% Moderately Differentiated / 2% Poorly Differentiated |
| Primary site | 21.6% Right-sided / 78.4% Left-sided |
| Presentation | 15.7% Metachronous / 84.3% Synchronous |

### Table 2: Cohort clinical features

| | |
|---|---|
| Neoadjuvant chemotherapy | 80.4% |
| Median number of resected tumors | 2 |
| Lymph node positive primary | 66.7% |
| KRAS mutation positive | 43% |
| Median time surgery to post-operative sample (range) | 18 days (13-123 days) |
| Median follow-up (range) | 42.7 months (4.4 – 59.4 months) |
| Recurrence | 72.5% (37 patients) |
| Median Time to Recurrence (range) | 7.8 months (1.2 – 34.5 months) |

## Results



### No Filter

| Performance Metric | No Filter |
|---|---|
| Sensitivity (pre-operative) | 84.3% (43 / 51) |
| Sensitivity for recurrence | 86.1% (31 / 36) |
| Specificity for recurrence | 60% (9 / 15) |
| Recurrence Positive Predictive Value (PPV) | 77.5% (31 / 40) |
| Recurrence Negative Predictive Value (NPV) | 54% (6 / 11) |

### Tissue Filtering

| Performance Metric | Tissue Filtering |
|---|---|
| Sensitivity (pre-operative) | 80.5% (33 / 41) |
| Sensitivity for recurrence | 45.2% (14 / 31) |
| Specificity for recurrence | 100% (10 / 10) |
| Recurrence PPV | 100% (14 / 14) |
| Recurrence NPV | 37% (10 / 27) |

### Classifier Filtering

| Performance Metric | Classifier Filtering |
|---|---|
| Sensitivity (pre-operative) | 82% (42 / 51) |
| Sensitivity for recurrence | 50% (18 / 36) |
| Specificity for recurrence | 100% (15 / 15) |
| Recurrence PPV | 100% (18 / 18) |
| Recurrence NPV | 45% (15 / 33) |



Variant Allele Frequency distribution

## Conclusions

- Recurrence prediction using post-operative somatic variant detection alone is fraught by a high clinical false positive rate.
- Many non-tumor derived mutations occur at low variant allele frequencies. However, relying solely on an allele frequency threshold to differentiate between tumor derived and non-tumor derived mutations would exclude many clinically relevant mutations.
- Filtering using tumor tissue is effective but may be clinically impractical due to added complexity and cost.
- Filtering using a novel variant classifier, without foreknowledge of tumor genotype eliminated false positives while maintaining clinically acceptable sensitivity.
- *A priori* variant classification may enable clinically feasible ctDNA diagnostics for adjuvant decision making in early-stage disease.

## References

1. Tie J., et al. (2016). Circulating tumor DNA analysis detects minimal residual disease and predicts recurrence in patients with stage II colon cancer. *Sci Transl Med* 8(346)
2. Diehl, F., et al. (2008). Circulating mutant DNA to assess tumor dynamics. *Nat Med* 14(9)
3. Overman, et al. (2017). Circulating tumor DNA (ctDNA) utilizing a high-sensitivity panel to detect minimal residual disease post liver hepatectomy and predict disease recurrence. *JCO* 35(suppl).