# EXHIBIT L



**natera** | **Signatera**
Residual disease test (MRD)

**JOIN OUR INDUSTRY EXPERT THEATER AT 2021 ASCO® ANNUAL MEETING:**

# The value of a tumor-informed approach for early MRD detection*

## Join Us!

Learn why a tumor-informed approach using Signatera enables the highest level of sensitivity and specificity required to stratify high risk patients and accurately detect molecular residual disease (MRD).

Go to **am.asco.org** and click on "Exhibits & Industry Expert Theater" to find Natera's presentation.

DATE
**Monday, June 7, 2021**
**8:30 AM- 9:10 AM (ET)**

SPEAKER
**Alexey Aleshin, MD, MBA**
Vice President,
Medical Affairs, Oncology



*Not an official presentation of the 2021 ASCO Annual Meeting. Not sponsored, endorsed, or accredited by ASCO® or Conquer Cancer® The ASCO Foundation. Not CME-accredited.