**Saul H. Perloff** (Cal. Bar 157092)
**NORTON ROSE FULBRIGHT US LLP**
Frost Tower, 111 W. Houston Street, Suite 1800
San Antonio, Texas 78205-3792
Telephone:    (210) 224-5575
saul.perloff@nortonrosefulbright.com

**Attorneys for Plaintiff**
**Guardant Health, Inc.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NATERA, INC., a Delaware corporation, <br><br> Defendant. | Case No.   21-cv-04062-EMC <br><br> **PLAINTIFF GUARDANT HEALTH, INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> <u>PROOF OF SERVICE</u> <br><br> Date:         June 3, 2021 <br> Time:        1:45 p.m. (Pacific Time) <br> Courtroom:  Zoom Webinar <br><br> Complaint Filed:   May 27, 2021 |

I, Dana Thompson, declare:

I am a citizen of the United States and employed in San Antonio, Bexar County, Texas. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 111 W. Houston Street, Suite 1800, San Antonio, Texas 78205. On June 2, 2021, I served a copy of the following documents:

1. **PLAINTIFF GUARDANT HEALTH, INC.'S NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER;**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER;**
3. **DECLARATION OF JUSTIN ODEGAARD AND EXHIBIT 1 THERETO;**
4. **DECLARATION OF THEREASA RICH AND EXHIBITS A-L THERETO; and the**

DOCUMENT PREPARED ON RECYCLED PAPER

**5. PROPOSED ORDER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Antonio, Texas addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **by transmitting via e-mail or other electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.**

| | |
|---|---|
| **Thomas M. Melsheimer**<br>Winston & Strawn LLP<br>2121 N. Pearl Street, Suite 900<br>Dallas, Texas 75201<br>tmelsheimer@winston.com<br><br>*Attorney for Defendant Natera, Inc.* | **John Sanders**<br>Winston & Strawn LLP<br>2121 N. Pearl Street, Suite 900<br>Dallas, Texas 75201<br>jsanders@winston.com<br><br>*Attorney for Defendant Natera, Inc.* |
| **Chase Johnson Cooper**<br>Winston & Strawn LLP<br>2121 N. Pearl Street, Suite 900<br>Dallas, Texas 75201<br>ccooper@winston.com<br><br>*Attorney for Defendant Natera, Inc.* | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Pursuant to 28 U.S.C. § 1746, I, Dana Thompson, certify under penalty of perjury that the foregoing is true and correct. Executed on this 2nd day of June, 2021.

By: *s/Dana Thompson*
      Dana Thompson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE
CASE NO. 4:21-CV-04062-EMC

DOCUMENT PREPARED
ON RECYCLED PAPER

## **PROOF OF SERVICE**

I, Dana Thompson, declare:

I am a citizen of the United States and employed in San Antonio, Bexar County, Texas. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 111 W. Houston Street, Suite 1800, San Antonio, Texas 78205. On June 2, 2021, I served a copy of the document(s):

**DEFENDANT/COUNTER-PLAINTIFF'S NOTICE OF SUBPOENA DUCES TECUM TO TESTIFY ISSUED TO NON-PARTY GHOST, LLC**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Antonio, Texas addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or other electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

> **Gregory B. Collins** (#023154)
> **Daniel P. Crane** (#030623)
> Kercsmar Feltus & Collins PLLC
> 7150 East Camelback Road, Suite 285
> Scottsdale, Arizona 85251
> gbc@kfcfirm.com
> dpc@kfcfirm.com
> *Attorneys for Plaintiff/Counter-Defendants*
> *ThermoLife International, LLC and Ronald Kramer*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Pursuant to 28 U.S.C. § 1746, I, Dana Thompson, certify under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of March, 2021.

By: *s/Dana Thompson*
     Dana Thompson