1  Katherine Vidal (SBN: 194971)
   KVidal@winston.com
2  WINSTON & STRAWN LLP
   275 Middlefield Road, Suite 205
3  Menlo Park, CA 94025-4004
   Telephone:     (650) 858-6500
4  Facsimile:     (650) 858-6550

5  Attorneys for Defendant
   NATERA, INC.
6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12  GUARDANT HEALTH, INC.,            | Case No.   3:21-cv-04062-EMC
    a Delaware corporation,
13                                    | **NATERA'S UNOPPOSED MOTION TO FILE
               Plaintiff,             | PARTIES' AGREEMENT REGARDING
14                                    | PLAINTIFF GUARDANT HEALTH INC.'S
          v.                          | MOTION FOR PRELIMINARY INJUNCTION
15                                    | UNDER SEAL**
    NATERA, INC.,
16  a Delaware corporation,
                                      | Complaint Filed:  May 27, 2021
17             Defendant.

18

19

20

21

22

23

24

25

26

27

28

                                      1

Pursuant to Local Rules 7-11 and 7-12, Plaintiff Guardant Health, Inc.'s ("Guardant") and Defendant Natera, Inc. ("Natera") stipulate to this Joint Motion to File , state as follows:

On June 3, 2021, the Court ordered the parties "to meet, confer, and come to a mutual agreement as to what statements will and will not be allowed between now and the Court's ruling on the pending motion for a preliminary injunction." The Parties have reached a confidential agreement (in the form of a joint statement) in accordance with the Court's instructions. Due to the sensitive nature of the ongoing dispute between the parties, Natera respectfully requests that the agreement be filed under seal, at least until such time as the Court rules on the pending motion for preliminary injunction. Guardant is unopposed to the agreement being filed under seal.

Respectfully submitted,

Dated: June 4, 2021                     WINSTON & STRAWN LLP

By:  */s/ Katherine Vidal*
     Katherine Vidal
     Thomas M. Melsheimer (*pro hac vice*)
     John C.C. Sanders (*pro hac vice*)
     Attorneys for Defendant
     NATERA, INC.