1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| GUARDANT HEALTH, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> NATERA, INC., a Delaware corporation, <br><br> Defendant. | **Case No. 3:21-cv-04062-EMC** <br><br> [~~PROPOSED~~] **ORDER GRANTING NATERA'S UNOPPOSED MOTION TO FILE PARTIES' AGREEMENT REGARDING PLAINTIFF GUARDANT HEALTH INC.'S MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL** <br><br> Place: Courtroom 5 – 17th Floor <br> Judge: Hon. Edward M. Chen |

Having considered Defendant Natera, Inc.'s ("Natera") Unopposed Motion to Seal, the Motion is hereby GRANTED.

Natera is granted leave to file the Parties' Agreement Regarding Plaintiff Guardant Health Inc.'s Motion for Preliminary Injunction under seal.

**IT IS SO ORDERED.**

Dated: June 4, 2021

_____
Hon. Edward M. Chen
United States District Judge