| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>Andrew J. Bramhall (Bar No. 253115)<br>andrewbramhall@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:     (650) 801-5000<br>Facsimile:      (650) 801-5100 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Anne S. Toker (*pro hac vice* pending)<br>annetoker@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1601<br>Telephone:     (650) 801-5000<br>Facsimile:      (650) 801-5100 |

WINSTON & STRAWN LLP
Katherine Vidal (SBN: 194971)
KVidal@winston.com
275 Middlefield Road, Suite 205
Menlo Park, California 94025-4004
Telephone:     (650) 858-6500
Facsimile:      (650) 858-6550

Attorneys for Defendant
NATERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATERA, INC.,<br><br>　　　　Defendant. | CASE NO. 3:21-CV-04062-EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE CLERK OF THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Andrew J. Bramhall of Quinn Emanuel Urquhart & Sullivan, LLP, hereby enters his appearance as counsel of record for Defendant Natera, Inc.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

Andrew J. Bramhall (andrewbramhall@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

The above-mentioned person certifies he is admitted to practice before this Court.

DATED:  June 15, 2021                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By      /s/ Andrew J. Bramhall
        Andrew J. Bramhall
        Attorneys for Defendant Natera, Inc.