```
Katherine Vidal (SBN: 194971)
KVidal@winston.com
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025-4004
Telephone:    (650) 858-6500
Facsimile:    (650) 858-6550

Attorneys for Defendant
NATERA, INC.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATERA, INC., a Delaware corporation,<br><br>Defendant. | **Case No. 3:21-cv-04062-EMC**<br><br>**NATERA'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL NATERA'S MOTION FOR ORDER TO SHOW CAUSE WHY GUARDANT SHOULD NOT BE FOUND IN CIVIL CONTEMPT** |

Pursuant to Local Rule 7-11 Defendant Natera, Inc. ("Natera") files this Motion to File Under Seal Natera's Motion for Order to Show Cause Why Guardant Should Not Be Found in Civil Contempt and states as follows:

On June 2, 2021, Plaintiff Guardant Health, Inc. ("Guardant") filed a Motion for Temporary Restraining Order (the "TRO Motion").  On June 3, 2021, the Court held a hearing on the TRO Motion, during which, the Court ordered the parties "to meet, confer, and come to a mutual agreement as to what statements will and will not be allowed between now and the Court's ruling on the pending motion for a preliminary injunction." ECF No. 23. On, June 4, 2021, the Parties reached an agreement and filed a Joint Statement as instructed by the Court. ECF No. 25-3.  This Court permitted the Parties to file the Joint Statement under seal.  ECF No. 26.

Natera contends that Guardant has violated the terms of the Joint Statement and contemporaneously with this Motion is filing a Motion for Order to Show Cause why Guardant Should Not be Found in Civil Contempt (the "Show Cause Motion").  Accordingly, Natera respectfully moves this Court to enter an Order permitting Natera to file the Show Cause Motion under Seal.

Counsel for Guardant did not indicate any opposition to the relief requested in this motion within the requested time period, *see* Decl. of John Sanders ¶¶ 5-6, and was unopposed to the filing of the Joint Statement under seal.

                                          Respectfully submitted,

Dated:  June 16, 2021                   WINSTON & STRAWN LLP

                                          By:  */s/ John C.C. Sanders*
                                                   Katherine Vidal
                                                   Thomas M. Melsheimer (*pro hac vice*)
                                                   John C.C. Sanders (*pro hac vice*)
                                                   Attorneys for Defendant
                                                 NATERA, INC.