1  Katherine Vidal (SBN: 194971)
   KVidal@winston.com
2  WINSTON & STRAWN LLP
   275 Middlefield Road, Suite 205
3  Menlo Park, CA 94025-4004
   Telephone:     (650) 858-6500
4  Facsimile:     (650) 858-6550

5  Attorneys for Defendant
   NATERA, INC.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11

12  GUARDANT HEALTH, INC.,            | **Case No.   3:21-cv-04062-EMC**
    a Delaware corporation,
13                                    | **DECLARATION OF JOHN C.C. SANDERS IN
              Plaintiff,              | SUPPORT OF NATERA'S UNOPPOSED
14                                    | MOTION TO FILE UNDER SEAL NATERA'S
        v.                            | MOTION FOR ORDER TO SHOW CAUSE
15                                    | WHY GUARDANT SHOULD NOT BE FOUND
    NATERA, INC.,                     | IN CONTEMPT**
16  a Delaware corporation,

17            Defendant.

18

I, John C.C. Sanders, declare as follows:

1. I am an attorney for Defendant Natera, Inc. ("Natera"). I file this Declaration in support of Natera's Motion to File Under Seal its Motion for Order to Show Cause Why Guardant Should Not Be Found in Civil Contempt.

2. On June 4, 2021, Natera filed a Motion to file the Parties' Joint Statement Under Seal. ECF No. 25. On June 5, 2021, this Court granted Natera's Motion, allowing Natera to file the Parties' Joint Statement Under Seal. ECF No. 26.

3. The Joint Statement is a confidential settlement agreement, protected by, without limitation, Rule 408 of the Federal Rules of Evidence.

4. Contemporaneously with the filing of this Motion, Natera is filing a Motion for Order to Show Cause Why Guardant Should Not Be Found in Civil Contempt (the "Show Cause Motion"). The sealed Joint Statement is central to the Show Cause Motion, such that it would be impracticable to file a redacted version of the Show Cause Motion rather than seal it in its entirety.

5. On June 16, 2021, at approximately 12:41 PM CT, I wrote via email to counsel for Guardant that "the [Show Cause] motion will address the stipulation which was filed under seal. So we intend to file our motion under seal as well. I assume that you are unopposed to that, but please let me know in the next hour if I am incorrect."

6. As of this filing, which took place more than one hour after the above email, I have not received a response from Guardant's counsel.

Pursuant to 28 U.S.C. § 1746, I, John C.C. Sanders, certify under penalty of perjury that the foregoing is true and correct.

Dated: June 16, 2021                               /s/ John C.C. Sanders
                                                       John C.C. Sanders