UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATERA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:21-cv-04062-EMC<br><br>**[PROPOSED] ORDER GRANTING GUARDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL GUARDANT'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**<br><br>Date:   June 24, 2021<br>Time:  1:30 p.m. (PST)<br>Place:  Via Zoom Webinar |

Having considered Plaintiff Guardant Health, Inc. ("Guardant"") Unopposed Motion to File Under Seal Guardant's Response to the Court's Order to Show Cause, the Motion is hereby GRANTED.

Guardant is granted leave to file under seal its Response to the Court's Order to Show Cause, with supporting declaration and exhibits.

**IT IS SO ORDERED.**

Dated:  June 21, 2021

_____
Edward M. Chen
United States District Judge