**WINSTON & STRAWN LLP**
Katherine Vidal (SBN: 194971)
KVidal@winston.com
275 Middlefield Road, Suite 205
Menlo Park, CA 94025-4004
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Thomas M. Melsheimer (admitted pro hac vice)
tmelsheimer@winston.com
John C.C. Sanders (admitted pro hac vice)
jsanders@winston.com
Chase J. Cooper (admitted pro hac vice)
ccooper@winston.com
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
Andrew J. Bramhall (Bar No. 253115)
andrewbramhall@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Anne S. Toker (admitted pro hac vice)
annetoker@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant* NATERA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GUARDANT HEALTH, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> NATERA, INC., a Delaware corporation, <br><br> Defendant. | **Case No. 3:21-cv-04062-EMC** <br><br> **NATERA'S UNOPPOSED MOTION TO FILE UNDER SEAL NATERA'S REPLY IN SUPPORT OF ITS MOTION FOR ORDER TO SHOW CAUSE WHY GUARDANT SHOULD NOT BE FOUND IN CIVIL CONTEMPT** |

1        Pursuant to Local Rule 7-11 Defendant Natera, Inc. ("Natera") files this Motion to File Under Seal Natera's Reply in Support of its Motion for Order to Show Cause Why Guardant Should Not Be Found in Civil Contempt and states as follows:

       On June 2, 2021, Plaintiff Guardant Health, Inc. ("Guardant") filed a Motion for Temporary Restraining Order (the "TRO Motion").  On June 3, 2021, the Court held a hearing on the TRO Motion, during which, the Court ordered the parties "to meet, confer, and come to a mutual agreement as to what statements will and will not be allowed between now and the Court's ruling on the pending motion for a preliminary injunction."  ECF No. 23.  On, June 4, 2021, the Parties reached an agreement and filed a Joint Statement as instructed by the Court.  ECF No. 25-3.  This Court permitted the Parties to file the Joint Statement under seal.  ECF No. 26.

       On June 16, 2021, Natera filed a Motion for Order to Show Cause why Guardant Should Not be Found in Civil Contempt (the "Show Cause Motion").  ECF No. 38. This Court permitted Natera to file the Show Cause Motion under seal and permitted Guardant to file its Response to the Show Cause Motion under seal as well.  ECF Nos. 40, 44.  Contemporaneously with filing this Motion, Natera is filing a reply in support of the Show Cause Motion.  Accordingly, Natera respectfully moves this Court to enter an Order permitting Nater to file its Reply in Support of its Show Cause Motion under Seal.  Counsel for Guardant did not indicate any opposition to the relief requested in this Motion within the requested time period.  *See* Decl. of John Sanders ¶ 6.

Dated:  June 22, 2021.

                                                                 Respectfully submitted,
                                                                 WINSTON & STRAWN LLP
                                                                 By:     */s/ John C.C. Sanders*
                                                                 Katherine Vidal
                                                                 Thomas M. Melsheimer (*pro hac vice*)
                                                                 John C.C. Sanders (*pro hac vice*)
                                                                 Chase J. Cooper (*pro hac vice*)

                                                                 QUINN EMANUEL URQUHART &
                                                                 SULLIVAN, LLP

Kevin P.B. Johnson
Victoria F. Maroulis
Andrew J. Bramhall
Anne S. Toker

*Attorneys for Defendant*
NATERA, INC.