**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| GUARDANT HEALTH, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>NATERA, INC., a Delaware corporation,<br><br>           Defendant. | **Case No.  3:21-cv-04062-EMC**<br><br>**ORDER GRANTING NATERA'S MOTION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF THE MOTION FOR ORDER TO SHOW CAUSE WHY GUARDANT SHOULD NOT BE FOUND IN CIVIL CONTEMPT**<br><br>Place:  Courtroom 5 – 17th Floor<br>Judge: Hon. Edward M. Chen |

Having considered Defendant Natera, Inc.'s ("Natera") Motion to Seal, the Motion is hereby GRANTED.

Natera is granted leave to file under seal its Reply in Support of the Motion for Order to Show Cause Why Guardant Should Not Be Found in Civil Contempt.

**IT IS SO ORDERED.**

Dated: June 24, 2021

　　　　　　　　　　　　　　　　　　Hon. Edward M. Chen
　　　　　　　　　　　　　　　　　　United States District Judge