| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Kevin P.B. Johnson (Bar No. 177129) | Anne S. Toker (*pro hac vice*) |
| kevinjohnson@quinnemanuel.com | annetoker@quinnemanuel.com |
| Victoria F. Maroulis (Bar No. 202603) | 51 Madison Avenue, 22nd Floor |
| victoriamaroulis@quinnemanuel.com | New York, New York 10010-1601 |
| Andrew J. Bramhall (Bar No. 253115) | Telephone:     (650) 801-5000 |
| andrewbramhall@quinnemanuel.com | Facsimile:     (650) 801-5100 |
| 555 Twin Dolphin Drive, 5th Floor | |
| Redwood Shores, California 94065-2139 | |
| Telephone:     (650) 801-5000 | |
| Facsimile:     (650) 801-5100 | |

WINSTON & STRAWN LLP
Katherine Vidal (SBN: 194971)
KVidal@winston.com
275 Middlefield Road, Suite 205
Menlo Park, California 94025-4004
Telephone:     (650) 858-6500
Facsimile:     (650) 858-6550

Attorneys for Defendant
NATERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., | CASE NO. 3:21-CV-04062-EMC |
| Plaintiff, | NATERA, INC'S NOTICE OF *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MEMORANDUM IN SUPPORT THEREOF |
| vs. | |
| NATERA, INC., | |
| Defendant. | |

TO PLAINTIFF/CROSS-DEFENDANT GUARDANT HEALTH, INC. AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on a date and time to be assigned by the Court, in the courtroom of the Honorable Edward M. Chen at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, Defendant/Cross-Complainant Natera, Inc. ("Natera") move this Court for a temporary restraining order ("TRO") and order to show cause re: a preliminary injunction against Plaintiff/Cross-Defendant Guardant Health, Inc. ("Guardant").

This application is made pursuant to Rule 65 of the Federal Rule of Civil Procedure and Local Rule 65.1 of the Local Rules of the United States District Court for the Northern District of California. It is based on Guardant's new "Product Launch" marketing campaign, in which its substantially expanded marketing team makes false and misleading statements regarding the performance of Reveal, a tumor-naïve cancer screening. If Guardant continues to disseminate this false and misleading information, Natera will be irreparably harmed, including through the loss of customers, sales, business opportunities, costs, and through harm to its goodwill and reputation. Additionally, if Guardant continues to make these false and misleading statements, the public will be harmed, as physicians will be misled into believing Reveal is more effective than it is. Since the misinformation includes mischaracterizing false negative and false positive rates, patient physical and emotional health is at stake.

Natera therefore seeks a TRO prohibiting the continued dissemination of false and misleading statements by Guardant, and an order to show cause why a preliminary injunction should not be issued against Guardant identical to the TRO sought.

Natera's motion is based on this notice of motion and supporting memorandum of points and authorities, the supporting declarations of Victoria Maroulis, Alexey Aleshin, the accompanying exhibits to those declarations, Natera's proposed order, as well as other written or oral argument that Natera may present to the Court.

Notice of this motion and the requested relief were previously given to Guardant, including by email to Guardant's counsel, Saul Perloff of Norton Rose Fulbright US, LLP.  (*See* Maroulis Declaration ¶ 22.)

DATED:  July 20, 2021                           Respectfully Submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By      /s/ *Kevin P.B. Johnson*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis
victoriamaroulis@quinnemanuel.com
Andrew J. Bramhall
andrewbramhall@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Anne S. Toker (*pro hac vice*)
annetoker@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

WINSTON & STRAWN LLP
Katherine Vidal
KVidal@winston.com
275 Middlefield Road, Suite 205
Menlo Park, California 94025-4004
Telephone:     (650) 858-6500
Facsimile:      (650) 858-6550

Attorneys for Defendant
NATERA, INC.