# SHEARMAN & STERLING LLP

300 West 6th Street, Suite 2250
Austin, Texas 78701
+1.512.647.1900

Saul.Perloff@shearman.com
512.647.1970

September 2, 2021

**VIA ECF**

Hon. Edward M. Chen
United States District Judge for the Northern District of California
Federal Building & US Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   *Gaurdant Health, Inc. v. Natera, Inc.*;
      Case No. 21-cv-4062

Pursuant to this Court's directive (Dkt. 86 at 16), Plaintiff Guardant Health, Inc., states that nothing in the Court's Order should remain under seal.

Very truly yours,

  /s/Saul Perloff

**Saul Perloff (Cal. Bar 157092)**
**Counsel for Plaintiff Guardant Health, Inc.**

SHEARMAN.COM

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.

AMERICAS/2021642133.2