UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.<br><br>         Plaintiff and<br>         Counterclaim-Defendant,<br><br>    vs.<br><br>NATERA, INC.<br><br>         Defendant and<br>         Counterclaim-Plaintiff. | CASE NO. 3:21-cv-04062-EMC<br><br>[PROPOSED] ORDER GRANTING THE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO EXCLUDE EXPERT TESTIMONY OF MALACKOWSKI AND STEC |

1 | The Court has received Plaintiff/Counter-Defendant Guardant Health, Inc. and Defendant/Counter-Plaintiff Natera, Inc.'s Joint Administrative Motion to File Under Seal Portions of the Order Granting in Part and Denying in Part Motions to Exclude Expert Testimony of Malackowski and Stec. Having considered the Administrative Motion to Seal and the Declaration of Saul Perloff in Support of the Administrative Motion to Seal, IT IS HEREBY ORDERED THAT the Administrative Motion to File Under Seal with is hereby **GRANTED** as follows.

**IT IS SO ORDERED**.

DATED: March 22, 2023

_____
HONORABLE EDWARD M. CHEN
United States District Court Judge