**Saul Perloff (157092)**
saul.perloff@shearman.com
**Katharyn Grant** *(pro hac vice)*
kathy.grant@shearman.com
**Andre Hanson** *(pro hac vice)*
andre.hanson@shearman.com
**Olin "Trey" Hebert** *(pro hac vice)*
trey.hebert@shearman.com
**SHEARMAN & STERLING LLP**
300 W. Sixth Street, 22nd Floor
Austin, Texas  78701
Telephone     (512) 647-1900

**Lillian Mao (267410)**
lillian.mao@shearman.com
**SHEARMAN & STERLING LLP**
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone     (650) 838-3600

**Christopher LaVigne** *(pro hac vice)*
christopher.lavigne@sherman.com
**SHEARMAN & STERLING LLP**
599 Lexington Ave
New York, NY 10022
Telephone     (212) 848-4000

**Attorneys for Plaintiff
GUARDANT HEALTH, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATERA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:21-cv-04062-EMC<br><br>**DECLARATION OF SAUL PERLOFF IN SUPPORT OF PLAINTIFF GUARDANT HEALTH, INC.'S REPLY ISO ITS MOTION TO EXCLUDE TESTIMONY OFFERED BY NATERA'S PUTATIVE EXPERT JEFFERY A. STEC, PH.D.** |

I, Saul Perloff, declare as follows:

DOCUMENT PREPARED ON RECYCLED PAPER

1. I am over 18 years old and I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called as a witness. I am an attorney with the Austin Office of Shearman & Sterling, LLP, counsel for Plaintiff/Counter-Defendant Guardant Health Inc. ("Guardant") in the above-styled and numbered action.

2. Attached are true and correct copies of the following exhibits submitted in support of Guardant's Reply to Natera's Opposition to Exclude Testimony Offered by Natera's Expert Jeffery Stec:

| Exhibit Number | Bates Number | Title/Description |
|---|---|---|
| Exhibit 1422 | N/A | Excerpts of Transcript of Deposition of James Malackowski. |

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 25, 2022 in Austin, Texas.

By:    */s/Saul Perloff*
        Saul Perloff

Attorney for Plaintiff/Counter-Defendant
GUARDANT HEALTH, INC.

DOCUMENT PREPARED ON RECYCLED PAPER