QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
Andrew J. Bramhall (Bar No. 253115)
andrewbramhall@quinnemanuel.com
Margaret H.S. Shyr (Bar No. 300253)
margaretshyr@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:   (650) 801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Valerie Lozano (Bar No. 260020)
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Anne S. Toker (*pro hac vice* pending)
annetoker@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:  (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Defendant
NATERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>NATERA, INC.,<br><br>  Defendant and Counterclaim-Plaintiff. | CASE NO. 3:21-CV-04062-EMC<br><br>**DECLARATION OF ELLE X. WANG IN SUPPORT OF NATERA, INC.'S MOTIONS *IN LIMINE***<br><br>**Pretrial Conference:**<br>Date: June 28, 2023<br>Time: 3:00 pm<br>Ctrm: 5 – 17th Floor<br>Judge: Hon. Edward M. Chen<br><br>**Trial:**<br>Date: July 24, 2023 |

I, Elle X. Wang, declare:

1. I am an attorney licensed to practice in the State of California. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan LLP, counsel for Natera, Inc. ("Natera") in the above-captioned matter. I submit this declaration in support of Natera's Motions *in Limine*. I have personal knowledge of the matters set forth in this Declaration. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript from the July 26, 2022 deposition of Steve Chapman.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript from the July 26, 2022 deposition of Helmy Eltoukhy, Ph.D.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript from the September 21, 2022 deposition of Daniel F. Heitjan, Ph.D.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the transcript from the September 23, 2022 deposition of James E. Malackowski.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the transcript from the July 22, 2022 deposition of Mark McCoy.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the transcript from the July 13, 2022 deposition of Solomon Moshkevich.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the transcript from the August 17, 2022 deposition of AmirAli Talasaz, Ph.D.

9. Attached hereto as Exhibit 8 is a true and correct copy of a document produced in this case as GHI00013035.

10. Attached hereto as Exhibit 9 is a true and correct copy of a document produced in this case as GHI00014465.

11. Attached hereto as Exhibit 10 is a true and correct copy of a document produced in this case as GHI00014505.

12. Attached hereto as Exhibit 11 is a true and correct copy of a document produced in this case as GHI00036362.

13. Attached hereto as Exhibit 12 is a true and correct copy of a document produced in this case as GHI00045942.

14. Attached hereto as Exhibit 13 is a true and correct copy of a document produced in this case as GHI00053112.

15. Attached hereto as Exhibit 14 is a true and correct copy of a document produced in this case as GHI00063255.

16. Attached hereto as Exhibit 15 is a true and correct copy of a document produced in this case as NATERA_006902.

17. Attached hereto as Exhibit 16 is a true and correct copy of J. Thomas McCarthy, 5 MCCARTHY ON TRADEMARKS AND UNFAIR COMPETITION § 27:54.50, obtained from Westlaw.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the transcript from the August 16, 2022 deposition of Nitin Sood.

19. Attached hereto as Exhibit 18 is a true and correct copy of an article entitled "When They Warn of Rare Disorders, These Prenatal Tests are Usually Wrong," dated January 1, 2022, obtained from https://www.nytimes.com/2022/01/01/upshot/pregnancy-birth-genetic-testing.html.

20. Attached hereto as Exhibit 19 is a true and correct copy of Rose et al., *Systematic Evidence-based Review: The Application of Noninvasive Prenatal Screening Using Cell-free DNA in General-risk Pregnancies*, 24 GENETICS IN MEDICINE 1379 (2022).

21. Attached hereto as Exhibit 20 is a true and correct copy of Dungan et al., *Noninvasive Prenatal Screening (NIPS) for Fetal Chromosome Abnormalities in a General-risk Population: An*

*Evidence-based Clinical Guideline of the American College of Medical Genetics and Genomics (ACMG)*, 25 GENETICS IN MEDICINE 100336 (2023).

22. Attached hereto as Exhibit 21a is a true and correct copy of Dar et al., *Cell-free DNA Screening for Prenatal Detection of 22q11.2 Deletion Syndrome*, 227 AM. J. OBSTETRICS & GYNECOLOGY 79.e1 (2022).

23. Attached hereto as Exhibit 21b is a true and correct copy of Dar et al., *Cell-free DNA Screening for Prenatal Detection of 22q11.2 Deletion Syndrome*, 227 AM. J. OBSTETRICS & GYNECOLOGY 79.e1 (2022), obtained from https://www.ajog.org/article/S0002-9378(22)00006-0/fulltext.

24. Attached hereto as Exhibit 22 is a true and correct copy of an article entitled "Natera: Pioneers in Deceptive Medical Billing," dated March 9, 2022, obtained from https://hindenburgresearch.com/natera/.

25. Attached hereto as Exhibit 23 is a true and correct copy of a document produced in this case as NATERA_350935.

26. Attached hereto as Exhibit 24 is a true and correct copy of Henriksen et al., *Circulating Tumor DNA in Stage III Colorectal Cancer, beyond Minimal Residual Disease Detection, toward Assessment of Adjuvant Therapy Efficacy and Clinical Behavior of Recurrence*, 28 CLINICAL CANCER RESEARCH 507 (2022).

27. Attached hereto as Exhibit 25 is a true and correct copy of Henriksen et al., *Comparing Single-target and Multitarget Approaches for Postoperative Circulating Tumor DNA Detection in Stage II-III Colorectal Cancer Patients*, 16 MOLECULAR ONCOLOGY 3654 (2022).

28. Attached hereto as Exhibit 26 is a true and correct copy of Fakih et al., *Evaluation of Comparative Surveillance Strategies of Circulating Tumor DNA, Imaging, and Carcinoembryonic Antigen Levels in Patients With Resected Colorectal Cancer*, 5 JAMA NETWORK OPEN (2022).

29. Attached hereto as Exhibit 27 is a true and correct copy of Reinert et al., *Analysis of Plasma Cell-Free DNA by Ultradeep Sequencing in Patients with Stage I to III Colorectal Cancer*, 5 JAMA ONCOLOGY 1124 (2019).

30. Attached hereto as Exhibit 28 is a true and correct copy of excerpts of the September 13, 2022 Rebuttal Expert Report of Michael L. Metzker, Ph.D.

31. Attached hereto as Exhibit 29 is a true and correct copy of a document produced in this case as GHI00013010.

32. Attached hereto as Exhibit 30 is a true and correct copy of a document produced in this case as GHI00006666.

33. Attached hereto as Exhibit 31 is a true and correct copy of a document produced in this case as GHI00006536.

34. Attached hereto as Exhibit 32 is a true and correct copy of a document produced in this case as NATERA_006900.

35. Attached hereto as Exhibit 33 is a true and correct copy of excerpts of the August 22, 2022 Opening Expert Report of Daniel F. Heitjan, Ph.D.

36. Attached hereto as Exhibit 34 is a true and correct copy of excerpts of the September 13, 2022 Rebuttal Expert Report of Daniel F. Heitjan, Ph.D.

37. Attached hereto as Exhibit 35 is a true and correct copy of excerpts of the transcript from the July 27, 2022 deposition of Shruti Sharma.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

//

//

//

1  Executed on May 26, 2023 at San Mateo, California.

3  　　　　　　　　　　　　　　　　　　　*/s/ Elle X. Wang*
　　　　　　　　　　　　　　　　　　　Elle X. Wang