# EXHIBIT 2

*(filed under seal)*