# EXHIBIT 3

*(filed under seal)*