# EXHIBIT 4

*(filed under seal)*