# EXHIBIT 5

*(filed under seal)*