# EXHIBIT 6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUARDANT HEALTH, INC., a Delaware corporation, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:21-cv-04062 |
| NATERA, INC., a Delaware corporation, | ) | |
| Defendant. | ) | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF SOLOMON MOSHKEVICH
Redwood Shores, California
Wednesday, July 13, 2022
Volume I

Reported by:
CATHERINE A. RYAN, RMR, CRR
CSR No. 8239
Job No. 5316574

PAGES 1 - 300

[redacted]

//

BY MR. PERLOFF:

Q And before we get to that, what type of doctor is Dr. Gauthier?

A Dr. Gauthier?

Q Mm-hmm.

A He's a transplantation -- like a nephrologist and transplant physician.

Q And did you know that, at the CareDx trial, Dr. Gauthier stated: "It would not be an apple-to-apples comparison to look at an NPV calculated with a 10 percent prevalence versus one with a 25 percent prevalence"?

A I did not know he said that.

Q Okay. But you don't agree with him, right?

A I don't know the context in which that was said. I think context matters.

Q Okay. You were aware that the CareDx trial was a false-advertising case, where CareDx sued Natera for what CareDx claimed were false and misleading side-by-side comparisons of two diagnostic tests?

A I'm aware of the -- of the background of the case.

[redacted]

[redacted]

[redacted]

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were administered an oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ X ] was [ ] was not requested.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney or any party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: 07/18/2022



Catherine A. Ryan, RMR, CRR

CSR No. 8239