# EXHIBIT 7

*(filed under seal)*