# EXHIBIT 8

*(filed under seal)*