# EXHIBIT 9

*(filed under seal)*