# EXHIBIT 10

*(filed under seal)*