# EXHIBIT 11

*(filed under seal)*