# EXHIBIT 12

*(filed under seal)*