# EXHIBIT 13

*(filed under seal)*