# EXHIBIT 14

*(filed under seal)*