# EXHIBIT 15

*(filed under seal)*