# EXHIBIT 17

*(filed under seal)*