# EXHIBIT 28

*(filed under seal)*