# EXHIBIT 29

*(filed under seal)*