# EXHIBIT 30

*(filed under seal)*