# EXHIBIT 31

*(filed under seal)*