# EXHIBIT 32

*(filed under seal)*