# EXHIBIT 33

*(filed under seal)*