# EXHIBIT 34

*(filed under seal)*