# EXHIBIT 35

*(filed under seal)*