**Saul Perloff** (157092)
saul.perloff@shearman.com
**Katharyn Grant** *(pro hac vice)*
kathy.grant@shearman.com
**Andre Hanson** *(pro hac vice)*
andre.hanson@shearman.com
**Olin "Trey" Hebert** *(pro hac vice)*
trey.hebert@shearman.com
**SHEARMAN & STERLING LLP**
300 W. Sixth Street, 22nd Floor
Austin, Texas 78701
Telephone   (512) 647-1900

**Christopher LaVigne** *(pro hac vice)*
christopher.lavigne@sherman.com
**SHEARMAN & STERLING LLP**
599 Lexington Ave
New York, NY 10022
Telephone   (212) 848-4000

**Jennifer L. Keller** (SBN 84412)
jkeller@kelleranderle.com
**Chase A. Scolnick** (SBN 227631)
cscolnick@kelleranderle.com
**KELLER/ANDERLE LLP**
18300 Von Karman Avenue, Suite 930
Irvine, California 92612
Telephone: (949) 476-8700
Facsimile: (949) 476-0900

**Attorneys for Plaintiff
GUARDANT HEALTH, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NATERA, INC., <br><br> Defendant. | Case No. 3:21-cv-04062-EMC <br><br> **PLAINTIFF GUARDANT HEALTH, INC.'S AMENDED WITNESS LIST** <br><br> **Pretrial Conference:** <br> Date:   June 28, 2023 <br> Time:   3:00 p.m. <br> Place:   Courtroom 5 |

| Name | Substance of Testimony | Estimated Length of Testimony (Guardant direct or cross-examination) |
|---|---|---|
| Helmy Eltoukhy | Guardant will offer Dr. Eltoukhy to testify regarding, among other things, general background about Guardant Health as a company, the Guardant Reveal assay, and the relevant market; Natera's false advertising and its impact on Reveal's reputation and success; and the corrective advertising Guardant would need to ameliorate the harm Natera has caused. | 2.5 hours |
| AmirAli Talasaz | Guardant will offer Dr. Talasaz to testify regarding, among other things, general background about Guardant Health as a company, the Guardant Reveal assay, and the relevant market; Natera's false advertising and its impact on Reveal's reputation and success; and the corrective advertising Guardant would need to ameliorate the harm Natera has caused. | 1.5 hours |
| Justin Odegaard | Guardant will offer Dr. Odegaard to testify regarding, among other things, general background about MRD tests for colorectal cancer including the Guardant Reveal assay; technical details about Reveal, including laboratory procedures and bioinformatics pipeline; Guardant's efforts to obtain Medicare reimbursement for Reveal; and Natera's false advertising and its impact on Reveal's reputation and success. | 1 hour |
| Kristin Price | Guardant will offer Ms. Price to testify regarding, among other things, Reveal's clinical performance; Guardant's marketing of Reveal and interactions with clinicians; and the false and misleading nature of Natera's advertising. | 1 hour |
| Victoria Raymond | Guardant will offer Ms. Raymond to testify regarding, among other things, Guardant's role in the development, design, conduct and authorship of the Parikh Study. | 1 hour |
| Mark McCoy | Guardant will offer Mr. McCoy to testify regarding, among other things, Guardant's efforts to obtain Medicare reimbursement for Reveal. | 1 hour |

| Name | Substance of Testimony | Estimated Length of Testimony (Guardant direct or cross-examination) |
|---|---|---|
| Ryan Corcoran (By Deposition) | Dr. Corcoran will testify regarding, among other things, general background about colorectal cancer and MRD tests; the development, design, conduct and authorship of the Parikh Study; and Natera's efforts to undermine or obtain retraction of the Parikh Study. | 1 hour |
| Aparna Parikh (By Deposition) | Dr. Parikh will testify regarding, among other things, the development, design, conduct and authorship of the Parikh Study, including the methodology and data analysis; and Natera's efforts to undermine or obtain retraction of the Parikh Study. | 0.5 hours |
| Steve Chapman | Guardant will examine Mr. Chapman regarding, among other things, Natera's campaign to attack Reveal, including Natera's false advertising; and Natera's comparison of Reveal and Signatera. | 2 hours |
| Alexey Aleshin | Guardant will examine Dr. Aleshin regarding, among other things, Natera's campaign to attack Reveal, including Natera's false advertising to oncologists; Natera's efforts to undermine or obtain retraction of the Parikh Study; Natera's participation and performance in bakeoffs with Guardant; Natera's role in the development, design, and conduct of the Reinert Study; and Natera's interest in developing its own plasma only assays. | 1.5 hours |
| Solomon Moshkevich | Guardant will examine Mr. Moshkevich regarding, among other things, Natera's campaign to attack Reveal, including Natera's false advertising; and Signatera's clinical performance. | 2 hours |
| Kevin Masukawa | Guardant will examine Dr. Masukawa regarding, among other things, Natera's campaign to attack Reveal, including Natera's false advertising, and its marketing strategy and expenditures for Signatera and its false advertising campaign against Reveal. | 1.5 hours |

