**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5113**

WRITER'S EMAIL ADDRESS
andrewbramhall@quinnemanuel.com

March 15, 2024

Re: *Guardant Health, Inc. v. Natera, Inc.*, Case No. 3:21-cv-04062-EMC - Joint Letter Regarding Trial Date and Mediation

Dear Judge Chen:

Following the March 6, 2024, Third Final Pretrial Conference, the parties have confirmed they are available for a trial with a starting date of August 26, 2024.

Additionally, the parties have agreed to return to Judge Layn Phillips for another mediation session, subject to the availability of counsel and Judge Phillips. The parties are currently working to schedule a date.

Respectfully submitted,

| | |
|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP | Shearman & Sterling LLP |
| *Counsel for Natera, Inc.* | *Counsel for Guardant Health, Inc.* |
| /s/ Andrew Bramhall | /s/ Saul Perloff |
| Andrew Bramhall | Saul Perloff |

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH