| | |
|---|---|
| Saul Perloff (157092)<br>saul.perloff@aoshearman.com<br>Kathy Grant *(pro hac vice)*<br>kathy.grant@aoshearman.com<br>Andre Hanson *(pro hac vice)*<br>andre.hanson@aoshearman.com<br>Olin "Trey" Hebert *(pro hac vice)*<br>trey.hebert@aoshearman.com<br>ALLEN OVERY SHEARMAN STERLING US LLP<br>300 W. Sixth Street, 22nd Floor<br>Austin, Texas  78701<br>Telephone     (512) 647-1900<br><br>Christopher LaVigne *(pro hac vice)*<br>christopher.lavigne@aosherman.com<br>ALLEN OVERY SHEARMAN STERLING US LLP<br>599 Lexington Ave<br>New York, NY 10022<br>Telephone     (212) 848-4000<br><br>Jennifer L. Keller (84412)<br>jkeller@kelleranderle.com<br>Chase Scolnick (227631)<br>cscolnick@kelleranderle.com<br>KELLER/ANDERLE LLP<br>18300 Von Karman Ave., Suite 930<br>Irvine, CA 92612<br>Telephone     (949) 476-0900<br><br>Attorneys for Plaintiff/Counterclaim-Defendant GUARDANT HEALTH, INC. | Kevin P.B. Johnson (SBN 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (SBN 202603)<br>victoriamaroulis@quinnemanuel.com<br>Andrew J. Bramhall (SBN 253115)<br>andrewbramhall@quinnemanuel.com<br>Margaret Shyr (SBN 300253)<br>margaretshyr@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065-2139<br>Telephone     (650) 801-5000<br>Facsimile      (650) 801-5100<br><br>Anne S. Toker *(pro hac vice)*<br>annetoker@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010-1601<br>Telephone     (212) 849-7000<br>Facsimile      (212) 849-7100<br><br>Valerie Lozano (SBN 260020)<br>valarielozano@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone     (213) 443-3000<br>Facsimile      (213) 443-3100<br><br>Attorneys for Defendant/Counterclaim-Plaintiff NATERA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATERA, INC.,<br><br>　　　　　Defendant. | Case No. 3:21-cv-04062-EMC<br><br>**JOINT STATUS REPORT ON JURY INSTRUCTIONS AND PROPOSED EXPERT DISCOVERY SCHEDULE** |

Dear Judge Chen:

Pursuant to the Court's directions during the May 1, 2024 charge conference, the Parties met and conferred on May 8 regarding Proposed Jury Instruction Nos. 34-38, 41, 46, 48, and 50, as well as a proposed schedule for supplemental/rebuttal expert reports on Guardant's prospective corrective advertising damages. On May 8, Guardant provided to Natera revised proposed instructions incorporating both Parties' revised instructions, and on May 10, Natera provided additional proposals. The Parties have reached several agreements, including to eliminate Proposed Instruction No. 41 (regarding interstate commerce), and have narrowed a few other disputed instructions, but the Parties continue to discuss the remaining issues in the proposed jury instructions and will submit a joint, revised proposal on jury instructions to the Court for consideration by Tuesday, May 14, 2024.

The Parties propose the following schedule for supplemental/rebuttal expert reports of Mr. Malackowski and Dr. Stec:

| Date | Event |
|---|---|
| **May 27, 2024** | Parties to exchange updated financial information after conferring. |
| **June 14, 2024** | Guardant serves supplemental report of Mr. Malackowski |
| **June 28, 2024** | Natera serves rebuttal report of Dr. Stec |
| **July 2-12, 2024** | Depositions of Mr. Malackowski and Dr. Stec |
| **July 15, 2024** | Parties to advise Court of any potential *Daubert/*in *limine* motions on supplemental/rebuttal damages opinions |
| **July 22, 2024** | *Daubert*/in *limine* motions on supplemental/rebuttal damages opinions (if permitted) |
| **July 31, 2024** | Oppositions to allowed motions |
| **August 7, 2024** | Replies in support of allowed motions |
| **August 12-19, 2024** | Hearing on motions (if entertained by Court) |

-3-

| | | |
|---|---|---|
| 1 | Quinn Emanuel Urquhart & Sullivan, LLP<br>Counsel for Defendant Natera, Inc. | Allen Overy Shearman Sterling US LLP<br>Counsel for Plaintiff Guardant Health, Inc. |
| 3 | */s/ Brian Cannon* | */s/ Saul Perloff* |
| 4 | Brian Cannon | Saul Perloff |

I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendant.

By:   /s/      Saul Perloff
            Saul Perloff

*Counsel for Plaintiff Guardant Health, Inc*