UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATERA, INC., <br><br> Defendants. | Case No. 21-cv-04062-EMC <br><br> **ORDER ADDRESSING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** <br><br> Docket Nos. 369, 441, 451, 454, 463, 464, 466, 506, and 517 |

The parties had requested to file under seal portions of Docket Nos. 369, 441, 451, 454, 463, 464, 466, 506, and 517. The Court ordered the parties to re-file their administrative motions to file under seal, narrowing and clarifying their requests pursuant to L.R. 79-5 and *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). *See* Docket No. 537. The parties withdrew their requests to file under seal for Docket Nos. 369, 441, 451, 454, and 463. *See* Docket No. 542 at 1; Docket No. 543 at 2.

The Court grants several of the parties' requests to file documents under seal. The Court does so without prejudice as to how these documents will be handled if this case proceeds to trial. The Court is skeptical whether these documents may be maintained under seal at trial.

The Court orders as set forth below:

| Document | Identification of Portions to be Sealed | Granted/Denied |
|---|---|---|
| Docket No. 463, Natera's resolution of exhibit list objections | 4:20-21 <br> 8:7 | Grant |
| Docket No. 466, Guardant's resolution of exhibit list objections | 3:6-8 | Deny |
| Docket No. 506, Joint Proposed Jury Instructions | 102:23-24 | Grant |

| Docket No. 517, Motions *in Limine* Order | 3:10, 13, 19, 22-23, 25<br>4:15, 16-17, 18-20, 22<br>5:3, 4, 5-6, 7, 9<br>6:11, 12, 15-16, 16-17, 18<br>7:4, 6, 8, 18, 22<br>8:5, 8, 9, 11, 21-22, 23-24<br>9:2-4, 7, 9-10, 11<br>14:6-7, 8-9, 9-11<br>15:16-17, 19-20 | Deny |
|---|---|---|
| Docket No. 517, Motions *in Limine* Order | 10:8-11, 12-13, 14-16, 16-19, 20-21, 22-26<br>11:9-13, 14-15, 16-18, 20, 21-22, 23-24, 26-27, 27-28<br>12:1, 1-3, 3-4, 7, 8-11, 25-28<br>13:4-6<br>16:14-28<br>17:1-2, 9<br>49: 22, 23-24, 26<br>50:1-2 | Grant |

The parties shall file publicly redacted versions of these documents, consistent with the Court's rulings above, within one week.

//

This Order disposes of Docket Nos. 369, 441, 451, 454, 463, 464, 466, 506, 517, 542, and 543.

**IT IS SO ORDERED**.

Dated: June 25, 2024

_____
EDWARD M. CHEN
United States District Judge

2