**Saul Perloff (157092)**
saul.perloff@aoshearman.com
**Katharyn Grant** *(pro hac vice)*
kathy.grant@aoshearman.com
**Andre Hanson** *(pro hac vice)*
andre.hanson@aoshearman.com
**Olin "Trey" Hebert** *(pro hac vice)*
trey.hebert@aoshearman.com
**ALLEN OVERY SHEARMAN STERLING US LLP**
300 W. Sixth Street, 22nd Floor
Austin, Texas  78701
Telephone    (512) 647-1900

**Christopher LaVigne** *(pro hac vice)*
christopher.lavigne@sherman.com
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Ave
New York, NY 10022
Telephone    (212) 848-4000

**Jennifer L. Keller (84412)**
jkeller@kelleranderle.com
**Chase Scolnick (227631)**
cscolnick@kelleranderle.com
**KELLER/ANDERLE LLP**
18300 Von Karman Ave., Suite 930
Irvine, CA 92612
Telephone   (949) 476-0900

Attorneys for Plaintiff/Counterclaim-Defendant
GUARDANT HEALTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC. | Case No. 3:21-cv-04062-EMC |
| Plaintiff and Counterclaim-Defendant, | **DECLARATION OF TREY HEBERT IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY AND EXHIBITS** |
| vs. | |
| NATERA, INC. | |
| Defendant and Counterclaim-Plaintiff. | |

DOCUMENT PREPARED
ON RECYCLED PAPER

I, Trey Hebert, declare as follows:

1. I am over 18 years old and I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called as a witness. I am an attorney with the Austin Office of Allen Overy Shearman Sterling, US LLP, counsel for Plaintiff/Counter-Defendant Guardant Health Inc. ("Guardant") in the above-styled and numbered action.

2. Attached are true and correct copies of the following exhibits submitted in support of Guardant's Daubert Motion to Exclude Unreliable Expert Testimony from Dr. Howard Hochster Regarding COBRA Study:

| Exhibit | Bates Number | Title/Description |
|---------|--------------|-------------------|
| Ex. A | N/A | Hochster COBRA Deposition Transcript |
| Ex. B | N/A | Supplemental Expert Report of Howard S. Hochster (Exhibit 3) |
| Ex. C | GHI00063309 | Letter from Steve Olsen to Ms. Goldberg |
| Ex. D | N/A | Hochster COBRA Deposition Transcript |
| Ex. E | N/A | Supplemental Expert Report of Howard S. Hochster (Exhibit 2) |
| Ex. F | N/A | Expert Report of D. Heitjan in Rebuttal to Supplemental Expert Report of H. Hochster |
| Ex. G | RUTGERS_000366 | Email from P. Boland to H. Hochster |
| Ex. H | GHI00063358A | July 26, 2023 Letter to NRG-GI005 Team |
| Ex. I | RUTGERS_001152 | Email from H. Hochster to V. Morris re GI005 |
| Ex. J | RUTGERS_001246 | Mass email from Natera to staff |

DECLARATION OF TREY HEBERT IN SUPPORT OF
GUARDANT'S DAUBERT MOTION TO EXCLUDE TESTIMONY AND EXHIBITS
CASE NO. 3:21-CV-04062-EMC

DOCUMENT PREPARED
ON RECYCLED PAPER

| Ex. K | GHI00063394 | Email from L. Bucheit re FW: VOC Discussion with Med/Onc Office |
| Ex. L | NATERA_234198 | Email from S. Wiyrick to S. Moshkevich re: Oncology trial announcements |
| Ex. M | N/A | Updated Expert Report of James Malackowski |
| Ex. 3102 | N/A | Using Circulating Tumor DNA in Colorectal Cancer |
| Ex. 3108 | N/A | Letter from NRG to Colleagues |
| Ex. 3109 | RUTGERS_000978 | Email from M. Liu to H. Hochster re COBRA |
| Ex. 3112 | N/A | Phase II Results from Circulating tumor DNA |
| Ex. 3113 | N/A | ASCO Presentation |

3.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 1, 2024, in Austin, Texas.

By:    */s/ Olin "Trey" Hebert*
Olin "Trey" Hebert

Attorney for Plaintiff/Counter-Defendant
GUARDANT HEALTH, INC.

DOCUMENT PREPARED
ON RECYCLED PAPER

2
DECLARATION OF TREY HEBERT IN SUPPORT OF
GUARDANT'S DAUBERT MOTION TO EXCLUDE TESTIMONY AND EXHIBITS
CASE NO. 3:21-CV-04062-EMC