# EXHIBIT B

# EXHIBIT 3



**TPS3625** Poster Session

## Phase II/III study of circulating tumor DNA as a predictive biomarker in adjuvant chemotherapy in patients with stage II colon cancer: NRG-GI005 (COBRA).

*Van K. Morris, Greg Yothers, Scott Kopetz, Shannon L Puhalla, Peter C. Lucas, Atif Iqbal, Patrick M Boland, Dustin A. Deming, Aaron James Scott, Howard John Lim, Theodore S. Hong, Norman Wolmark, Thomas J. George; Department of Gastrointestinal Medical Oncology, University of Texas MD Anderson Cancer Center, Houston, TX; The University of Pittsburgh, and NRG Oncology SDMC, Pittsburgh, PA; The University of Texas MD Anderson Cancer Center, Houston, TX; UPMC Hillman Cancer Center and NSABP Foundation, Pittsburgh, PA; UMPC Hillman Cancer Center, The University of Pittsburgh School of Medicine, Pittsburgh, PA; Baylor College of Medicine, Houston, TX; Rutgers Cancer Institute of New Jersey, New Brunswick, NJ; University of Wisconsin, Madison, WI; The University of Arizona, Tucson, AZ; BCCA University of British Columbia, Vancouver, BC, Canada; Massachusetts General Hospital Cancer Center, Harvard Medical School, Boston, MA; UPMC Hillman Cancer Center, The University of Pittsburgh School of Medicine, Pittsburgh, PA; University of Florida Health Cancer Center, Gainesville, FL*

**Background:** Detection of circulating tumor DNA (ctDNA) shed into the bloodstream represents a highly specific and sensitive approach for identifying microscopic or residual tumor cells after surgical resection. For patients (pts) with colon cancer (CC), the detection of ctDNA is associated with persistent disease after resection and outperforms traditional clinical and pathological features in prognosticating risk for recurrence. However, for pts with stage II CC, there are currently no validated biomarkers predicting benefit in identifying pts whose residual disease cancer be cleared by adjuvant chemotherapy. We hypothesize that for pts whose stage II colon cancer has been resected and who have no traditional high-risk features, a positive ctDNA status may identify those who will benefit from adjuvant chemotherapy. **Methods:** In this prospective phase II/III clinical trial, pts (N = 1,408) with resected stage II CC without traditional high-risk features and whom the evaluating oncologist deems suitable for active surveillance (i.e., not needing adjuvant chemotherapy) will be randomized 1:1 into 2 arms: standard-of-care/observation (Arm A), or prospective testing for ctDNA (Arm B). Postoperative blood will be analyzed for ctDNA with the Guardant Reveal assay, covering CC-relevant mutations and CC-specific methylation profiling. Pts in Arm B with ctDNA detected will be treated with 6 months of adjuvant (FOLFOX) chemotherapy. For all pts in Arm A, ctDNA status will be analyzed retrospectively at the time of endpoint analysis. The primary endpoints are clearance of ctDNA with adjuvant chemotherapy (phase II) and recurrence-free survival (RFS) for "ctDNA-detected" pts treated with or without adjuvant chemotherapy (phase III). Secondary endpoints will include time-to-event outcomes (OS, RFS, TTR) by ctDNA marker status and treatment, prevalence of detectable ctDNA in stage II CC, and rates of compliance with assigned intervention. Archived normal and matched tumor and blood samples will be collected for exploratory correlative research. Enrollment continues across North America to the 1408-patient phase III endpoint. NCT#: 04068103. Support: U10CA180868, -180822; UG1CA189867; GuardantHealth. Clinical trial information: NCT04068103. Research Sponsor: U.S. National Institutes of Health; GuardantHealth.

Downloaded from ascopubs.org by 165.85.52.161 on January 31, 2024 from 165.085.052.161
Copyright © 2024 American Society of Clinical Oncology. All rights reserved.

© 2023 by American Society of Clinical Oncology. Visit meetings.asco.org and search by abstract for disclosure information.