# EXHIBIT C

**GUARDANT** HEALTH®

March 1, 2017

Dear Ms. Goldberg,

Please find enclosed our response to the NRG Oncology Request for Application for provision of integral biomarkers in the randomized clinical trial NRG-CR1643 for patients with resected stage II colon cancer.

Herewith we describe the performance and clinical application of our prototype ultra-sensitive cell free DNA next generation sequencing assay. This assay's analytic content (gene footprint) and clinical validation plans have been developed with specific consideration of adjuvant treatment decision making.

We include in this application proprietary and embargoed data.  We appreciate your treating this application in its entirety as confidential.

Please do not hesitate to inquire if we can elaborate on any specific component of the application. We look forward to your decision and appreciate the opportunity to collaborate with you on this important study.

Sincerely,

Steven Olsen

Steve Olsen, MD, PhD
Senior Vice President,
Clinical Development

GUARDANTHEALTH  | 505 Penobscot Drive, Redwood City, CA 94063 USA | 855.698.8887 *client services* | 888.974.4258 *fax* | www.guardanthealth.com

Confidential

GHI00063309