# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| GUARDANT HEALTH, INC., <br> a Delaware corporation, <br><br>         Plaintiff, <br><br> vs. <br><br> NATERA, INC., <br> a Delaware corporation, <br><br>         Defendant. | Case No. 3:21-cv-04062-EMC |

**EXPERT REPORT OF DANIEL F. HEITJAN, PH.D. IN REBUTTAL TO**
**SUPPLEMENTAL EXPERT REPORT OF HOWARD S. HOCHSTER, M.D.**

## I.   <u>INTRODUCTION</u>

1.      My name is Daniel F. Heitjan. I have been retained as an expert by counsel for Plaintiff Guardant Health, Inc. ("Guardant") in connection with the above-captioned action filed by Guardant against Defendant Natera, Inc. ("Natera"). I previously submitted an opening expert report in this case on August 22, 2022 and a rebuttal expert report on September 13, 2022. I submit this report in rebuttal of the opinions expressed in the Supplemental Expert Report of Howard S. Hochster, MD dated January 31, 2024.

2.      This report contains statements of my opinions formed to date and the bases and reasons for those opinions. I may offer additional opinions based on further review of materials in this case, including opinions and/or testimony of other expert witnesses, within the guidelines of the Court. I reserve the right to modify or supplement my opinions, as well as the basis for my opinions, in light of any documents, testimony, or other evidence that may emerge during the course of this matter, including additional deposition testimony or newly produced documents.

## II.   <u>BACKGROUND AND QUALIFICATIONS</u>

3.      My background and qualifications to comment on Dr. Hochster's opinions concerning the COBRA study and the results reported from the study's phase II endpoint analysis are set forth in detail in my Opening Report dated August 22, 2022.

4.      I am familiar with the aims of "futility" analysis and the statistical designs for futility analyses in clinical studies. As a practitioner and teacher of statistical methods for clinical trials, I have examined a variety of futility analysis methods. I am also familiar with the statistical methods, including the Fisher exact test, used in the COBRA phase II analysis.

5.      An updated copy of my current CV is attached hereto as Exhibit 1.

1

### III.    SUMMARY OF OPINIONS

6.    In the following paragraphs, I summarize the opinions I have expressed in this report and intend to express at trial. This is not intended as an exhaustive list of my opinions.

### IV.    THE COBRA STUDY'S STATISTICAL PLAN

7.    I have reviewed information concerning the COBRA study provided from several sources: The ClinicalTrials.gov website, the COBRA trial protocol, and the presentation by Dr. Van Morris at the 2024 ASCO-GI conference.

8.    The COBRA trial ("Circulating Tumor DNA as a Predictive Biomarker in Adjuvant Chemotherapy in Patients with Stage IIA Colon Cancer") sought to test the hypothesis that in low-risk stage II colorectal cancer (CRC) patients whose tumor has been resected, a positive ctDNA test after surgery can predict which patients will benefit from adjuvant chemotherapy. I understand that under the current standard of care, stage II CRC patients who lack other high-risk features generally do not undergo adjuvant (post-surgery) chemotherapy. But because some stage II CRC patients do ultimately recur, there are apparently patients who would benefit from this additional therapy. The challenge is to identify them in time to prevent the recurrence.

9.    COBRA was a prospective phase II/III clinical trial. It was to enroll 1,408 patients with resected stage II CRC without traditional high-risk features who were deemed suitable for active surveillance (i.e., not requiring adjuvant chemotherapy); by the time the trial was ended, it had enrolled 635 participants. It randomized subjects in equal proportions between 2 arms: *Standard-of-care* and *assay-directed therapy*. All patients had their blood collected after surgery and again six months later for testing for ctDNA with Guardant's Lunar assay —

also called Reveal.[1] Patients in the *standard-of-care* arm who had a positive post-surgery ctDNA test were followed as normal; that is, they were not offered adjuvant chemotherapy. Patients in the *assay-directed therapy* arm who had a positive post-surgery ctDNA test were offered a 6-month regimen of adjuvant chemotherapy. The 6-month post-surgery ctDNA test was used to identify which patients who were ctDNA(+) after surgery ultimately cleared their ctDNA (and, presumably, any minimal residual disease). The graph below illustrates the process.



---

[1] The Reveal assay had not yet launched as a commercial product at the time the COBRA trial was initiated.



The 6-month timepoint was collected two weeks after prior dose of chemotherapy/ immediately prior to the administration of the last dose of chemotherapy.

10.     COBRA was essentially two studies: A "phase II" trial that sought to obtain a preliminary estimate of the efficacy of assay-directed therapy, and a "phase III" trial that sought to establish whether assay-directed therapy would extend recurrence-free survival in ctDNA(+) patients.

11.     The primary aim of the phase II portion of COBRA was to compare the rate of ctDNA clearance between the standard-of-care and assay-directed therapy arms. Secondary aims were to describe the prevalence of detectable ctDNA in patients with stage IIA colon cancer following surgical resection; to obtain preliminary estimates of time-to-event outcomes (overall survival, recurrence-free survival, and time to recurrence) by ctDNA status and treatment; and to estimate the rates of compliance with adjuvant chemotherapy and active surveillance.

12.     Evaluating the clinical performance (i.e., the sensitivity, specificity, positive predictive value, and negative predictive value) of Reveal was *not* a stated objective of COBRA.

13.     In designing the phase II portion of COBRA, investigators assumed that only 10% of stage II cancer patients in the standard-of-care arm who tested ctDNA(+) at baseline would test ctDNA(−) at the six-month timepoint; i.e., they would experience "clearance" of ctDNA despite having received no treatment.

14.     It also hypothesized that a larger proportion — specifically, 60% — of patients in the assay-directed therapy arm who tested ctDNA(+) at baseline would "clear" their ctDNA at the month 6 evaluation; the adjuvant chemotherapy would wipe out the minimal residual tumor.

15.     An assumption implicit in the study design was that Reveal had perfect or nearly perfect *analytical* specificity, i.e., that Reveal would return very few if any ctDNA(+) test results in patients who did not have ctDNA present in their blood.

16.     For a diagnostic test like Reveal, *analytical specificity* is not the same thing as *clinical specificity*. In this context, the *analytical* specificity is the percentage of blood samples taken from patients believed to be cancer-free (determined by either screening or self-declaration) that are judged "ctDNA(−)". I am aware that Guardant has produced validation data for Reveal that shows that as of December 2020, the assay had an analytical specificity of 96.7%. GHI00012407 at 12427.

17.     In contrast, the *clinical* specificity is the percentage of cancer patients who will not recur at any time in the future who are called ctDNA(−) by the test. Examining the clinical specificity of a diagnostic test for cancer requires data about the clinical outcomes of patients in a study, collected over a sufficiently long period of time to have their final outcomes revealed. In the 2021 clinical validation study published by Dr. Aparna Parikh and colleagues, the clinical specificity of Reveal based on a single plasma specimen drawn approximately one month after

5

completion of definitive therapy was reported to be 95.4%, and 100% in patients with at least one year of clinical follow-up (95% confidence interval (78.2%, 100%)).

18.    As described in further detail below, it appears that the COBRA investigators failed to recognize that the prevalence of the condition under study would have a substantial effect on the fraction of analytical false positives observed in practice. Specifically, the lower the prevalence of patients having ctDNA available for detection, the greater will be the number of analytical false positives as a percent of all positive results. This is a theme that I discussed in my original report: That the positive predictive value of a diagnostic test is not purely a property of the test but depends on the prevalence of the condition in the patient group being studied. I will return to this concept in a later section.

## V.    RESULTS OF COBRA'S INTERIM PHASE II ANALYSIS FOR FUTILTY

19.    Before the trial was halted, COBRA randomized 635 patients with resected stage IIA colon cancer between the standard-of-care and assay-directed therapy arms. All patients provided plasma for a ctDNA test after their surgery. Those who were randomized to standard-of-care received only active surveillance regardless of the result of the ctDNA test. Those who were randomized to assay-directed therapy and had a positive post-surgery ctDNA test were offered adjunct chemotherapy; all but one accepted this therapy. All patients had a second, follow-up ctDNA test six months later, just prior to the final dose of chemotherapy in those who received this treatment.

20.    As I stated above, the phase II analysis compared the *clearance* rates, or fractions of patients who went from ctDNA(+) at baseline to ctDNA(−) at the six-month time point, between the two randomization arms. The slide deck from the COBRA ASCO-GI presentation (Exhibit 1 of the Hochster supplemental report) refers to this interim analysis as a

"phase II futility analysis". In the event, 16 patients qualified for this analysis — 7 from the standard-of-care arm and 9 from the assay-directed therapy arm. Of the 7 patients on standard-of-care, 3 cleared ctDNA; of the 9 patients on assay-directed therapy, only 1 cleared ctDNA.

21.     As indicated in the ASCO-GI presentation, the investigators analyzed the data by applying the Fisher exact test of the null hypothesis that the clearance rate of patients on assay-directed therapy is less than or equal to the clearance rate of patients on standard-of-care.

**Statistical Design:**
- For an assumed baseline ctDNA+ rate of 5.45%, the phase II/III decision rule (using a 1-sided p-value ≤ 0.35 from a Fisher exact test with 1-sided $\alpha$= .072 and power .909) based on intention to treat,
  $H_0$: clearance 10% in each arm
  $H_a$: clearance 60% vs 10% (Arm 2 versus Arm 1)

22.     The resulting *p-value* (the probability of achieving a result at least as extreme as the one observed, assuming there is no underlying difference between arms) was 0.98. Because the p-value exceeded the pre-determined significance threshold of 0.35 (i.e., p>0.35), the result was declared *not statistically significant*. On this basis, the investigators concluded that the clearance rate on test-directed therapy is no greater than the clearance rate on standard of care in this cohort. Invoking their futility analysis plan, they terminated the trial.

23.     In the following sections I discuss my concerns about the Hochster supplemental report and the COBRA phase II "futility" analysis.

## VI.     DR. HOCHSTER MISINTERPRETS THE STATISTICAL ANALYSIS

24.     To draw correct inferences from statistical computations, one must interpret their results with scrupulous attention to the meanings of technical terms. In this sense, Dr. Hochster has made several errors in his discussion of analyses conducted on the COBRA phase II data — errors that could mislead readers of his report. I cite here some examples.

25.     In ¶ 21, Dr. Hochster states that a *p-value* is "a statistical measurement used to indicate the statistical significance of the observed differences between two groups. The smaller

the p-value, the more likely there is a true difference between the two groups." The first sentence is circular; the second is incorrect. Rather, statisticians define the p-value to be the probability, assuming that there is no underlying difference between the two groups, of obtaining results as or more extreme than those observed from the study data. In other words, you assume true the hypothesis that you are trying to disprove, in this case that the clearance rate on assay-directed therapy is no greater than the clearance rate on standard of care. You then evaluate whether the data are consistent with this hypothesis; if not, you declare the hypothesis disproven. The proper interpretation of a *small* p-value is thus that either a) there actually is a difference between the groups, or b) there is no difference, but we have observed the rare data set where the groups *appear* to be different. The proper interpretation of a *large* p-value is that either a) there is no difference between the groups, or b) there is a difference, but we have observed the rare data set where the groups *do not appear* to be different. The p-value does not measure the "likelihood" of a true difference between the groups.

26.    In the same paragraph, Dr. Hochster, referring to the significance threshold p<0.35 applied in COBRA phase II, states that this means that "the clearance rates would be promising enough to continue even if the study results would be correct only 65 out of 100 times." This is true only in a convoluted sense. Specifically, *if there is no underlying difference in clearance rates between arms*, by applying this criterion we would erroneously call results "significant" no more than 35% of the time. In statistical parlance, the *type I error rate* is 35%.

27.    I note parenthetically that the nearly universal standard is to declare significance when p<0.05, which means that we accept a 5% chance of making the wrong conclusion if in truth there is no difference between arms. The fact that this study used 35%, rather than 5%, is

a departure from convention that evidently represents a concession to the unreasonably small sample size used in COBRA's phase II endpoint analysis.

28.     Perhaps the most egregious error appears in ¶ 34, where Dr. Hochster states that "[t]he reported p-value is 0.98, which effectively means that, with respect to the endpoint of 'ctDNA clearance,' Reveal only has a 2% chance of accurately predicting DNA clearance." This is not correct; a p-value of 0.98 means that, assuming there is no difference between arms, 98% of the time one would observe a result as extreme or more extreme than what was seen in the data. That is, it merely states that if there is in fact no difference between arms, it is quite likely that one will observe an effect estimate of this size or larger. The p-value does not in any sense quantify "the chance of accurately predicting DNA clearance".

## VII.    THE COBRA INTERIM ANALYSIS WAS NOT A TRUE FUTILITY ANALYSIS

29.     In a clinical trial we seek to evaluate the efficacy of a test treatment compared to a standard treatment or control. We expect the test treatment to be superior to the control, or at least not inferior, and we plan accordingly. Despite our best efforts, however, in some trials interim data suggest that the test therapy is actually inferior to the control. This is a worst-case scenario for trial planners.

30.     To accommodate this possibility, clinical trial designs may include a *futility stopping plan*, which is a data-based rule for terminating the ongoing trial and declaring it unsuccessful should interim results be sufficiently discouraging. A common approach to framing such questions is the so-called *conditional power* method: At a scheduled interim review of the trial data, we calculate the probability that the trial will ultimately produce a statistically significant result, given the current data. If this probability is below some predetermined level — perhaps 1% or 5% — then one can terminate the trial for futility. The

9

rationale is that interim results have been so poor that the chance of ultimate success is negligible. Because continuing such a trial is unethical and wasteful, we terminate it.

31.     It is not unusual for clinical trials to start out showing unfavorable results and later reverse course. This can result from improvements in the test arm, changes in the population of patients entering the trial, or simply the play of chance. In my experience, trial leaders sometimes overreact to poor interim results and lose confidence in the test treatment before such a judgment is well justified. Similarly, trial sponsors who see things unfolding poorly may seek the first opportunity to cut their losses.

32.     To avoid an overreaction to initial unpromising data, it is essential to have a pre-planned strategy — approved by trial leadership, the study sponsor, and the data monitoring committee — for terminating the trial should interim results be unfavorable. The chief benefit of such a futility analysis plan is realized not in its execution to stop a struggling trial, but rather in preventing a stampede to end a trial at the first whiff of negative results.

33.     As I indicated above, a common paradigm for futility analysis is to compute, at an interim point in the trial, the probability that the final outcome will be statistically significant *given the current data*. Consider the following simplified example: Suppose that in a single-arm trial with $n=20$ subjects we will declare statistical significance if 12 or more subjects have a successful outcome. Imagine that we have so far enrolled 10 patients, of whom only 4 have been successes. Then given these data, the probability of a significant result is the chance that 8 or more of the final 10 subjects are successes. The futility analysis involves calculating the probability that we get 8, 9, or 10 successes in the final 10 under a designated alternative assumption about the underlying success rate. If this probability is very small, we consider ending the trial for futility; if the probability is not too small, we let the trial proceed.

34.     If early disappointing results reflect the play of chance, rather than some unforeseen defect in the test therapy, then there may still be a good chance of realizing a statistically significant result in the end. A proper futility analysis tempers negative reactions to unpromising early results with the recognition that the trial still has a long way to go.

35.     A question that arises in futility analysis is whether the termination rule should be considered *binding*. We typically speak of clinical trial "stopping rules", implying that we must obey them in all circumstances. In reality it is better to think of them as non-binding "plans" or "guidelines". When embarking on a trial, one must recognize that unanticipated events and conditions — such as innovations in treatment technology or results of other trials — could influence future decisions. Thus it is advisable to avoid committing oneself too tightly to a particular decision-making scheme. Futility testing provides an objective means to evaluate the overall status of the trial, with termination as one option should interim results — buttressed by other lines of evidence — suggest that such a course is best.

36.     Another consideration is that investigators generally wish to avoid stopping a trial early, even when interim results are *more* favorable than expected. First, closing a trial early means cutting off the collection of data to address other hypotheses of interest: What is the safety of the treatment? Is it effective for other outcomes besides the primary outcome? Is it more or less effective in subsets of the population? And so on. Second, even trials that end early because the test treatment *exceeds* expectations — in some sense, the best possible result — are regarded with suspicion, as though something went badly wrong rather than spectacularly right. Thus, we should terminate a trial early only when it is clear that converging lines of evidence demonstrate that the scientific, ethical, and economic bases of the trial no longer exist.

37.     With these considerations in mind, I have three concerns about the decision to stop COBRA after its interim phase II analysis.

38.     First, the phase II portion of COBRA was not truly a "futility" analysis. This is because it did not refer to the probability that the phase III portion would be successful, given the results of the phase II; it merely summarized the results of the first 16 patients, without considering the possibility that things might turn out differently once the full trial was enrolled. As I will describe below, there is little certainty about the treatment effect on the ctDNA clearance rate, and still less about how the trial is likely to turn out should it be the case that so far we have just been unlucky. The COBRA investigators should have had a clearer idea about these things before ending the trial.

