# EXHIBIT J

**Sent:** 9/26/2023 11:32:47 AM
**From:** Minetta C. Liu, MD <updates@natera.com
**To:** "Howard"
**Cc:**
**Bcc:**
**Importance:** Normal
**Subject:** Notice - MRD Guided Trials in CRC

View in browser



Dear Colleague,

The recent and sudden closure of NRG-GI005 (COBRA) has generated confusion with some of our clinical partners. This trial was studying the tumor-naive Guardant Reveal assay.

This is not to be confused with NRG-GI008 (CIRCULATE-US), which uses the tumor-informed Signatera assay, and which is still open and recruiting in both the United States and now Canada.

Please do not hesitate to contact me or your regional Medical Science Liaison if you have questions regarding Signatera testing or related clinical trials and data.

We are always available to assist you.

Sincerely,

Minetta C. Liu, MD
Chief Medical Officer - Oncology
Natera

Connect with Natera

RUTGERS_001246

  

The test described has been developed and its performance characteristics determined by the CLIA-certified laboratory performing the test. The test has not been cleared or approved by the US Food and Drug Administration (FDA). Although FDA is exercising enforcement discretion of premarket review and other regulations for laboratory-developed tests in the US, certification of the laboratory is required under CLIA to ensure the quality and validity of the tests. CAP accredited, ISO 13485 certified, and CLIA certified. © 2023 Natera, Inc. All Rights Reserved.

Natera, Inc., 13011 McCallen Pass, Bldg A, Suite 100, Austin, TX 78753 USA

Unsubscribe | Privacy statement

RUTGERS_001247