# EXHIBIT K

## Under Seal