# EXHIBIT L

## Under Seal