# EXHIBIT M

## Under Seal