# EXHIBIT 3108

# EXHIBIT 7



DEPOSITION
EXHIBIT
3108

PENGAD 800-631-6989



*Advancing Research. Improving Lives.*™

## NRG-GI005

*Phase II/III Study of Circulating tumOr DNA as a Predictive BiomaRker*
*in Adjuvant Chemotherapy in Patients with Stage IIA Colon Cancer (COBRA)*

August 30, 2023

Dear Colleagues:

Thank you for your support of the NRG-GI005 phase II/III trial evaluating circulating tumor DNA (ctDNA) as a predictive biomarker for benefit of adjuvant chemotherapy for patients with resected, stage IIA colon cancer. We are conducting our prospectively planned interim analysis for the phase II endpoint of this study (i.e., to determine the rate of ctDNA clearance following chemotherapy). We have been informed by our diagnostic partner that a greater than anticipated number of participants may have been "false positives", i.e., designated ctDNA+ incorrectly. While this was a recognized potential risk of the study, this rate is higher than we had expected. Thus, a subset of COBRA patients randomized to Group 2 who tested positive for ctDNA received chemotherapy based on what is potentially a "false positive" result. The higher-than-expected "false positive" rate resulted in the trial not passing the interim analysis and, as such, the trial will be closed to accrual.

We are informing you and asking that you disclose this information with all participants on this clinical trial, and we have prepared a patient letter to help with the discussion for those participants in Group 1 (close observation with no ctDNA-informed treatment decision) and those in Group 2 with no detectable ctDNA and therefore not assigned to receive chemotherapy. There is an additional letter for patients in Group 2 who were reported as ctDNA positive and received chemotherapy.

It will be important to ascertain whether this information affects the patient's willingness to continue to receive chemotherapy as appropriate medical management if treatment has not been completed and the patient's desire to continue to allow the collection of data as outlined in the protocol. *Note!* Any further treatment for a detectable ctDNA result with chemotherapy would need to occur at the discretion of the patient and provider outside the context of this clinical trial. Please also note that the initial informed consent obtained for participation in this study included the potential risks that "false positive" and "false negative" test results were possible, so this is not an unanticipated risk; nor is it a risk unique to this diagnostic test.

Follow-up of all patients who have not withdrawn consent should continue per protocol. The ctDNA technology is rapidly evolving and NRG-GI005 represents the first trial using this assay for such an important clinical decision. As such, we appreciate your continued support.

We wanted to update you with this information ASAP. Please reach out directly to me (vkmorris@mdanderson.org) or the NRG Oncology Clinical Coordinating Department (ccdpgh@nrgoncology.org) with any additional questions or concerns.

Sincerely,

| | | |
|---|---|---|
| Van Morris, MD | Thomas George, MD, FACP | Greg Yothers, PhD |
| Principal Investigator | NRG Colorectal Committee Chair | Protocol Statistician |

Page 1 of 1