# EXHIBIT 3109

**Sent:**          10/6/2023 4:54:44 AM

**From:**          Minetta Liu <mliu@natera.com

**To:**            "Howard"

**Cc:**

**Bcc:**

**Importance:** Normal

**Subject:**       Re: COBRA

**Attachments:** image001.png , image002.png

---

Thank you so much, Howard.


On Thu, Oct 5, 2023 at 4:14 PM Howard Hochster <hh458@cinj.rutgers.edu> wrote:

Hi Minetta,


Per the NRG leadership, they need to go through a few more steps and meetings with NCI before they can consider this.  But they are interested.  Will circle back when I hear more.   Many thanks.



HH


Howard S. Hochster, MD

Distinguished Professor of Medicine, Rutgers RWJ  Medical School

Rutgers-CINJ Associate Director, Clinical Research

Director Clinical Oncology Research,  RWJBHealth System

195 Little Albany Street, Room 2004
New Brunswick, NJ 08903
Tel 732-235-5912 (FAX – 6797)

email:  howard.hochster@rutgers.edu



DEPOSITION EXHIBIT
3109
PENGAD 800-631-6989

RUTGERS_000978





**From:** Minetta Liu <mliu@natera.com>
**Date:** Thursday, October 5, 2023 at 2:33 PM
**To:** Howard Hochster <hh458@cinj.rutgers.edu>
**Subject:** Re: COBRA

Hi Howard.

A virtual meeting would be great. Would you kindly connect the dots for us?

Take care,

Minetta

On Mon, Oct 2, 2023 at 8:42 AM Howard Hochster <hh458@cinj.rutgers.edu> wrote:

> Thanks Minetta. I spoke with Thom George and Norm Wolmark. Should we plan a virtual meeting ?
>
> HH

Howard S. Hochster, MD
CINJ Associate Director, Clinical Research
Director Clinical Oncology Research,  RWJ-B Health System

RUTGERS_000979

195 Little Albany Street, Room 2004
New Brunswick, NJ 08903
Tel 732-235-5912

Fax 732-235-6797

email: howard.hochster@rutgers.edu


## Sent from my iPhone


On Oct 2, 2023, at 09:02, Minetta Liu <mliu@natera.com> wrote:

Dear Howard,


Thank you for your message, and for helping to educate providers about the value of tumor-informed MRD testing. Natera would certainly consider what you propose re: COBRA. With whom among the NRG leadership team did you discuss this? Happy to engage as you see fit.


Take care,

Minetta


**Minetta C. Liu, MD**

Chief Medical Officer, Oncology

MLIU@natera.com

M: (+1) 507-261-0884


On Tue, Sep 26, 2023 at 1:01 PM Howard Hochster <hh458@cinj.rutgers.edu> wrote:

Hi Minetta.

RUTGERS_000980

Thank you for sending out this email on the COBRA trial.  This is a critical point which I keep emphasizing to people.  Their methylation signature is "poo-poo".

I have mainly dealt with Mike Krainock, but wanted to see if you would consider re-running the tissue and blood for these patients.  I have brought this up to NRG leadership team.

HH

Howard S. Hochster, MD

Distinguished Professor of Medicine, Rutgers RWJ  Medical School

Rutgers-CINJ Associate Director, Clinical Research

Director Clinical Oncology Research,  RWJBHealth System

195 Little Albany Street, Room 2004
New Brunswick, NJ 08903
Tel 732-235-5912 (FAX – 6797)

email:  howard.hochster@rutgers.edu

**Error! Filename not specified.**

**Error! Filename not specified.**

RUTGERS_000981



RUTGERS_000982

RWJBarnabas
HEALTH

RUTGERS_000983