# EXHIBIT 3112

# EXHIBIT 1



DEPOSITION
EXHIBIT
312

PENGAD 800-631-6989



# NRG ONCOLOGY

*Advancing Research. Improving Lives.*™

# Phase II results of circulating tumor DNA as a predictive biomarker in adjuvant chemotherapy in patients with stage II colon cancer: NRG-GI005 (COBRA) phase II/III study

Van K. Morris[1], Greg Yothers[2], Scott Kopetz[1], Shannon L. Puhalla[3], Peter C. Lucas[2], Atif Iqbal[4], Patrick M Boland[5], Dustin A. Deming[6], Aaron J. Scott[7], Howard J Lim[8], Theodore S. Hong[9], Norman Wolmark[2], Thomas J. George[10]

[1]The University of Texas -- MD Anderson Cancer Center; [2]NSABP Foundation, Inc.; [3]UPMC Hillman Cancer Center, University of Pittsburgh School of Medicine; [4]Baylor College of Medicine; [5]Rutgers Cancer Institute of New Jersey; [6]University of Wisconsin; [7]University of Arizona Cancer Center; [8]BC Cancer - Vancouver, University of British Columbia; [9]Massachusetts General Hospital Cancer Center, Harvard Medical School; [10]UF Health Cancer Center, Gainesville, FL



## January 20, 2024



Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Background

Case 3:21-cv-04062-EMC   Document 568-18   Filed 07/02/24   Page 5 of 17

- Detection of ctDNA after curative-intent therapies is prognostic for recurrence for patients with all stages of colon cancer[1-3].

- Prospective RCT (DYNAMIC) has supported <u>de-escalation</u> therapies for patients with stage II colon cancer with no detectable ctDNA after surgical resection[4].

- Observational studies (GALAXY) using a tumor-informed ctDNA assay have suggested that cytotoxic chemotherapy may clear ctDNA and improve survival outcomes for patients with localized colon cancer[5].

- Use of ctDNA as a predictive biomarker has not been demonstrated, due to the lack of validating prospective data.





[1]Tie J et al, Sci Transl Med 2015; [2]Tie J et al JAMA Oncol 2019; [3]Newhook T et al Ann Surg 2022; [4]Tie J et al NEJM 2021; [5]Kotanti D et al Nature Medicine 2023

**NRG** ONCOLOGY

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# NRG-GI005 (COBRA) Study Schema



Resected stage IIA colon cancer for which the physician decides no adjuvant chemotherapy (i.e., "suitable for active surveillance")

R 1:1

**Arm 1**

Standard of care (active surveillance)

**Arm 2**

Assay-directed therapy

All patients were followed with radiographic restaging assessments every 6 months.

**ctDNA detected**

Chemotherapy (mFOLFOX6 or CAPOX) x 6 months

**ctDNA NOT detected**

Active surveillance

Abstract 433174: NRG-GI005 (COBRA)

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Treatment schema: Arm 2 "ctDNA detected"

Case 3:21-cv-04062-EMC Document 568-18 Filed 07/02/24 Page 7 of 17

## FOLFOX

| Surgery | → 14-60 days after surgery → | ctDNA detected | → 4-12 weeks after surgery → | FOLFOX Doses 1-11 | → | FOLFOX Dose 12 |

## CAPOX

| Surgery | → 14-60 days after surgery → | ctDNA detected | → 4-12 weeks after surgery → | CAPOX Doses 1-7 | → | CAPOX Dose 8 |

The 6-month timepoint was collected two weeks after prior dose of chemotherapy/ immediately prior to the administration of the last dose of chemotherapy.

**NRG** ONCOLOGY

Abstract 433174: NRG-GI005 (COBRA)

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# ctDNA assay



- Guardant LUNAR assay was selected for NRG GI005 through an open RFA and peer-reviewed process as a tissue-agnostic assay that incorporates mutation/genomic and methylation/epigenomic markers alike for detection of ctDNA.

- Guardant LUNAR had undergone previous clinical and analytic validation:

  - In a previously reported cohort of 70 patients with stage I-IV colorectal cancer, sensitivity and specificity for were 56% and 95% (100% for those with one year of follow-up), respectively, when drawn one month after completion of definitive therapy.

  - Adding epigenomic profiling improved sensitivity relative to mutation calling alone by 25%.

