# EXHIBIT 3113





# What we know: Rapidly Evolving landscape of blood-based diagnostics in oncology

ctDNA is tumor-derived, fragmented DNA released by cell death that circulates in the bloodstream[1,3]

ctDNA usually represents a small fraction of the cell-free DNA found in the bloodstream[2]

Tumor tissue

Healthy tissue

ctDNA

Bloodstream

CTCs, Exosomes, cfRNA, Metabolites, Proteomics

Factors impacting the amount of ctDNA shed by tumors include[1]

- Tumor burden (amount and location)
- Tumor type
- Timing and type of last therapy
- Response or non-response to therapy

1. Corcoran RB, et al. *N Engl J Med*. 2018;379(18):1754-1765; 2. Heitzer E, et al. *Genome Med*. 2013;5(8):73; 3. Hench IB, et al. *Front Med (Lausanne)*. 2018;5:9. ctDNA = circulating tumor DNA.

**ASCO** Gastrointestinal Cancers Symposium    #GI24    PRESENTED BY: Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.



# Growth of Global MRD testing



### Global MRD Testing Market
Market forecast to grow at a CAGR of 14.81%

USD 6.67 Billion

USD 1.68 Billion

2023          2033

https://www.researchandmarkets.com/reports/5234869

**RESEARCH AND MARKETS**
THE WORLD'S LARGEST MARKET RESEARCH STORE

**ASCO** Gastrointestinal
Cancers Symposium      PRESENTED BY:   Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.


AMERICAN SOCIETY OF CLINICAL ONCOLOGY
KNOWLEDGE CONQUERS CANCER



# Rapidly Evolving landscape of ctDNA as a biomarker in oncology: Assays for ctDNA measurement








# What we know of Clinical Validity: ctDNA is prognostic

| Study | Stage | Recurrence Risk (Detectable Post-op ctDNA) |
|---|---|---|
| Henriksen et al, GI ASCO 2021 | I-III | HR 11.0, 95% CI 5.9-21.0 |
| Parikh et al, Clinical Cancer Research (2021) | I-III | HR 11.2, P<0.0001 |
| Tie et al, Science Translational Medicine (2016) | II | HR 18, 95% CI 7.9-40 |
| Tie et al, JAMA Oncology (2019) | III | HR 3.8, 95% CI 2.4-21.0 |
| Henriksen et al, ASCO 2021 | III | HR 7.2, 95% CI 3.8-13.8 |
| Overman et al, ASCO 2017 | IV – post liver metastectomy | HR 3.1, 95% CI 1.7-9.1 |
| Tie et al, Plos One (2021) | IV – post liver metastectomy | HR 6.3, 95% CI 2.6-15.2 |
| Chee et al, ASCO 2021 | IV – post locoregional | HR 5.6, 95% CI 2.3-13.7 |
| *Yukami et al, ASCO 2021* | *IV – post locoregional* | *OR 16.9, 95% CI 2.3-197.4* |
| Loupakis et al, JCO PO (2021)^ | IV – post locoregional | HR 5.8, 95% CI 3.5-9.7 |
| Nimeiri et al, GI ASCO 2022^ | IV | HR 5.0, 95% CI 2.7-9.2 |
| Kotaka et al, GI ASCO 2022 | I-IV | HR 13.3, 95% CI 8.0-22.2 |

Malla et al JCO 2023

ASCO Gastrointestinal Cancers Symposium    #GI24    PRESENTED BY: Aparna R. Parikh    ^Same cohort but different assay and follow-up    ASCO AMERICAN SOCIETY OF CLINICAL ONCOLOGY    KNOWLEDGE CONQUERS CANCER

