UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.<br><br>      Plaintiff and<br>      Counterclaim-Defendant,<br><br>  vs.<br><br>NATERA, INC.<br><br><br>      Defendant and<br>      Counterclaim-Plaintiff. | CASE NO. 3:21-cv-04062-EMC<br><br>**[PROPOSED] ORDER GRANTING GUARDANT'S *DAUBERT* MOTION TO EXCLUDE UNRELIABLE EXPERT TESTIMONY FROM DR. HOWARD HOCHSTER REGARDING COBRA STUDY** |

The Court has received Plaintiff/Counter-Defendant Guardant Health, Inc.'s *Daubert* Motion to Exclude Unreliable Expert Testimony from Dr. Howard Hochster Regarding COBRA Study. Having considered the Motion, the briefing in support thereof, and all accompanying papers, the Court **GRANTS** the Motion.

**IT IS SO ORDERED**.

DATED: _____

_____
HONORABLE EDWARD M. CHEN
United States District Court Judge
