1  Jennifer L. Keller (84412)
   jkeller@kelleranderle.com
2  Chase Scolnick (227631)
   cscolnick@kelleranderle.com
3  KELLER/ANDERLE LLP
4  18300 Von Karman Ave., Suite 930
   Irvine, CA 92612
5  Telephone   (949) 476-0900

6  Saul Perloff (157092)
   saul.perloff@aoshearman.com
7  Kathy Grant (pro hac vice)
   kathy.grant@aoshearman.com
8  Andre Hanson (pro hac vice)
9  andre.hanson@aoshearman.com
   Olin "Trey" Hebert (pro hac vice)
10 trey.hebert@aoshearman.com
   ALEEN OVERY SHEARMAN STERLING US LLP
11 300 W. Sixth Street, 22nd Floor
   Austin, Texas 78701
12 Telephone      (512) 647-1900

13
   Christopher LaVigne (pro hac vice)
14 christopher.lavigne@aosherman.com
   ALEEN OVERY SHEARMAN STERLING US LLP
15 599 Lexington Ave
   New York, NY 10022
16 Telephone      (212) 848-4000

17
   Attorneys for Plaintiff/Counterclaim-Defendant
18 GUARDANT HEALTH, INC.

              UNITED STATES DISTRICT COURT
19             NORTHERN DISTRICT OF CALIFORNIA
20                SAN FRANCISCO DIVISION

21 | GUARDANT HEALTH, INC., | Case No. 3:21-cv-04062-EMC |
|---|---|
| Plaintiff/Counterclaim-Defendant, | **DECLARATION OF CHASE SCOLNICK IN SUPPORT OF GUARDANT'S MOTION FOR EVIDENTIARY AND MONETARY SANCTIONS AGAINST NATERA FOR MATERIAL MISREPRESENTATIONS REGARDING NATERA'S EXPERT WITNESS DR. HOCHSTER** |
| vs. | |
| NATERA, INC., | |
| Defendant/Counterclaim-Plaintiff. | Hearing Date: August 29, 2024<br>Time:          1:30 p.m. |
| | Trial Date: November 12, 2024 |

- 1 -

1    I, Chase Scolnick, declare as follows:

2    1.    I am an attorney licensed to practice law in the State of California and am partner at
3    the law firm Keller/Anderle LLP, and counsel for Plaintiff and Counterclaim-Defendant Guardant
4    Health, Inc. ("Guardant") in this action.  I make this Declaration in support of Guardant's Motion
5    for Evidentiary and Monetary Sanctions Against Natera for Material Misrepresentations Regarding
6    Natera's Expert Witness Dr. Hochster.  This declaration is based on my personal knowledge and if
7    called as a witness, I could and would testify competently under oath to the matters set forth here.

8    2.    Attached as **Exhibit A** to this declaration is a true and correct copy of Guardant's
9    subpoena to Dr. Howard Hochster ("Hochster"), dated March 8, 2024.

10   3.    Attached as **Exhibit B** to this declaration is a true and correct copy of the parties'
11   joint discovery letter (Dkt. 510), filed on April 16, 2024.

12   4.    Attached as **Exhibit C** to this declaration is a true and correct copy of Natera and
13   Dr. Hochster's objections and responses to Guardant's subpoena, attached as Exhibit A to the
14   parties' joint discovery letter (Dkt. 510 & Dkt. 510-1), dated March 27, 2024.

15   5.    Attached as **Exhibit D** to this declaration is a true and correct copy of Dr. Hochster's
16   Supplemental Expert Report, dated January 31, 2024.

17   6.    Attached as **Exhibit E** to this declaration is a true and correct copy of the reporter's
18   transcript of the proceedings held on April 22, 2024, dated incorrectly on the caption page.

19   7.    Attached as **Exhibit F** to this declaration is a true and correct copy of Guardant's
20   subpoena to Rutgers Cancer Institute of New Jersey, dated May 8, 2024.

21   8.    Attached as **Exhibit G** to this declaration is a true and correct copy of an email sent
22   from Elle Wang to Guardant's counsel, dated June 4, 2024.

