# Exhibit G

| | |
|---|---|
| **From:** | Elle Wang |
| **To:** | SS-Guardant_Natera Team; Guardant V Natera |
| **Cc:** | Stephen Nolan; QE-Natera-Guardant |
| **Subject:** | Guardant/Natera - Guardant"s subpoena to Rutgers-CINJ |
| **Date:** | Tuesday, June 4, 2024 1:44:33 PM |

Counsel,

We were alerted by counsel for Rutgers (cc'd here) that Rutgers' potential production in response to Guardant's subpoena contains materials that may be privileged or otherwise protected and non-discoverable pursuant to applicable federal rules, including but not limited to FRE 502 and FRCP 26, and party agreements in this case (*see* Dkt. 114 at 16).

In light of these concerns, please confirm that Rutgers may provide its potential production to us in advance so that we have an opportunity to review for privilege and other applicable protections.

Best,
Elle

**Elle Wang**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6429 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
ellewang@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.