# Exhibit J

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4                      ---oOo---
 5
     GUARDANT HEALTH, INC.,
 6
     Plaintiff and
 7   Counterclaim-Defendant,
                                    No. 3:21-CV-04062-EMC
 8   vs.
 9   NATERA, INC.,
10   Defendant and
     Counterclaim-Plaintiff.
11   _____/
12
13
            CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15    VIDEOTAPED DEPOSITION OF ALEXEY ALESHIN, M.D.
16
                       May 29, 2024
17
18
19
20
21
22   Taken before EARLY K. LANGLEY, RMR, B.A. (PBK)
23                    CSR No. 3537
24                 Job No. CA 6722508
25

                                                   Page 1
```

```
 1    behalf?
 2            MR. BRAMHALL:  Objection to form.
 3            THE WITNESS:  So my confusion is -- so         
 4    Scott Kopetz and Van Morris, when I discuss the
 5    COBRA study, are they third parties or not?     10:44
 6    BY MR. SCOLNICK:
 7        Q.  Well, in that case, you discussed --
 8        A.  The COBRA study.
 9        Q.  -- the COBRA study directly with them;
10    right?                                          10:44
11        A.  And they're part of the NRG.
12        Q.  Right.
13        A.  Yes.
14        Q.  Right.  So my question is a little bit
15    different.                                      10:44
16            Has anyone at Natera used -- used an
17    intermediary, a third person who does not work for
18    Natera, to communicate with someone affiliated
19    with the COBRA study on Natera's behalf?
20            MR. BRAMHALL:  Same objection.           10:44
21            THE WITNESS:  Again, to my knowledge,
22    nobody at Natera has asked somebody who is not
23    affiliated with NRG to communicate with NRG about
24    the COBRA study.
25    BY MR. SCOLNICK:                                10:44
```

```
 1          Q.   Has anyone at Natera asked a third party
 2     who may or may not be affiliated with NRG to
 3     discuss the COBRA study with someone who was
 4     directly affiliated with the COBRA study on
 5     Natera's behalf?                                      10:44
 6               MR. BRAMHALL:   Same objection.
 7               THE WITNESS:   Discuss the COBRA study --
 8     BY MR. SCOLNICK:
 9          Q.   Uh-huh.
10          A.   -- in particular?   No.                     10:45
11          Q.   To your knowledge -- to your knowledge,
12     has anyone at Natera attempted to secure the COBRA
13     patient samples for testing?
14          A.   Yes.
15          Q.   Who?                                        10:45
16          A.   I mean, we've discussed the samples as
17     something we could run for, you know, scientific
18     advancement of the field.
19          Q.   Right.   I think we discussed that
20     possibility.  But are you aware of any direct         10:45
21     attempts from anyone at Natera to secure the
22     samples?
23               MR. BRAMHALL:   Objection to form.
24               THE WITNESS:   What do you mean by
25     "secure"?  Like, physically secure them?              10:45
```

```
 1    STATE OF CALIFORNIA
 2
 3    REPORTER'S CERTIFICATE
 4
 5           I, EARLY LANGLEY, a Shorthand Reporter,
 6    State of California, do hereby certify:
 7           That ALEXEY ALESHIN, M.D., in the foregoing
 8    deposition named, was present and by me sworn as a
 9    witness in the above-entitled action at the time
10    and place therein specified;
11           That said deposition was taken before me at
12    said time and place, and was taken down in
13    shorthand by me, a Certified Shorthand Reporter of
14    the State of California, and was thereafter
15    transcribed into typewriting, and that the
16    foregoing transcript constitutes a full, true and
17    correct report of said deposition and of the
18    proceedings that took place;
19            That before completion of the proceedings,
20    review of the transcript was not requested.
21           IN WITNESS WHEREOF, I have hereunder
22    subscribed my hand this June 9, 2024.
23
                         [Signature: Early Langley]
24           EARLY LANGLEY, CSR NO. 3537
                         State of California
25
```

Page 247