# Exhibit L

| | |
|---|---|
| **Sent:** | 8/30/2023 3:45:39 PM |
| **From:** | Howard Hochster <hh458@cinj.rutgers.edu> |
| **To:** | George, Thomas J |
| **Cc:** | |
| **Bcc:** | |
| **Importance:** | Normal |
| **Subject:** | Re: Time Sensitive! NRG-GI005 Interim Analysis and Dr-Pt Letters |
| **Attachments:** | image001.png , image002.png |

I'd love to get you started.  Feel free to call and vent anytime.

HH

Howard S. Hochster, MD
Distinguished Professor of Medicine, Rutgers RWJ  Medical School
Rutgers-CINJ Associate Director, Clinical Research
Director Clinical Oncology Research,  RWJBHealth System
195 Little Albany Street, Room 2004
New Brunswick, NJ 08903
Tel 732-235-5912 (FAX – 6797)
email:  howard.hochster@rutgers.edu

 

---

**From:** "George,Thomas J,JR" <thom.george@medicine.ufl.edu>
**Date:** Wednesday, August 30, 2023 at 3:42 PM
**To:** Howard Hochster <hh458@cinj.rutgers.edu>
**Subject:** RE: Time Sensitive! NRG-GI005 Interim Analysis and Dr-Pt Letters

Don't get me started.

Thanks Howard.  I think the worst is over for most of us down here now.

---

**From:** Howard Hochster <hh458@cinj.rutgers.edu>
**Sent:** Wednesday, August 30, 2023 3:36 PM
**To:** George,Thomas J <thom.george@medicine.ufl.edu>
**Subject:** Fwd: Time Sensitive! NRG-GI005 Interim Analysis and Dr-Pt Letters

[External Email]

OMG. What a clusterf@@@!!

I never trusted that methylation signature from Guardant.

Also. Thinking of you and everyone at UF with Idalia. Stay safe !

HH


Howard S. Hochster, MD
CINJ Associate Director, Clinical Research
Director Clinical Oncology Research,  RWJ-B Health System
195 Little Albany Street, Room 2004
New Brunswick, NJ 08903
Tel 732-235-5912
Fax 732-235-6797
email: howard.hochster@rutgers.edu

## Sent from my iPhone

Begin forwarded message:

**From:** Karen J Jackson <jacksoka@cinj.rutgers.edu>
**Date:** August 30, 2023 at 15:29:06 EDT
**To:** Patrick Boland <pb564@cinj.rutgers.edu>, Howard Hochster <hh458@cinj.rutgers.edu>
**Cc:** Christian Misdary <cm1344@cinj.rutgers.edu>
**Subject: FW: Time Sensitive! NRG-GI005 Interim Analysis and Dr-Pt Letters**


Please see attached Dear Colleague letter from NRG.

*Karen*

Karen Jackson
Associate Director, Regulatory Affairs
Rutgers Cancer Institute of New Jersey
Email: jacksoka@cinj.rutgers.edu
Phone: 732-675-1055

*"Don't count the days, make the days count."~Muhammad Ali*


*To prevent inadvertent disclosure of personal health information, please do not include patient information in  your email to regulatory.*

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipients(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and

RUTGERS_000890

permanently delete all copies of this email including all attachments without reading them.  If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

**From:** NRG Oncology <nrg-broadcasts+nrgoncology.org@ccsend.com>
**Sent:** Wednesday, August 30, 2023 3:20 PM
**To:** Karen J Jackson <jacksoka@cinj.rutgers.edu>
**Subject:** Time Sensitive! NRG-GI005 Interim Analysis and Dr-Pt Letters

# NRG Oncology eNews 

# NRG-GI005

## Time Sensitive

### August 30, 2023

This information must be relayed to physicians and patients participating in NRG-GI005 as quickly as possible.

After the NCI's review of planned interim analysis information for the phase II endpoint for NRG-GI005, the NCI has informed NRG Oncology that **physicians and patients must be informed of the outcome of the NCI's review.** Therefore, the following letters have been prepared to inform investigators and patients, and the letters are posted, along with this notice, to the GI005 page on the CTSU website.

1. Dear Doctor Letter, dated August 30, 2023
2. Dear Patient Letter Template v.1.1 – **Treated**

*This letter **must** be given **as soon as possible** (within the next 30 days of this notice; by September 29) to patients who were randomized to Arm 2 and are currently receiving chemotherapy or have completed chemotherapy.*

1. Dear Patient Letter Template v1.0 – **Non-treated**

*This letter **must** be given as soon as possible (within the next 3 months; by November 30) to patients who were randomized to Arm 1 and patients randomized to Arm 2 who did not receive chemotherapy.*

NRG Oncology has submitted these letters to the CIRB on behalf of participating NRG-GI005 sites; however, please note that **NCI has confirmed that because this is**

RUTGERS_000891

a safety issue, sites do not need to wait for CIRB review/approval to proceed with informing patients and assessing the willingness of patients to continue with the study and/or study-related treatment.

If you have any questions regarding this information, please contact the Clinical Coordinating Department at 1-800-477-7227 or ccdpgh@nrgoncology.org.



NRG Oncology | 1600 JFK Blvd, Suite 1020, Philadelphia, PA 19103

Unsubscribe jacksoka@cinj.rutgers.edu

Update Profile | Constant Contact Data Notice

Sent by nrg-broadcasts@nrgoncology.org powered by



Try email marketing for free today!

RUTGERS_000892



RUTGERS_000893

RWJBarnabas
HEALTH

RUTGERS_000894