# Exhibit N

| | |
|---|---|
| **Sent:** | 8/30/2023 11:44:36 PM |
| **From:** | Morris,Van Karlyle <VKMorris@mdanderson.org |
| **To:** | "Howard" |
| **Cc:** | |
| **Bcc:** | |
| **Importance:** | Normal |
| **Subject:** | Re: [EXTERNAL] Re: GI005 |

We do have tissue and blood and will salvage this as much as possible as a retrospective analysis… we asked for flexibility with CTEP for a redo and they weren't willing to consider that.. so they said they support pursuing other concepts in this space but it would need to start fresh…. Really a shame…

Sent from my iPhone

On Aug 30, 2023, at 7:27 PM, Howard Hochster <hh458@cinj.rutgers.edu> wrote:

THIS EMAIL IS A PHISHING RISK

Do you trust the sender?
The email address is: hh458@cinj.rutgers.edu
While this email has passed our filters, we need you to review with caution before taking any action.
If the email looks at all suspicious, click the Report a Phish button.

Does the NRG tumor bank have tissue and reserve blood samples ?   Any chance of a "Mulligan" using Signatera ( if you don't golf, google it).
With the Japanese data I would think Signatera would show a different result.  Even if no tissue, but blood samples, maybe we could still obtain tissue on a reasonable subset of those enrolled  for a redo?

HH
Howard S. Hochster, MD
CINJ Associate Director, Clinical Research
Director Clinical Oncology Research,  RWJ-B Health System
195 Little Albany Street, Room 2004
New Brunswick, NJ 08903
Tel 732-235-5912
Fax 732-235-6797
email: howard.hochster@rutgers.edu
Sent from my iPhone

On Aug 30, 2023, at 19:06, Morris,Van Karlyle <vkmorris@mdanderson.org> wrote:

Thanks Howard-
I really appreciate your email, and more importantly I appreciate your commitment to EBM and to science as a doctor treating cancer patients.  You have been the best advocate for this study, and this is supported by the fact that you and Pat have the largest accruing site in the US (maybe tied with MD Anderson 🙂)

For many reasons, I am in a daze right now with the outcome here, and I too look forward to sharing what we learned.  I think there is a LOT to learn not only about science but also about clinical trial conduct, especially since I think we can all recognize that ctDNA testing is here to stay.  To that end, I would highly value your wisdom and experience once the data are all out there.

I really appreciate and respect your passion and commitment to GI patients. Take care,
Van

**From:** Howard Hochster <hh458@cinj.rutgers.edu>
**Sent:** Wednesday, August 30, 2023 4:43 PM
**To:** Patrick Boland <pb564@cinj.rutgers.edu>; Morris,Van Karlyle <VKMorris@mdanderson.org>
**Subject:** [EXTERNAL] Re: GI005

THIS EMAIL IS A PHISHING RISK

Do you trust the sender?
The email address is: hh458@cinj.rutgers.edu
While this email has passed our filters, we need you to review with caution before taking any action.
If the email looks at all suspicious, click the Report a Phish button.

Dear van,

I am really sorry to hear this outcome and I am looking forward to seeing the full presentation of the data.

However, I think this is the result of believing the Guardant PR on the Lunar test that methylation can identify cancer. They have never presented these data. Furthermore, the work they did with Parikh was manipulated over multiple iterations.  So I am not surprised.

But I hope this will allow us to move in a more effective direction.




HH



Howard S. Hochster, MD
CINJ Associate Director, Clinical Research
Director Clinical Oncology Research,  RWJ-B Health System
195 Little Albany Street, Room 2004
New Brunswick, NJ 08903
Tel 732-235-5912

Fax 732-235-6797
email: howard.hochster@rutgers.edu

Sent from my iPhone

On Aug 30, 2023, at 16:27, Patrick Boland <pb564@cinj.rutgers.edu> wrote:

fyi

**From:** Morris,Van Karlyle <VKMorris@mdanderson.org>
**Sent:** Wednesday, August 30, 2023 4:25 PM
**To:** Patrick Boland <pb564@cinj.rutgers.edu>
**Subject:** RE: GI005

We found out about this Monday morning from CTEP and had a call with them late last night. We need to discuss with GH how this will be presented, but my guess is that ASCO GI will be the formal data sharing. I would be most interested in hearing your interpretation when you see the findings...
Take care
Van

**From:** Patrick Boland <pb564@cinj.rutgers.edu>
**Sent:** Wednesday, August 30, 2023 2:38 PM
**To:** Morris,Van Karlyle <VKMorris@mdanderson.org>
**Subject:** [EXTERNAL] GI005

THIS EMAIL IS A PHISHING RISK

Do you trust the sender?
The email address is: pb564@cinj.rutgers.edu
While this email has passed our filters, we need you to review with caution before taking any action.
If the email looks at all suspicious, click the Report a Phish button.

Sorry if you're getting a flood of contacts – I can *almost* never make the Tuesday PM meetings. Really sorry to see this about COBRA closing with higher false + rates and not hitting the pre-determined ctDNA cutoff rate. When do you anticipate we will see the actual analyses...?

Patrick M Boland, MD
Associate Professor of Medicine, Gastrointestinal Oncology
Associate Program Director, Gastrointestinal Medical Oncology
Department of Medical Oncology, Robert Wood Johnson Medical School
Rutgers Cancer Institute of New Jersey, 195 Little Albany St, New Brunswick, NJ 08903
Phone: (732) 235-2465   |   Fax: 732-917-0381

The information contained in this e-mail message may be privileged, confidential, and/or protected from disclosure. This e-mail message may contain protected health information (PHI); dissemination of PHI should comply with applicable federal and state laws. If you are not the intended recipient, or an authorized representative of the intended recipient, any further review, disclosure, use, dissemination, distribution, or copying of this message or any attachment (or the information contained therein) is strictly prohibited. If you think that you have received this e-mail message in error, please notify the sender by return e-mail and delete all references to it and its contents from your systems.
The information contained in this e-mail message may be privileged, confidential, and/or protected from disclosure. This e-mail message may contain protected health information (PHI); dissemination of PHI should comply with applicable federal and

state laws. If you are not the intended recipient, or an authorized representative of the intended recipient, any further review, disclosure, use, dissemination, distribution, or copying of this message or any attachment (or the information contained therein) is strictly prohibited. If you think that you have received this e-mail message in error, please notify the sender by return e-mail and delete all references to it and its contents from your systems.

The information contained in this e-mail message may be privileged, confidential, and/or protected from disclosure. This e-mail message may contain protected health information (PHI); dissemination of PHI should comply with applicable federal and state laws. If you are not the intended recipient, or an authorized representative of the intended recipient, any further review, disclosure, use, dissemination, distribution, or copying of this message or any attachment (or the information contained therein) is strictly prohibited. If you think that you have received this e-mail message in error, please notify the sender by return e-mail and delete all references to it and its contents from your systems.