# Exhibit Q

| | |
|---|---|
| **Sent:** | 9/1/2023 3:53:18 PM |
| **From:** | Howard Hochster <hh458@cinj.rutgers.edu> |
| **To:** | "Lisa" |
| **Cc:** | |
| **Bcc:** | |
| **Importance:** | Normal |
| **Subject:** | Re: EPIC Integration |
| **Attachments:** | image001.png , image002.png |

Yes – they said in the letter to investigators that there were too many false positives with the Guardant Lunar test (or whichever they used). I am not sure how they know this but they did terminate the study.

HH

Howard S. Hochster, MD
Distinguished Professor of Medicine, Rutgers RWJ Medical School
Rutgers-CINJ Associate Director, Clinical Research
Director Clinical Oncology Research, RWJBHealth System
195 Little Albany Street, Room 2004
New Brunswick, NJ 08903
Tel 732-235-5912 (FAX – 6797)
email: howard.hochster@rutgers.edu



**From:** Lisa Martin-Roman <lroman@natera.com>
**Date:** Friday, September 1, 2023 at 3:29 PM
**To:** Howard Hochster <hh458@cinj.rutgers.edu>
**Subject:** EPIC Integration

Hi Dr. Hochster,
I hope you had an enjoyable summer.
I want to keep you in the loop. We are actively working with the RWJBH IT team to integrate the Natera tests into EPIC. The target date for full integration is Early-Mid November.

I also heard that the COBRA study stopped suddenly. Any insight as to why?

# Lisa Roman
Oncology District Manager
Cell: 650-464-7074
Client Services: 650-249-9090

**natera** | **Signatera**
Residual disease test (MRD)

201 Industrial Road
San Carlos, CA 94070

www.natera.com

 

Signatera™ is now covered by Medicare in breast cancer

"WARNING: This facsimile/email transmission contains confidential or privileged information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed. Unauthorized interception, use or distribution of this fax is prohibited and could be a violation of Federal and State law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be prohibited by law. Please notify the sender by telephone or email to arrange the return or destruction of this transmission."

Confidentiality Notice: This communication may contain confidential and/or privileged information or information that is protected from disclosure under HIPAA and/or other laws that is solely for use by the intended recipient. If you are not the intended recipient, promptly notify the sender and immediately delete all copies of this email and any attachments without disclosing or using any information contained therein.



RWJBarnabas
HEALTH

RUTGERS_001160