# Exhibit R

**Sent:**      9/7/2023 2:46:46 PM

**From:**     Norman Wolmark <Norman.Wolmark@nsabp.org>

**To:**        "Howard"

**Cc:**

**Bcc:**

**Importance:**  Normal

**Subject:**   RE: question

**Attachments:** image001.png , image002.png

---

412 926 9977

Norman Wolmark MD
Chairman NSABP Foundation
Contact PI NRG Oncology
Professor of Surgery
University of Pittsburgh
norman.wolmark@nsabp.org

Administraive contact:
Beth.Wentz@nsabp.org
Tel: 412-339-5322

**From:** Howard Hochster <hh458@cinj.rutgers.edu>
**Sent:** Thursday, September 07, 2023 2:15 PM
**To:** Norman Wolmark <Norman.Wolmark@nsabp.org>
**Subject:** RE: question

**EXTERNAL E-MAIL**

What number can I reach you at?

Howard S. Hochster, MD
Distinguished Professor of Medicine, Rutgers Robert Wood Johnson Medical School
Rutgers-CINJ Associate Director, Clinical Research
Director Clinical Oncology Research,  RWJ-B Health System
195 Little Albany Street, Room 2004
New Brunswick, NJ 08903
Tel 732-235-5912; Fax -6797
email:  howard.hochster@rutgers.edu

RUTGERS
Cancer Institute
of New Jersey
RUTGERS HEALTH

RWJBarnabas
HEALTH

**From:** Norman Wolmark <Norman.Wolmark@nsabp.org>
**Sent:** Thursday, September 7, 2023 1:23 PM
**To:** Howard Hochster <hh458@cinj.rutgers.edu>
**Subject:** RE: question

Yes Howard. What would be good time to call? Did you get my email about our visit to New York which I'm including?
Norman

Norman Wolmark MD
Chairman NSABP Foundation
Contact PI NRG Oncology
Professor of Surgery
University of Pittsburgh
norman.wolmark@nsabp.org

Administraive contact:
Beth.Wentz@nsabp.org
Tel: 412-339-5322

---

**From:** Howard Hochster <hh458@cinj.rutgers.edu>
**Sent:** Thursday, September 07, 2023 1:09 PM
**To:** Norman Wolmark <Norman.Wolmark@nsabp.org>
**Subject:** question


EXTERNAL E-MAIL


Hi Norm

Quick question on COBRA (I assume you are aware of the issues).  Could you call me anytime?

Howard S. Hochster, MD
Distinguished Professor of Medicine, Rutgers Robert Wood Johnson Medical School
Rutgers-CINJ Associate Director, Clinical Research
Director Clinical Oncology Research,  RWJ-B Health System
195 Little Albany Street, Room 2004
New Brunswick, NJ 08903
Tel 732-235-5912; Fax -6797
email:  howard.hochster@rutgers.edu



RUTGERS
Cancer Institute
of New Jersey
RUTGERS HEALTH

RUTGERS_000798

RWJBarnabas
HEALTH

RUTGERS_000799