# Exhibit V

| | |
|---|---|
| **Sent:** | 10/5/2023 4:07:11 PM |
| **From:** | Morris,Van Karlyle <VKMorris@mdanderson.org |
| **To:** | "Howard" |
| **Cc:** | thom.george@medicine.ufl.edu |
| **Bcc:** | |
| **Importance:** | Normal |
| **Subject:** | Re: [EXTERNAL] Cobra. |

Hi Howard

Thanks so much for talking to her. I think we do have interest but have not yet had the call with NCI and Guardant, which is later this month. I actually had spoken with Adham Jhuri this morning with Natera too who called snooping for details haha and while I did not obviously provide those, I did mention there could be an opportunity to collaborate down the road soon here, and he also shared that interest from the Natera side. Any conversations would need to be after the NCI Guardant call which is soon to be scheduled.. happy to talk further with their team but not sure just yet on timelines and the ability to commit until further discussion with the NCI
Van

Sent from my iPhone

On Oct 5, 2023, at 3:03 PM, Howard Hochster <hh458@cinj.rutgers.edu> wrote:

THIS EMAIL IS A PHISHING RISK

Do you trust the sender?
The email address is: hh458@cinj.rutgers.edu
While this email has passed our filters, we need you to review with caution before taking any action.
If the email looks at all suspicious, click the Report a Phish button.

I have had a few emails back and forth with Minetta Liu CMO at Natera. She would be willing to discuss running samples from Cobra. Is this possible? Are you interested in having a call?

HH
Howard S. Hochster, MD
CINJ Associate Director, Clinical Research
Director Clinical Oncology Research, RWJ-B Health System
195 Little Albany Street, Room 2004
New Brunswick, NJ 08903
Tel 732-235-5912
Fax 732-235-6797

email: howard.hochster@rutgers.edu
Sent from my iPhone

The information contained in this e-mail message may be privileged, confidential, and/or protected from disclosure. This e-mail message may contain protected health information (PHI); dissemination of PHI should comply with applicable federal and state laws. If you are not the intended recipient, or an authorized representative of the intended recipient, any further review, disclosure, use, dissemination, distribution, or copying of this message or any attachment (or the information contained therein) is strictly prohibited. If you think that you have received this e-mail message in error, please notify the sender by return e-mail and delete all references to it and its contents from your systems.

RUTGERS_000968