# Exhibit W

**Sent:** 10/5/2023 5:58:23 PM
**From:** George,Thomas J <thom.george@medicine.ufl.edu>
**To:** "Howard" , "Van Karlyle"
**Cc:**
**Bcc:**
**Importance:** Normal
**Subject:** Re: Cobra.

Not possible currently.  Thanks Howard, but many ongoing convos with CTEP on next steps.
From: Howard Hochster <hh458@cinj.rutgers.edu>
Sent: Thursday, October 5, 2023 4:01:56 PM
To: Van Karlyle Morris <VKMorris@mdanderson.org>; George,Thomas J <thom.george@medicine.ufl.edu>
Subject: Cobra.

[External Email]
I have had a few emails back and forth with Minetta Liu CMO at Natera. She would be willing to discuss running samples from Cobra.  Is this possible?  Are you interested in having a call?

HH
Howard S. Hochster, MD
CINJ Associate Director, Clinical Research
Director Clinical Oncology Research,  RWJ-B Health System
195 Little Albany Street, Room 2004
New Brunswick, NJ 08903
Tel 732-235-5912
Fax 732-235-6797
email: howard.hochster@rutgers.edu
Sent from my iPhone