# Exhibit X

| | |
|---|---|
| **Sent:** | 10/5/2023 5:14:43 PM |
| **From:** | Howard Hochster <hh458@cinj.rutgers.edu> |
| **To:** | "Minetta" |
| **Cc:** | |
| **Bcc:** | |
| **Importance:** | Normal |
| **Subject:** | Re: COBRA |
| **Attachments:** | image001.png , image002.png |

Hi Minetta,

Per the NRG leadership, they need to go through a few more steps and meetings with NCI before they can consider this.  But they are interested.  Will circle back when I hear more.   Many thanks.

HH

Howard S. Hochster, MD
Distinguished Professor of Medicine, Rutgers RWJ  Medical School
Rutgers-CINJ Associate Director, Clinical Research
Director Clinical Oncology Research,  RWJBHealth System
195 Little Albany Street, Room 2004
New Brunswick, NJ 08903
Tel 732-235-5912 (FAX – 6797)
email:  howard.hochster@rutgers.edu



**From:** Minetta Liu <mliu@natera.com>
**Date:** Thursday, October 5, 2023 at 2:33 PM
**To:** Howard Hochster <hh458@cinj.rutgers.edu>
**Subject:** Re: COBRA

Hi Howard.

A virtual meeting would be great. Would you kindly connect the dots for us?

Take care,
Minetta

On Mon, Oct 2, 2023 at 8:42 AM Howard Hochster <hh458@cinj.rutgers.edu> wrote:

Thanks Minetta. I spoke with Thom George and Norm Wolmark. Should we plan a virtual meeting ?

HH


Howard S. Hochster, MD
CINJ Associate Director, Clinical Research
Director Clinical Oncology Research,  RWJ-B Health System
195 Little Albany Street, Room 2004
New Brunswick, NJ 08903
Tel 732-235-5912
Fax 732-235-6797
email: howard.hochster@rutgers.edu

Sent from my iPhone

On Oct 2, 2023, at 09:02, Minetta Liu <mliu@natera.com> wrote:

Dear Howard,

Thank you for your message, and for helping to educate providers about the value of tumor-informed MRD testing. Natera would certainly consider what you propose re: COBRA. With whom among the NRG leadership team did you discuss this? Happy to engage as you see fit.

Take care,
Minetta

**Minetta C. Liu, MD**
Chief Medical Officer, Oncology
MLIU@natera.com
M: (+1) 507-261-0884


On Tue, Sep 26, 2023 at 1:01 PM Howard Hochster <hh458@cinj.rutgers.edu> wrote:

> Hi Minetta.
>
> Thank you for sending out this email on the COBRA trial.  This is a critical point which I keep emphasizing to people.  Their methylation signature is "poo-poo".

I have mainly dealt with Mike Krainock, but wanted to see if you would consider re-running the tissue and blood for these patients. I have brought this up to NRG leadership team.


HH

Howard S. Hochster, MD
Distinguished Professor of Medicine, Rutgers RWJ Medical School
Rutgers-CINJ Associate Director, Clinical Research
Director Clinical Oncology Research,  RWJBHealth System
195 Little Albany Street, Room 2004
New Brunswick, NJ 08903
Tel 732-235-5912 (FAX – 6797)
email:  howard.hochster@rutgers.edu

**Error! Filename not specified.**
**Error! Filename not specified.**



RUTGERS_001087

RWJBarnabas
HEALTH

RUTGERS_001088