| | |
|---|---|
| 1 | Jennifer L. Keller (84412) |
| 2 | jkeller@kelleranderle.com |
|   | Chase Scolnick (227631) |
| 3 | cscolnick@kelleranderle.com |
|   | KELLER/ANDERLE LLP |
| 4 | 18300 Von Karman Ave., Suite 930 |
|   | Irvine, CA 92612 |
| 5 | Telephone   (949) 476-0900 |
| 6 | Saul Perloff (157092) |
|   | saul.perloff@aoshearman.com |
| 7 | Kathy Grant *(pro hac vice)* |
|   | kathy.grant@aoshearman.com |
| 8 | Andre Hanson *(pro hac vice)* |
| 9 | andre.hanson@aoshearman.com |
|   | Olin "Trey" Hebert *(pro hac vice)* |
| 10 | trey.hebert@aoshearman.com |
|    | ALEEN OVERY SHEARMAN STERLING US LLP |
| 11 | 300 W. Sixth Street, 22nd Floor |
|    | Austin, Texas 78701 |
| 12 | Telephone       (512) 647-1900 |
| 13 | |
|    | Christopher LaVigne *(pro hac vice)* |
| 14 | christopher.lavigne@aosherman.com |
|    | ALEEN OVERY SHEARMAN STERLING US LLP |
| 15 | 599 Lexington Ave |
|    | New York, NY 10022 |
| 16 | Telephone       (212) 848-4000 |
| 17 | |
|    | Attorneys for Plaintiff/Counterclaim-Defendant |
| 18 | GUARDANT HEALTH, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., | Case No. 3:21-cv-04062-EMC |
| Plaintiff/Counterclaim-Defendant, | **CERTIFICATE OF SERVICE** |
| vs. | |
| NATERA, INC., | |
| Defendant/Counterclaim-Plaintiff. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2024 a true and correct copy of the following documents was served via ECF on all attorneys of record who have entered an appearance in this case.

1.) GUARDANT'S MOTION FOR EVIDENTIARY AND MONETARY SANCTIONS AGAINST NATERA FOR MATERIAL MISREPRESENTATIONS REGARDING NATERA'S EXPERT WITNESS DR. HOCHSTER

2.) DECLARATION OF CHASE SCOLNICK IN SUPPORT OF GUARDANT'S MOTION FOR EVIDENTIARY AND MONETARY SANCTIONS AGAINST NATERA FOR MATERIAL MISREPRESENTATIONS REGARDING NATERA'S EXPERT WITNESS DR. HOCHSTER

3.) EXHIBITS TO DECLARATION OF CHASE SCOLNICK IN SUPPORT OF GUARDANT'S MOTION FOR EVIDENTIARY AND MONETARY SANCTIONS AGAINST NATERA FOR MATERIAL MISREPRESENTATIONS REGARDING NATERA'S EXPERT WITNESS DR. HOCHSTER

4.) PROPOSED ORDER GRANTING GUARDANT'S MOTION FOR EVIDENTIARY AND MONETARY SANCTIONS AGAINST NATERA FOR MATERIAL MISREPRESENTATIONS REGARDING NATERA'S EXPERT WITNESS DR. HOCHSTER

*/s/ Chase Scolnick*
Chase Scolnick