Jennifer L. Keller (84412)
jkeller@kelleranderle.com
Chase Scolnick (227631)
cscolnick@kelleranderle.com
KELLER/ANDERLE LLP
18300 Von Karman Ave., Suite 930
Irvine, CA 92612
Telephone   (949) 476-0900

Saul Perloff (157092)
saul.perloff@aoshearman.com
Kathy Grant *(pro hac vice)*
kathy.grant@aoshearman.com
Andre Hanson *(pro hac vice)*
andre.hanson@aoshearman.com
Olin "Trey" Hebert (*pro hac vice*)
trey.hebert@aoshearman.com
ALEEN OVERY SHEARMAN STERLING US LLP
300 W. Sixth Street, 22nd Floor
Austin, Texas 78701
Telephone      (512) 647-1900

Christopher LaVigne *(pro hac vice)*
christopher.lavigne@aosherman.com
ALEEN OVERY SHEARMAN STERLING US LLP
599 Lexington Ave
New York, NY 10022
Telephone      (212) 848-4000

Attorneys for Plaintiff/Counterclaim-Defendant
GUARDANT HEALTH, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> NATERA, INC., <br><br> Defendant/Counterclaim-Plaintiff. | Case No. 3:21-cv-04062-EMC <br><br> **REPLY DECLARATION OF CHASE SCOLNICK IN SUPPORT OF GUARDANT'S MOTION FOR EVIDENTIARY AND MONETARY SANCTIONS AGAINST NATERA FOR MATERIAL MISREPRESENTATIONS REGARDING NATERA'S EXPERT WITNESS DR. HOCHSTER** <br><br> Hearing Date: July 26, 2024 <br> Time:           3:00 p.m. <br><br> Trial Date: November 12, 2024 |

- 1 -
REPLY DECLARATION OF C. SCOLNICK ISO GUARDANT'S MOTION FOR EVIDENTIARY AND MONETARY SANCTIONS
CASE NO. 3:21-CV-04062-EMC

I, Chase Scolnick, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am partner at the law firm Keller/Anderle LLP, and counsel for Plaintiff and Counterclaim-Defendant Guardant Health, Inc. ("Guardant") in this action. I make this Reply Declaration in support of Guardant's Motion for Evidentiary and Monetary Sanctions Against Natera for Material Misrepresentations Regarding Natera's Expert Witness Dr. Hochster. This declaration is based on my personal knowledge and if called as a witness, I could and would testify competently under oath to the matters set forth here.

2. Attached as **Exhibit Y** to this declaration is a true and correct copy of selected pages from the reporter's transcript of the deposition of Dr. Howard Hochster, taken on June 18, 2024.

3. Attached as **Exhibit Z** to this declaration is a true and correct copy of selected pages from the reporter's transcript of the deposition of Dr. Daniel F. Heitjan, taken on July 17, 2024.

4. Attached as **Exhibit AA** to this declaration is a true and correct copy of selected pages from the reporter's transcript of the deposition of Dr. Aparna Parikh, taken on July 9, 2024.

5. Attached as **Exhibit BB** to this declaration is a true and correct copy of selected pages from the reporter's transcript of the deposition of Dr. Craig Eagle, taken on July 11, 2024.

6. Attached as **Exhibit CC** to this declaration is a true and correct copy of an email from Greg Yothers to Dr. Van Karlyle Morris, et al., dated December 13, 2023, bates labeled NRG-000704 – NRG-000707.

7. Attached as **Exhibit DD** to this declaration is a true and correct copy of an email from Greg Yothers to Dr. Thomas J. George, et al., dated December 20, 2023, bates labeled NRG-000925 – NRG-000926.

I declare, under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed this 22th day of July, 2024, in Irvine, California.

*/s/ Chase Scolnick*
Chase Scolnick