# Exhibit Y

Redacted for Public Filing

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2               SAN FRANCISCO DIVISION
       ------------------------------------------X
 3     GUARDANT HEALTH, INC.,
 4                      PLAINTIFF,
 5
                -against-Case No.:
 6                      3:21-cv-04062-EMC
 7
       NATERA, INC.,
 8
                            DEFENDANT.
 9     ------------------------------------------X
10
11                   DATE: June 18, 2024
12                   TIME: 9:04 A.M.
13
14          CONFIDENTIAL REALTIME DEPOSITION of the
15     Defendant, NATERA, INC., by a Witness,
16     DR. HOWARD S. HOCHSTER, taken by the Defendant,
17     pursuant to a Subpoena and to the Federal Rules of
18     Civil Procedure, held at the offices of Quinn
19     Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue,
20     22nd Floor, New York, New York 10010, before Karyn
21     Chiusano, a Notary Public of the State of New York.
22
23
24
25
                            1
```

Veritext Legal Solutions
800-336-4000



```
 1          ■        ██████████████████████████
 2                   ██████████████████████████████
 3          ██████████████████████████████████
 4          █████████████
 5                   MS. MAROULIS:  Objection; form.
 6                   You misstate testimony.
            ■        ■   ■
                     ████████████████████████████████
            ██████████████████████   █████████████
            █████████████████████████████
            █████████████████████████████████████
            █████████████████████████████████████
            █████████████
14          Q.    Okay.  Now, I'm going to caution you
15     and I'm going to give you a chance to consider that
16     testimony very carefully.
17          A.    Okay.
            ■        █████████████████████████████
            █████████████████████████████████████
            █████████████████████████████████████
            █████████████████████████████████████
            ■        █████████████████
23                   MS. MAROULIS:  Objection; form.
24          A.    No.
            ■        ████████████████████   █████████
```

150



22           MS. MAROULIS:  Objection; form.

151



177

Page 177

1  Q. Without such data, we are unable to
2  conclude whether the initial ctDNA result from any
3  of the patients in the COBRA Study were false
4  positive or false negative?
5  A. Well, I would say that this is my
6  wording for false positive and false negative based
7  on true clinical outcomes, which was not the
8  standard for the COBRA Study.
9  Q. Right.
10      But from a clinical standpoint, in your
11 view, without further recurrence data, we are unable
12 to conclude whether the initial ctDNA results for
13 these patients were false positive or false
14 negative?
15 A. Yes.
16      With the understanding that this takes
17 a lot of time.
18      Like, for the people who are negative,
19 you have to wait, like, at least three, but more
20 likely maybe five years, to see if they, actually,
21 eventually had a clinical occurrence.
22 Q. And, similarly, even with patients who
23 are ctDNA-positive, it can still sometimes take more
24 than a year for them to show the actual clinical
25 evidence of recurrence in a CT scan?

203

CONFIDENTIAL

```
 1                  C E R T I F I C A T E
 2
        STATE OF NEW YORK       )
 3                              : SS.:
        COUNTY OF NEW YORK      )
 4
 5          I, KARYN CHIUSANO, a Notary Public for and
 6      within the State of New York, do hereby certify:
 7          That the witness whose examination is
 8      hereinbefore set forth was duly sworn and that such
 9      examination is a true record of the testimony given
10      by that witness.
11          I further certify that I am not related to any
12      of the parties to this action by blood or by
13      marriage and that I am in no way interested in the
14      outcome of this matter.
15          IN WITNESS WHEREOF, I have hereunto set my hand
16      this 20th day of June, 2024.
17
18
19
                               KARYN CHIUSANO
20
21
22
23
24
25
                              318
```

Page 318