# Exhibit AA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5    GUARDANT HEALTH, INC., a
      Delaware corporation,
 6
                  Plaintiff,
 7                                    No. 3:21-cv-04062-EMC
           vs.
 8
      NATERA, INC., a Delaware
 9    corporation,
10                Defendant.
      _____/
11
12
13      -- HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY --
14
15      VIDEO-RECORDED DEPOSITION OF APARNA PARIKH, M.D.
16                        VOLUME 1
17                REMOTE ZOOM PROCEEDING
18                 Boston, Massachusetts
19                 Tuesday, July 9, 2024
20
21
22
23    REPORTED BY:
24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25    Pages 1 - 145                      Job No. 6793112
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    were doing your 2021 -- sorry.  Let me restate that.
2            At the time you were doing the work leading up
3    to your 2021 paper, you expected an analytical
4    specificity lower than 95 percent?
5        A.  I think that's fair, yeah.                    09:06:45
6        Q.  So when you say 95 percent specificity, that
7    means about 1 in 20 samples is a false positive?
8        A.  Correct, yeah.
9        Q.  Do you know if Guardant advertises a 95 percent
10   specificity for Reveal?                               09:07:18
11       A.  I -- I don't -- I don't know.  Yeah, I can't
12   speak to, like, which material and in what material I've
13   seen -- I've seen -- I feel like I've seen ranges.  I've
14   seen numbers, but I can't -- I don't want to be on the
15   record to -- to hold them to what I'm seeing in materials  09:07:37
16   for press or for -- yeah, for -- in the marketing
17   purposes or in the media.
18       Q.  Okay.  Would you agree that it's important for
19   doctors ordering Reveal to understand that 95 percent
20   specificity is how Reveal would be expected to perform?  09:07:56
21           MS. GRANT:  Object to the form.  Object to the
22   scope.
23           THE WITNESS:  I think -- I mean, in general with
24   these tests, I think there's a lot of learning that is
25   still happening in the community around what the -- the  09:08:13
```

Page 39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  STATE OF CALIFORNIA    ) ss:

2  COUNTY OF MARIN        )

3

4        I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do

5  hereby certify:

6        That the foregoing deposition testimony was

7  taken before me at the time and place therein set forth

8  and at which time the witness was administered the oath;

9        That testimony of the witness and all objections

10 made by counsel at the time of the examination were

11 recorded stenographically by me, and were thereafter

12 transcribed under my direction and supervision, and that

13 the foregoing pages contain a full, true and accurate

14 record of all proceedings and testimony to the best of my

15 skill and ability.

16        I further certify that I am neither counsel for

17 any party to said action, nor am I related to any party

18 to said action, nor am I in any way interested in the

19 outcome thereof.

20        IN WITNESS WHEREOF, I have subscribed my name

21 this 10th day of July, 2024.

22

23

24

25        LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462

                                        Page 145