# Exhibit BB

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   GUARDANT HEALTH, INC.,          )
                                     )
 5         Plaintiff,                )
                                     )
 6         vs.                       ) Case No.
                                     ) 3:21-cv-04062-EMC
 7   NATERA, INC.,                   )
                                     )
 8         Defendant.                )
     _____)
 9
10
11    HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
12                UNDER THE PROTECTIVE ORDER
13
14      VIDEO-RECORDED DEPOSITION OF CRAIG EAGLE, M.D.
15                 Thursday, July 11, 2024
16                  Menlo Park, California
17
18
19
20
21   Stenographically Reported By:
22   Hanna Kim, CLR, CSR No. 13083
23   Job No. 6793446
24
25   PAGES 1 - 322
```

Page 1

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

```
 1   submitted to FDA?
 2           MR. BRAMHALL:  Objection to form.  Lead --
 3   just form.  Excuse me.
 4           THE WITNESS:  Yes, they did have a copy of
 5   the IDE submission before it was sent.              05:14:08
 6   BY MR. PERLOFF:
 7       Q.  And how do you know that they were
 8   involved in the supplemental IDE?
 9       A.  The -- the supplemental IDE has various
10   changes and recommendations to the actual protocol  05:14:24
11   and consent form.  And this is the target
12   information that NRG would have had to provide.
13       Q.  Okay.  Did Guardant accurately represent
14   Reveal's performance, including specificity for
15   Reveal 1.2 to the NRG?                              05:14:45
16       A.  Yes.
17           MR. BRAMHALL:  Objection to form.
18           THE WITNESS:  Yes.
19   BY MR. PERLOFF:
20       Q.  Did Guardant accurately represent Reveal's  05:14:52
21   performance, including the specificity of Reveal 1.2
22   to FDA?
23           MR. BRAMHALL:  Same objection.
24           THE WITNESS:  Yes.
25   BY MR. PERLOFF:                                     05:15:02
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1                CERTIFICATE OF REPORTER
 2            I, Hanna Kim, a Certified Shorthand
 3   Reporter, do hereby certify:
 4            That prior to being examined, the witness
 5   in the foregoing proceedings was by me duly sworn to
 6   testify to the truth, the whole truth, and nothing
 7   but the truth;
 8            That said proceedings were taken before me
 9   at the time and place therein set forth and were
10   taken down by me in shorthand and thereafter
11   transcribed into typewriting under my direction and
12   supervision;
13            I further certify that I am neither
14   counsel for, nor related to, any party to said
15   proceedings, not in anywise interested in the
16   outcome thereof.
17            Further, that if the foregoing pertains to
18   the original transcript of a deposition in a federal
19   case, before completion of the proceedings, review
20   of the transcript [X] was [ ] was not requested.
21            In witness whereof, I have hereunto
22   subscribed my name 12th day of July, 2024.
23
24
                    [signature]
25            Hanna Kim, CLR, CSR No. 13083
```

Page 318