QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
Andrew J. Bramhall (Bar No. 253115)
andrewbramhall@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Anne S. Toker (*pro hac vice*)
annetoker@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Valerie Lozano (Bar No. 260020)
valerielozano@quinnemanuel.com
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Attorneys for Defendant and Counterclaim-Plaintiff NATERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.,<br><br>　　　　Plaintiff and Counterclaim-Defendant,<br><br>　　vs.<br><br>NATERA, INC.,<br><br>　　　　Defendant and Counterclaim-Plaintiff. | Case No. 3:21-CV-04062-EMC<br><br>**NATERA, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendant/Counterclaim-Plaintiff Natera, Inc. ("Natera") moves this Court to consider whether portions of Natera's July 25, 2024 Letter Regarding Guardant's Motion for Evidentiary and Monetary Sanctions (the "Letter") and certain exhibits to the same should be sealed.  Pursuant to Civil Local Rules 79-5(f), Natera identifies the following as containing information that has either been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by Guardant or third-party NRG Oncology ("NRG").  Guardant additionally claims that certain documents produced by third-party NRG contain Guardant's CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information.

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Natera's Letter re Sanctions Motion | Blue and Highlighted Portions | Guardant; NRG |
| Exhibit A to Natera's Letter (July 9, 2024, Deposition Transcript of Aparna Parikh, M.D.) | Entire document | Guardant |
| Exhibit B to Natera;s Letter (July 11, 2024, Deposition Transcript of Craig Eagle, M.D.) | Entire document | Guardant |
| Exhibit C to Natera's Letter (NRG-N-000011) | Entire document | Guardant; NRG |
| Exhibit E to Natera's Letter (July 17, 2024, Deposition Transcript of Daniel Heitjan, Ph.D.) | Entire document | Guardant |

In compliance with Civil Local Rule 79-5(d), unredacted versions of the above listed documents accompany this Administrative Motion.  Pursuant to Civil Local Rule 79-5(f), Natera expects Guardant, as the Designating Party, will file a declaration in support of this Administrative Motion.

| | | |
|---|---|---|
| DATED: July 25, 2024 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By | /s/ Andrew J. Bramhall |
| | | Andrew J. Bramhall |
| | | Attorneys for NATERA, INC., a Delaware corporation, Defendant and Counterclaim Plaintiff |