OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** August 28, 2024  **Time:** 11:39-12:48  **Judge:** EDWARD M. CHEN
1 hour, 9 minutes

**Case No.:** 21-cv-04062-EMC  **Case Name:** Guardant Health, Inc. v. Natera, Inc.

**Attorneys for Plaintiff:** Saul Perloff, Chase Scolnick, Christopher LaVigne, Jennifer Keller
**Attorneys for Defendant:** Andrew Bramhall, Victoria Maroulis, Brian Cannon, Elle Wang, Ryan Landes, Jocelyn Ma, Valerie Lozano

**Deputy Clerk:** Vicky Ayala  **Court Reporter:** Kelly Shainline

PROCEEDINGS HELD VIA ZOOM

Motion to Strike and Motion for Miscellaneous Relief – held

SUMMARY

Parties stated appearances.

Natera's Motion to Strike and/or Exclude (Docket No. 585), and Guardant's Daubert Motion (Docket No. 568), were argued and taken under submission.

The Court heard an update regarding Guardant's efforts to secure evidence in Denmark. The Court reiterated to both Parties that this evidence is still relevant, Dkt. Nos 153 and 157, and the Parties are expected to represent this continued relevance to the relevant Danish authorities.

Natera requested leave to file further motions regarding additional discovery following a deposition taken on June 7. This request was DENIED.

The Court further ordered that except for pretrial submissions that this Court has already scheduled, there shall be NO further pretrial submissions without express leave of Court and without a showing of GOOD CAUSE.