OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

**\*AMENDED CIVIL MINUTES**

**Date:** August 28, 2024    **Time:** 11:39-12:48    **Judge:** EDWARD M. CHEN
                                        1 hour, 9 minutes

**Case No.:** 21-cv-04062-EMC    **Case Name:** Guardant Health, Inc. v. Natera, Inc.

**Attorneys for Plaintiff:** Saul Perloff, Chase Scolnick, Christopher LaVigne, Jennifer Keller
**Attorneys for Defendant:** Andrew Bramhall, Victoria Maroulis, Brian Cannon, Elle Wang, Ryan Landes, Jocelyn Ma, Valerie Lozano

**Deputy Clerk:** Vicky Ayala    **Court Reporter:** Kelly Shainline

**PROCEEDINGS HELD VIA ZOOM**

Motion to Strike and Motion for Miscellaneous Relief – held

**SUMMARY**

Parties stated appearances.

Natera's Motion to Strike and/or Exclude (Docket No. 585), and Guardant's Daubert Motion (Docket No. 568), were argued and taken under submission.

The Court heard an update regarding Guardant's efforts to secure evidence in Denmark. The Court reiterated to both Parties that this evidence is still relevant, Dkt. Nos 153 and 157, and the Parties are expected to represent this continued relevance to the relevant Danish authorities.

**\***Guardant requested leave to file further motions regarding additional discovery as a result of a deposition taken on June 7. The request comes nearly 3 months late. This request was DENIED.

The Court further ordered that except for pretrial submissions that this Court has already **\***scheduled, there shall be NO further pretrial submissions, without express leave of Court and a showing of GOOD CAUSE.