| | |
|---|---|
| Saul Perloff (157092)<br>saul.perloff@aoshearman.com<br>Kathy Grant (*pro hac vice*)<br>kathy.grant@aoshearman.com<br>Andre Hanson (*pro hac vice*)<br>andre.hanson@aoshearman.com<br>Olin "Trey" Hebert (*pro hac vice*)<br>trey.hebert@aoshearman.com<br>ALLEN OVERY SHEARMAN STERLING US LLP<br>300 W. Sixth Street, 22nd Floor<br>Austin, Texas 78701<br>Telephone    (512) 647-1900<br><br>Christopher LaVigne (*pro hac vice*)<br>christopher.lavigne@aosherman.com<br>ALLEN OVERY SHEARMAN STERLING US LLP<br>599 Lexington Ave<br>New York, NY 10022<br>Telephone    (212) 848-4000<br><br>Jennifer L. Keller (84412)<br>jkeller@kelleranderle.com<br>Chase Scolnick (227631)<br>cscolnick@kelleranderle.com<br>KELLER/ANDERLE LLP<br>18300 Von Karman Ave., Suite 930<br>Irvine, CA 92612<br>Telephone    (949) 476-0900<br><br>Attorneys for Plaintiff/Counterclaim Defendant GUARDANT HEALTH, INC. | Kevin P.B. Johnson (SBN 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (SBN 202603)<br>victoriamaroulis@quinnemanuel.com<br>Andrew J. Bramhall (SBN 253115)<br>andrewbramhall@quinnemanuel.com<br>Margaret Shyr (SBN 300253)<br>margaretshyr@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065-2139<br>Telephone    (650) 801-5000<br>Facsimile    (650) 801-5100<br><br>Anne S. Toker (*pro hac vice*)<br>annetoker@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010-1601<br>Telephone    (212) 849-7000<br>Facsimile    (212) 849-7100<br><br>Valerie Lozano (SBN 260020)<br>valarielozano@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone    (213) 443-3000<br>Facsimile    (213) 443-3100<br><br>Attorneys for Defendant/Counterclaim-Plaintiff NATERA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>NATERA, INC.,<br><br>    Defendant. | Case No. 3:21-cv-04062-EMC<br><br>**JOINT MOTION TO EXTEND SUPPLEMENTAL BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTIONS FOR SANCTIONS (DKT. 608)** |

Guardant Health, Inc. and Natera, Inc. ("the Parties"), by and through counsel, jointly move to extend the supplemental briefing schedule for Guardant's motion for sanctions previously set forth in the Court's Order at Dkt. No. 608.

As discussed at the August 28th hearing, although the Parties have been working diligently to advance the forensic examination, due to the scope of the work and the need to coordinate with Rutgers, the data from Dr. Hochster's computers have not yet been collected, and the expert forensic report of those data is not yet available. The Parties' forensic expert, Julian Ackert of iDS, estimates that he should have the bulk of the work related to his forensic report done in two weeks at which point Rutgers will then review the work before it is shared with counsel. Accordingly, and based on iDS's input on timing, the Parties jointly ask for an extension of the supplemental briefing deadlines, and a rescheduling of the continued hearing on Guardant's motion. The Parties jointly ask the Court to extend the deadlines as follows:

| **Deadline** | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Guardant's supplemental brief | September 4, 2024 | September 27, 2024 |
| Natera's supplemental opposition | September 11, 2024 | October 4, 2024 |
| Guardant's supplemental reply | September 16, 2024 | October 8, 2024 |
| Hearing on motions | October 1, 2024 | TBD at the Court's discretion |

Respectfully Submitted,

Dated: September 4, 2024          **A&O SHEARMAN**

                                  By: */s/ Saul Perloff*
                                      **Saul Perloff**

                                  Attorneys for Plaintiff
                                  GUARDANT HEALTH, INC.

Dated: September 4, 2024          **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                                  By: */s/ Ryan Landes*
                                      **Ryan Landes**

                                  Attorneys for Defendant
                                  NATERA, INC.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5.1(i)(3), the undersigned hereby attests that concurrence in the filing of this document has been obtained from counsel for Natera, Inc. and is electronically signed with the express permission of Natera's counsel.

Dated:  September 4, 2024  **A&O SHEARMAN**

By: */s/ Saul Perloff*
       **Saul Perloff**

Attorneys for Plaintiff
GUARDANT HEALTH, INC.