UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.<br><br>　　　Plaintiff and<br>　　　Counterclaim-Defendant,<br><br>　　vs.<br><br>NATERA, INC.<br><br>　　　Defendant and<br>　　　Counterclaim-Plaintiff. | CASE NO. 3:21-cv-04062-EMC<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND SUPPLEMENTAL BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTIONS FOR SANCTIONS (DKT. 608) |

## [PROPOSED] ORDER

Pursuant to the Joint Motion, it is SO ORDERED that the deadlines be extended as proposed below:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Guardant's supplemental brief | September 4, 2024 | September 27, 2024 |
| Natera's supplemental opposition | September 11, 2024 | October 4, 2024 |
| Guardant's supplemental reply | September 16, 2024 | October 8, 2024 |
| Hearing on motions | October 1, 2024 | TBD at the Court's discretion |

**IT IS SO ORDERED**.

DATED:  September 6, 2024

_____
HONORABLE EDWARD M. CHEN
United States District Court Judge