UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATERA, INC., <br><br> Defendant. | Case No. 21-cv-04062-EMC (SK) <br><br> **ORDER DIRECTING DEFENDANT TO PRODUCE DOCUMENTS FOR *IN CAMERA* REVIEW** |

Before the undersigned is Plaintiff Guardant Health, Inc.'s motion to compel. (Dkt. No. 630.) Plaintiff requests that the Court order Defendant Natera, Inc. produce certain communications that occurred in September 2023, for *in camera* review, that relate to a pending motions for sanctions. Having reviewed the parties' briefing, the Court ORDERS Defendant to email the communications identified in Plaintiff's motion to compel to skpo@cand.uscourts.gov by 12:00 p.m. on September 23, 2024, for *in camera* review by the Court.

**IT IS SO ORDERED**.

Dated: September 17, 2024

SALLIE KIM
United States Magistrate Judge