**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** September 16, 2024     **Time:** 9:00-9:13     **Judge:** EDWARD M. CHEN
13 minutes

**Case No.:** 21-cv-04062-EMC     **Case Name:** Guardant Health, Inc. v. Natera, Inc.

**Attorneys for Plaintiff:** Saul Perloff, Chase Scolnick, Christopher LaVigne, Jennifer Keller
**Attorneys for Defendant:** Andrew Bramhall, Victoria Maroulis, Brian Cannon, Ryan Landes, Valerie Lozano, Kaitlin Keohane, Kevin Johnson

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Stephen Franklin

**PROCEEDINGS HELD VIA ZOOM**

Status Conference – held

**SUMMARY**

Parties stated appearances.

Court advised parties it had not heard back from Judge Albright, Mr. Johnson advised he also had not heard from Judge Albright.

Court further advised parties the trial will be set as follows: jury selection on 11/6/2024. Trial days will be: 11/12, 11/13, 11/14, 11/18, 11/22 and 11/25. Trial hours will be 8:30 AM -4:00 PM except for 11/14/2024, trial hours will be 8:30 AM-1:30 PM. Parties agreed to trial schedule. Court to issue a second amended scheduling order.

Court indicated, should it hear back from Judge Albright, the trial schedule may change.