QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
Andrew J. Bramhall (Bar No. 253115)
andrewbramhall@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Valerie Lozano (Bar No. 260020)
valerielozano@quinnemanuel.com
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Anne S. Toker (*pro hac vice*)
annetoker@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Defendant and Counterclaim-Plaintiff NATERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br>    Plaintiff and Counterclaim-Defendant, <br><br>vs. <br><br>NATERA, INC., <br><br>    Defendant and Counterclaim-Plaintiff. | Case No. 21-cv-04062-EMC <br><br>**NATERA INC.'S NOTICE OF LODGING OF DOCUMENTS FOR *IN CAMERA* REVIEW** |

On September 23, 2024, Natera lodged the materials ordered for *in camera* review, pursuant to the Court's September 17, 2024 Order (Dkt. 660).

DATED: September 23, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Andrew J. Bramhall*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Andrew J. Bramhall (Bar No. 253115)
andrewbramhall@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Defendant and Counterclaim-Plaintiff, NATERA, INC.