UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDANT HEALTH, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>NATERA, INC.,<br><br>        Defendant. | Case No. 21-cv-04062-EMC (SK)<br><br>**ORDER REGARDING MOTIONS TO SEAL**<br><br>Regarding Docket Nos. 629, 649 |

Before the Court are two administrative motions to consider whether another party's information should be sealed. Upon reviewing the motions and the accompanying declarations (Dkt. Nos. 639, 659), the Court grants in part and denies in part the administrative motions. Specifically, the Court agrees with the designations in the parties' declarations as to what materials should be sealed, as opposed the broader designations in the motions.

Accordingly, Plaintiff' administrative motion to consider whether another party's material should be sealed (Dkt. No. 629) is granted insofar as the following may be sealed: Exhibit D to the Declaration of Chase Scholnick in Support of Guardant's Motion to Compel Natera's Production of Documents for *In Camera* Review. (Dkt. No. 630.)

Defendant's administrative motion to consider whether another party's material should be sealed (Dkt. No. 649) is granted insofar as the following may be sealed: Page 7, line 6 of Natera's Response, and Exhibit 3 to Natera's Response. (Dkt. No. 650.)

/ / /

/ / /

/ / /

/ / /

/ / /

The parties, respectively, shall publicly file Plaintiff's Motion to Compel and Defendant's Response with only the redactions identified in this Order.

**IT IS SO ORDERED**.

Dated: September 25, 2024

_____
SALLIE KIM
United States Magistrate Judge