QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
Andrew J. Bramhall (Bar No. 253115)
andrewbramhall@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Anne S. Toker (*pro hac vice*)
annetoker@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Valerie Lozano (Bar No. 260020)
valerielozano@quinnemanuel.com
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Attorneys for Defendant and Counterclaim-Plaintiff NATERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> vs. <br><br> NATERA, INC., <br><br> Defendant and Counterclaim-Plaintiff. | Case No. 21-cv-04062-EMC <br><br> **NATERA INC.'S NOTICE REGARDING DEPOSITION OF NRG ONCOLOGY** |

TO THE COURT AND ALL PARTIES:

As Natera noted in its filing yesterday (Dkt. 669 at 6:20-25), Natera intends to proceed with deposing NRG Oncology pursuant to the Court's order (Dkt. 654) on October 1 and October 18, which are the earliest dates NRG Oncology's designees are available given their professional obligations. Guardant agreed to October deposition dates in emails with Natera and NRG Oncology, and further agreed to stipulate to the authenticity of documents NRG Oncology produced in this action. Natera proposed a stipulation on September 23, 2024, to memorialize these points, and will file it as soon as it receives Guardant's approval. Natera submits this notice to keep the Court apprised of the status of these depositions in light of the Court's September 11, 2024, order (Dkt. 654).

DATED: September 25, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Andrew J. Bramhall*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Andrew J. Bramhall (Bar No. 253115)
andrewbramhall@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Defendant and Counterclaim-Plaintiff, NATERA, INC.