1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
3  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
4  Andrew J. Bramhall (Bar No. 253115)
   andrewbramhall@quinnemanuel.com
5  Margaret H.S. Shyr (Bar No. 300253)
   margaretshyr@quinnemanuel.com
6  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
7  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
8
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
9  Valerie Lozano (Bar No. 260020)
10 valerielozano@quinnemanuel.com
   865 Figueroa Street, 10th Floor
11 Los Angeles, California 90017
   Telephone:  (213) 443-3000
12 Facsimile:  (213) 443-3100

13 Attorneys for Defendant/Counterclaim-Plaintiff
14 NATERA, INC.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Anne S. Toker (*pro hac vice* pending)
annetoker@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA,

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.,<br><br>  Plaintiff and Counterclaim-Defendant,<br><br>  vs.<br><br>NATERA, INC.,<br><br>  Defendant and Counterclaim-Plaintiff. | CASE NO. 3:21-CV-04062-EMC<br><br>**NATERA, INC'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE PURSUANT TO L.R.72-2**<br><br>**REDACTED FOR PUBLIC FILING**<br><br>Hearing:  TBD<br>Time:<br>Place:    Courtroom 5, 17th Floor<br>Judge:    Hon. Edward M. Chen |

[Document Filed Entirely Under Seal]