QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
Andrew J. Bramhall (Bar No. 253115)
andrewbramhall@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:      (650) 801-5000
Facsimile:      (650) 801-5100

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Valerie Lozano (Bar No. 260020)
valerielozano@quinnemanuel.com
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:      (213) 443-3000
Facsimile:      (213) 443-3100

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Anne S. Toker (admitted *pro hac vice*)
annetoker@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:      (650) 801-5000
Facsimile:      (650) 801-5100

Attorneys for Defendant and Counterclaim
Plaintiff NATERA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA,

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NATERA, INC.<br><br>Defendant and Counterclaim-Plaintiff. | CASE NO. 3:21-CV-04062-EMC<br><br>**DECLARATION OF ELLE X. WANG IN SUPPORT OF NATERA'S SUPPLEMENTAL OPPOSITION TO GUARDANT'S SUPPLEMENTAL MEMORANDUM FOR SANCTIONS** |

I, Elle X. Wang, declare:

1.      I am an attorney licensed to practice in the State of California.  I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan LLP, counsel for Defendant and Counterclaim Plaintiff Natera Inc. ("Natera") in the above-captioned matter.  I submit this declaration in support of Natera's Supplemental Opposition to Guardant Health, Inc.'s ("Guardant") Supplemental Memorandum for Sanctions.  I have personal knowledge of the matters set forth in this Declaration.  If called upon as a witness, I could competently testify to the truth of each statement herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a document bearing the Bates number NATERA_501892 produced by Natera in this matter.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a document bearing the Bates number NATERA_501902 produced by Natera in this matter.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a document bearing the Bates number GHI00063364 produced by Guardant in this matter.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of a document bearing the Bates number GHI00063396 produced by Guardant in this matter.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of a document bearing the Bates number GHI00063468 produced by Guardant in this matter.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of a document bearing the Bates number NRG-N-001465 produced by third-party NRG Oncology in this matter.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of a document bearing the Bates number Parikh0271 produced by third-party Aparna Parikh in this matter.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the transcript from the October 1, 2024 deposition of Dr. Van Morris.

WANG DECL. ISO NATERA'S SUPPLEMENTAL OPPOSITION TO GUARDANT'S SUPPLEMENTAL
MEMORANDUM FOR SANCTIONS

10.     Attached hereto as **Exhibit 9** is a true and correct copy of an email chain between counsel for Natera, counsel for Guardant, and counsel for NRG dated between September 15, 2024 and September 23, 2024.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of an email chain between counsel for Natera, counsel for Guardant, and counsel for NRG dated between September 15, 2024 and September 24, 2024.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of an email chain between counsel for Natera, counsel for Guardant, and counsel for NRG dated between September 15, 2024 and September 24, 2024.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of an email chain between counsel for Natera, counsel for Guardant, in-house counsel for Rutgers University, and Julian Ackert of iDiscovery Solutions, Inc. dated between September 24, 2024 and October 3, 2024.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of an email chain between counsel for Natera, counsel for Guardant, and Julian Ackert of iDiscovery Solutions, Inc. dated between June 4, 2024 and August 19, 2024.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of an email chain between counsel for Natera, counsel for Guardant, in-house counsel for Rutgers University, and Julian Ackert of iDiscovery Solutions, Inc. dated between June 4, 2024 and August 28, 2024.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of an email chain between counsel for Natera, counsel for Guardant, in-house counsel for Rutgers University, and Julian Ackert of iDiscovery Solutions, Inc. dated between June 4, 2024 and September 4, 2024.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of an email chain between counsel for Natera, counsel for Guardant, in-house counsel for Rutgers University, and Julian Ackert of iDiscovery Solutions, Inc. dated between September 24, 2024 and September 26, 2024.

18.    Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of the transcript from the June 18, 2024 deposition of Dr. Howard Hochster.

19.    Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of the transcript from the February 15, 2024 hearing in the above captioned matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on October 4, 2024 at San Mateo, California.


/s/ Elle X. Wang
Elle X. Wang

-3-                                    Case No. 3:21-cv-04062-EMC
WANG DECL. ISO NATERA'S SUPPLEMENTAL OPPOSITION TO GUARDANT'S SUPPLEMENTAL
MEMORANDUM FOR SANCTIONS

**ATTESTATION**

I, Andrew J. Bramhall, am the ECF user whose ID and password are being used to file the above document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Elle X. Wang has concurred in the filing of the above document.


DATE:  October 4, 2024                    By   */s/ Andrew J. Bramhall*
                                               Andrew J. Bramhall