UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDANT HEALTH, INC., <br>     Plaintiff, <br> v. <br> NATERA, INC., <br>     Defendant. | Case No. 21-cv-04062-EMC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART SEALING MOTIONS** <br><br> Docket Nos. 552, 562, 565, 566, 576, 604, 616, 617, 583, 584, 600, 601, 613, 614, 631, 644 |

      Before the Court are a number of administrative sealing motions. The Court generally agrees with Parties' requests to seal in their respective administrative motions to file under seal ("AMFUS"). The Court denies in part the administrative motions to consider whether another party's material should be sealed ("AMCAPS"), insofar as the responding party filed a declaration narrowing or clarifying the sealing requests. Parties have until **October 25, 2024,** to refile redacted motions, redacted exhibits, and/or unsealed exhibits on the public docket. See table below.

//
//
//
//
//
//
//

| Docket No. | Admin Motion | Underlying Motion | Order |
|---|---|---|---|
| 552 | AMCAPS | Natera's deposition designations re: Nitin Stood deposition transcript | Grant in part, deny in part. Parties to jointly refile Nitin Sood, Exhibit 4, with Guardant's proposed redactions. |
| 562 | AMFUS | Guardant's deposition designations re: Nitin Stood deposition transcript | |
| 565 | AMFUS | Guardant's *Daubert* Motion | Grant in part, deny in part. Guardant to refile with Natera's requested sealing of relevant exhibits and any narrowed redactions of brief and exhibits. |
| 566 | AMCAPS | | |
| 576 | AMFUS | | |
| 604 | AMCAPS | Guardant's *Daubert* Motion— Natera's Opposition | Grant in part, deny in part. Natera to refile with Guardant's requested unsealing of relevant exhibits and any narrowed redactions of brief. |
| 616 | AMFUS | Guardant's *Daubert* Motion—Guardant's Reply | Grant in part, deny in part. Guardant to refile with Natera's narrowed portions of brief. |
| 617 | AMCAPS | | |
| 583 | AMFUS | Natera's Strike/Exclude Motion | Grant in part, deny in part. Natera to refile with Guardant's requested unsealing of exhibits and any narrowed redactions of brief. |
| 584 | AMCAPS | | |
| 600 | AMFUS | Natera's Strike/Exclude Motion—Guardant's Opposition | Grant in part, deny in part. Guardant to refile with Natera's narrowed redactions of brief and unsealing of exhibits. |
| 601 | AMCAPS | | |
| 613 | AMFUS | Natera's Strike/Exclude Motion—Natera's Reply | Grant in part, deny in part. Natera to refile with Guardant's narrowed redactions of brief and unsealing of exhibits. |
| 614 | AMCAPS | | |

| 631 | AMCAPS | Natera's Request for Leave, Motion for Reconsideration | Grant in part, deny in part. Natera to refile motion with Guardant's redactions. |
| --- | --- | --- | --- |
| 644 | AMCAPS | Natera's Motion re: NRG deposition | Grant in part, deny in part. Natera to refile motion with Guardant's redactions. |

**IT IS SO ORDERED**.

Dated: October 8, 2024

_____
EDWARD M. CHEN
United States District Judge