Saul Perloff (157092)
saul.perloff@aoshearman.com
Kathy Grant (*pro hac vice*)
kathy.grant@aoshearman.com
Andre Hanson (*pro hac vice*)
andre.hanson@aoshearman.com
Olin "Trey" Hebert (*pro hac vice*)
trey.hebert@aoshearman.com
ALLEN OVERY SHEARMAN STERLING US LLP
300 W. Sixth Street, 22nd Floor
Austin, Texas 78701
Telephone   (512) 647-1900

Christopher LaVigne (*pro hac vice*)
christopher.lavigne@aosherman.com
ALLEN OVERY SHEARMAN STERLING US LLP
599 Lexington Ave
New York, NY 10022
Telephone   (212) 848-4000

Jennifer L. Keller (84412)
jkeller@kelleranderle.com
Chase Scolnick (227631)
cscolnick@kelleranderle.com
KELLER/ANDERLE LLP
18300 Von Karman Ave., Suite 930
Irvine, CA 92612
Telephone   (949) 476-0900

Attorneys for Plaintiff/Counterclaim Defendant GUARDANT HEALTH, INC.

Kevin P.B. Johnson (SBN 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (SBN 202603)
victoriamaroulis@quinnemanuel.com
Andrew J. Bramhall (SBN 253115)
andrewbramhall@quinnemanuel.com
Margaret Shyr (SBN 300253)
margaretshyr@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone   (650) 801-5000
Facsimile   (650) 801-5100

Anne S. Toker (*pro hac vice*)
annetoker@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
Telephone   (212) 849-7000
Facsimile   (212) 849-7100

Valerie Lozano (SBN 260020)
valerielozano@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone   (213) 443-3000
Facsimile   (213) 443-3100

Attorneys for Defendant/Counterclaim-Plaintiff NATERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> vs. <br><br> NATERA, INC., <br><br> Defendant and Counterclaim-Plaintiff. | Case No. 3:21-cv-04062-EMC <br><br> **JOINT STIPULATION REGARDING DEPOSITION OF NRG ONCOLOGY** |

- 2 -

The Parties, Guardant Health, Inc. and Natera, Inc. (together, "the Parties"), by and through their respective attorneys of record, jointly stipulate regarding the deposition of NRG Oncology as follows:

WHEREAS, the Parties desire to stipulate to the authenticity of documents produced by NRG Oncology in this action bearing bates numbers NRG-000001-NRG-001618 and NRG-N-000001-NRG-N-001911 (the "NRG Records"), to make the deposition of NRG Oncology more efficient;

THEREFORE, the Parties agree and stipulate as follows:

Subject to the conditions and exceptions listed below, the Parties agree that the NRG Records which on their face appear to have been sent, received, or authored by an employee, officer or agent of NRG Oncology, shall be presumed authentic pursuant to Federal Rule of Evidence 901. Such authentication does not preclude the Parties from raising any other objection to the admissibility of such documents.

This stipulation shall not serve as a waiver of any other objections a party may have to exhibits offered, or proposed to be offered, at trial, or abrogate the requirement that the party offering the document into evidence satisfy any other rules governing the admissibility of evidence set forth in Federal Rules of Evidence, the Federal Rules of Civil Procedure, Local Rules, the Court's individual practices, or any other applicable rule or regulation.

SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:  October 11, 2024 | **KELLER/ANDERLE LLP** |
| 2 | | |
| 3 | | By: */s/ Chase Scolnick* |
| | | **Chase Scolnick** |
| 4 | | |
| | | Attorneys for Plaintiff |
| 5 | | GUARDANT HEALTH, INC. |
| 6 | | |
| 7 | Dated:  October 11, 2024 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 8 | | |
| 9 | | By: */s/ Andrew J. Bramhall* |
| | | **Andrew J. Bramhall** |
| 10 | | |
| 11 | | Attorneys for Defendant |
| | | NATERA, INC. |

# FILER'S ATTESTATION

Pursuant to Civil L.R. 5.1(i)(3), the undersigned hereby attests that concurrence in the filing of this document has been obtained from counsel for Plaintiff Guardant Health, Inc. and is electronically signed with the express permission of Plaintiff's counsel.

Dated: October 11, 2024

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Andrew J. Bramhall*
   **Andrew J. Bramhall**

Attorneys for Defendant
NATERA, INC.