UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NATERA, INC.,<br><br>    Defendant and Counterclaim-Plaintiff. | CASE NO. 3:21-CV-04062-EMC<br><br>[PROPOSED] ORDER GRANTING NATERA'S ADMINISTRATIVE MOTION TO ALLOW CERTAIN EQUIPMENT FOR TRIAL<br><br>Place:    Courtroom 5, 17th Floor<br>Judge:   Hon. Edward M. Chen<br>Trial:    November 5, 2024 |

1    Before the Court is Defendant and Counterclaim Plaintiff Natera, Inc.'s ("Natera")
2 Administrative Motion to Allow Certain Equipment for Trial. Having considered the papers, the
3 Court **GRANTS** Natera's motion. Natera may bring the equipment listed below to Courtroom 5,
4 17th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102, for the trial scheduled from
5 November 5 through November 25, 2024:

6    Laptops and power adapters
7    Tablets and power adapters
8    Phones and power adapters
9    External hard drives
10   Flash drives
11   Keyboards and mouses
12   Power extension cords
13   Power strips
14   VGA and HDMI cables
15   Monitors **Only monitor allowed in the courtroom is for trial tech.**
16   Portable tech table and skirt
17   HDMI switches
18   HDMI splitters
19   VGA splitters
20   USB cables and adapters
21   Laptop stands
22   Gaffer tape
23   PowerPoint clickers
24   Demonstrative boards
25   Demonstrative easels
26   Printer **Not allowed in courtroom. Must be kept in assigned witness room.**
27
28

1  **IT IS SO ORDERED**.

2

3  DATED: October 22, 2024

4  _____
   HONORABLE EDWARD M. CHEN
5  United States District Court Judge