UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| GUARDANT HEALTH, INC.<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>vs.<br><br>NATERA, INC.<br><br>    Defendant and<br>    Counterclaim-Plaintiff. | CASE NO. 3:21-cv-04062-EMC<br><br>[~~PROPOSED~~] ORDER GRANTING GUARDANT'S ADMINISTRATIVE MOTION TO ALLOW CERTAIN EQUIPMENT FOR TRIAL<br><br>Place:   Courtroom 5, 17th Floor<br>Judge:  Hon. Edward M. Chen<br>Trial:    November 5, 2024 |

Before the Court is Plaintiff and Counterclaim Defendant Guardant Health, Inc.'s ("Guardant") Administrative Motion to Allow Certain Equipment for Trial. Having considered the papers, the Court **GRANTS** Guardant's Motion. Guardant may bring the equipment listed below to Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102, for the trial scheduled from November 5th through November 25th, 2024:

    Laptops and Power Adapters

    Tablets and Power Adapters

    Phones and power adapters

    External hard drives

    Flash drives

    Keyboards and mouses

    Power extension cords

    Power strips

    VGA and HDMI cables

    Monitors for Tech Table

1. Portable tech table and skirt
2. VGA splitters
3. HDMI switches
4. HDMI splitters
5. Demonstrative boards
6. USB cables and adapters
7. Laptop stands
8. Gaffer tape
9. Demonstrative easels
10. PowerPoint clickers
11. Data hot spot device
12. Tools to assemble/disassemble equipment
13. Library Book Carts
14. Headphones/Earbuds
15. Audio Cables
16. Speaker

**IT IS SO ORDERED**.

DATED: __October 24, 2024__

_____
HONORABLE EDWARD M. CHEN
United States District Court Judge