QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
Andrew J. Bramhall (Bar No. 253115)
andrewbramhall@quinnemanuel.com
Margaret H.S. Shyr (Bar No. 300253)
margaretshyr@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Valerie Lozano (Bar No. 260020)
valerielozano@quinnemanuel.com
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Anne S. Toker (admitted *pro hac vice*)
annetoker@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Derek L. Shaffer (Bar No. 212746)
1300 I Street, Suite 900
Washington, DC 20005
derekshaffer@quinnemanuel.com
Telephone: (202) 538-8000
Facsimile:  (202) 538-8100

Attorneys for Defendant and Counterclaim-Plaintiff NATERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> vs. <br><br> NATERA, INC., <br><br> Defendant and Counterclaim-Plaintiff. | Case No. 3:21-CV-04062-EMC <br><br> **NATERA, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendant/Counterclaim-Plaintiff Natera, Inc. ("Natera") moves this Court to consider whether portions of Natera's Emergency Motion Pursuant to Fed. R. Civ. P. 37(c) For Lesser Sanctions And/Or For Clarification should be sealed. Pursuant To Civil Local Rules 79-5(F), Natera identifies the following as containing information that has either been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by Guardant Health, Inc. ("Guardant").

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Natera's Emergency Motion Pursuant to FRCP 37(c) For Lesser Sanctions And/Or For Clarification ("Emergency Motion") | Blue Highlighted Portions | Guardant |
| Exhibit 1 to Natera's Emergency Motion | Entirety | Guardant |
| Exhibit 2 to Natera's Emergency Motion | Entirety | Guardant |
| Exhibit 3 to Natera's Emergency Motion | Entirety | Guardant |
| Exhibit 5 to Natera's Emergency Motion | Entirety | Guardant |
| Exhibit 13 to Natera's Emergency Motion | Entirety | Guardant |
| Exhibit 15 to Natera's Emergency Motion | Entirety | Guardant |

In compliance with Civil Local Rule 79-5(d), unredacted versions of the above listed documents accompany this Administrative Motion. Pursuant to Civil Local Rule 79-5(f), Natera expects Guardant, as the Designating Party, will file a declaration in support of this Administrative Motion.

| | | |
|---|---|---|
| DATED:  October 29, 2024 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By | */s/ Derek L. Shaffer* |
| | | Derek L. Shaffer |
| | | Attorneys for NATERA, INC., a Delaware corporation, Defendant and Counterclaim Plaintiff |