Saul Perloff (157092)
saul.perloff@aoshearman.com
Kathy Grant (*pro hac vice*)
kathy.grant@aoshearman.com
Andre Hanson (*pro hac vice*)
andre.hanson@aoshearman.com
Olin "Trey" Hebert (*pro hac vice*)
trey.hebert@aoshearman.com
ALLEN OVERY SHEARMAN
STERLING US LLP
300 W. Sixth Street, 22nd Floor
Austin, Texas 78701
Telephone      (512) 647-1900

Christopher LaVigne (*pro hac vice*)
christopher.lavigne@aosherman.com
ALLEN OVERY SHEARMAN
STERLING US LLP
599 Lexington Ave
New York, NY 10022
Telephone      (212) 848-4000

Jennifer L. Keller (84412)
jkeller@kelleranderle.com
Chase Scolnick (227631)
cscolnick@kelleranderle.com
Craig Harbaugh (194309)
charbaugh@kelleranderle.com
Gregory Sergi (257415)
gsergi@kelleranderle.com
KELLER/ANDERLE LLP
18300 Von Karman Ave., Suite 930
Irvine, CA 92612
Telephone   (949) 476-0900

Attorneys for Plaintiff/Counterclaim-Defendant
GUARDANT HEALTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.,<br>a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATERA, INC.,<br>a Delaware corporation,<br><br>Defendant. | Case No. 3:21-cv-04062-EMC<br><br>**GUARDANT HEALTH INC.'S NOTICE REGARDING UNSEALING THE COURT'S ORDER ON GUARDANT'S MOTION FOR SANCTIONS, DKT. 730** |

DOCUMENT PREPARED
ON RECYCLED PAPER

Pursuant to the Court's Order Granting in Part and Deferring in Part Guardant's Motion for Sanctions (Dkt. 730), Guardant has requested three times (10/25 at 4:59 P.M., 10/29 at 9:20 A.M, and 10/29 at 8:14 P.M) that Natera meet and confer with us regarding whether anything in the Order should remain under seal. *See* Ex. A att'd hereto. As we advised Natera's counsel, Guardant does not believe that anything in the order should be under seal, and therefore, the entire Order may be publicly filed.

As of this submission, Natera's counsel have neither identified anything in the Court's order that warrants continued sealing, nor have they agreed to meet and confer about continued sealing.

Dated:  October 30, 2024

**KELLER/ANDERLE LLP**

**CHASE SCOLNICK**
By:   */s/ Chase Scolnick*
   Chase Scolnick

Attorney for Plaintiff
GUARDANT HEALTH, INC.

DOCUMENT PREPARED
ON RECYCLED PAPER