1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
3  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
4  Andrew J. Bramhall (Bar No. 253115)
   andrewbramhall@quinnemanuel.com
5  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
6  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
7
   QUINN EMANUEL URQUHART &
8  SULLIVAN, LLP
   Valerie Lozano (Bar No. 260020)
9  valerielozano@quinnemanuel.com
   865 Figueroa Street, 10th Floor
10 Los Angeles, California 90017
   Telephone:    (213) 443-3000
11 Facsimile:    (213) 443-3100

   QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
   Anne S. Toker (*pro hac vice*)
   annetoker@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
   New York, New York 10010-1601
   Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100

12 Attorneys for Defendant and Counterclaim-
   Plaintiff NATERA, INC.

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

17

18 GUARDANT HEALTH, INC.,                    Case No. 21-cv-04062-EMC

19         Plaintiff and Counterclaim-
           Defendant,                        **NATERA INC.'S NOTICE RE
20                                           UNSEALING OF DKT. 730**
        vs.
21
   NATERA, INC.,
22
           Defendant and Counterclaim-
23         Plaintiff.

24

25

26

27

28

1    Natera, Inc. ("Natera") hereby provides notice that it does not seek to seal any portion of the

2  Court's Order at Dkt. 730 ("Order").   As the email chain attached to Guardant Health, Inc.'s

3  ("Guardant") Notice at Dkt. 753 reflects, Natera did respond to Guardant to inform it that Natera

4  was reviewing the Court's Order to determine whether any portions warrant sealing.  Dkt. 753-1 at

5  2.  Although Guardant attempted to impose an earlier deadline than the Court had ordered (Dkt. 730

6  at 19), Natera informed the Court timely that it did not seek to seal any material.

7

8

9  DATED:  October 30, 2024              QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
10

11
                                         By */s/ Andrew J. Bramhall*
12                                          QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
13                                          Andrew J. Bramhall (Bar No. 253115)
                                            andrewbramhall@quinnemanuel.com
14                                          555 Twin Dolphin Drive, 5th Floor
                                            Redwood Shores, California 94065-2139
15                                          Telephone:     (650) 801-5000
                                            Facsimile:     (650) 801-5100
16
                                            Attorneys for Defendant and Counterclaim-
17                                          Plaintiff, NATERA, INC.

18

19

20

21

22

23

24

25

26

27

28