**Saul Perloff (157092)**
saul.perloff@aoshearman.com
**Katharyn Grant** *(pro hac vice)*
kathy.grant@aoshearman.com
**Andre Hanson** *(pro hac vice)*
andre.hanson@aoshearman.com
**Olin "Trey" Hebert** *(pro hac vice)*
trey.hebert@aoshearman.com
**ALLEN OVERY SHEARMAN STERLING US LLP**
300 W. Sixth Street, 22nd Floor
Austin, TX 78701
Telephone  (512) 647-1900

**Christopher LaVigne** *(pro hac vice)*
christopher.lavigne@sherman.com
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Ave
New York, NY 10022
Telephone  (212) 848-4000

**Jennifer L. Keller (84412)**
jkeller@kelleranderle.com
**Chase Scolnick (227631)**
cscolnick@kelleranderle.com
Craig Harbaugh (194309)
charbaugh@kelleranderle.com
Gregory Sergi (257415)
gsergi@kelleranderle.com
**KELLER/ANDERLE LLP**
18300 Von Karman Ave., Suite 930
Irvine, CA 92612
Telephone (949) 476-0900

Attorneys for Plaintiff/Counterclaim-Defendant
GUARDANT HEALTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.<br><br>        Plaintiff and<br>        Counterclaim-Defendant,<br><br>   vs.<br><br>NATERA, INC.<br><br>        Defendant and<br>        Counterclaim-Plaintiff. | Case No. 3:21-cv-04062-EMC<br><br>**GUARDANT HEALTH, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL IN CONNECTION WITH GUARDANT'S RESPONSE IN OPPOSITION TO NATERA'S EMERGENCY MOTION FOR LESSER SANCTIONS**<br><br>Motion Hearing: Nov. 4, 2024, at 8:30 am<br>Trial Date: November 5, 2024 |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff/Counter-Defendant Guardant Health, Inc. ("Guardant") files this Administrative Motion to Consider Whether Defendant/Cross-Plaintiff Natera, Inc.'s ("Natera") Material Should be Filed Under Seal in Connection with Guardant's Response in Opposition to Natera's Emergency Motion for Lesser Sanctions (Dkt. 749), which contains information designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Natera.

Pursuant to Local Rule 79-5(f), Plaintiff identifies the following as containing information that has been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by Natera:

| Document to be Sealed | Portion Requested to Seal | Party Designating Information Confidential |
|---|---|---|
| Guardant's Response in Opposition to Natera's Emergency Motion for Lesser Sanctions (Dkt. 749) | Highlighted Portions | Natera, Inc. |
| Exhibit A<br><br>Transcript of the June 7, 2024 Deposition of Matthew Rabinowitz (Excerpts) | Entire Document | Natera, Inc. |

Dated: October 31, 2024

**ALLEN OVERY SHEARMAN STERLING US LLP**

By */s/ Saul Perloff*
Saul Perloff

Attorney for Plaintiff
GUARDANT HEALTH, INC.

DOCUMENT PREPARED ON RECYCLED PAPER