**Saul Perloff (157092)**
saul.perloff@aoshearman.com
**Katharyn Grant** *(pro hac vice)*
kathy.grant@aoshearman.com
**Andre Hanson** *(pro hac vice)*
andre.hanson@aoshearman.com
**Olin "Trey" Hebert** *(pro hac vice)*
trey.hebert@aoshearman.com
**ALLEN OVERY SHEARMAN STERLING US LLP**
300 W. Sixth Street, 22nd Floor
Austin, TX 78701
Telephone  (512) 647-1900

**Christopher LaVigne** *(pro hac vice)*
christopher.lavigne@sherman.com
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Ave
New York, NY 10022
Telephone  (212) 848-4000

Attorneys for Plaintiff/Counterclaim-Defendant
GUARDANT HEALTH, INC.

**Jennifer L. Keller (84412)**
jkeller@kelleranderle.com
**Chase Scolnick (227631)**
cscolnick@kelleranderle.com
Craig Harbaugh (194309)
charbaugh@kelleranderle.com
Gregory Sergi (257415)
gsergi@kelleranderle.com
**KELLER/ANDERLE LLP**
18300 Von Karman Ave., Suite 930
Irvine, CA 92612
Telephone (949) 476-0900

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NATERA, INC.<br><br>Defendant and Counterclaim-Plaintiff. | Case No. 3:21-cv-04062-EMC<br><br>**CERTIFICATE OF SERVICE**<br><br>Motion Hearing: Nov. 4, 2024, at 8:30 am<br>Trial Date: November 5, 2024 |

CERTIFICATE OF SERVICE RE ADMIN. MTN. TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 3:21-Cv-04062-EMC

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following documents

- **GUARDANT HEALTH, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL IN CONNECTION WITH GUARDANT'S RESPONSE IN OPPOSITION TO NATERA'S EMERGENCY MOTION FOR LESSER SANCTIONS**

- **DECLARATION OF TREY HEBERT IN SUPPORT OF GUARDANT'S RESPONSE IN OPPOSITION TO NATERA'S EMERGENCY MOTION FOR LESSER SANCTIONS (DKT. 749)**

- **[PROPOSED] ORDER GRANTING GUARDANT HEALTH'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

have been served on October 31, 2024, to the counsel of record via email to qe-natera-guardant@quinnemanuel.com.

**Counsel for Defendants:**

Kevin P.B. Johnson

Victoria F. Maroulis

Andrew J. Bramhall

Anne S. Toker

Valerie Lozano

Andrew Naravage

Ryan Landes

Elle Wang

Margaret Shyr

Ryan Hudash

Brian Cannon

Jocelyn Ma

Kaitlin Keohane

Victoria Parker

DOCUMENT PREPARED ON RECYCLED PAPER

Dated: October 31, 2024

**ALLEN OVERY SHEARMAN STERLING US LLP**

By */s/ Saul Perloff*
Saul Perloff

Attorney for Plaintiff
GUARDANT HEALTH, INC.

DOCUMENT PREPARED ON RECYCLED PAPER