| | |
|---|---|
| Saul Perloff (157092)<br>saul.perloff@aoshearman.com<br>Kathy Grant *(pro hac vice)*<br>kathy.grant@aoshearman.com<br>Andre Hanson *(pro hac vice)*<br>andre.hanson@aoshearman.com<br>Olin "Trey" Hebert *(pro hac vice)*<br>trey.hebert@aoshearman.com<br>ALLEN OVERY SHEARMAN<br>STERLING US LLP<br>300 W. Sixth Street, 22nd Floor<br>Austin, Texas 78701<br>Telephone    (512) 647-1900<br><br>Christopher LaVigne *(pro hac vice)*<br>christopher.lavigne@aoshearman.com<br>ALLEN OVERY SHEARMAN<br>STERLING US LLP<br>599 Lexington Ave<br>New York, NY 10022<br>Telephone    (212) 848-4000<br><br>Jennifer L. Keller (84412)<br>jkeller@kelleranderle.com<br>Chase Scolnick (227631)<br>cscolnick@kelleranderle.com<br>Craig Harbaugh (194309)<br>charbaugh@kelleranderle.com<br>Gregory Sergi (257415)<br>gsergi@kelleranderle.com<br>KELLER/ANDERLE LLP<br>18300 Von Karman Ave., Suite 930<br>Irvine, CA 92612<br>Telephone  (949) 476-0900<br><br>Attorneys for Plaintiff/Counterclaim-<br>Defendant GUARDANT HEALTH, INC. | Kevin P.B. Johnson (SBN 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (SBN 202603)<br>victoriamaroulis@quinnemanuel.com<br>Andrew J. Bramhall (SBN 253115)<br>andrewbramhall@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065-2139<br>Telephone    (650) 801-5000<br>Facsimile    (650) 801-5100<br><br>Anne S. Toker *(pro hac vice)*<br>annetoker@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010-1601<br>Telephone    (212) 849-7000<br>Facsimile    (212) 849-7100<br><br>Valerie Lozano (SBN 260020)<br>valerielozano@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone    (213) 443-3000<br>Facsimile    (213) 443-3100<br>Attorneys for Defendant/Counterclaim-<br>Plaintiff NATERA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.,<br><br>  Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>NATERA, INC.,<br><br>  Defendant and Counterclaim-Plaintiff. | Case No. 3:21-cv-04062-EMC<br><br>**JOINT SUBMISSION RE JURY GLOSSARY (DKT. 752)** |

Pursuant to this Court's Order, Dkt. 752 (October 30, 2024), the Parties offer the following joint-stipulated jury glossary, attached hereto as Exhibit A.

Jointly submitted,

Dated: November 1, 2024

**KELLER/ANDERLE LLP**

**CHASE SCOLNICK**
By:   */s/ Chase Scolnick*
          Chase Scolnick

Attorney for Plaintiff/Counter-Defendant
GUARDANT HEALTH, INC.

Dated November 1, 2024

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
KEVIN P.B. JOHNSON
VICTORIA F. MAROULIS
ANDREW J. BRAMHALL
ANNE TOKER

By:   */s/ Andrew J. Bramhall*
          Andrew J. Bramhall

Attorney for Defendant/Counter-Plaintiff
NATERA, INC.

**FILER'S ATTESTATION**

Pursuant to Civil LR 5.1(i)(3), the undersigned hereby attests that concurrence in the filing of this **JOINT SUBMISSION RE JURY GLOSSARY** has been obtained from counsel for Natera, Inc. and is electronically signed with the express permission of Natera's counsel.

Date: November 1, 2024

By:   */s/ Chase Scolnick*
       Chase Scolnick

Attorney for Plaintiff/Counter-Defendant
GUARDANT HEALTH, INC.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | In accordance with Local Rule 5-5, I certify, that on November 1, 2024, this document, |
| 3 | filed with the Court through the CM/ECF system, will be sent electronically to the registered |
| 4 | participants at their e-mail addresses as identified in the Notice of Electronic Filing (NEF). Non- |
| 5 | CM/ECF participants will be served via First-Class Mail. |
| 6 | I certify under penalty of perjury that the foregoing is true and correct. Executed this 1st |
| 7 | day of November. |
| 8 | |
| 9 | */s/ Chase A. Scolnick*<br>Chase A. Scolnick |

- 1 -
CERTIFICATE OF SERVICE