| Name | Substance of Testimony | Estimated Length of Testimony (Guardant direct or cross-examination) |
|---|---|---|
| Daniel F. Heitjan | Guardant will offer Dr. Heitjan to testify regarding the opinions set forth in his expert reports dated August 22, 2022 and September 13, 2022, including: Natera's assertions that Signatera performs better than Reveal with respect to pre-surgical sensitivity, diagnostic lead time, assay failure rate, negative predictive value, hazard ratio, and longitudinal sensitivity are false and misleading because they fail to acknowledge critical differences in study design and analysis, including differences between the Reinert Study and Parikh Study; the Parikh Study's procedures and analyses are correctly described as prospective; no evidence shows the Parikh Study was not appropriately blinded or that any lack of blinding affected the Parikh Study results. The bases for Dr. Heitjan's testimony is set forth at length in his reports, which are attached. | 1 hour |
| James Malackowski | Guardant will offer its expert Mr. Malackowski to testify regarding the opinions set forth in his expert reports dated August 22, 2022 and September 13, 2022, as corrected, including: the appropriate form and amount of compensation due to Guardant for Natera's false advertising, including measures of disgorgement of Natera's profits, Guardant's lost profits, and the costs of corrective advertising; and the appropriate calculation of Guardant's gross profits, Natera's advertising expenses, and Guardant's advertising expenses. The bases for Mr. Malackowski's testimony is set forth at length in his reports, which are attached. | 1 hour |

| Name | Substance of Testimony | Estimated Length of Testimony (Guardant direct or cross-examination) |
|---|---|---|
| Brian Sowers | Guardant will offer its expert Mr. Sowers to testify regarding the opinions set forth in his expert report dated August 22, 2022, including: the design, methodology, and results of a survey testing whether relevant consumers take away a belief from Natera's advertising that Signatera's performance is superior to Reveal in terms of pre-surgical sensitivity and relapse sensitivity during surveillance monitoring. The bases for Mr. Sowers' testimony is set forth at length in his report, which are attached. | 1 hour |

These estimates may change based on the identification of additional witnesses to be called by Defendant, the estimated duration of Defendant's cross-examinations and/or rebuttal examinations, and any change in the total trial time available. Plaintiff reserves the right to add or subtract witnesses based on developments in the case, to adjust its estimates and to call any witnesses identified by Defendant on its witness list. Plaintiff also reserves the right to call any witness for purposes of rebuttal, impeachment, or authentication of a document.

In addition, Plaintiff may call the following witnesses, depending on developments in the case, including the testimony of other witnesses. Because Plaintiff does not presently intend to call these witnesses, Plaintiff is not providing an estimate regarding the length of their testimony.

| Name | Substance of Testimony |
|---|---|
| Thereasa Rich | If called, Ms. Rich may testify regarding, among other things, Guardant's role in the conduct of the Parikh Study; and the false and misleading nature of Natera's advertising. |
| Nitin Sood (By Deposition) | If called, Mr. Sood may testify regarding, among other things, the development and commercial launch of Reveal. |
| Shruti Sharma | If called, Guardant will seek to cross-examine Dr. Sharma to testify regarding, among other things, Natera's role in the development, design, and conduct of the Reinert Study; and Natera's collaboration with Aarhus University. |
| Kimberly Banks | If called, Ms. Banks may testify regarding, among other things, Reveal's clinical performance and Guardant's role in the conduct of the Parikh Study. |

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | Dated: February 5, 2024 | **SHEARMAN AND STERLING, LLP** |
| 3 | | |
| 4 | | By: _/s/ Saul Perloff_<br>Saul Perloff |
| 5 | | |
| 6 | | Attorneys for Plaintiff/Counter-Defendant<br>GUARDANT HEALTH, INC. |