39.     Second, whereas the outcome variable of the phase II portion was ctDNA clearance, the outcome variable for the phase III portion was recurrence-free survival. Thus, the phase II analysis did not give us an advance look at the type of data that would be the subject of the phase III portion of the trial. Dr. Hochster's statements that the phase II intermediate endpoint analysis was intended to serve "as an early and predetermined checkpoint for the reliability of the ctDNA [minimal residual disease] assay," Hochster Supp. at ¶ 20, and "an early check for the fidelity of the ctDNA test," *id*. at ¶ 21, are unsupported and wrong. The phase II endpoint analysis tested the null hypothesis that the clearance rates are the same among initially ctDNA(+) subjects in both study arms. As I explain, there are many possible reasons why the null hypothesis would not be rejected at this phase of the study, and in any case, the phase II analysis was not designed to test the "reliability" of the ctDNA test used in the study.

40.     Finally, the fact that COBRA met its "futility" stopping criterion should not automatically mandate its termination. As I indicated above, in considering whether to close a

trial early, it is essential to consider all relevant lines of evidence. In the Parikh study, the Reveal test had shown good diagnostic properties as a tool for identifying subjects *whose cancer would recur*, a more clinically relevant outcome than ctDNA clearance, which is, at best, a potential surrogate for clinical non-recurrence. As COBRA had not even begun to consider this variable, a decision to end the trial seems premature.

## VIII.    THE COBRA PHASE II DATA SET WAS TOO SMALL TO YIELD DECISIVE DATA

41.    The phase II portion of COBRA was small by any standard — too small to support final decisions about any of the trial hypotheses.

42.    Cancer clinical trial programs traditionally unfold in three phases: In a phase I trial, we study the safety of the test therapy, often by varying its dose. These trials are commonly small, enrolling 20 or fewer subjects. There was no phase I trial of Reveal, as it involves only a blood draw and so there is no question of its safety.

43.    In a phase II trial, we seek evidence that a test therapy has efficacy similar to existing treatments. The designated outcome variable in a phase II trial is commonly an easily measured *surrogate* such as tumor shrinkage. The rationale is that although a treatment that shrinks tumors might extend survival, a treatment that does not shrink tumors almost certainly will not extend survival. Phase II trials are traditionally single-arm studies enrolling 30–40 patients, comparing outcomes under the new treatment to those from historical control data. Less often, investigators conduct randomized phase II trials that use concurrent controls. These are generally superior to single-arm trials because they eliminate the biases that arise in comparisons to historical control data. Their disadvantage is that they require larger sample sizes to achieve the same level of precision for estimating treatment effects.

13

44.    Phase III trials are typically multi-center, randomized trials enrolling hundreds of patients. They seek to prove a test therapy's efficacy compared to its control on a "hard" outcome such as recurrence-free survival or overall survival.

45.    COBRA had both phase II and phase III components; the idea was to transition from phase II to phase III should the results of the interim analysis be promising. In keeping with standard practice, the outcome variable for the phase II portion was a surrogate variable — in this case "ctDNA clearance" — rather than the more definitive "recurrence-free survival". Yet the sample size of the phase II portion was only $n=16$, roughly half the standard size of a single-arm phase II trial and well below the standard sample size for a randomized phase II. Thus although COBRA enrolled over 600 patients, only a handful (i.e., those who tested ctDNA(+) post-surgery) figured in the phase II futility analysis; this small number was a function of the low rate of expected recurrence in this patient cohort and the properties of the assay at a single timepoint after surgery. COBRA phase II was, by any standard, a small study.

46.    One problem with small studies — even those whose outcome is statistically significant — is that their results can be sensitive to modest changes in the data, implying that although the analysis turned out one way, it could easily have turned out another. To see this, I have computed the Fisher exact test from the five data sets (one real and four hypothetical) whose row and column totals match those of the observed data:

|  | Assay-directed therapy | Standard-of-care | Total |
|---|---|---|---|
| Cleared | 0 | 4 | 4 |
| Not cleared | 9 | 3 | 12 |
| Total | 9 | 7 |  |

Potential data set A: Worse than the observed table; p=1.00.

|  | Assay-directed therapy | Standard-of-care | Total |
|---|---|---|---|
| Cleared | 1 | 3 | 4 |
| Not cleared | 8 | 4 | 12 |
| Total | 9 | 7 |  |

Data set B: The observed table; p=0.98.

|  | Assay-directed therapy | Standard-of-care | Total |
|---|---|---|---|
| Cleared | 2 | 2 | 4 |
| Not cleared | 7 | 5 | 12 |
| Total | 9 | 7 |  |

Potential data set C: One cleared moved between study arms; p=0.81.

|  | Assay-directed therapy | Standard-of-care | Total |
|---|---|---|---|
| Cleared | 3 | 1 | 4 |
| Not cleared | 6 | 6 | 12 |
| Total | 9 | 7 |  |

Potential data set D: Two cleared moved between arms; p=0.39.

|  | Assay-directed therapy | Standard-of-care | Total |
|---|---|---|---|
| Cleared | 4 | 0 | 4 |
| Not cleared | 5 | 7 | 12 |
| Total | 9 | 7 |  |

Potential data set E: Three cleared moved between arms; p=0.07.

47.     We observe that the significance level from the actual data (table B: 1 of 9 cleared on assay-directed therapy, 3 of 7 cleared on standard-of-care) was p=0.98. If we switch one cleared patient from standard-of-care to assay-directed, we get p=0.81 (table C). Similarly, if we switch two, we get p=0.39 (borderline significant, table D), and if we switch all three, we get p=0.07 (statistically significant, table E).

48.     When, as in this case, small changes in the data produce big changes in the p-value, we say that the analysis is *sensitive* or *non-robust* to perturbations of the data. In larger

15

studies we rarely observe such extreme sensitivity. This lack of robustness should give us pause about using the phase II data as a basis for consequential decisions about the study.

49.    I note moreover that of the five possible tables, only data set E is statistically significant by the criterion laid out in the COBRA study protocol. In other words, for these margins we would have to observe *all* the clearances in the assay-directed therapy arm (i.e., no clearances in patients enrolled in the standard-of-care arm) to attain statistical significance. Because some subjects may clear ctDNA spontaneously without treatment, and moreover some in either arm might have been misclassified as ctDNA(+), the trial design had set a standard that would be difficult to achieve.

50.    As indicated above, one patient in the assay-directed therapy arm who was assay-positive at baseline declined adjuvant chemotherapy. Because this patient effectively received standard of care, I repeated the Fisher test and sensitivity analysis counting him as a standard-of-care patient. Although this change does not tip the data over into statistical significance, by modifying only two further clearance events we obtain p=0.28, suggesting that this analysis is even less robust than the main "intention-to-treat" analysis.

51.    Another important issue is that the phase II analysis was, by the usual standards applied in such studies, inconclusive. To see this, consider that one element of Dr. Hochster's critique of COBRA is that the clearance rate on assay-directed therapy was only 1 in 9, or 11%, and not in the 40%–60% range he states he would expect. But the estimated clearance rate for assay-directed therapy from COBRA is based on a sample of only 9 ctDNA(+) subjects, and consequently is potentially highly variable; i.e., if we looked at the ctDNA clearance rate in a different sample of similarly treated patients, we might see a very different result. I will

16

illustrate this point by presenting an analysis of the *uncertainty* of our estimate of the clearance rate.

52.     Statisticians quantify the uncertainty in an estimate by using a data summary, known as a *confidence interval*, that provides a range of likely values of the parameter we seek to estimate. The interpretation of a 95% confidence interval is as follows: We do not know whether the interval that we have computed includes the true value of the parameter. But we do know that if we conduct the same study over and over again, the 95% confidence interval will cover its target — i.e., the parameter we are trying to estimate (in this case, the actual clearance rate) will fall between the upper and lower limits of the confidence interval — 95 times out of 100. Thus 95% is our *level of confidence* that this interval covers the target.

53.     An important property of confidence intervals is that their size reflects our degree of uncertainty about the thing being estimated. When we have only a little data, we do not have a very clear idea of the value of the parameter, and consequently the confidence interval is wide. As we acquire more data, we have a better idea of the value of the parameter, and the confidence interval shrinks accordingly.

54.     I computed a 95% confidence interval for the clearance rate for patients undergoing assay-directed therapy, applying the Clopper-Pearson method to the COBRA data. The interval comes out to be (0.3%, 48.2%). By the interpretation of the confidence interval, we are 95% certain that this interval covers the true clearance rate in this group of patients. Because our interval includes values up to 48%, we have not excluded the possibility of values above 40%, which (as noted at Hochster Supp. ¶ 33) is within Dr. Hochster's hypothesized range of clearance rates for ctDNA(+) patients treated with chemotherapy. The message here is that the ctDNA outcomes among patients on assay-directed therapy (i.e., clearance in only 1 of

17

9 patients) are not as discouraging as they may first appear. One should not race to make final decisions using such a small data set.

55.    I conducted the same analysis to estimate the clearance rate for patients undergoing standard-of-care therapy, again applying the Clopper-Pearson method to the COBRA data. Recall that in this arm there were 7 ctDNA(+) patients, of whom none received adjuvant chemotherapy and 3 cleared their ctDNA. The 95% confidence interval in this case is (9.9%, 81.6%). By the interpretation of the confidence interval, we are 95% certain that this interval covers the true clearance rate in the standard-of-care patients. The message here is that the ctDNA outcomes among patients on standard-of-care therapy (i.e., clearance in 3 of 7 patients) are not as surprising as they first appear. Indeed, this data set does not exclude clearance rates as low as 10%, which was the hypothesized control clearance rate used in designing phase II of COBRA.

56.    Another parameter of potential interest in COBRA is the odds ratio (OR), defined as the ratio of the odds of ctDNA clearance in the assay-directed therapy arm to the odds of clearance in the standard-of-care arm. If the ctDNA clearance rate is greater in the assay-directed arm, the OR exceeds 1; if the clearance rate is greater in the standard-of-care arm, the OR is less than 1; if the clearance rates are the same in both arms, the OR is 1 exactly. The estimated OR from the phase II COBRA data is 0.19, which appears to strongly favor the standard-of-care arm. But again a single "point estimate" of the OR does not tell the whole story, and one should evaluate the level of variability around this estimate before drawing conclusions. Thus I used standard statistical methods to compute a confidence interval for the OR.

18

57.     From the phase II COBRA data, the 95% confidence interval for the OR is the range (0.003, 3.217). That is, based on the data we have, we are 95% confident that the interval (0.003, 3.217) includes the true OR for this patient group. Significantly, the odds ratio representing equivalence, OR=1, lies comfortably within this interval, as does even the odds ratio OR=3, indicating a 3:1 advantage in odds of clearance for assay-directed therapy. We deduce that although the point estimate of the OR suggests that assay-directed treatment is not beneficial for clearing ctDNA, when we account for the small sample size the analysis is far from conclusive.

58.     Consider again the effect of the sample size on a confidence interval. Shown below are two tables: The actual two-way table from the COBRA phase II analysis and a made-up table that multiplies the numbers in each cell of the COBRA table by 10. As I have noted, the 95% confidence interval for the odds ratio from the actual data is (0.003, 3.217), which suggests that we have only a vague idea of the true odds ratio based on this small sample of patients. If we multiply every cell of the table by 10, we get a 95% confidence interval for the odds ratio equal to (0.067, 0.397). If these had been our data — which they were not! — then indeed we would be quite certain that assay-directed therapy is not helpful in predicting ctDNA clearance. The message here is that it is essential to interpret the data as they are, and to use statistical measures of uncertainty to properly assess our state of knowledge. One must avoid the temptation to over-interpret early negative results derived from small samples.

|  | Assay-directed therapy | Standard-of-care | Total |
|---|---|---|---|
| Cleared | 1 | 3 | 4 |
| Not cleared | 8 | 4 | 12 |
| Total | 9 | 7 |  |

Actual data set A: The observed table; 95% CI for the odds ratio is (0.003, 3.217).

19

|             | Assay-directed therapy | Standard-of-care | Total |
|-------------|------------------------|------------------|-------|
| Cleared     | 10                     | 30               | 40    |
| Not cleared | 80                     | 40               | 120   |
| Total       | 90                     | 70               |       |

Artificial data set B: The observed table with each cell multiplied by 10; 95% CI for the odds ratio is (0.067, 0.397).

59.     In typical analyses of clinical trial data, one tests null hypotheses at the 5% level and computes 100%−5%=95% confidence intervals. The COBRA investigators selected an unconventional standard of p<0.35 for declaring non-futility, apparently believing that this gives the assay-directed therapy arm every chance to succeed. But the corresponding 65% (=100%−35%) confidence interval for the odds ratio is (0.022, 1.071), which includes OR=1 and is therefore inconclusive. It is surprising to me that the COBRA team would declare assay-directed therapy to be inferior on the basis of this small data set.

## IX.    COBRA WOULD NECESSARILY ENROLL A LARGE NUMBER OF ANALYTICAL FALSE POSITIVE PATIENTS

60.     Another design element that the COBRA investigators evidently overlooked is the likely presence of false positives — i.e., patients who have positive test results but no residual disease — in the ctDNA(+) phase II cohort. Without recurrence data, we cannot know how many of the phase II subjects were false positives, but by considering the diagnostic properties of Reveal, the prevalence of residual disease in the trial population, and the effect of adjunct chemotherapy on ctDNA clearance we can make reasonable conjectures about the number of false positives and their effect on the outcome of the trial.

61.     Consider first the prevalence of residual disease. Dr. Hochster asserts (at Hochster Supp. ¶ 15) that the rate of clinical recurrence in stage II CRC patients is approximately 10%, meaning that the prevalence of residual disease must be at least that high.

Because the actual fraction of ctDNA(+) subjects in COBRA was 5.54% (33/596), Dr. Hochster's figure seems accurate provided Reveal has a sensitivity of roughly 50% and there are few or no false positives. But with even a small fraction of false positives, the proportion of ctDNA(+) subjects will substantially exceed 5%. Therefore it is possible that Dr. Hochster's estimate is too high, and the true prevalence of minimal residual disease in the COBRA cohort is 5% or less.

62.     Next consider the diagnostic properties of Reveal. Recall that the Parikh study showed that Reveal has a sensitivity of 56% for the outcome of clinical recurrence at a single post-surgical timepoint, meaning that 56% of subjects who will ultimately experience a CRC recurrence will have a positive post-surgery ctDNA result. Thus, sensitivity values in the range 50%–60% seem plausible. As discussed above, validation data for Reveal estimated its single-test *analytical* specificity as 96.7% (GHI00012407 at 12427), and Parikh et al. showed that Reveal has a *clinical* specificity (for the detection of recurrence) of 95% or more, depending on length of follow-up. Thus a specificity in this range seems reasonable.

63.     If we know the values of these parameters, then it is possible to compute the expected outcomes of a trial like COBRA. For example, suppose we evaluate 600 patients using a test that has a post-surgical sensitivity of 50% and specificity of 95%. Assume moreover that the prevalence of disease-positive patients — those who would recur and may have some level of minimal residual disease available for detection — is 10%, as stated by Hochster. Then in 600 patients we would expect that 0.1*0.5*600=30 would test ctDNA(+) and be true positives, whereas 0.9*(1─0.95)*600=27 would test ctDNA(+) but be false positives. That is, there would be around 57 post-surgery ctDNA(+) patients, of whom nearly half are false positives.

21

64.    I have executed a similar computation for a range of values of the test parameters: Total patients 600, specificity of 96% to 98%, sensitivity of 50% to 60%, prevalence of 5% to 10%, clearance rate in false positives of 10%, and clearance rate with treatment in true positives of 30% (see NATERA_449516.pdf) or 60% (from the COBRA protocol). For each combination of values, I computed the expected number of false and true positives and the probability of clearance among the combined ctDNA(+) group (including both true and false positives). This information produces outcome data similar to what was observed in the phase II portion of COBRA.

65.    Table 1 shows results of the calculation. To replicate the actual COBRA data, I excluded combinations of parameters that gave fewer than 27 or more than 39 positive test results (COBRA had 33). The table shows that for a range of likely values of the test parameters and prevalence, the percent of false positives in the study ranges from 38% (11/29) to 74% (23/31). *Thus it is plausible that half or more of the ctDNA(+) test results attained in the COBRA phase II population were false positives.*

66.    With so many false positives, the clearance rate in the assay-directed therapy — which represents an average of the clearance rates in the false positives (assumed to be 10%) and the true positives (assumed to be 30% or 60%) — is lower than the expectations expressed in the COBRA protocol. For example, when there are many false positives and the clearance rate is low (row 1, column 6), the probability of observing clearance on assay-directed therapy is 15% — only 5% greater than the probability of clearance on standard-of-care (10%). Only when the sensitivity, specificity, and clearance rate are all elevated (row 5, column 7), so that there is a strong treatment effect with few false positives, does the actual clearance rate exceed

40%, and it is still well below the value of 60% hypothesized in the COBRA sample size calculation.