Parikh A et al, Clin Cancer Res 2021

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

NRG
ONCOLOGY

Abstract 433174: NRG-GI005 (COBRA)

Case 3:21-cv-04062-EMC    Document 568-18    Filed 07/02/24    Page 8 of 17

# Selected Eligibility Criteria

- pT3N0 stage IIA adenocarcinoma of the colon with ≥12 lymph nodes examined at surgical resection.

- Appropriate for active surveillance (i.e., no adjuvant chemotherapy) at the discretion of the evaluating oncologist based on current practice patterns.

- Complete resection of tumor within 14 to 60 days of study randomization.

- No clinical or radiographic evidence of metastatic disease.

- ECOG PS 0 or 1.

- Adequate hematologic function, hepatic function, renal function.

- No prior testing of ctDNA for colorectal cancer outside of study conduct prior to registration.

- No history of prior invasive colon/rectal malignancy, regardless of disease-free interval, AND no other invasive non-colorectal malignancy within 5 years before randomization.

- No prior (neoadjuvant) therapy administered as treatment for colon cancer.

**NRG** ONCOLOGY

Abstract 433174: NRG-GI005 (COBRA)

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Statistical Plan

**Primary objective (phase II):**
- Compare rates of ctDNA clearance between ctDNA (+) cohorts at 6 months after randomization.

**Secondary objectives:**
- Describe median OS, RFS, and TTR according to ctDNA status and treatment arm.
- Assess feasibility of trial design (compliance with adjuvant chemotherapy).
- Correlate ctDNA clearance/persistence with survival outcomes.

**Statistical Design:**
- For an assumed baseline ctDNA+ rate of 5.45%, the phase II/III decision rule (using a 1-sided p-value ≤ 0.35 from a Fisher exact test with 1-sided $\alpha$= .072 and power .909) based on intention to treat,

    $H_0$: clearance 10% in each arm

    $H_a$: clearance 60% vs 10% (Arm 2 versus Arm 1)

- 1408 patients were anticipated to provide 55 RFS events in the subset of patients ctDNA+ at baseline in order to provide 92% power at one-sided $\alpha$=.025 for the primary phase III endpoint.

- First 16 ctDNA(+) patients were evaluated after 6 months from randomization for phase II futility analysis.



Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

Case 3:21-cv-04062-EMC    Document 568-18    Filed 07/02/24    Page 11 of 17

# Patient Accrual

Planned — Actual

CMS approval of
1st ctDNA commercial
assay for stages II-III
colon cancer in US

CMS approval of
2nd ctDNA commercial
assay for stages II-III
colon cancer in US

Enrollment
halted

COVID-19
pandemic

**Final accrual:**

**635/1408
participants**

**- US: 458**
**- Canada: 177**

NRG
ONCOLOGY

Abstract 433174: NRG-GI005 (COBRA)

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Demographics

| | Standard of Care | | Assay Directed | | Total* | |
|---|---|---|---|---|---|---|
| | N=318 | % | N=317 | % | N=635 | % |
| **Gender** | | | | | | |
| Female | 142 | 44.7 | 153 | 48.3 | 295 | 46.5 |
| Male | 176 | 55.3 | 164 | 51.7 | 340 | 53.5 |
| **Age (years)** | | | | | | |
| <50 | 57 | 17.9 | 68 | 21.5 | 125 | 19.7 |
| 50-59 | 86 | 27.0 | 73 | 23.0 | 159 | 25.0 |
| 60-69 | 105 | 33.0 | 97 | 30.6 | 202 | 31.8 |
| >70 | 70 | 22.0 | 79 | 24.9 | 149 | 23.5 |
| **Race** | | | | | | |
| Asian | 17 | 5.3 | 16 | 5.0 | 33 | 5.2 |
| Black or African American | 25 | 7.9 | 18 | 5.7 | 43 | 6.8 |
| White | 257 | 80.8 | 262 | 82.6 | 519 | 81.7 |
| Other | 1 | 0.3 | 3 | 0.9 | 4 | 0.6 |
| Not reported / Unknown | 18 | 5.7 | 18 | 5.7 | 36 | 5.7 |
| **Ethnicity** | | | | | | |
| Hispanic or Latino | 26 | 8.2 | 34 | 10.7 | 60 | 9.4 |
| Not Hispanic or Latino | 283 | 89.0 | 270 | 85.2 | 553 | 87.1 |
| Not reported / Unknown | 9 | 2.8 | 13 | 4.1 | 22 | 3.5 |
| **ECOG Performance Status** | | | | | | |
| 0 | 236 | 74.4 | 246 | 77.6 | 482 | 76.0 |
| 1 | 81 | 25.6 | 71 | 22.4 | 152 | 24.0 |

*No statistically significant differences in demographics between arms.