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org

# What GALAXY Demonstrates of Clinical Validity: ctDNA+ is undoubtedly prognostic
## (24 month follow up)

**2,998** stage I-IV patients included in the outcome cohort

**Excluded (N=138)** **5%**
- DFS event prior to the 10 weeks landmark timepoint (n=138)

MRD Window analysis cohort (n=2,860)



| Pathological Stage | |
| --- | --- |
| I | 415 (14%) |
| II | 901 (30%) |
| III | 1,231 (41%) |
| IV | 451 (15%) |



| ctDNA status | Negative | Positive |
| --- | --- | --- |
| Events % | 9.4 (235/2491) | 58.8 (217/369) |
| 24M-DFS % (95% CI)* | 85.9 (83.9–87.7) | 28.9 (23.4–34.8) |

Number at risk

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ctDNA Negative | 2491 | 2031 | 1441 | 1041 | 495 | 135 | 8 |
| ctDNA Positive | 369 | 165 | 98 | 59 | 35 | 13 | 0 |

## Performance at Landmark:
### Sensitivity 48%  vs 58.7% (Kotani et al 2023)
### Specificity 94%
### * some received adjuvant

Nakamura et al ASCO GI 2024

 ASCO Gastrointestinal Cancers Symposium    #GI24    PRESENTED BY: Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

 ASCO AMERICAN SOCIETY OF CLINICAL ONCOLOGY

KNOWLEDGE CONQUERS CANCER

# But What About Performance at Landmark?

|  | Entire Cohort | Stage II/III |
|---|---|---|
| Sensitivity | 48% | 53% |
| Specificity | 95% | 94% |

\* some did start adjuvant

Nakamura et al 2024

 

PRESENTED BY:
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org



# Post-op + ctDNA only captures 40-50% of all recurrence in non-Stage IV patients

| | | |
|---|---|---|
| Henriksen et al, GI ASCO (2021) | I-III | 7/17 (41.2%) recurrences ctDNA positive post-op |
| Parikh et al, Clinical Cancer Research (2021) | I-III | 15/27 (55.6%) recurrences ctDNA positive post-op |
| Tie et al, Science Translational Medicine (2016) | II | 11/30 (36.7%) recurrences ctDNA positive post-op |
| Tie et al, JAMA Oncology (2019) | III | 10/25 (40%) recurrences ctDNA positive post-op |

  

PRESENTED BY:  Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

ASCO AMERICAN SOCIETY OF CLINICAL ONCOLOGY
KNOWLEDGE CONQUERS CANCER

# Surveillance Testing Improves Sensitivity



Source of graph: Chakrabarti S, et al. Cancers (Basel). 2020 Sep 29;12(10):2808.
Reinert T, et al. JAMA Oncol. 2019 May 9;5(8):1124–31.4

  

PRESENTED BY:   Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org





# Surveillance Testing Improves Sensitivity

Parikh AR, et al. Clin Cancer Res. 2021 Apr 29:clincanres.0410.2021. doi: 10.1158/1078-0432.CCR-21-0410.





PRESENTED BY: Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.



# Surveillance Testing Improves Sensitivity: But Is Not Yet Clinically Actionable





**Sensitivity 73%**

**Specificity 97%**

| ctDNA status | All-time Negative | Anytime Positive |
|---|---|---|
| Events % | 3.7 (58/1582) | 77.5 (158/204) |
| 24M-DFS % (95% CI)* | 93.9 (92–95.4) | 6.6 (2–14.9) |

Nakamura et al ASCO GI 2024

**ASCO** Gastrointestinal Cancers Symposium    #GI24    PRESENTED BY: Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org

 **ASCO** AMERICAN SOCIETY OF CLINICAL ONCOLOGY
KNOWLEDGE CONQUERS CANCER

# Clearance Analysis

## 445 ctDNA-positive patients at the MRD window, 26% had ctDNA clearance 6 months after adjuvant chemotherapy



| ctDNA Clearance | Sustained Clearance | Transient Clearance | No Clearance |
|---|---|---|---|
| Events % | 7.1 (6/84) | 85.2 (52/61) | 89.4 (59/66) |
| Median DFS months (95% CI) | NR | 9 (8.5–12.4) | 3.5 (3.2–4.7) |
| 24M-DFS % (95% CI)* | 90.1 (78.6–95.6) | 2.3 (0.02–10.3) | 2 (0.02–9.2) |
| HR | Reference | 25.13 | 87.08 |
| 95% CI | Not applicable | 10.57–59.73 | 36.14–209.84 |
| P | Not applicable | <0.0001 | <0.0001 |

Nakamura et al ASCO GI 2024



By 9-12 months 80% had rapid return of ctDNA: Was chemotherapy suppressing ctDNA or could an improved assay have detected?