23   9.    Attached as **Exhibit H** to this declaration is a true and correct copy of selected pages
24   from the reporter's transcript of the deposition of Dr. Howard Hochster, taken on June 18, 2024.

25   10.   Attached as **Exhibit I** to this declaration is a true and correct copy of reporter's
26   transcript of the proceedings held on February 22, 2024.

27   11.   Attached as **Exhibit J** to this declaration is a true and correct copy of selected pages
28   from the reporter's transcript of the deposition of Dr. Alexey Aleshin, taken on May 29, 2024.

- 3 -

12. Attached as **Exhibit K** to this declaration is a true and correct copy of an email from Dr. Hochster to Karen J. Jackson, dated August 30, 2023, bates labeled RUTGERS_000310-RUTGERS_000313.

13. Attached as **Exhibit L** to this declaration is a true and correct copy of an email from Dr. Hochster to Dr. Thomas J. George, dated August 30, 2023, bates labeled RUTGERS_000889-RUTGERS_000894.

14. Attached as **Exhibit M** to this declaration is a true and correct copy of an email from Dr. Van Karlyle Morris to Dr. Hochster, et al., dated August 30, 2023, bates labeled RUTGERS_000713-RUTGERS_000715.

15. Attached as **Exhibit N** to this declaration is a true and correct copy of an email from Dr. Van Karlyle Morris to Dr. Hochster, dated August 30, 2023, bates labeled RUTGERS_000800-RUTGERS_000803.

16. Attached as **Exhibit O** to this declaration is a true and correct copy of an email from Dr. Van Karlyle Morris to Dr. Hochster, dated August 31, 2023, bates labeled RUTGERS_001092-RUTGERS_001096.

17. Attached as **Exhibit P** to this declaration is a true and correct copy of an email from Dr. Hochster to Dr. Van Karlyle Morris, dated September 1, 2023, bates labeled RUTGERS_001152-RUTGERS_001156.

18. Attached as **Exhibit Q** to this declaration is a true and correct copy of an email from Dr. Hochster to Lisa Martin-Roman, dated September 1, 2023, bates labeled RUTGERS_001157-RUTGERS_001160.

19. Attached as **Exhibit R** to this declaration is a true and correct copy of an email from Dr. Norman Wolmark to Dr. Hochster, dated September 7, 2023, bates labeled RUTGERS_000796-RUTGERS_000799.

20. Attached as **Exhibit S** to this declaration is a true and correct copy of an email from Dr. Hochster to Dr. Patrick Boland, dated September 13, 2023, bates labeled RUTGERS_001082-RUTGERS_001083.

DECLARATION OF C. SCOLNICK IN SUPPORT OF GUARDANT'S MOTION FOR EVIDENTIARY AND MONETARY SANCTIONS
CASE NO. 3:21-CV-04062-EMC

21. Attached as **Exhibit T** to this declaration is a true and correct copy of an email from Dr. Patrick Boland to Dr. Hochster, dated September 13, 2023, bates labeled RUTGERS_000366-RUTGERS_000368.

22. Attached as **Exhibit U** to this declaration is a true and correct copy of an email from Dr. Minetta Liu to Dr. Hochster, dated October 6, 2023, bates labeled RUTGERS_000978-RUTGERS_000983.

23. Attached as **Exhibit V** to this declaration is a true and correct copy of an email from Dr. Van Karlyle Morris to Dr. Hochster, dated October 5, 2023, bates labeled RUTGERS_000967-RUTGERS_000968.

24. Attached as **Exhibit W** to this declaration is a true and correct copy of an email from Dr. Thomas J. George to Dr. Hochster, et al., dated October 5, 2023, bates labeled RUTGERS_001132.

25. Attached as **Exhibit X** to this declaration is a true and correct copy of an email from Dr. Hochster to Dr. Minetta Liu, dated October 5, 2023, bates labeled RUTGERS_001084-RUTGERS_001088.

I declare, under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of July, 2024, in Irvine, California.

*/s/ Chase Scolnick*
Chase Scolnick