**TABLE 1.** COBRA phase II trial characteristics for a range of sensitivity, specificity, and prevalence values, assuming *n*=600 and clearance rate=10% in false positives and untreated true positives. Note: Clearance rate assumed in the COBRA protocol is 60%.

| Spec (%) | Sens (%) | Prev (%) | Number of false+ patients | Number of true+ patients | Assay-directed therapy arm clearance rate when clearance in true+ is 30% | Assay-directed therapy arm clearance rate when clearance in true+ is 60% |
|---|---|---|---|---|---|---|
| 96 | 50 | 2.5 | 23 | 8 | 15 | 22 |
| 96 | 60 | 2.5 | 23 | 9 | 16 | 24 |
| 97 | 50 | 5 | 17 | 15 | 19 | 33 |
| 96 | 50 | 5 | 23 | 15 | 18 | 30 |
| 98 | 60 | 5 | 11 | 18 | 22 | 41 |
| 97 | 60 | 5 | 17 | 18 | 20 | 36 |

67. These calculations suggest two important points: First, the supposedly excessive number of "false positives" in COBRA is a consequence of the study design and the low-risk patient cohort, and not a flaw in Reveal or an indication that "the Reveal test did not work as Guardant advertised", as Dr. Hochster asserts. Second, the estimated treatment effect used in designing COBRA — assuming 60% of test positives will see clearance of ctDNA under adjuvant chemotherapy, while only 10% of test positives will see clearance under standard-of-care, appears to be overly optimistic. Consequently, the *power* of the COBRA phase II test — i.e., the chance that it would give a statistically significant result — may be far less than the 91% figure that the design calculations assumed (at p. 51 of the COBRA protocol).

68. This flaw in the COBRA design renders the phase II "futility" analysis questionable. Many of the ctDNA(+) subjects would be expected to "clear" their ctDNA (i.e., test ctDNA(−) at a second timepoint) without treatment — just by chance, as they presumably

23

had no residual disease to begin with. This is consistent with the results actually observed in the phase II analysis, wherein 3 of 7 standard-of-care patients were ctDNA(─) at month six.

69.     How did this happen? It is necessary to consider again the effect of the *prevalence* of the underlying condition on the fraction of false positives. Dr. Hochster states (at ¶ 15) that 10% of stage II CRC patients will recur (and therefore are likely to express ctDNA after tumor resection). He also notes the encouraging results from the GALAXY (Kotani 2023 *Nature Medicine* **29**, 127–134) and BESPOKE (Kasi 2024 ASCO-GI) studies, which observed that between 42% and 66% of ctDNA(+) patients cleared their ctDNA after adjuvant chemotherapy. Hochster Supp. ¶¶ 30–31. What he neglects to mention is that both of those studies evaluated patients with stage II/III CRC, where the prevalence of recurrent disease is "more than 30%" (Kotani 2023) — *at least three times* what would be expected in COBRA. Note also that the Kasi presentation (Exhibit 5 to the Hochster Report) at slide 4 reports an "MRD positivity" rate in the BESPOKE trial of 93/623 = 14.9%, which, after accounting for the ~50% sensitivity of Signatera for predicting recurrence based on a single timepoint, is consistent with a prevalence rate of ~30%. Because the prevalence of residual disease was likely far lower in COBRA, all other things being equal we would expect a much higher fraction of false positives in COBRA than in GALAXY and BESPOKE, and consequently a much smaller treatment effect.

70.     These observations invalidate the following assertions in Dr. Hochster's report:

- *The COBRA study data showed that the Reveal test's performance in the real-world, large-scale prospective randomized trial deviated significantly from the results reported in the Parikh Study and Guardant's representations to oncologists and patient* (¶ 7).

24

- *The Reveal test did not work as Guardant and Dr. Parikh reported* (¶ 28 & 34–35).

- *The true performance of Reveal, as exposed, is too prone to aberrant results, cannot meet expectations, and is not on par with tumor-informed tests* (¶ 46).

71.     None of these conclusions can be validly derived from the COBRA phase II endpoint analysis or the subsequent decision to terminate COBRA for futility. The Parikh study showed Reveal to be a highly specific and moderately sensitive predictor of CRC recurrence in a mixed cohort of patients with tumors of stages I, II, III, or IV. The pivotal COBRA phase II analysis, however, did not measure CRC recurrence. It considered only ctDNA clearance, a far less clinically important outcome that has not yet been validated as an adequate surrogate for evaluating therapeutic response. (*See* "Use of ctDNA as a surrogate in early clinical drug development — nearing its endpoint?," available at https://dailyreporter.esmo.org/esmo-breast-cancer-2024/latest-news2/use-of-ctdna-as-a-surrogate-in-early-clinical-drug-development-nearing-its-end-point). The COBRA data does not prove anything about the clinical performance of Reveal in the Parikh Study, nor can it.

72.     The final claim, that "Reveal … is not on par with tumor-informed tests", is moreover completely without foundation, as COBRA did not include a tumor-informed test arm. Dr. Hochster cites no other data from comparable studies involving cohorts of low-risk stage II CRC patients undergoing "tumor-informed tests" at the timepoints described in the COBRA protocol.

73.     Nor do existing published studies involving Signatera in CRC provide such data. The Reinert study was not designed to evaluate whether ctDNA testing can be used to direct treatment in stage II CRC patients after surgery and included only two stage II CRC

patients who received adjuvant therapy. Neither was ctDNA(+) at baseline or at any other point in the study, and neither recurred (eFigure 6 of the Reinert Supplemental Data). The GALAXY study, which did use Signatera, was also not designed to evaluate whether ctDNA testing can be used to identify patients who can benefit from adjuvant therapy after surgery. And as I have indicated, the data that has been reported from this study come from a different cohort with a far higher risk of recurrence.

## X.    CONCLUSION

74.    Dr. Hochster states that the decision to terminate COBRA for futility is "unprecedented in [his] long experience as an NCI investigator", implying that such futility analyses are commonly applied but rarely lead to trial termination. I too am surprised with this result, but for different reasons. As I have stated above,

- the phase II COBRA analysis was not a true futility analysis;

- the data set on which it was based was too small to support conclusive findings;

- the trial planners failed to account for the large number of analytical false positives that their design strategy, applied in a low-risk patient cohort, would inevitably create; and

- the outcome of ctDNA clearance had not previously been evaluated with Reveal.

For these reasons, it is my opinion that the design of COBRA was flawed, and that the decision to terminate it after the phase II analysis was a grave error.

75.    It is my further opinion that Dr. Hochster's conclusions that the COBRA results "were highly aberrant and demonstrate that the Reveal test did not work as Guardant and Dr. Parikh reported," cannot be validly inferred from the data used in the COBRA study's futility analysis. Dr. Hochster does not provide any other valid basis for these conclusions, or for his

26

conclusion that COBRA shows that "the true performance of Reveal … is not on par with tumor-informed tests".

76. I reserve the right to supplement my opinions in the future to respond to any arguments raised by Natera or opinions offered by its expert(s) and to consider new information that becomes available.

Dated: June 12, 2024

*Daniel F. Heitjan*

Daniel F. Heitjan, PhD

# EXHIBIT 1

# Daniel Francis Heitjan, PhD

*Southern Methodist University:*
Department of Statistics & Data Science
Southern Methodist University
Room 144, Heroy Hall
Dallas, TX 75275–0332
Voice: 214-768-3062
Email: `dheitjan@smu.edu`

*UT Southwestern:*
Peter O'Donnell Jr. School of Public Health
UT Southwestern Medical Center
5323 Harry Hines Blvd.
Dallas, TX  75390-9066
Email: `daniel.heitjan@utsouthwestern.edu`

## Personal

- Born at Detroit, Michigan; US citizen.

- Pronunciation of my last name: ˈhīt-jən.

## Education

- The University of Chicago: 1977–1981.

    - BSc with general honors, Mathematics, June 1981.

- Massachusetts Institute of Technology: 1981–1982.

    - Graduate study in Applied Mathematics, specializing in Statistics.

- The University of Chicago: 1982–1985.

    - MSc, Statistics, March 1984.
    - PhD, Statistics, December 1985.

## Professional Positions

- University of California, Los Angeles: 1985–1988.

    - Department of Biomathematics (School of Medicine):
        * Adjunct Assistant Professor of Biomathematics.
    - Jonsson Comprehensive Cancer Center:

1

* Associate Member, 1988.

- The Pennsylvania State University: 1988–1995.

  - Center for Biostatistics & Epidemiology (College of Medicine):
    * Assistant Professor of Biostatistics, 1988–1992.
    * Associate Professor of Biostatistics (tenured), 1992–1995.
  - Merck & Company, Inc., Blue Bell, PA:
    * Stanley S. Schor Visiting Scholar, Clinical Biostatistics & Research Data Systems, 1994–1995.

- Columbia University: 1995–2002.

  - Department of Biostatistics (Mailman School of Public Health):
    * Visiting Associate Professor of Public Health (Biostatistics), 1995–1996.
    * Associate Professor of Public Health (Biostatistics), 1996–2001; tenured, 1998.
    * Professor of Biostatistics, 2001–2002.
  - Herbert Irving Comprehensive Cancer Center:
    * Member and Director of Biostatistics Resource, 1995–2002.
  - International Center for Health Outcomes Innovation & Research:
    * Director of Biostatistics, 1996–2002.

- University of Pennsylvania: 2002–2014.

  - Department of Biostatistics & Epidemiology (Perelman School of Medicine):
    * Professor of Biostatistics, 2002–2014.
    * Director, Educational Programs in Biostatistics, 2005–2011.
    * Chair, Graduate Group in Epidemiology & Biostatistics, 2008–2013.
  - Department of Statistics (Wharton School):
    * Professor of Statistics, 2003–2014.
  - Abramson Cancer Center:
    * Member and Director, Biostatistics Unit, 2003–2014.

- Southern Methodist University: 2015–.

2

- – Department of Statistics & Data Science (Dedman College of Humanities & Sciences):
    - ∗ Professor of Statistics & Data Science.
    - ∗ Director, SMU/UTSW Collaborative PhD Program in Biostatistics.
    - ∗ Department Chair, 2019–.

- University of Texas Southwestern Medical Center: 2015–.

  - – Peter O'Donnell Jr. School of Public Health:
      - ∗ Professor.
      - ∗ Director, SMU/UTSW Collaborative PhD Program in Biostatistics.
  - – Simmons Cancer Center.
      - ∗ Member, 2015–.
      - ∗ Member, Educational Advisory Committee, 2023–.

## Honors & Awards

- Student awards:

  - – National Merit Scholar, University of Chicago, 1977–1981.
  - – State of Michigan Legislative Scholar, University of Chicago, 1977–1981.
  - – Warner-Lambert Fellow, Statistics Department, University of Chicago, 1984–1985.
  - – ENAR Spring Meeting Student Award Paper, 1985.

- Honorary fellowships:

  - – Fellow of the American Statistical Association, elected 1997.
  - – Fellow of the Institute of Mathematical Statistics, elected 2012.
  - – Fellow of the Society for Clinical Trials, elected 2017.

- Invited lectures:

  - – Distinguished Speaker, Department of Biostatistics, UT M. D. Anderson Cancer Center, 2015.12.

3

– Distinguished Lecturer, Department of Statistical Sciences & Operations Research and Department of Biostatistics, Virginia Commonwealth University, 2020.02.

– Robert F. Woolson Lecturer, Department of Biostatistics, University of Iowa, 2023.02.

- Other awards:

  – Stanley S. Schor Visiting Scholar, Merck Research Laboratories, 1994–1995.

  – 1994 CDC & ATSDR Statistics Award, recognizing statistical publication # 12 below.

  – Donald B. Owen Award, San Antonio Chapter of the American Statistical Association, 2017.

## Professional Societies

- American Statistical Association: member 1982–, elected Fellow 1997.

- International Biometric Society: member 1984–.

- Institute of Mathematical Statistics: member 1987–, elected Fellow 2012.

- Society for Clinical Trials: member 1998–, elected Fellow 2017.

- Korean International Statistical Society: member 2011–2016.

- International Chinese Statistical Association: member 2015–.

## Professional Service Positions

- Program Chair, American Statistical Association (ASA) Biometrics Section, 2002 Joint Statistical Meetings.

- Chair, Program Committee, 2005 Joint Statistical Meetings.

- Chair-Elect (2008), Chair (2009), Past Chair (2010), ASA Biometrics Section.

- Elected member of Regional Committee, Eastern North American Region (ENAR), International Biometric Society (IBS), 2009–2011.

- President-Elect (2012), President (2013), Past President (2014), ENAR.

- Member, Board of Directors, Korean International Statistical Society, 2012–2016.

- Member, Scientific Organizing Committee, International Conference on Health Policy Statistics, 2015.

- Member, Student Scholarship Committee, Society for Clinical Trials, 2020.

## Papers Published or In Press—Statistical

1. **Heitjan DF** (1989). Inference from grouped continuous data: A review (with discussion). *Statistical Science* **4**, 164–183.

2. **Heitjan DF**, Rubin DB (1990). Inference from coarse data *via* multiple imputation with application to age heaping. *Journal of the American Statistical Association* **85**, 304–314.

3. **Heitjan DF** (1991). Generalized Norton-Simon models of tumor growth. *Statistics in Medicine* **10**, 1075–1088.

4. **Heitjan DF** (1991). Nonlinear modeling of serial immunologic data: A case study. *Journal of the American Statistical Association* **86**, 891–898.

5. **Heitjan DF** (1991). Regression with bivariate grouped data. *Biometrics* **47**, 549–562.

6. **Heitjan DF**, Little RJA (1991). Multiple imputation for the Fatal Accident Reporting System. *Applied Statistics* **40**, 13–29.

7. **Heitjan DF**, Rubin DB (1991). Ignorability and coarse data. *Annals of Statistics* **19**, 2244–2253.

8. **Heitjan DF**, Derr JA, Satyaswaroop PG (1992). The multi-site tumor transplantation model for human endometrial carcinoma: A statistical evaluation. *Cell Proliferation* **25**, 193–203.

9. **Heitjan DF**, Houts PS, Harvey HA (1992). A decision-theoretic evaluation of early stopping rules. *Statistics in Medicine* **11**, 673–683.

10. **Heitjan DF** (1993). Ignorability and coarse data: Some biomedical examples. *Biometrics* **49**, 1099–1109.

5

11. **Heitjan DF**, Manni A, Santen RJ (1993). Statistical analysis of *in vivo* tumor growth experiments. *Cancer Research* **53**, 6042–6050.

12. Smith PJ, **Heitjan DF** (1993). Testing and adjusting for departures from nominal dispersion in generalized linear models. *Applied Statistics* **42**, 31–41.

13. **Heitjan DF** (1994). Estimation with missing data. Letter to the editor. *Biometrics* **50**, 580.

14. **Heitjan DF** (1994). Ignorability in general incomplete-data models. *Biometrika* **81**, 701–708.

15. **Heitjan DF** (1994). The NSABP trials. Letter to the editor. *New England Journal of Medicine* **331**, 809–810.

16. **Heitjan DF**, Landis JR (1994). Assessing secular trends in blood pressure: A multiple-imputation approach. *Journal of the American Statistical Association* **89**, 750–759.

17. **Heitjan DF** (1995). Bayesian analysis of a protocol for sampling preserved tumor specimens. *Journal of the American Statistical Association* **90**, 38–44.

18. **Heitjan DF**, Kunselman S (1995). Time until first significant difference in *in vivo* tumor growth experiments. *In Vivo* **9**, 7–9.

19. **Heitjan DF**, Basu S (1996). Distinguishing "missing at random" and "missing completely at random". *The American Statistician* **50**, 207–213.

20. **Heitjan DF** (1997). Bayesian interim analysis of phase II cancer clinical trials. *Statistics in Medicine* **16**, 1791–1802.

21. **Heitjan DF** (1997). Ignorability, sufficiency and ancillarity. *Journal of the Royal Statistical Society, Series B* **59**, 375–381.

22. **Heitjan DF**, Sharma D (1997). Modeling repeated-series longitudinal data. *Statistics in Medicine* **16**, 347–355.

23. **Heitjan DF** (1998). Coarse data. Pp. 125–127 in *Encyclopedia of Statistical Sciences* Update Volume 2. New York: John Wiley.

24. **Heitjan DF** (1998). Grouped data. In *Encyclopedia of Biostatistics*. New York: John Wiley.

6

25. **Heitjan DF** (1998). Sheppard's corrections. In *Encyclopedia of Biostatistics*. New York: John Wiley.