NRG ONCOLOGY

Abstract 433174: NRG-GI005 (COBRA)

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Toxicity (Arm 2)*

| | CAPOX (N=4) | | | | mFOLFOX6 (N=12) | | | |
|---|---|---|---|---|---|---|---|---|
| | N (%) of Patients by Grade | | | | N (%) of Patients by Grade | | | |
| Grade | 2 | 3 | 4 | 5 | 2 | 3 | 4 | 5 |
| Overall Highest Grade | 2 (50) | 2 (50) | 0 | 0 | 2 (17) | 5 (41) | 1 (8) | 0 |
| Neutropenia | 0 | 0 | 0 | 0 | 2 (17) | 1 (8) | 1 (8) | 0 |
| Neuropathy | 0 | 0 | 0 | 0 | 4 (33) | 2 (17) | 0 | 0 |
| Increased LFTs | 0 | 0 | 0 | 0 | 1 (8) | 1 (8) | 0 | 0 |
| Diarrhea | 1 (25) | 2 (50) | 0 | 0 | 1 (8) | 1 (8) | 0 | 0 |
| Hyperkalemia | 0 | 0 | 0 | 0 | 0 | 1 (8) | 0 | 0 |

*at time of study closure

NRG ONCOLOGY

Abstract 433174: NRG-GI005 (COBRA)

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Phase II Endpoint Analysis: ctDNA(+) baseline participants

Case 3:21-cv-04062-EMC   Document 568-18   Filed 07/02/24   Page 14 of 17

- Among 596 participants with baseline ctDNA status available, ctDNA(+) detection was observed in 33 (5.54%).



16 participants with "ctDNA detected" status at baseline

Arm 1: Surveillance
7 participants

Arm 2: Chemotherapy
9 participants

- Clearance of ctDNA at 6 months among ctDNA(+) participants at baseline was observed in:
  - **Arm 1 (surveillance):** 3 of 7 (43%, 95% CI 10 - 82%) participants
  - **Arm 2 (chemotherapy):** 1 of 9 patients (11%, 95% CI 0.3 - 48%) participants

- **Because the 1-sided Fisher's Exact Test yields p = 0.98 exceeded 0.35, $H_o$ was not rejected, and the decision rule calls for early stopping due to futility.**



**ctDNA clearance 43% vs 11%**

**one-sided p= .98**

NRG ONCOLOGY

Abstract 433174: NRG-GI005 (COBRA)

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

Case 3:21-cv-04062-EMC    Document 568-18    Filed 07/02/24    Page 15 of 17

# Conclusions

- Using the selected ctDNA assay in this clinically low-risk population, we did not observe an improvement in ctDNA clearance with 6 months of adjuvant chemotherapy relative to surveillance for patients with "low-risk" stage IIA colon cancer in a subset of patients with detected ctDNA at baseline.

- Prospective RCTs assessing ctDNA as a surrogate for minimal residual disease are feasible and necessary in order to confirm clinically relevant hypotheses in oncology.

- Future clinical trial design should account for the continuous evolution and refinement of ctDNA methodologies and assay performance in order to provide answers to specified clinically relevant questions.

**NRG** ONCOLOGY

Abstract 433174: NRG-GI005 (COBRA)

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Acknowledgements

- **We thank the patients, patients' families, patient advocates, medical oncology, surgical oncology, and pathology groups who participated and supported study conduct for NRG GI005 (COBRA).**

- **We greatly appreciate support for funding and trial conduct from GuardantHealth.**

- **We appreciate greatly the NRG Operations team (Judy Langer, Hope Alcorn, Frances Fonzy, Sheila Evans, CCD team) for their assistance with trial conduct.**

- **Funding for this trial (NCT04068103) was supported by:** U10CA180868, -180822; UG1CA189867; Guardant Health.

This presentation is the intellectual property of the author and study team.
Contact vkmorris@mdanderson.org for permission to reprint and/or distribute.





Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

Case 3:21-cv-04062-EMC   Document 568-18   Filed 07/02/24   Page 16 of 17