ASCO Gastrointestinal Cancers Symposium    #GI24    PRESENTED BY: Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

 ASCO AMERICAN SOCIETY OF CLINICAL ONCOLOGY

KNOWLEDGE CONQUERS CANCER

# What Impacts Clinical Sensitivity Estimates?
Besides assay performance?

## Single Timepoint

- Duration of follow-up (late relapses are harder to detect with single timepoint)
- Stage breakdown (higher risk patients tend to recur faster, easier to detect with single timepoint)

## Longitudinal Timepoint

- Sampling frequency

## Both Single & Longitudinal

- Distribution of metastatic sites
- Tumor burden
- Timing and type of last therapy
- Response or non-response to therapy

 **ASCO** Gastrointestinal Cancers Symposium   **#GI24**

PRESENTED BY: Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

**ASCO** AMERICAN SOCIETY OF CLINICAL ONCOLOGY
KNOWLEDGE CONQUERS CANCER

# 1st Generation of Tests are Promising but Not Sensitive Enough: More Mutations and/or Broader Epigenomic Coverage and/or more Blood





Tumor Informed testing for >1000 genome-wide mutations in cfDNA

Work with Viktor Adalsteinsoon

ASCO Gastrointestinal Cancers Symposium    #GI24    PRESENTED BY: Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

 ASCO AMERICAN SOCIETY OF CLINICAL ONCOLOGY
KNOWLEDGE CONQUERS CANCER




# GALAXY: Clinical Validity

- ctDNA negative patients still do better than ctDNA positive patients
- Clearance is possible
- Landmark testing is not yet sensitive enough to de-escalate care in a patient where chemotherapy would be otherwise indicated
- Surveillance testing has not yet demonstrated clinical utility

Goal: If recurrence in ctDNA neg population can be lowered to Stage I disease (5y DFS ~93-95%) then de-escalation can be safely performed

  

PRESENTED BY:

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org

# How can we safely get to de-escalation?

If risk of recurrence in ctDNA neg population can be lowered to those similar to Stage I ds (5y DFS ~93-95%) then de-escalation would be considered acceptable

## More blood &/or multiple time points



ASCO Gastrointestinal Cancers Symposium    #GI24    PRESENTED BY:
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.



ASCO AMERICAN SOCIETY OF CLINICAL ONCOLOGY
KNOWLEDGE CONQUERS CANCER



# NRG-GI005 (COBRA)

630/1408 participants in 3.5 years ~15 patients/month

Morris et al ASCO GI 2024



ASCO Gastrointestinal Cancers Symposium    #GI24    PRESENTED BY: Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.



ASCO AMERICAN SOCIETY OF CLINICAL ONCOLOGY
KNOWLEDGE CONQUERS CANCER

# The assay and changes over time

| | Guardant Reveal (original technology) | Guardant Reveal (updated technology) |
|---|---|---|
| **Indication** | CRC | CRC, Lung, Breast (others in development) |
| **Bioinformatics MRD Calling** | Combined genomic (CH filter) + epigenomic | Epigenomic only |
| **Panel Size for MRD Calling** | 45kb genomic + 450 kb epigenomic | 15 Mb epigenomic |
| **CLIA Reporting** | ctDNA detected vs. not detected | ctDNA detected vs. not detected & Quantification |
| **Clinical Performance in CRC*:** | | |
| **Sample Specificity** | >93-100%[1,2] | >98%**[3] |
| **Single Sample Post-Treatment Sensitivity** | 44-56% (landmark)[1,2] | 45% (post-op)[3] |
| **Longitudinal Sampling Sensitivity** | 62-91%[1,2] | 80%[3] |