26. **Heitjan DF**, Ten Have TR (1998). Missing data, types of. Pp. 408–411 in *Encyclopedia of Statistical Sciences* Update Volume 2. New York: John Wiley. Will also appear in *Methods and Applications of Statistics in the Life and Health Sciences*, edited by N. Balakrishnan.

27. **Heitjan DF** (1999). Causal inference in a clinical trial: A comparative example. *Controlled Clinical Trials* **20**, 309–318.

28. **Heitjan DF** (1999). Ignorability. Pp. 347–350 in *Encyclopedia of Statistical Sciences* Update Volume 3. New York: John Wiley.

29. **Heitjan DF** (1999). Ignorability and bias in clinical trials. *Statistics in Medicine* **18**, 2421–2434.

30. **Heitjan DF**, Moskowitz AJ, Whang W (1999). Bayesian estimation of cost-effectiveness ratios from clinical trials. *Health Economics* **8**, 191–201.

31. **Heitjan DF**, Moskowitz AJ, Whang W (1999). Problems with interval estimation of the incremental cost-effectiveness ratio. *Medical Decision Making* **19**, 9–15. (Accompanying editorial: Stinnett AA (1999). Is it really so bad to be unambiguously inefficient? The role of dominance in stochastic cost-effectiveness analysis. *Medical Decision Making* **19**, 102–103.)

32. Bagiella E, Sloan RP, **Heitjan DF** (2000). Mixed effects models in psychophysiology. *Psychophysiology* **37**, 13–20.

33. **Heitjan DF** (2000). Fieller's method and net health benefits. *Health Economics* **9**, 327–335.

34. Bagiella E, **Heitjan DF** (2001). Predicting analysis times in randomized clinical trials. *Statistics in Medicine* **20**, 2055–2063.

35. Hoh J, **Heitjan DF**, Mérette C, Ott J (2001). Ascertainment and anticipation in family studies. *Human Heredity* **51**, 23–26.

36. Chuang J-H, Hripcsak G, **Heitjan DF** (2002). Design and analysis of controlled trials in naturally clustered environments: Implications for medical informatics. *Journal of the American Medical Informatics Association* **9**, 230–238.

37. Hripcsak G, **Heitjan DF** (2002). Measuring agreement in medical informatics reliability studies. *Journal of Biomedical Informatics* **35**, 99–110.

38. **Heitjan DF**, Li H (2004). Bayesian estimation of cost-effectiveness: An importance-sampling approach. *Health Economics* **13**, 191–198.

39. **Heitjan DF**, Kim CY, Li H (2004). Bayesian estimation of cost-effectiveness from censored data. *Statistics in Medicine* **23**, 1297–1309.

40. Ma G, **Heitjan DF** (2004). Sensitivity to nonignorability in frequentist inference. Chapter 16 in *Applied Bayesian Modeling and Causal Inference from Incomplete-Data Perspectives*, edited by Gelman A and Meng X-L. New York: John Wiley.

41. Troxel A, Ma G, **Heitjan DF** (2004). An index of local sensitivity to nonignorability. *Statistica Sinica* **14**, 1221–1237.

42. Xie H, **Heitjan DF** (2004). Sensitivity analysis of causal inference in a clinical trial subject to crossover. *Clinical Trials* **1**, 21–30.

43. Ying G-S, **Heitjan DF**, Chen T-T (2004). Nonparametric prediction of analysis times in randomized clinical trials. *Clinical Trials* **1**, 352–361.

44. Gelman A, Van Mechelen I, Verbeke G, **Heitjan DF**, Meulders M (2005). Multiple imputation for model checking: Completed-data plots with missing and latent data. *Biometrics* **61**, 74–85.

45. Ma G, Troxel AB, **Heitjan DF** (2005). An index of local sensitivity to nonignorable dropout in longitudinal modeling. *Statistics in Medicine* **24**, 2129–2150.

46. Zhang J, **Heitjan DF** (2005). Nonignorable censoring in randomized clinical trials. *Clinical Trials* **2**, 488–496.

47. Donovan JM, Elliott MR, **Heitjan DF** (2006). Predicting event times in clinical trials when treatment arm is masked. *Journal of Biopharmaceutical Statistics* **16**, 343–356.

48. Li H, **Heitjan DF** (2006). A pattern-mixture model for the analysis of censored quality-of-life data. *Statistics in Medicine* **25**, 1533–1546.

49. Ma G, Troxel AB, **Heitjan DF** (2006). Authors' reply to comment on "An index of local sensitivity to nonignorable dropout in longitudinal modeling". *Statistics in Medicine* **25**, 3218–3220.

50. Zhang J, **Heitjan DF** (2006). A simple sensitivity analysis tool for nonignorable coarsening: Application to dependent censoring. *Biometrics* **62**, 1260–1268.

51. Donovan JM, Elliott MR, **Heitjan DF** (2007). Predicting event times in clinical trials when randomization is masked and blocked. *Clinical Trials* **4**, 481–490.

52. Mitra N, **Heitjan DF** (2007). Sensitivity of the hazard ratio to nonignorable treatment assignment in an observational study. *Statistics in Medicine* **26**, 1398–1414.

53. Zhang J, **Heitjan DF** (2007). Impact of nonignorable coarsening on Bayesian inference. *Biostatistics* **8**, 722–743.

54. **Heitjan DF**, Asch DA, Rukstalis M, Patterson F, Lerman C (2008). Cost-effectiveness of pharmacogenetic testing to tailor smoking cessation treatment. *The Pharmacogenomics Journal* **8**, 391–399.

55. **Heitjan DF**, Guo M, Ray R, Wileyto EP, Epstein LH, Lerman C (2008). Identification of pharmacogenetic markers in smoking cessation therapy. *The American Journal of Medical Genetics: Neuropsychiatric Genetics* **147B**, 712–719.

56. Wang H, **Heitjan DF** (2008). Modeling heaping in self-reported cigarette counts. *Statistics in Medicine* **27**, 3789–3804.

57. Ying G-S, **Heitjan DF** (2008). Weibull prediction of event times in randomized clinical trials. *Pharmaceutical Statistics* **7**, 107–120.

58. Griffith SD, Shiffman S, **Heitjan DF** (2009). A method comparison study of timeline followback and ecological momentary assessment of daily cigarette consumption. *Nicotine & Tobacco Research* **11**, 1368–1373. doi:10.1093/ntr/ntp150.

59. Xie H, **Heitjan DF** (2009). Local sensitivity to nonignorability: Dependence on the assumed dropout mechanism. *Statistics in Biopharmaceutical Research* **1**, 243–257.

9

60. Gastonguay MR, French JL, **Heitjan DF**, Rogers JA, Ahn JE, Ravva P. (2010). Missing data in model-based pharmacometric applications: Points to consider. *The Journal of Clinical Pharmacology* **50**, 63S–74S. doi:10.1177/0091270010378409.

61. Guo M, **Heitjan DF** (2010). Multiplicity-calibrated Bayesian hypothesis tests. *Biostatistics* **11**, 473–483. doi:10.1093/biostatistics/kxq012.

62. Li Y, Wileyto EP, **Heitjan DF** (2010). Modeling smoking cessation data with alternating states and a cure fraction using frailty models. *Statistics in Medicine* **29**, 627–638. doi:10.1002/sim.3825.

63. Li Y, Wileyto EP, **Heitjan DF** (2011). Prediction of individual long-term outcomes in smoking cessation trials. *Biometrics* **67**, 1321–1329; doi:10.1111/j.1541-0420.2011.01578.x.

64. Li Y, Wileyto EP, **Heitjan DF** (2011). Statistical analysis of daily smoking status in smoking cessation clinical trials. *Addiction* **106**, 2039–2046, doi:10.1111/j.1360-0443.2011.03519.x.

65. Li Y, Mick R, **Heitjan DF** (2012). A Bayesian approach for unplanned sample sizes in phase II cancer clinical trials. *Clinical Trials* **9**, 293–302.

66. Liu T, **Heitjan DF** (2012). Sensitivity of the discrete-time Kaplan-Meier estimate to nonignorable censoring: Application in a clinical trial. *Statistics in Medicine* **31**, 2998–3010, doi:10.1002/sim.5454.

67. Wang H, Shiffman S, Griffith S, **Heitjan DF** (2012). Truth and memory: Linking instantaneous and retrospective self-reported cigarette consumption data. *Annals of Applied Statistics* **6**, 1689–1706.

68. Handorf EA, Bekelman JE, **Heitjan DF**, Mitra N (2013). Evaluating costs with unmeasured confounding: A sensitivity analysis for the treatment effect. *Annals of Applied Statistics* **7**, 2062–2080, doi:10.1214/13-AOAS665.

69. Li Y, **Heitjan DF** (2013). A note on the complementary mixture Pareto II distribution. *Communications in Statistics — Theory & Methods* **42**, 201–213, doi:10.1080/03610926.2011.581787.

70. Wileyto EP, Li Y, Chen J, **Heitjan DF** (2013). Assessing the fit of parametric cure models. *Biostatistics* **14**, 340–350, doi:10.1093/biostatistics/kxs043.

71. Ying G-S, **Heitjan DF** (2013). Prediction of event times in the REMATCH Trial. *Clinical Trials* **10**, 197–206, doi:10.1177/1740774512470314.

72. **Heitjan DF**, Ge Z, Ying G-S (2015). Real-time prediction of clinical trial enrollment and event counts: A review. *Contemporary Clinical Trials* **45**, 26–33, doi:10.1016/j.cct.2015.07.010.

73. Li Y, Mick R, **Heitjan DF** (2015). Suspension of accrual in phase II cancer clinical trials. *Clinical Trials* **12**, 128–138, doi:10.1177/1740774514562029.

74. Griffith SD, Shiffman S, Li Y, **Heitjan DF** (2016). Model-based imputation of latent cigarette counts using data from a calibration study. Published online, *International Journal of Methods in Psychiatric Research* **25**, 112–122, doi:10.1002/mpr.1468.

75. Allen CMcC, Griffith SD, Shiffman S, **Heitjan DF** (2017). Proximity and gravity: Modeling heaped self-reports. *Statistics in Medicine* **36**, 3200–3215, doi:10.1002/sim.7327.

76. Bender S, **Heitjan DF** (2017). Ignorability conditions for frequentist nonparametric analysis of conditional distributions with incomplete data. *Communications in Statistics — Theory & Methods* **46**, 5252–5264, doi:10.1080/03610926.2015.1099673.

77. **Heitjan DF** (2017). Coarse data. *Wiley StatsRef: Statistics Reference Online*, 1–3. Update based on original article by Daniel Heitjan. John Wiley & Sons, Ltd.

78. Ying G-S, Zhang Q, Lan Y, Li Y, **Heitjan DF** (2017). Cure modeling in real-time prediction: How much does it help? *Contemporary Clinical Trials* **59**, 30–37, doi:10.1016/j.cct.2017.05.012.

79. Lan Y, **Heitjan DF** (2018). Adaptive parametric prediction of event times in clinical trials. *Clinical Trials* **15**, 159–168, doi:10.1177/1740774517750633.

80. Ge Z, **Heitjan DF**, Gerber DE, Xuan L, Pruitt SL (2018). Estimating lead-time bias in lung cancer diagnosis of patients with previous cancers. *Statistics in Medicine* **37**, 2516–2529, doi:10.1002/sim.7691.

81. Mokdad AA, Xie X-J, Zhu H, Gerber DE, **Heitjan DF** (2018). Statistical justification of expansion cohorts in phase I cancer trials. *Cancer* **124**, 3339–3345, doi:10.1002/cncr.31577. (With invited discussion by Dahlberg SE, Gray RJ.)

82. Xie H, Gao W, Xing B, **Heitjan DF**, Hedeker D, Yuan C (2018). Measuring the impact of nonignorable missingness using the R package isni. *Computer Methods & Programs in Biomedicine* **164**, 207–220, doi:10.1016/j.cmpb.2018.06.014.

83. Handorf EA, **Heitjan DF**, Bekelman JE, Mitra N (2019). Estimating cost-effectiveness from claims and registry data with measured and unmeasured confounders. *Statistical Methods in Medical Research* **28**, 2227–2242, doi:10.1177/0962280218759137.

84. Lan Y, Tang G, **Heitjan DF** (2019). Statistical modeling and prediction of clinical trial recruitment. *Statistics in Medicine* **38**, 945–955.

85. Li S, Xie X-J, **Heitjan DF** (2020). Flexible, rule-based dose escalation: The cohort-sequence design. *Contemporary Clinical Trials Communications*. doi:10.1016/j.conctc.2020.100541.

86. Chen X, **Heitjan DF**, Greil G, Jeon-Slaughter H (2021). Estimating the optimal timing of surgery from observational data. *Biometrics* **77**, 729–739, doi:10.1111/biom.13311.

87. Chen X, **Heitjan DF**, Greil G, Jeon-Slaughter H (2021). Estimating the optimal timing of surgery by imputing potential outcomes. *Statistics in Medicine* **40**, 6900–6917, doi:10.1002/sim.9217.

88. Li S, **Heitjan DF** (2021). Generalizing clinical trial results to a target population. *Statistics in Biopharmaceutical Research* doi:10.1080/19466315.2021.1942975.

89. Chen H, **Heitjan DF** (2022). Analysis of local sensitivity to nonignorability with missing outcomes and predictors. *Biometrics* **78**, 1342–1352, doi:10.1111/biom.13532.

90. Chen H, **Heitjan DF** (2023). Sensitivity of estimands in clinical trials with imperfect compliance. *International Journal of Biostatistics*, https://doi.org/10.1515/ijb-2022-0105.

12

91. Jing B, Qian Y, **Heitjan DF**, Xie H (2023). Tutorial: Assessing the impact of nonignorable missingness on regression analysis using Index of Local Sensitivity to Nonignorability. *Psychological Methods*, https://doi.org/10.1037/met0000616.

92. Yun J, Filardo G, Ahuja V, Bowen ME, **Heitjan DF** (2023). Predicting hospital readmission in Medicaid patients with diabetes using administrative and claims data. *American Journal of Managed Care* **29(8)**, https://doi.org/10.37765/ajmc.2023.89409.

93. Yun J, Ahuja V, **Heitjan DF** (2023). Predicting hospital readmission in Medicaid patients with heart failure using administrative and claims data. *Perspectives in Health Information Management* **20(3)**, https://perspectives.ahima.org.

94. **Heitjan DF**, Wang Y, Yun J (2024). Predicting hospital readmission in Medicaid patients with chronic obstructive pulmonary disease. Accepted for publication, *Respiratory Care*, 2024.01.01.

## Papers Published or In Press—Other

95. Ojo-Amaize E, Nishanian P, Keith DE Jr., Houghton RL, **Heitjan D**, Fahey JL, Giorgi JV (1987). Antibodies to human immunodeficiency virus in human sera induce cell-mediated lysis of human immunodeficiency virus-infected cells. *Journal of Immunology* **139**, 2458–2463.

96. Tobler A, Munker R, **Heitjan D**, Koeffler HP (1987). *In vitro* interaction of recombinant tumor necrosis factor $\alpha$ and all-*trans*-retinoic acid with normal and leukemic hematopoietic cells. *Blood* **70**, 1940-1946.

97. Koeffler HP, **Heitjan D**, Mertelsmann R, Kolitz JE, Schulman P, Itri L, Gunter P, Besa E (1988). Randomized study of 13-*cis*-retinoic acid $v$ placebo in the myelodysplastic disorders. *Blood* **71**, 703–708.

98. Martínez-Maza O, Mitsuyasu RT, Miles SA, Giorgi JV, **Heitjan DF**, Sherwin SA, Fahey JL (1989). $\gamma$-interferon-induced monocyte major histocompatibility complex class II antigen expression in individuals with acquired immune deficiency syndrome. *Cellular Immunology* **123**, 316–324.

99. Ojo-Amaize E, Nishanian PG, **Heitjan DF**, Rezai A, Esmail I, Korns E, Detels R, Fahey J, Giorgi JV (1989). Serum and effector-cell antibody-dependent

13

cellular cytotoxicity (ADCC) activity remains high during human immunodeficiency virus (HIV) disease progression. *Journal of Clinical Immunology* **9**, 454–461.

100. Gascho JA, Copenhaver GL, **Heitjan DF** (1990). Systolic thickening increases from subepicardium to subendocardium. *Cardiovascular Research* **24**, 777–780.

101. Santen RJ, Manni A, English HF, **Heitjan D** (1990). Androgen-primed chemotherapy — experimental confirmation of efficacy. *Journal of Steroid Biochemistry & Molecular Biology* **37**, 1115–1120.

102. Wengrovitz M, Atnip RG, Gifford RRM, Neumyer MM, **Heitjan DF**, Thiele BL (1990). Wound complications of autogenous subcutaneous infrainguinal arterial bypass surgery: Predisposing factors and management (with discussion). *Journal of Vascular Surgery* **11**, 156–163.