*Data in breast cancer available: Janni et al. *SABCS 2023* (Abstract #PS06-06)
1 – Parikh et al *Clin Cancer Res (2021)* 27(20):5586-5594; 2 – Slater et al. *ASCO GI 2023* (Abstract #169) 3 – Nakamura et al. *ASCO GI 2024* (Abstract #180)

 Gastrointestinal Cancers Symposium

 #GI24

PRESENTED BY: Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org

 AMERICAN SOCIETY OF CLINICAL ONCOLOGY
KNOWLEDGE CONQUERS CANCER

# Statistical Plan

- Primary Objective (Phase II):
  - Compare rates of ctDNA clearance between ctDNA + cohorts at 6 months after randomization

**Statistical Design:**

- For an assumed baseline ctDNA+ rate of 5.45%, the phase II/III decision rule (using a 1-sided p-value ≤ 0.35 from a Fisher exact test with 1-sided α= .072 and power .909) based on intention to treat,
  $H_0$: clearance 10% in each arm
  $H_a$: clearance 60% vs 10% (Arm 2 versus Arm 1)

- 1408 patients were anticipated to provide 55 RFS events in the subset of patients ctDNA+ at baseline in order to provide 92% power at one-sided α=.025 for the primary phase III endpoint.

- First 16 ctDNA(+) patients were evaluated after 6 months from randomization for phase II futility analysis

Morris et al ASCO GI 2024

  

PRESENTED BY: Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org



# Phase II Endpoint Analysis

**5.4% detection + Rate of 596 available**



- Clearance of ctDNA at 6 months was observed in:
  - **Arm 1 (surveillance):** 3 of 7 (43%, 95% CI 10 - 82%) participants
  - **Arm 2 (chemotherapy):** 1 of 9 patients (11%, 95% CI 0.3 - 48%) participants

- **Because the 1-sided Fisher's Exact Test yields p = 0.98 exceeded 0.35, H₀ was not rejected, and the decision rule calls for early stopping due to futility.**





1)  The assay in a low-risk patient population
2)  Was single time point clearance the appropriate endpoint?
3) What is the optimal timing of paired samples?
4) There is risk for stochastic sampling error (i.e., in patients with very low residual tumor volume)
5) "Self clearance" phenomenon that has been described in GALAXY (10%)

Morris et al ASCO GI 2024
Kotani et al Nature Medicine 2023





PRESENTED BY: Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org

ASCO AMERICAN SOCIETY OF CLINICAL ONCOLOGY

KNOWLEDGE CONQUERS CANCER

# Considerations for PPV based on Specificity and Population Characteristics

- Consider hypothetical cohort of 1,000 patients with 50% post-operative assay sensitivity, one with 95% specificity and the other with 98% specificity

- Small differences in specificity have larger effect on PPV in lower risk cohort

| | Low Risk Cohort (10% recurrence rate) | | Moderate Risk Cohort (30% recurrence rate) | | High Risk Cohort (50% recurrence rate) | |
|---|---|---|---|---|---|---|
| Specificity cutoff | 95% | 98% | 95% | 98% | 95% | 98% |
| No. True Positives | 50 | 50 | 150 | 150 | 250 | 250 |
| No. False Positives | 45 | 18 | 35 | 14 | 25 | 10 |
| Total ctDNA+ | 95 | 68 | 185 | 164 | 275 | 260 |
| PPV | 53% | 73.5% | 81% | 91.5% | 83% | 93% |

28% less ctDNA+ when comparing 98% specificity assay to 95% specificity assay (But FP rate still 5% vs 2%)

11% less ctDNA+ when comparing 98% specificity assay to 95% specificity assay (But FP rate still 5% vs 2%)

5% less ctDNA+ when comparing 98% specificity assay to 95% specificity assay (But FP rate still 5% vs 2%)

ASCO Gastrointestinal Cancers Symposium  #GI24  PRESENTED BY: Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.