103. English HF, **Heitjan DF**, Lancaster S, Santen RJ (1991). Beneficial effects of androgen-primed chemotherapy in the Dunning R3327 G model of prostatic cancer. *Cancer Research* **51**, 1760–1765.

104. Houts PS, Wojtkowiak SL, Simmonds MA, Weinberg GB, **Heitjan DF** (1991). Using a state cancer registry to increase screening behaviors of sisters and daughters of breast cancer patients. *American Journal of Public Health* **81**, 386–388.

105. Williams GD, Palmer C, **Heitjan DF**, Smith MB (1992). Allopurinol preserves cerebral energy metabolism during perinatal hypoxia-ischemia: A $^{31}$P NMR study in unanesthetized immature rats. *Neuroscience Letters* **144**, 103–106.

106. Williams GD, Palmer C, Roberts RL, **Heitjan DF**, Smith MB (1992). $^{31}$P NMR spectroscopy of cerebral hypoxic-ischemic injury: A model to evaluate neuroprotective drugs in neonates. *NMR in Biomedicine* **5**, 145–153.

107. Yager JY, **Heitjan DF**, Towfighi J, Vannucci RC (1992). Effect of insulin-induced and fasting hypoglycemia on perinatal hypoxic-ischemic brain damage. *Pediatric Research* **31**, 138–142.

108. Mawhinney H, Spector SL, **Heitjan D**, Kinsman RA, Dirks JF, Pines I (1993). As-needed medication use in asthma. Usage patterns and patient characteristics. *Journal of Asthma* **30**, 61–71.

109. Palmer C, Towfighi J, Roberts RL, **Heitjan DF** (1993). Allopurinol administered *after* inducing hypoxia-ischemia reduces brain injury in 7 day old rats. *Pediatric Research* **33**, 405–411.

110. Manni A, Badger B, Wei L, Zaenglein A, Grove R, Khin S, **Heitjan DF**, Shimasaki S, Ling N (1994). Hormonal regulation of IGF-II and IGF binding protein expression by breast cancer cells *in vivo*: Evidence for stromal-epithelial interactions. *Cancer Research* **54**, 2934–2942.

111. Mujsce DJ, Towfighi J, **Heitjan DF**, Vannucci RC (1994). Differences in intra-ischemic temperature influence neurologic outcome after hypothermic circulatory arrest in newborn dogs. *Stroke* **25**, 1433–1442.

112. Sautter RL, Jones S, Weber DI, Lebar WD, **Heitjan DF**, Kopreski MMC, Curcio FD (1994). The prevalence of hepatitis C virus antibody in patients with sexually transmitted diseases (STD) attending a Harrisburg, PA STD clinic. *Infectious Disease in Obstetrics & Gynecology* **1**, 269–274.

113. Towfighi J, Housman C, Vannucci RC, **Heitjan DF** (1994). Effect of unilateral perinatal hypoxic-ischemic brain damage on the gross development of the opposite hemisphere. *Biology of the Neonate* **65**, 108–118.

114. Towfighi J, Housman C, **Heitjan DF**, Vannucci RC, Yager JY (1994). The effect of focal cerebral cooling on perinatal hypoxic-ischemic brain damage. *Acta Neuropathologica* **87**, 598–604.

115. Cataltepe O, Barron TF, **Heitjan DF**, Vannucci RC, Towfighi J (1995). Effect of hypoxia/ischemia on bicuculline-induced seizures in immature rats: Behavioral and electrocortical phenomena. *Epilepsia* **36**, 396–403.

116. Cataltepe O, Vannucci RC, **Heitjan DF**, Towfighi J (1995). Effect of status epilepticus on hypoxic-ischemic brain damage in the immature rat. *Pediatric Research* **38**, 251–257.

117. Manni A, Wechter R, Wei L, **Heitjan D**, Demers L (1995). Phenotypic features of breast cancer cells overexpressing ornithine-decarboxylase. *Journal of Cellular Physiology* **163**, 129–136.

118. Masamura S, Santner SJ, **Heitjan DF**, Santen RJ (1995). Estrogen deprivation causes estradiol hypersensitivity in human breast cancer cells. *Journal of Clinical Endocrinology & Metabolism* **80**, 2918–2925.

119. Vannucci RC, Towfighi J, **Heitjan DF**, Brucklacher RM (1995). Carbon dioxide protects the perinatal brain from hypoxic-ischemic damage: An experimental study in the immature rat. *Pediatrics* **95**, 868–874.

120. Begemann M, Kashimawo SA, Choi Y-JA, Kim S, Christiansen KM, Duigou G, Mueller M, Schieren I, Ghosh S, Fabbro D, Lampen NM, **Heitjan DF**, Schiff PB, Bruce JN, Weinstein IB (1996). Inhibition of the growth of glioblastomas by CGP 41251, an inhibitor of protein kinase C, and by a phorbol ester tumor promoter. *Clinical Cancer Research* **2**, 1017–1030.

121. Marcus LS, Hart D, Packer M, Yushak M, Medina N, Danziger RS, **Heitjan DF**, Katz SD (1996). Hemodynamic and renal excretory effects of human brain natriuretic peptide infusion in patients with congestive heart failure: A double-blind, placebo-controlled, randomized crossover trial. *Circulation* **94**, 3184–3189.

122. Ennis RD, Katz AE, de Vries GM, **Heitjan DF**, O'Toole KM, Rubin M, Buttyan R, Benson MC, Schiff PB (1997). Detection of circulating prostate cancer cells via an enhanced reverse transcriptase-polymerase chain reaction in patients with early stage prostate carcinoma: Independence from other pretreatment characteristics. *Cancer* **79**, 2402–2408.

123. Goluboff ET, **Heitjan DF**, de Vries GM, Katz AE, Olsson CA (1997). Pretreatment prostate-specific antigen doubling times: Utility in patients before radical prostatectomy (with discussion). *Journal of Urology* **158**, 1876–1879.

124. Papadopoulos KP, Ayello J, Tugulea S, **Heitjan DF**, Williams C, Reiss R, Vahdat LT, Suciu-Foca N, Antman KH, Hesdorffer CS (1997). Harvest quality and factors affecting collection and engraftment of CD34$^+$ cells in patients with breast cancer scheduled for high-dose chemotherapy and peripheral blood progenitor cell support. *Journal of Hematotherapy* **6**, 61–68.

125. Begemann M, Kashimawo SA, **Heitjan DF**, Schiff PB, Bruce JN, Weinstein IB (1998). Treatment of human glioblastoma cells with the staurosporine derivative CGP 41251 inhibits CDC2 and CDK2 kinase activity and increases radiation sensitivity. *Anticancer Research* **18**, 2275–2282.

126. Begemann M, Kashimawo SA, Lunn RM, Delohery T, Choi Y-JA, Kim S, **Heitjan DF**, Santella RM, Schiff PB, Bruce JN, Weinstein IB (1998). Growth inhibition induced by Ro 31-8220 and Calphostin C in human glioblastoma cell

16

lines is associated with apoptosis and inhibition of CDC2 kinase. *Anticancer Research* **18**, 3139–3152.

127. Ennis RD, Malyszko BK, **Heitjan DF**, Rubin MA, O'Toole KM, Schiff PB (1998). Changes in biochemical disease free survival rates as a result of adoption of the Consensus Conference definition in patients with clinically localized prostate cancer treated with external beam radiotherapy. *International Journal of Radiation Oncology, Biology, Physics* **41**, 511–517.

128. Ennis RD, Malyszko B, Rescigno J, Whitman AE, **Heitjan DF**, O'Toole KM, Rubin M, Schiff PB (1998). Biologic classification as an alternative to anatomic staging for clinically localized prostate cancer: A proposal based on patients treated with external beam radiotherapy. *Urology* **51**, 265–270.

129. Goluboff ET, Saidi JA, Mazer S, Bagiella E, **Heitjan DF**, Benson MC, Olsson CA (1998). Urinary continence after radical prostatectomy: The Columbia experience. *Journal of Urology* **159**, 1276–1280.

130. Rescigno J, **Heitjan DF** (1998). Treatment of head and neck cancer. Letter to the editor. *New England Journal of Medicine* **339**, 1330.

131. Shabsigh A, Chang DT, **Heitjan DF**, Kiss A, Olsson CA, Puchner PJ, Buttyan R (1998). Rapid reduction in blood flow to the rat ventral prostate gland after castration. Preliminary evidence that androgens influence prostate size by regulating blood flow to the prostate gland and prostatic endothelial cell survival. *The Prostate* **36**, 201–206.

132. Vahdat LT, Papadopoulos K, Balmaceda C, McGovern T, Dunleavy J, Kaufman E, Fung B, Garrett T, Savage D, Tiersten A, Ayello J, Bagiella E, **Heitjan D**, Antman K, Hesdorffer C. (1998). Phase I trial of sequential high-dose chemotherapy with escalating dose paclitaxel, melphalan, and cyclophosphamide, thiotepa, and carboplatin with peripheral blood progenitor support in women with responding metastatic breast cancer. *Clinical Cancer Research* **4**, 1689–1695.

133. Antman KH, **Heitjan DF**, Hortobagyi GN (1999). High-dose chemotherapy for breast cancer. *Journal of the American Medical Association* **282**, 1701–1703.

134. Goluboff ET, Shabsigh A, Saidi JA, Weinstein IB, Mitra N, **Heitjan D**, Piazza GA, Pamukcu R, Buttyan R, Olsson CA (1999). Sulindac sulfone (FGN-1)

17

suppresses growth of human prostate cancer in a nude mouse xenograft model by increasing apoptosis. *Urology* **53**, 440–445.

135. Grann VR, Whang W, Jacobson JS, **Heitjan DF**, Antman KH, Neugut AI (1999). Benefits and costs of screening Ashkenazi Jewish women for BRCA1 and BRCA2. *Journal of Clinical Oncology* **17**, 494–500.

136. Hripcsak G, Kuperman GJ, Friedman C, **Heitjan DF** (1999). A reliability study for evaluating information extraction from radiology reports. *Journal of the American Medical Informatics Association* **6**, 143–150.

137. Knell ER, Presant CA, Grann VR, Whang W, Jacobson JS, **Heitjan DF**, Antman KH, Neugut AI (1999). Re-evaluation of the benefits of *BRCA1/2* testing. *Journal of Clinical Oncology* **17**, 1962.

138. Longley BJ, Metcalfe DD, Tharp M, Wang X, Tyrrell L, Lu S-Z, **Heitjan D**, Ma Y (1999). Activating and dominant inactivating *c-KIT* catalytic domain mutations in distinct clinical forms of human mastocytosis. *Proceedings of the National Academy of Sciences of the USA* **96**, 1609–1614.

139. Petrylak DP, Macarthur RB, O'Connor J, Shelton G, Judge T, Balog J, Pfaff C, Bagiella E, **Heitjan D**, Fine R, Zuech N, Sawczuk I, Benson M, Olsson CA (1999). Phase I trial of docetaxel with estramustine in androgen-independent prostate cancer. *Journal of Clinical Oncology* **17**, 958–967.

140. Rose EA, Moskowitz AJ, Packer M, Sollano JA, Williams DL, Tierney AR, **Heitjan DF**, Meier P, Ascheim DD, Levitan RG, Weinberg AD, Stevenson LW, Shapiro PA, Lazar RM, Watson J, Goldstein D, Gelijns AC for the REMATCH investigators (1999). The REMATCH Trial: Rationale, design and endpoints. *Annals of Thoracic Surgery* **67**, 723–730.

141. Shabsigh A, Tanji N, D'Agati V, Rubin M, Goluboff ET, **Heitjan D**, Kiss A, Buttyan R (1999). Early effects of castration on the vascular system of the rat ventral prostate gland. *Endocrinology* **140**, 1920–1926.

142. Sollano JA, Gelijns AC, Moskowitz AJ, **Heitjan DF**, Cullinane S, Saha T, Chen JM, Roohan PJ, Reemtsma K, Shields EP (1999). Volume-outcome relationships in cardiovascular surgery: New York State, 1990–1995. *Journal of Thoracic & Cardiovascular Surgery* **117**, 419–430.

143. Vitale MG, Krant JJ, Gelijns AC, **Heitjan DF**, Arons RR, Bigliani LU, Flatow EL (1999). Geographic variations in the rates of operative procedures involving the shoulder, including total shoulder replacement, humeral head replacement, and rotator cuff repair. *Journal of Bone & Joint Surgery* **81-A**, 763–772.

144. Whang W, Sisk JE, **Heitjan DF**, Moskowitz AJ (1999). Probabilistic sensitivity analysis in cost-effectiveness: An application from a study of vaccination against pneumococcal bacteremia in the elderly. *International Journal of Technology Assessment in Health Care* **15**, 563–572.

145. Grann VR, Jacobson JS, Whang W, Hershman D, **Heitjan DF**, Antman KH, Neugut AI (2000). Prevention with tamoxifen or other hormones versus prophylactic surgery in *BRCA 1/2* positive women: A decision analysis. *Cancer Journal from Scientific American* **6**, 13–20.

146. Grann VR, Sundararajan V, Jacobson JS, Whang W, **Heitjan DF**, Antman KH, Neugut AI (2000). Decision analysis of tamoxifen for the prevention of invasive breast cancer. *Cancer Journal from Scientific American* **6**, 169–178.

147. Savage DG, Rule SAJ, Tighe M, Garrett TJ, Oster MW, Lee RT, Ruiz J, **Heitjan D**, Keohan ML, Flamm M, Johnson SA (2000). Gemcitabine for relapsed or resistant lymphoma. *Annals of Oncology* **11**, 595–597.

148. Joe AK, Arber N, Bose S, **Heitjan D**, Zhang Y, Weinstein IB, Hibshoosh H (2001). Cyclin D1 overexpression is more prevalent in non-Caucasian breast cancer. *Anticancer Research* **21**, 3535–3539.

149. Mitra N, Schnabel FR, Neugut AI, **Heitjan DF** (2001). Estimating the effect of an intensive screening and surveillance program on stage of breast cancer at diagnosis. *Cancer* **91**, 1709–1715.

150. Rose EA, Gelijns AC, Moskowitz AJ, **Heitjan DF**, Stevenson LW, Dembitsky W, Long JW, Ascheim DD, Tierney AR, Levitan RG, Watson JT, Meier P for the Randomized Evaluation of Mechanical Assistance for the Treatment of Congestive Heart Failure (REMATCH) Study Group (2001). Long-term use of a left ventricular assist device for end-stage heart failure. *New England Journal of Medicine* **345**, 1435–1443. (Accompanying editorial: Jessup M (2001). Mechanical cardiac-support devices—dreams and devilish details. *New England Journal of Medicine* **345**, 1490–1493.)

19

151. Grann VR, Jacobson JS, Thomason D, Hershman D, **Heitjan DF**, Neugut AI (2002). Effects of prevention strategies on survival and quality-adjusted survival of women with *BRCA1/2* mutations: An updated decision analysis. *Journal of Clinical Oncology* **20**, 2520–2529.

152. Hershman D, Sundararajan V, Jacobson JS, **Heitjan DF**, Neugut AI, Grann VR (2002). Outcomes of tamoxifen chemoprevention for breast cancer in very high-risk women: A cost-effectiveness analysis. *Journal of Clinical Oncology* **20**, 9–16. (Accompanying editorial: Jordan, V. Craig, Morrow, Monica (2002). Chemoprevention of breast cancer: A model for change. *Journal of Clinical Oncology* **20**, 1–3.)

153. Neugut AI, Fleischauer AT, Sundararajan V, Mitra N, **Heitjan DF**, Jacobson JS, Grann VR (2002). Use of adjuvant chemotherapy and radiation therapy for rectal cancer among the elderly: A population-based study. *Journal of Clinical Oncology* **20**, 2643–2650.

154. Sundararajan V, Mitra N, Jacobson JS, Grann VR, **Heitjan DF**, Neugut AI (2002). Survival associated with 5-fluorouracil-based adjuvant chemotherapy among elderly patients with node-positive colon cancer. *Annals of Internal Medicine* **136**, 349–357.

155. Savage DG, Cohen NS, Hesdorffer CS, **Heitjan D**, Oster MW, Garrett TJ, Bar M, del Prete S, March R, Lonberg M, Talbot S, Mears JG, Flamm M, Taub RN, Nichols G (2003). Combined fludarabine and rituximab for low grade lymphoma and chronic lymphocytic leukemia. *Leukemia & Lymphoma* **44**, 477–481.

156. Smith SJ, Neugut A, **Heitjan DF**, Forde K, Holt P, Santella RM, Luo J-C, Carney W, Ward L, Brandt-Rauf PW (2003). *In situ* quantification of aberrant p53 in colorectal neoplasia. *Biomarkers* **8**, 311–332.