# Where do we go from here?

## COBRA is important question but took a while and then stopped

| Colorectal Cancer | US Incidence (annual) | Cumulative Rate of Radiographic Recurrence (1 year after surgery) | Cumulative Rate of Radiographic Recurrence (5 years after surgery) | Number of New Radiographic Recurrences (annual)[1] | Number of new ctDNA(+) positive patients (annual)[2] |
|---|---|---|---|---|---|
| Stage II | 39,000 | 4% | 15% | 5,850 | 5,265 |
| Stage III | 41,000 | 10% | 30% | 12,300 | 11,070 |
| **Total** | 80,000 | - | - | 18,150 | 16,335 |

## >1300 patients a month

1. Cumulative 5-year radiographic recurrence rate multiplied by incidence

2. Assumes ctDNA is identified prior to radiographic recurrence in 90% of patients who experience radiographic recurrence

Source: American Cancer Society, Andre et al (MOSAIC trial), Grothey et al


ASCO Gastrointestinal Cancers Symposium


#GI24


PRESENTED BY: Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org


ASCO AMERICAN SOCIETY OF CLINICAL ONCOLOGY
KNOWLEDGE CONQUERS CANCER

# HIV provides a model for accelerated drug development

In the early 1990s, viral load became recognized as a highly reliable prognostic biomarker for HIV progression.

Viral load decreases within weeks upon antiretroviral drug treatment...



...providing a rapid indicator of drug efficacy.

**How can we do this for cancer?**

 ASCO Gastrointestinal Cancers Symposium

#GI24

PRESENTED BY:

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

 ASCO AMERICAN SOCIETY OF CLINICAL ONCOLOGY

KNOWLEDGE CONQUERS CANCER

25

# Use of Circulating Tumor DNA for Early-Stage Solid Tumor Drug Development
## Guidance for Industry

*DRAFT GUIDANCE*





PRESENTED BY:

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.



# Opportunity to Transform Drug Development and Patient Care : Creating a System to Rapidly Test and Accrue (1/2)



 

**ASCO** Gastrointestinal Cancers Symposium    #GI24    PRESENTED BY: Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org

**ASCO** AMERICAN SOCIETY OF CLINICAL ONCOLOGY

KNOWLEDGE CONQUERS CANCER

# Opportunity to Transform Drug Development: Creating a System to Rapidly Test and Accrue (2/2)



ASCO Gastrointestinal Cancers Symposium    #GI24    PRESENTED BY: Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

ASCO AMERICAN SOCIETY OF CLINICAL ONCOLOGY
KNOWLEDGE CONQUERS CANCER

# What do I do?
# Outside of Clinical Trials

- Given the risk of +ctDNA and early data of improvement in short term outcomes with ACT, I do use +ctDNA to consider dose escalation in certain scenarios

- Do not use negative ctDNA result to deescalate therapy in Stage III ds (yet)

- For monitoring patients for recurrence, shared decision making with patients

  

**ASCO** Gastrointestinal Cancers Symposium

#GI24

PRESENTED BY:

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

**ASCO** AMERICAN SOCIETY OF CLINICAL ONCOLOGY
KNOWLEDGE CONQUERS CANCER

# Conclusions

- ctDNA is the most powerful prognostic factor for recurrence in CRC
- Tests change but the questions remain
- Adapt to improving technologies as we are demonstrating utility
- Opportunity for better tests
- Harmonize timing of testing
- Clearance will be necessary but not sufficient (yet)
- Store samples, **compare tests**, don't keep reinventing the wheel
- Larger prospective cohorts with strategies to facilitate efficiency
- Tremendous opportunity following *biology* of MRD, and continue onwards

Congratulations to the investigators and thank you to every single patient!

 

PRESENTED BY:   Aparna R. Parikh

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org