157. Canter RJ, Zhou R, Kesmodel SB, Zhang Y, **Heitjan DF**, Glickson JD, Leeper DB, Fraker DL (2004). Meta-iodobenzylguanidine (MIBG) and hyperglycemia augment tumor response to isolated limb perfusion in a rodent model of human melanoma. *Annals of Surgical Oncology* **11**, 265–273.

158. Gustafson KS, Furth EE, **Heitjan DF**, Fansler ZB, Clark DP (2004). DNA methylation profiling of cervical squamous intraepithelial lesions using liquid-based cytology specimens: An approach that utilizes receiver-operating characteristic analysis. *Cancer* **102**, 259–268.

159. Canter RJ, Kesmodel SB, **Heitjan DF**, Veeramachaneni NK, Mokadam NA, Drebin JA, Fraker DL (2005). Suppression of beta-catenin by antisense oligomers augments tumor response to isolated limb perfusion in a rodent model of adenomatous polyposis coli-mutant colon cancer. *Annals of Surgical Oncology* **12**, 733–742.

160. Zhang J, Martins CR, Fansler ZB, Roemer KL, Kincaid EA, Gustafson KS, **Heitjan DF**, Clark DP (2005). DNA methylation in anal intraepithelial lesions and anal squamous cell carcinoma. *Clinical Cancer Research* **11**, 6544–6549.

161. Anderson K, Jacobson JS, **Heitjan DF**, Zivin JG, Hershman D, Neugut AI, Grann VR (2006). Cost-effectiveness of preventive strategies for women with a BRCA1 or a BRCA2 mutation. *Annals of Internal Medicine* **144**, 397–406.

162. Mato AR, Riccio BE, Qin L, **Heitjan DF**, Carroll M, Loren A, Porter DL, Perl A, Stadtmauer E, Tsai D, Luger SM (2006). A predictive model for the detection of tumor lysis syndrome during AML induction therapy. *Leukemia & Lymphoma* **47**, 877–883.

163. Sterman DH, Recio A, Carroll RG, Gillespie CT, Haas A, Vachani A, Kapoor V, Sun J, Hodinka R, Brown JL, Corbley MJ, Parr M, Ho M, Pastan I, Machuzak M, Benedict W, Zhang X-q, Lord EM, Kanther M, Litzky LA, **Heitjan DF**, June CH, Kaiser LR, Vonderheide RH, Albelda SM (2007). A phase I clinical trial of single-dose intrapleural interferon-beta gene transfer for malignant mesothelioma and metastatic pleural effusions: High rate of anti-tumor immune responses. *Clinical Cancer Research* **13**, 4456–4466.

164. Flaherty KT, Rosen MA, **Heitjan DF**, Gallagher ML, Schwartz B, Schnall MD, O'Dwyer PJ (2008). Pilot study of DCE-MRI to predict progression-free survival with sorafenib therapy in renal cell carcinoma. *Cancer Biology & Therapy* **147B**, 712–719.

165. Haynes K, **Heitjan DF**, Kanetsky PA, Hennessy S (2008). Declining public health burden of digoxin toxicity from 1991 to 2004. *Clinical Pharmacology & Therapeutics* **84**, 90–94.

166. Schnoll RA, Wileyto EP, Pinto A, Leone F, Gariti P, Siegel S, Perkins KA, Dackis C, **Heitjan DF**, Berrettini W, Lerman C (2008). A placebo-controlled trial of modafinil for nicotine dependence. *Drug & Alcohol Dependence* **98**, 86–93.

167. Vira MA, Guzzo T, **Heitjan DF**, Tomaszewski JE, D'Amico A, Wein AJ, Malkowicz SB (2008). Is the biopsy Gleason score important in predicting outcomes for patients after radical prostatectomy once the pathological Gleason score is known? *British Journal of Urology International* **101**, 1232–1236.

168. Wallace A, Kapoor V, Sun J, Mrass P, Weninger W, **Heitjan DF**, June C, Kaiser LR, Ling LE, Albelda SM (2008). Transforming growth factor-$\beta$ receptor blockade augments the effectiveness of adoptive T-cell therapy of established solid cancers. *Clinical Cancer Research* **20**, 3966–3974.

169. Carpenito C, Milone M, Hassan R, Simonet J, Lakhal M, Suhoski M, Varela-Rohena A, Haines K, **Heitjan DF**, Albelda S, Carroll R, Riley J, Pastan I, June C (2009). Control of large established tumor xenografts with genetically re-targeted human T cells containing CD28 and CD137 domains. *Proceedings of the National Academy of Sciences of the USA* **206**, 3360–3365.

170. Kim SY, Guevara JP, Kim KM, Choi HK, **Heitjan DF**, Albert DA (2009). Hyperuricemia and risk of stroke: A systematic review and meta-analysis. *Arthritis Care & Research* **61**, 885–892.

171. Mato AR, Fuchs BD, **Heitjan DF**, Mick R, Halpern SD, Shah PD, Jacobs S, Olson E, Schuster SJ, Ujjani C, Chong EA, Loren AW, Miltiades AN, Luger SM (2009). Utility of the systemic inflammatory response syndrome (SIRS) criteria in predicting the onset of septic shock in hospitalized patients with hematologic malignancies. *Cancer Biology & Therapy* **8**, 1–6.

172. Fridlender ZG, Buchlis G, Kapoor V, Cheng G, Sun J, Singhal S, Crisanti MC, Wang L-CS, **Heitjan D**, Snyder LA, Albelda SM (2010). CCL2 blockade augments cancer immunotherapy. *Cancer Research* **70**, 109–118. doi:10.1158/0008-5472.CAN-09-2326.

173. Kim SY, Guevara JP, Kim KM, Choi HK, **Heitjan DF**, Albert DA (2010). Hyperuricemia and coronary heart disease: A systematic review and meta-analysis. *Arthritis Care & Research* **62**, 170–180.

174. Mato AR, Luger S, **Heitjan DF**, Mikkelsen ME, Olson E, Ujjani C, Miltiades AN, Shah P, Shuster SJ, Carroll M, Chauffe AD, Fuchs BD (2010). Elevation in serum lactate at the time of febrile neutropenia in hemodynamically-stable patients with hematologic malignancies is associated with the development of

22

septic shock within 48 hours. *Cancer Biology & Therapy* **9**, 583–587. (Accompanying editorial: Elstrom R (2010). Serum lactate in febrile neutropenia. What can it tell us? *Cancer Biology & Therapy* **9**, 588–589.)

175. Ray R, Mitra N, Baldwin D, Guo M, Patterson F, **Heitjan DF**, Jepson C, Wileyto EP, Wei J, Payne T, Ma JZ, Li M, Lerman C (2010). Convergent evidence that choline acetyltransferase gene variation is associated with prospective smoking cessation and nicotine dependence. *Neuropsychopharmacology* **35**, 1374–1382.

176. Schnoll RA, Patterson F, Wileyto EP, **Heitjan DF**, Shields AE, Asch DA, Lerman C (2010). A re-examination of the recommended duration of transdermal nicotine therapy for tobacco dependence: Evidence from a placebo-controlled clinical trial. *Annals of Internal Medicine* **152**, 144–151.

177. Sterman DH, Recio A, Haas AR, Vachani A, Katz S, Gillespie CT, Cheng G, Sun J, Pereira L, Moon E, **Heitjan DF**, Litzky L, June C, Vonderheide R, Carroll R, Albelda SM (2010). A phase I clinical trial of repeated intrapleural adenoviral-mediated interferon beta gene transfer for malignant mesothelioma and metastatic pleural effusions. *Molecular Therapy* **18**, 852–860.

178. Christofidou-Solomidou M, Tyagi S, Tan KS, Hagan S, Pietrofesa R, Dukes F, Arguiri E, **Heitjan DF**, Solomides CC, Cengel KA (2011). Dietary flaxseed administered post-thoracic radiation treatment improves survival and mitigates radiation-induced pneumonopathy in mice. *BMC Cancer* **11**:269. doi:10.1186/1471-2407-11-269.

179. Grann VR, Patel PR, Jacobson JS, Warner E, **Heitjan DF**, Ashby-Thompson M, Hershman D, Neugut AI (2011). Comparative effectiveness of screening and prevention strategies among *BRCA1/2*-affected mutation carriers. *Breast Cancer Research & Treatment* **125**, 837–847 doi:10.1007/s10549-010-1043-4.

180. Reshef R, Luskin MR, Kamoun M, Vardhanabhuti S, Tomaszewski JE, Stadtmauer EA, Porter DL, **Heitjan DF**, Tsai DE (2011). Association of HLA polymorphisms with post-transplant lymphoproliferative disorder in solid-organ transplant recipients. *American Journal of Transplantation* **11**, 817–825; doi:10.1111/j.1600-6143.2011.03454.x.

181. Reshef R, Vardhanabhuti S, Luskin MR, **Heitjan DF**, Porter DL, Stadtmauer EA, Tsai DE (2011). Reduction of immunosuppression as initial therapy for

23

post-transplantation lymphoproliferative disorder. *American Journal of Transplantation* **11**, 336–347; doi:10.1111/j.1600-6143.2010.03387.x.

182. Sterman DH, Haas AR, Moon E, Recio A, Schwed D, Vachani A, Katz S, Gillespie C, Cheng G-J, Sun J, Papasavvas E, Montaner LJ, **Heitjan DF**, Litzky L, Friedberg J, Culligan M, June CH, Carroll RG, Albelda SM (2011). A trial of intrapleural adenoviral-mediated interferon-$\alpha$2b gene transfer for malignant pleural mesothelioma. *American Journal of Respiratory & Critical Care Medicine*, (PMC3262033).

183. Vogl DT, Pérez, WS, Stadtmauer EA, **Heitjan DF**, Lazarus HM, Kyle RA, Kamble R, Weisdorf D, Roy V, Gibson J, Ballen K, Holmberg L, Bashey A, McCarthy PL, Freytes C, Maharaj D, Maiolino A, Vesole D, Hari P (2011). Effect of obesity on outcomes after autologous hematopoietic stem cell transplantation for multiple myeloma. *Biology of Blood & Marrow Transplantation* **11**, 1765–1774, (PMC3175301).

184. Reshef R, Luger SM, Hexner EO, Loren AW, Frey NV, Nasta SD, Goldstein SC, Stadtmauer EA, Smith J, Bailey S, Mick R, **Heitjan DF**, Emerson SG, Hoxie JA, Vonderheide RH, Porter DL (2012). Prevention of visceral graft-versus-host disease by inhibition of lymphocyte chemotaxis in patients undergoing allogeneic stem-cell transplantation. *New England Journal of Medicine* **367**, 135–145.

185. Santen RJ, Yue W, **Heitjan DF** (2012). Modeling of the growth kinetics of occult breast tumors: Role in interpretation of studies of prevention and menopausal hormone therapy. *Cancer Epidemiology, Biomarkers & Prevention* **21**, 10381048, doi:10.1158/1055-9965.EPI-12-0043.

186. St. Helen G, Novalen M, **Heitjan DF**, Dempsey D, Peyton J III, Aziziyeh A, Wing VC, George TP, Tyndale RF, Benowitz NL (2012). Reproducibility of the nicotine metabolite ratio in cigarette smokers. *Cancer Epidemiology, Biomarkers & Prevention* **21**, 1105–1114, doi:10.1158/1055-9965.EPI-12-0236.

187. Tizon R, Frey N, **Heitjan DF**, Tan KS, Goldstein S, Hexner EO, Loren A, Luger SM, Reshef R, Tsai D, Vogl D, Davis J, Vozniak M, Fuchs B, Stadtmauer EA, Porter DL (2012). High dose corticosteroids with or without etanercept for the treatment of idiopathic pneumonia syndrome after allogeneic stem cell transplantation. *Bone Marrow Transplantation*, doi:10.1038/bmt.2011.260 (PMID22307018).

188. Elkassabany NM, Ahmed M, Malkowicz SB, **Heitjan DF**, Isserman JA, Ochroch EA (2013). Comparison between the analgesic efficacy of *transversus abdominis* plane (TAP) block and placebo in open retropubic radical prostatectomy: A prospective, randomized, double-blinded study. *Journal of Clinical Anesthesia* **25**, 459–465, doi:10.1016/j.jclinane.2013.04.009.

189. Kang HC, Tan KS, Keefe SM, **Heitjan DF**, Siegelman ES, Flaherty KT, O'Dwyer PJ, Rosen MA (2013). MRI assessment of early tumor response in metastatic renal cell carcinoma patients treated with sorafenib. *American Journal of Roentgenology* **200**, 120–126, doi:10.2214/AJR.12.8536.

190. Nath K, Nelson DS, Ho A, Lee S-C, Darpolor M, Pickup S, Zhou R, **Heitjan DF**, Leeper DB, Glickson JD (2013). $^{31}$P and $^1$H MRS of DB-1 melanoma xenografts: Lonidamine selectively decreases tumor intracellular pH and energy status and sensitizes tumors to melphalan. *NMR in Biomedicine* **26**, 98–105, doi:10.1002/nbm.2824.

191. Santen RJ, Song Y, Yue W, Wang J-P, **Heitjan DF** (2013). Effects of menopausal hormonal therapy on occult breast tumors. *Journal of Steroid Biochemistry & Molecular Biology* **137**, 150–156, doi:10.1016/j.jsbmb.2013.05.008.

192. Santen RJ, Yue W, **Heitjan DF** (2013). Occult breast tumor reservoir: Biological properties and clinical significance. *Hormones & Cancer* **4**, 195–207, doi:10.1007/s12672-013-0145-y.

193. Schwed-Lustgarten DE, Thompson J, Yu G, Vachani A, Vaidya B, Rao C, Connelly M, Tan KS, **Heitjan DF**, Albelda SM (2013). Use of circulating tumor cell technology (CellSearch) for the diagnosis of malignant pleural effusions. *Annals of the American Thoracic Society* **10**, 582–589, doi:10.1513/AnnalsATS.201303-068OC.

194. Sohal DP, Metz JM, Sun W, Giantonio BJ, Plastaras JP, Ginsberg G, Kochman ML, Teitelbaum UR, Harlacker K, **Heitjan DF**, Feldman MD, Drebin JA, O'Dwyer PJ (2013). Toxicity study of gemcitabine, oxaliplatin and bevacizumab, followed by 5-fluorouracil, oxaliplatin, bevacizumab and radiotherapy, in patients with locally advanced pancreatic cancer. *Cancer Chemotherapy & Pharmacology* **71**, 1485–1491, doi:10.1007/s00280-013-2147-4.

195. Stevenson JP, Kindler HL, Pappasavvas E, Sun J, Jacobs-Small M, Hull J, Schwed D, Ranganathan A, Newick K, **Heitjan DF**, Langer CJ, McPherson

JM, Montaner LJ, Albelda SM (2013). Immunological effects of the TGF$\beta$-blocking antibody GC1008 in malignant pleural mesothelioma patients. *OncoImmunology* **2**, e26218, doi:10.4161/onci.26218.

196. McCarthy AM, Kontos D, Synnestvedt M, Tan KS, **Heitjan DF**, Schnall M, Conant EF (2014). Screening outcomes following implementation of digital breast tomosynthesis in a general-population screening program. *JNCI* **106**, doi:10.1093/jnci/dju316.

197. Okusanya OT, Holt DF, **Heitjan DF**, Deshpande CG, Venegas O, Jiang J, Judy RP, Dejesus E, Madajewski B, Oh K, Wang MD, Albelda SM, Nie S, Singhal S (2014). Intraoperative near-infrared imaging can identify pulmonary nodules. *Annals of Thoracic Surgery* **98**, 1223–1230, doi:10.1016/j.athoracsur.2014.05.026.

198. Padmanabhan RK, Somasundar VH, Griffith SD, Zhu J, Samoyedny D, Tan KS, Hu J, Liao X, Carin L, Yoon SS, Flaherty KT, DiPaola RS, **Heitjan DF**, Lal P, Feldman MD, Roysam B, Lee WMF (2014). An active learning approach for rapid characterization of endothelial cells in human tumors. *PLoS One* **9**, e90495, doi:10.1371/journal.pone.0090495 (PMC3946171).

199. Rangwala R, Chang C, Hu J, Algazy K, Evans T, Fecher L, Schuchter L, Torigian DA, Panossian J, Troxel A, Tan KS, **Heitjan DF**, Demichele A, Vaughn D, Redlinger M, Alavi A, Kaiser J, Pontiggia L, Davis L, O'Dwyer PJ, Amaravadi RK (2014). Combined MTOR and autophagy inhibition: Phase I trial of hydroxychloroquine and temsirolimus in patients with advanced solid tumors and melanoma. *Autophagy* **10**, 1391–1402, doi:10.4161/auto.29119.

200. Rangwala R, Leone R, Chang C, Fecher L, Schuchter L, Kramer A, Tan KS, **Heitjan DF**, Rodgers G, Gallagher M, Piao S, Troxel A, Evans T, Demichele A, Nathanson KL, O'Dwyer PJ, Kaiser J, Pontiggia L, Davis L, Amaravadi RK (2014). Phase I trial of hydroxychloroquine with dose-intense temozolomide in patients with advanced solid tumors and melanoma. *Autophagy* **10**, 1369–1379, doi:10.4161/auto.29118.

201. Rosenfeld MR, Ye X, Supko JG, Desideri S, Grossman SA, Brem S, Mikkelson T, Wang D, Chang C, Hu J, McAfee Q, Fisher J, Troxel A, Piao S, **Heitjan DF**, Tan KS, Pontiggia L, O'Dwyer PJ, Davis L, Amaravadi RK (2014). A phase I/II trial of hydroxychloroquine in conjunction with radiation therapy and concurrent and adjuvant temozolomide in patients with newly diagnosed glioblastoma multiforme. *Autophagy* **10**, 1359–1368, doi:10.4161/auto.28984.

26

202. Vogl DT, Stadtmauer EA, Tan KS, **Heitjan DF**, Davis L, Pontiggia L, Rangwala R, Piao S, Chang YC, Scott EC, Paul TM, Nichols CW, Porter DL, Kaplan J, Mallon G, Bradner JE, Amaravadi RK (2014). Combined autophagy and proteasome inhibition: A phase 1 trial of hydroxychloroquine and bortezomib in patients with relapsed/refractory myeloma. *Autophagy* **10**, 1380–1390, doi:10.4161/auto.29264.

203. DeMichele A, Clark A, Tan KS, **Heitjan DF**, Gramlich K, Gallagher M, Lal P, Feldman M, Zhang P, Colameco C, Lewis D, Langer M, Goodman N, Domchek SM, Gogineni K, Rosen M, Fox KR, O'Dwyer P (2015). CDK 4/6 inhibitor palbociclib (PD0332991) in Rb+ advanced breast cancer: Phase II activity, safety and predictive biomarker assessment. *Clinical Cancer Research* **21**, 995–1001, doi:10.1158/1078-0432.CCR-14-2258.

204. Hamilton DA, Mahoney MC, Novalen M, Chenoweth MJ, **Heitjan DF**, Lerman C, Tyndale RF, Hawk LW Jr. (2015). Test-retest reliability and stability of the nicotine metabolite ratio among treatment-seeking smokers. Published on-line, *Nicotine & Tobacco Research* **17**, 1505–1509, doi:10.1093/ntr/ntv031.

205. Kennedy GT, Okusanya OT, Keating JJ, **Heitjan DF**, Deshpande C, Litzky LA, Albelda SM, Drebin JA, Nie S, Low PS, Singhal S (2015). The optical biopsy: A novel method for rapid intraoperative diagnosis of primary pulmonary adenocarcinomas. *Annals of Surgery* **262**, 602–609.

206. Lerman C, Schnoll RA, Hawk LW, Cinciripini P, George TP, Wileyto EP, Swan GE, Benowitz NL, **Heitjan DF**, Tyndale RF for the PGRN-PNAT Research Group (2015). Use of the nicotine metabolite ratio as a genetically informed biomarker of response to nicotine patch or varenicline for smoking cessation: A randomized, double-blind, placebo-controlled trial. *Lancet Respiratory Medicine* **3**, 131–138, doi:10.1016/S2213-2600(14)70294-2.

207. Luskin MR, Heil DS, Tan KS, Choi S, Stadtmauer EA, Schuster, SJ, Porter DL, Vonderheide RH, Bagg A, **Heitjan DF**, Tsai DE, Reshef R (2015). The impact of EBV status on characteristics and outcomes of post-transplantation lymphoproliferative disorder. *American Journal of Transplantation* **15**, 2665–2673, doi:10.1111/ajt.13324.

208. Nath K, Nelson DS, **Heitjan DF**, Leeper DB, Zhou R, Glickson JD (2015). Lonidamine induces intracellular tumor acidification and ATP depletion in human breast, prostate and ovarian cancer xenografts and potentiates response to doxorubicin. *NMR in Biomedicine* **28**, 281–290, doi:10.1002/nbm.3240.

27

209. Nath K, Nelson DS, **Heitjan DF**, Zhou R, Leeper DB, Glickson JD (2015). Effects of hyperglycemia on lonidamine-induced acidification and de-energization of human melanoma xenografts and sensitization to melphalan. *NMR in Biomedicine* **28**, 395–403, doi:10.1002/nbm.3260.

210. Okusanya OT, DeJesus EM, Jiang JX, Judy RP, Venegas OG, Deshpande CG, **Heitjan DF**, Nie S, Low PS, Singhal S (2015). Intraoperative molecular imaging can identify lung adenocarcinomas during pulmonary resection. *Journal of Thoracic & Cardiovascular Surgery* **150**, 28–35, doi:10.1016/j.jtcv.2015.05.014.

211. Tyndale RF, Zhu AZX, George TP, Cinciripini P, Hawk LW Jr., Schnoll RA, Swan GE, Benowitz NL, **Heitjan DF**, Lerman C for the PGRN-PNAT Research Group (2015). Lack of associations of *CHRNA5-A3-B4* genetic variants with smoking cessation treatment outcomes in Caucasian smokers despite associations with baseline smoking. *PLoS One* **10**, doi:10.1371/journal.pone.0128109.

212. Kaczmar JM, Tan KS, **Heitjan DF**, Lin A, Ahn PH, Newman JG, Rassekh CH, Chalian AA, O'Malley BW Jr., Cohen RB, Weinstein GS (2016). HPV-related oropharyngeal cancer: Risk factors for treatment failure in patients managed with primary transoral robotic surgery (TORS). *Head & Neck* **38**, 59–65, doi:10.1002/hed.23850.

213. Keefe SM, Hoffman-Censits J, Cohen RB, Mamtani R, **Heitjan D**, Eliasoff S, Nixon A, Turnbull B, Garmey EG, Gunnarsson O, Walicki M, Ciconte J, Jayaraman L, Senderowicz A, Tellez AB, Hennessy M, Piscitelli A, Vaughn D, Smith A, Haas NB (2016). Efficacy of the nanoparticle-drug conjugate CRLX101 in combination with bevacizumab in metastatic renal cell carcinoma: Results of an investigator-initiated phase I–IIa clinical trial. *Annals of Oncology* **27**, 1579–1585, doi:10.1093/annonc/mdw188.

214. Sterman DH, Alley E, Stevenson JP, Friedberg J, Metzger S, Recio A, Moon EK, Haas AR, Vachani A, Katz SI, Sun J, **Heitjan DF**, Hwang WT, Litzky L, Yearley JH, Tan KS, Papasavvas E, Kennedy P, Montaner LJ, Cengel KA, Simone CB II, Culligan M, Langer CJ, Albelda SM (2016). Pilot and feasibility trial evaluating immuno-gene therapy of malignant mesothelioma using intrapleural delivery of adenovirus-IFN$\alpha$ combined with chemotherapy. *Clinical Cancer Research* **22**, 3791–3800, doi:10.1158/1078-0432.CCR-15-2133.

*June 10, 2024* *Daniel F. Heitjan, PhD*

215. Mokdad AA, Yopp AC, Polanco PM, Mansour JC, Reznik SI, Choti MA, Minter RR, Wang SC, **Heitjan DF**, Porembka MR (2017). Adjuvant chemotherapy v. postoperative observation following preoperative chemoradiotherapy and resection in gastroesophageal cancer: A propensity score-matched analysis. *JAMA Oncology* doi:10.1001/jamaoncol.2017.2805. (Accompanying editorial: Smyth EC, Cunningham D (2017). Adjuvant chemotherapy following neoadjuvant chemotherapy plus surgery for patients with gastroesophageal cancer — Is there room for improvement? *JAMA Oncology* doi:10.1001/jamaoncol.2017.2792.)

216. Nath K, Roman J, Nelson DS, Guo, L, Lee S-C, Muriuki K, Orlovskiy S, Leeper DB, **Heitjan DF**, Blair IA, Putt ME, Glickson JD (2018). Lonidamine selectively acidifies, de-energizes, and sensitizes WM983B human melanoma xenografts to doxorubicin chemotherapy. *Scientific Reports* **8**, 14654, doi:10.1038/s41598-018-33019-4.

217. Santen RJ, Jewell CM, Yue W, **Heitjan DF**, Raff H, Katen KS, Cidlowski JA (2018). Glucocorticoid receptor mutations and hypersensitivity to endogenous and exogenous glucocorticoids. *Journal of Clinical Endocrinology & Metabolism* **103**, 3630–3639, doi:10.1210/jc.2018-00352.

218. Santen RJ, **Heitjan DF**, Gompel A, Lumsden MA, Pinkerton JAV, Davis SR, Stuenkel CA (2020). Underlying breast cancer risk and menopausal hormonal therapy. *Journal of Clinical Endocrinology & Metabolism* **105**, e2299–e2307, doi:10.1210/clinem/dgaa073.

219. Santen RJ, **Heitjan DF**, Gompel A, Lumsden MA, Pinkerton JAV, Davis SR, Stuenkel CA (2020). Approach to managing a postmenopausal patient. *Journal of Clinical Endocrinology & Metabolism* **105**, doi:10.1210/clinem/dgaa623.

220. Balagopal A, Morgan H, Dohopolski M, Timmerman R, Shan J, **Heitjan DF**, Liu W, Nguyen D, Hannan R, Garant A, Desai N, Jiang S (2021). PSA-Net: Deep learning–based physician style–aware segmentation network for postoperative prostate cancer clinical target volumes. *Artificial Intelligence in Medicine* **121**, doi.org/10.1016/j.artmed.2021.102195

221. Pruitt SL, Gerber DE, Zhu H, **Heitjan DF**, Maddineni B, Xiong D, Singal AG, Tavvakoli A, Halm EA, Murphy CC (2021). Survival of patients newly diagnosed with colorectal cancer and with a history of previous cancer. *Cancer Medicine* **10**, 4752–4767, doi:10.1002/cam4.4036.

29

222. Pruitt SL, Zhu H, **Heitjan DF**, Rahimi A, Maddineni B, Tavvakoli A, Halm EA, Gerber DE, Xiong D, Murphy CC (2021). Survival of women diagnosed with breast cancer and who have survived a previous cancer. *Breast Cancer Research & Treatment*, doi:10.1007/s10549-021-06122-w.

223. Tsai S, Nguyen H, Ebrahimi R, Barbosa MR, Ramanan B, **Heitjan DF**, Hastings JL, Modrall JG, Jeon-Slaughter H (2021). COVID-19-associated mortality and cardiovascular disease outcomes among U.S. women veterans. *Scientific Reports* **11**, 8497, doi:10.1038/s41598-021-88111-z.

224. Pruitt SL, Tavakkoli A, Zhu H, **Heitjan DF**, Gerber DE, Singal AG, Halm EA, Beg MS, Maddineni B, Kansagra AJ, Murphy CC (2023). Survival of cancer survivors with a new pancreatic cancer diagnosis. *Cancer Medicine* **12**, 200–212, doi:10.1002/cam4.4903.

225. Turer CB, Park JJ, Gupta OT, Ramirez C, Basit MA, **Heitjan DF**, Barlow SE (2023). Electronic phenotypes to distinguish clinician attention to high body mass index, hypertension, lipid disorders, fatty liver, and diabetes in pediatric primary care: Diagnostic accuracy of electronic phenotypes compared to masked comprehensive chart review. *Pediatric Obesity*, 2023;e13066, doi:10.1111/ijpo.13066.

# Reviews, Discussions, Editorials, & Committee Reports

1. **Heitjan DF** (1990). Review of *Interpreting Data* by Alan J. B. Anderson. *Statistics in Medicine* **9**, 858.

2. **Heitjan DF** (1996). Review of *Observational Studies* by Paul R. Rosenbaum. *SIAM Review* **38**, 529.

3. **Heitjan DF** (1997). Annotation: What can be done about missing data? Approaches to imputation. *American Journal of Public Health* **87**, 548–550.

4. **Heitjan DF** (1998). Review of *The EM Algorithm and Extensions* by Geoffrey J. McLachlan and Thriyambakam Krishnan. *Statistics in Medicine* **17**, 1187.

5. **Heitjan DF** (1998). Analysis of longitudinal binary data from multiphase sampling — Discussion on the papers by Forster and Smith and Clayton *et al. Journal of the Royal Statistical Society, Series B* **60**, 89–102.

6. **Heitjan DF** (2009). Review of *Missing Data in Longitudinal Studies: Strategies for Bayesian Modeling and Sensitivity Analysis* by Michael J. Daniels and Joseph W. Hogan. *Biometrics* **65**, 328.

7. **Heitjan DF** (2011). Biology, models and the analysis of tumor xenograft experiments. *Clinical Cancer Research* **17**, 949–952; doi:10.1158/1078-0432.CCR-10-3279.

8. **Heitjan DF** (2011). Incomplete data: What you don't know might hurt you. *Cancer Epidemiology, Biomarkers & Prevention* **8**, 1567–1570; doi:10.1158/1055-9965.EPI-11-0505.

9. Committee on the Assessment of Studies of Health Outcomes Related to the Recommended Childhood Immunization Schedule, Board on Population Health & Public Health Practice, Institute of Medicine of the National Academies (2013). *The Childhood Immunization Schedule and Safety: Stakeholder Concerns, Scientific Evidence, and Future Studies*. Washington, DC: The National Academies Press.

10. **Heitjan DF** (2016). Review of *Handbook of Missing Data Methodology* by Geert Molenberghs, Garrett Fitzmaurice, Michael G. Kenward, Anastasios Tsiatis, and Geert Verbeke (editors). *Journal of the American Statistical Association* **111**, 443; doi:10.1080/01621459.2016.1154360.

11. **Heitjan DF** (2017). Commentary on Mason *et al. Clinical Trials* **14**, 368–369, doi:10.1177/1740774517711443.

12. Begg C, Gönen M, **Heitjan DF** (2020). Editorial: Clinical trial design in the era of COVID-19. *Clinical Trials* **17**, 465–466; doi:10.1177/1740774520940230.

13. **Heitjan DF**(2024). Comment on Fay and Li. *Clinical Trials*, doi:10.1177/17407745241243307.

14. Chen H, **Heitjan DF**(2024). Response to Comments on 'Sensitivity of estimands in clinical trials with imperfect compliance'. In press, *International Journal of Biostatistics*, 2024.03.27.

## Books

1. Ng HK, **Heitjan DF**, editors (2022). *Recent Advances on Sampling Methods and Educational Statistics: In Honor of S. Lynne Stokes*. Springer.

31

## Special Invited Lectures

1. Projecting survival and lifetime costs from short-term smoking cessation trials. Distinguished Speaker series, Department of Biostatistics, UT M. D. Anderson Cancer Center, Houston, TX, 15.12.

2. Measuring sensitivity to nonignorable incompleteness. Distinguished Lecturer series, Department of Statistical Sciences & Operations Research and Department of Biostatistics, Virginia Commonwealth University, Richmond, VA, 20.02.

3. Real-time prediction in clinical trials: A statistical history of REMATCH. The Woolson Lecture. Department of Statistics and Department of Biostatistics, University of Iowa, Iowa City, IA, 23.02.

## Grants/Contracts Held as Principal Investigator

- American Cancer Society Institutional Research Grant #IN-109-N, 'Nonlinear Models for Longitudinal Data', 1989–1990.

- Merck & Co. grant, 'Stanley S. Schor Visiting Scholarship', 1994–1995.

- USPHS grant 1 R01 HL65365 'Clinical Trials and Outcomes Research', 2000–2003.

- MEDTAP International Grant 'A Bayesian Analysis of Cost-Effectiveness in the REMATCH Trial', 2001–2002.

- USPHS grant 1 R01 HL68074 'Measuring Sensitivity to Nonignorability', 2001–2005.

- Pilot project on USPHS grant 'Transdisciplinary research on genetics of complex traits', 2005–2006.

- USPHS grant 1 R01 CA116723 'Statistical Methods in Smoking Cessation Research', 2007–2010.

- Contract with Digital Health CRC, Ltd. and Western Sydney University, 'Predictive Modelling of Health Trajectories', 2020–2023.

## Major Editorial Service

- Statistical Consultant, *Annals of Internal Medicine*, 1994–2009.

- Associate Editor, Applications & Case Studies, *Journal of the American Statistical Association*, 1995–2002.

- Member, Editorial Board, *Statistics in Medicine*, 1996–2005.

- Statistical Editor, *Journal of the National Cancer Institute*, 2001–2017.

- Associate Editor, *Statistics in Biopharmaceutical Research*, 2006–2015.

- Associate Editor, *Clinical Trials*, 2008–2020.

- Associate Editor, *Annals of Applied Statistics*, 2014–2021.

- Senior Statistical Editor, *Circulation*, 2016–2018.

- Deputy Editor, *Clinical Trials*, 2020–.

## Doctoral Students Trained

1. Nandita Mitra, PhD; Columbia, 2001. *Analyzing Data from Non-Randomized Studies using Propensity Score Methodology.* Professor, Department of Biostatistics, Epidemiology & Informatics, University of Pennsylvania.

2. Guoguang Julie Ma; PhD, Columbia, 2001; winner of John Van Ryzin Award for best Columbia Biostatistics PhD dissertation. *Measuring Local Sensitivity to Nonignorability.* Vice President of Biometrics, AlloVir.

3. Hui Xie, PhD; Columbia, 2003. *An Index of Sensitivity to Nonignorability: Extensions and Applications.* Professor, Maureen & Milan Ilich/Merck Chair in Statistics for Arthritis & Musculoskeletal Diseases, Faculty of Health Sciences, Simon Fraser University.

4. Jiameng Zhang, PhD; University of Pennsylvania, 2004; winner of Saul Winegrad Award for Outstanding Dissertation; first PhD awarded in Biostatistics at the University of Pennsylvania. *Sensitivity Analysis of Coarsened Data.* Senior Director and Senior Principal Statistical Scientist, Genentech, Inc.

5. Gui-shuang Ying, PhD; University of Pennsylvania, 2004. *Prediction of Event Times in Randomized Clinical Trials.* Carolyn F. Jones Professor, Department of Ophthalmology, University of Pennsylvania.

6. Huiling Li, DrPH; Columbia, 2004; winner of John Fertig Award for best Columbia Biostatistics DrPH dissertation. *Analysis of Incomplete Health-Related Quality of Life Data in the REMATCH Trial.* VP, Head of Biometrics, Iovance Biotherapeutics.

7. Clara Yuri Kim, PhD; University of Pennsylvania, 2005. *Bayesian Cost-Effectiveness Analysis.* Lead Mathematical Statistician, CDER, FDA.

8. J. Mark Donovan, PhD; University of Pennsylvania, 2006; winner of Saul Winegrad Award for Outstanding Dissertation. *Predicting Event Times in Clinical Trials: Effects of Masking and Blocking.* Senior Director, Bristol-Myers Squibb. (Co-advisor with Michael Elliott.)

9. Tao Liu, PhD; University of Pennsylvania, 2006. *Measuring Sensitivity to Nonignorable Censoring in Nonparametric and Semiparametric Survival Modeling.* Associate Professor, Department of Biostatistics, Brown University.

10. Carin Joo Kim, PhD; University of Pennsylvania, 2008. *Statistical Design of Tumor Xenograft Studies.* Mathematical Statistician, CDER, FDA.

11. Mengye Guo, PhD; University of Pennsylvania, 2009. *Bayesian Methods for Identifying Genetic Predictors in Smoking Cessation Studies.* Senior Data Scientist, Microsoft.

12. Hao Wang, PhD; University of Pennsylvania, 2009. *Statistical Methods for Heaped Data.* Associate Professor, Division of Oncology Biostatistics, Sidney Kimmel Comprehensive Cancer Center, Johns Hopkins University.

13. Yimei Li, PhD; University of Pennsylvania, 2010. *Statistical Modeling of Data from Smoking Cessation Trials.* Associate Professor, Departments of Biostatistics, Epidemiology & Informatics and Pediatrics, University of Pennsylvania; Research Biostatistician, Division of Oncology, Children's Hospital of Philadelphia.

14. Elizabeth A. Handorf, PhD; University of Pennsylvania, 2012. *Statistical Methods for Cost-Effectiveness Analysis Using Observational Data.* Associate Professor, Biostatistics & Bioinformatics Facility, Fox Chase Cancer Center. (Co-advisor with Nandita Mitra.)

15. Sandra D. Griffith, PhD; University of Pennsylvania, 2012. *Statistical Methods for Heaped Data with Application to Smoking Cessation Research*. Principal Methodologist, Flatiron Health.

16. Chelsea McCarty Allen, PhD; Southern Methodist University, 2016. *Modeling of Heaped Cigarette Count Data*. Research Associate Biostatistician, Study Design & Biostatistics Center, University of Utah Health.

17. Yu Lan, PhD; Southern Methodist University, 2017. *Real-Time Prediction in Clinical Trials*. Statistical Consultant, Farallon Capital.

18. Zhiyun Ge, PhD; Southern Methodist University, 2018. *Statistical Analysis in Cancer Survivorship*. Data Scientist, Meta.

19. Shuang Nancy Li, PhD; Southern Methodist University, 2019. *Clinical Trial Design and Analysis*. Senior Manager, Gilead.

20. Heng Chen, PhD; Southern Methodist University, 2020. *Sensitivity Analysis for Incomplete Data and Causal Inference*. Manager in Biostatistics, Gilead Biosciences.

21. Xiaofei Chen, PhD; Southern Methodist University, 2020. *Causal Inference and Prediction on Observational Data With Survival Outcomes*. Senior Statistician, AstraZeneca.

22. Jaehyeon Yun, PhD; Southern Methodist University, 2022. *Dynamic Prediction for Alternating Recurrent Events Using a Semiparametric Joint Frailty Model*. Data Scientist, Samsung.

23. Hang Nguyen, PhD; Southern Methodist University, 2023. *Statistical Methods for Evaluating Treatment Effects from Surgical Registry Data*. Biostatistician, Stat4ward.

24. MaryLena Bleile, PhD; Southern Methodist University, 2023. *Optimizing Pre-Clinical Tumor Xenograft Experiments Using Bayesian Linear and Non-Linear Mixed Modelling and Reinforcement Learning*. Post-doctoral fellow, Memorial Sloan Kettering Cancer Center.

25. Jenny Park, PhD; Southern Methodist University, 2023. *Contributions to Causal Inference in Observational Data*. Mathematical statistician, CDRH, FDA.

## Teaching: University Courses

- University of Chicago

    - Statistics 200 (Elementary Statistics), Spring 1985.

- UCLA

    - Biomathematics 170A (Introductory Biomathematics), Fall 1986, 1987.

- Pennsylvania State University

    - Behavioral Science 508 (Experimental Design), Spring 1989, 1991, 1993.
    - Statistics 580 (Statistical Consulting), Fall 1991–Spring 1992. With Janice Derr and James Rosenberger.

- Columbia University

    - Biostatistics P6104 (Introduction to Biostatistical Methods), Spring 1996, Fall 1996, 1999.
    - Biostatistics P8116/Statistics W4327 (Design of Medical Experiments), Spring 1997, 1998, 1999, 2001, 2002.

- University of Pennsylvania

    - Biostatistics 782 (Incomplete Data), Spring 2003, 2005.
    - Biostatistics 621/Statistics 512 (Inference I), Spring 2004.
    - Biostatistics 659 (Design of Biomedical Studies), Spring 2006 (with Kevin Lynch), 2007, 2008, 2009, 2011.
    - Epidemiology 645 (Cancer Epidemiology, Biomarkers, and Prevention), Summer 2008, 2009, 2010, 2012, 2013 (coordinated by Kathryn Schmitz; gave one lecture on statistical design of cancer clinical trials).
    - Biostatistics 657 (Design of Biomedical Studies I), Spring 2012.
    - Biostatistics 799 (Advanced Topics in Biostatistics — Incomplete Data), Spring 2012, Spring 2013.
    - Biostatistics 620 (Probability), Fall 2013, Fall 2014.

- SMU/UTSW

- Statistics 6397 (Clinical Trials): Fall 2015, Fall 2016, Fall 2018, Fall 2020, Fall 2022.
- Center for Translational Medicine 5301 (Clinical Research Design & Analysis): Fall 2015.
- Center for Translational Medicine 5116 (Clinical Research Protocol Development): Spring 2016.
- Statistics 6360 (Epidemiology): Spring 2016, Spring 2017, Spring 2018, Spring 2019, Spring 2020, Spring 2021, Spring 2023.
- Statistics 7331 (Modeling Longitudinal & Incomplete Data): Fall 2017, Fall 2019, Fall 2021.
- MB 5108 (Advanced Data Analysis & Statistical Learning): Spring 2019, Spring 2020, Spring 2021.

## Teaching: Short Courses & Continuing Education

1. ASCO/AACR Workshop on Methods in Clinical Cancer Research, Vail, CO. Member of faculty: 04.07, 05.07, 06.07, 07.07.

2. Statistical analysis of incomplete longitudinal data. National Institute of Child Health & Human Development, NIH, Rockville, MD, 04.09.

3. Statistical analysis of incomplete longitudinal data. International Chinese Statistical Association, Applied Statistics Symposium, Washington, DC, 05.06.

4. Statistical methods in cost-effectiveness research. Amgen, Inc., Thousand Oaks, CA, 08.07.

5. AACR Methods in Cancer Biostatistics Workshop: Clinical Trial Design for Targeted Agents, Lake Tahoe, CA, 15.06.

6. Prediction in event-based trials. With Gui-shuang Ying. Joint Statistical Meetings, Vancouver, BC, 18.07–18.08.

7. Measuring the impact of nonignorable missing data. With Hui Xie. Joint Statistical Meetings, Denver, CO 19.07–19.08.

8. Prediction in event-based trials. 75th Annual Deming Conference on Applied Statistics, Atlantic City, NJ, 2019.12.

9. Measuring the impact of nonignorable missing data. With Hui Xie. International Biometric Conference, Seoul, South Korea 20.07. (Cancelled.)

## Data Monitoring & Project Review Boards

- Trials of Amiloride in cystic fibrosis, Glaxo Inc.: 1993–1994.

- Study and Treatment of Post-Lyme Disease (STOP-LD), NIAID: 1997–2001.

- Trials in GVHD, Protein Design Labs: 2002.

- MicroMed Bridge to Transplantation Study, Columbia University: 2004–2006.

- Trials of Apisol for reducing cholesterol, Wyeth Consumer Healthcare: 2004–2005.

- Carotid Atherosclerosis Progression Trial Investigating Vascular ACAT Inhibition Treatment Effects (CAPTIVATE), Sankyo Pharma Development: 2004–2005.

- Intervention to Improve Memory in Patients with MS (AIMS 2), SUNY-Stony Brook and NIH (NCMRR): 2004–2010.

- HeartMate II Pivotal Trial, Thoratec, Inc.: 2005–2009.

- MicroMed Destination Study, Columbia University: 2005.

- Obesity clinical program, Merck & Co., Inc.: 2005–2008.

- A clinical trial of aspirin and simvastatin for the treatment of patients with pulmonary arterial hypertension (ASA-STAT), NHLBI and Columbia University: 2006–2008.

- Cancer clinical program, Centocor: 2006–2009.

- Diabetes and Periodontal Therapy Trial, NIDCR: 2008–2013.

- Advisory Board, "Functional Bowel Disorders in Chinese Medicine", International Center for Research on Complementary & Alternative Medicine, University of Maryland, Baltimore: 2010.

- External Advisory Board, SPORE in Gastrointestinal Cancer, University of Michigan: 2011–.

- External Scientific Advisory Board, Albert Einstein Cancer Center, Albert Einstein College of Medicine of Yeshiva University: 2012.

- External Scientific Advisory Board, Herbert Irving Comprehensive Cancer Center, Columbia University: 2012.

- Clinical Trials Oversight Committee, Pediatric Research Foundation: 2013–2019.

- DSMB statistician for trials of stem cell transplant in pediatric hematology, New York Medical College: 2013–.

- External Scientific Advisory Board, Moores Cancer Center, University of California San Diego: 2013.

- DSMB Statistician, Heartmate III IDE Study, Thoratec/St. Jude/Abbott: 2014–2019.

- DSMB Statistician and Chair, study of margetuximab plus chemotherapy v. trastuzumab in metastatic breast cancer, MacroGenics, Inc.: 2015–2022.

- DSMB Statistician, MAHOGANY — Study of margetuximab plus INCMGA00012 and chemotherapy or MGD013 and chemotherapy in metastatic or locally advanced, treatment-naïve, HER2-positive gastric or gastroesophageal junction cancer, MacroGenics, Inc.: 2019–2023.

- DSMB Statistician, ARIES HM3 — Antiplatelet removal and hemocompatibility events with the HeartMate 3 pump, Abbott: 2019–2023.

## Consulting in Industry & Finance

- Merck & Co., Inc.: 1995–2002.

- InPhoCyte, Inc.: 1995–1996.

- Scios Nova, Inc.: 1996.

- TT International: 1996–1997.

- Advanced Viral Research: 1998.

- Knoll Pharmaceutical: 1998.

- SmithKline Beecham: 1999.

- Aventis Pharmaceutical: 2001.

- AIG Insurance: 2002.

- Sanofi-Aventis: 2005.

- Executive Health Exams, Life Enhancement Research Institute: 2006–2014.

- Ravgen, Inc.: 2005–2007.

- Amgen, Inc.: 2008.

- Apotex, Inc.: 2009.

- Braintree Laboratories, Inc./Sebela Pharmaceuticals, Inc.: 2015–.

- Creatics, Inc.: 2018–.

- Bluejay Diagnostics, Inc.: 2021–.

- Medcognetics, Inc.: 2021–.

## Expert Testimony

- Deposition and expert testimony on behalf of Biogen Idec, arbitration proceeding: 2008.

- *Braintree Laboratories, Inc. v. Novel Laboratories, Inc.*: Deposition and expert testimony on behalf of Braintree in US District Court of New Jersey Civil Action No. 3:11-cv-01341 (PGS) (LHG): 2014–2015.

- *Elenza, Inc. v. Alcon Laboratories Holding Corporation, Alcon Research, Ltd., and Novartis AG*: Deposition and expert testimony on behalf of Alcon in Superior Court of Delaware N14C-03-185 MMJ CCLD: 2016–2017.

- *Noven Pharmaceuticals, Inc. v. Actavis Laboratories, UT, Inc.*: Deposition and expert testimony on behalf of Noven in US District Court of Delaware Civil Action: 2018–2019.

- Deposition on behalf of plaintiffs, Women's Talc Project: 2019–.

- *Guardant Health, Inc. v. Natera, Inc.*: Deposition on behalf of plaintiff, 2022–.

40

June 10, 2024                                                    Daniel F. Heitjan, PhD

## Legal Consulting

- *Fallick v. Nationwide Mutual Insurance Co. and Nationwide Life Insurance Co.*: Consultation on statistical methods in summarizing charge data, for the defendant: 1997.

- *Kern v. University of Notre Dame* and *Goltz v. University of Notre Dame*: Analysis of data on alleged sex discrimination in employment practices, for the defendant: 1997.

- Consultant to Next Nutrition in a matter regarding advertising claims: 1999.

- Consultant to attorney for the Consumer Healthcare Products Association in a matter regarding drug safety: 2002.

- *Dr. Reddy's Laboratories v. Eli Lilly & Co.*: Consultation in a patent infringement case, for the plaintiff: 2002.

- Consultant to attorney for McNeil Pharmaceuticals in a matter regarding advertising claims: 2003.

- Consultant to attorney for Discus Dental: 2004.

- Consultant to attorney for Whittier Law School, accreditation proceeding: 2005.

- Expert consultation on behalf of GlaxoSmithKline, product liability litigation: 2010.

- Expert consultation on behalf of Amgen: 2014–2015.

- *Pfizer, Inc. v. Johnson & Johnson and Janssen Biotech, Inc.*: Statistical consultation on behalf of plaintiff: 2020–2022.

- *Actelion Pharmaceuticals Ltd. et al. v. Bristol-Myers Squibb Co. et al.*: Statistical consultation on behalf of defendant, 2022–.

- *United States v. Gilead Sciences, Inc. and Gilead Sciences Ireland UC*: Statistical consultation on behalf of defendant, 2022–.

- Expert consultation on behalf of Steam Punk LLC, tax litigation: 2023–.

41

## National Scientific Committees

- C-Reactive Protein Pilot Study Planning Committee, NHLBI: 2003.

- Health Care Technology & Decision Science study section, AHRQ: 2003–2007.

- Invited participant, NIH Workshop on the Barriers to Producing Well-Tested, User-Friendly Software for Cutting-Edge Statistical Methodology, NIH: 2008.

- Invited participant, AHRQ Workshop on "Centers for Medicare & Medicaid Services (CMS) Changes in Reimbursement for Hospital-Acquired Infections (HAIs): Setting a Research Agenda". AHRQ and Columbia University: 2009.

- Institute of Medicine Committee on the Assessment of Studies of Health Outcomes Related to the Recommended Childhood Immunization Schedule: 2012.

- General & Plastic Surgery Devices Panel, Medical Devices Advisory Committee, Center for Devices and Radiological Health, US Food & Drug Administration: 2012–2018.

- Review committee, Division of Intramural Population Health Research, National Institute of Child Health & Human Development: 2016.