UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GUARDANT HEALTH, INC.,
                    Plaintiff,

        v.

NATERA, INC.,
                    Defendant.

Case No.  21-cv-04062-EMC

**ORDER RE: OBJECTIONS TO "MUST USE" EXHIBIT LIST**

Docket No. 732

The Court rules as follows re: the Parties "must use" exhibit list at Docket No. 732. "O" refers to overruled.  "S" corresponds to sustained. "O" corresponds to overruled. "D" corresponds to deferred. "W" corresponds to waived.

The Court notes the following rulings do not absolve a party of laying the proper foundation and authentication necessary to introduce their respective exhibits.

Parties are referred to the Court's *Motion in Limine* Order at Docket No. 509, and the Order on the Bellwether Exhibit List at Docket No. 611.

I.      **Guardant's Certainly Will Use Exhibits and Natera's Objections**
        Natera maintains the following specific objections to exhibits on Guardant's "must use" list:

United States District Court
Northern District of California

| Exhibit No. | Sponsoring Witness | Description | Natera's Narrowed Objections | Guardant Response | Court's Outcome |
|---|---|---|---|---|---|
| 40 | Natera corporate representative (Moshkevich) | Email re Signature Tissue Failure Rate Dashboard | R, 403, Dkt. 611 at 11 (Internal failure rate) | Relevant / not unduly prejudicial (falsity of failure rate claim); Court deferred ruling (Dkt. 611 at 11) until other evidence for context. | D<br><br>[Part of Bellwether Order, need more context] |
| 41 | Natera corporate representative (Moshkevich) | Oncology Commercial Milestones | As to pp. 3-6 only: 105, R, 403, Dkt. 611 at 11 (failure rate) | Waiver; defendant includes this exhibit on its exhibit list. Relevant / not unduly prejudicial (falsity of failure rate claim); Court deferred ruling (Dkt. 611 at 11) until other evidence for context. | W<br><br>[Court stated in Bellwether Order, Waiver if Opposing side includes exhibit] |
| 51 | Natera corporate representative (Moshkevich, Masukawa, Aleshin, Chapman, Sharma) | Email re Aarhaus FNs (Follow Up) | 403, Dkt. 509 (MIL 3); (post Reinert internal discussion) | Relevant / not unduly prejudicial (Dkt. 509 at 15 allowing impeachment of Natera assertions) Also relevant to state of mind and commercial importance of performance metrics. | O<br><br>[MIL states relevant for impeachment, state of mind] |

United States District Court
Northern District of California

| Exhibit No. | Sponsoring Witness | Description | Natera's Narrowed Objections | Guardant Response | Court's Outcome |
|---|---|---|---|---|---|
| 87 | Natera corporate witness (Aleshin) | ctDNA Sequencing Platform Evaluation - CRC Presurgery Plasma Samples Stage 1-IV | 105, R, H, 403, Dkt. 509 (MIL 3), Dkt. 611 at 13 (not commercial assay) | Waiver; defendant includes this exhibit on its exhibit list. FRE 801(d)(2)(B); Relevant / not unduly prejudicial; Bakeoff ruled conditionally admissible (Dkt. 509 at 13 overruling 403 objection); (includes commercial assay BIP); Court deferred other determinations to trial. | W [Waiver for D's inclusion of exhibit] |
| 90 | Guardant corporate representative (McCoy, Talasaz) | Email re MolDx response to M. McCoy re Guardant Reveal Technical Assessment Submission | 105 (not for damages or alleged delay) | Relevant for matters other than damages/delay. | S; Not to be used for damages or delay, otherwise deferred pending showing of relevance |
| 97 | Natera corporate representative (Moshkevich, Masukawa) | Email re SOLAR Assistance | 105 (not for damages or alleged delay) | Relevant for matters other than damages/delay. | O; state of mind |
| 112 | Natera corporate representative (Masukawa) | Email re [INFORM] Dear Dr. Letter sent today (tumor-informed vs Tumor-naïve) | R, 403, Dkt. 326 at 25:17-26:4 (quantitation not alleged to be false/not relevant) | Relevant / not unduly prejudicial; concerns performance claims beyond quantitation | O |

3

United States District Court
Northern District of California

| Exhibit No. | Sponsoring Witness | Description | Natera's Narrowed Objections | Guardant Response | Court's Outcome |
|---|---|---|---|---|---|
| 132 | Natera or Guardant corporate representative | Joint Statement Regarding Plaintiff Guardant Health, Inc.'s Motion for Preliminary Injunction | Dkt. 509 (MIL 4), R, 403, BRPL | Waiver; defendant includes this exhibit on its exhibit list. Relevant as described in "Purpose of Exhibit" column (Evidence supporting Guardant's inability to undertake corrective advertising during pendency of lawsuit); Objections may be addressed by limiting instruction. | D (depends on whether Natera asserts failure to mitigate) |
| 156 | Natera corporate representative (Chapman, Aleshin, Moshkevich, Masukawa) | Email re: Draft bullet for MolDx - WIP | 105 (not for damages or alleged delay) | Relevant for matters other than damages/delay. | O; state of mind |

| Exhibit No. | Sponsoring Witness | Description | Natera's Narrowed Objections | Guardant Response | Court's Outcome |
|---|---|---|---|---|---|
| 194 | Natera witness (Sharma, Moshkevich, Aleshin) | Email re Accepted: Aarhus CRC External Meeting (Attachment: Signatera pipeline updates; revised Signatera reports) | 403, Dkt. 509 (MIL 3); (post Reinert internal discussion) | Relevant / not unduly prejudicial (Dkt. 509 at 15 allowing impeachment of Natera assertions) Also relevant to state of mind and commercial importance of performance metrics. | O; subject to MIL; relevant for impeachment, state of mind |
| 196 | Natera witness (Sharma, Moshkevich, Aleshin) | Email re Longitudinal Analysis inclusion criteria | 403, Dkt. 509 (MIL 3); (post Reinert internal discussion) | Relevant / not unduly prejudicial (Dkt. 509 at 15 allowing impeachment of Natera assertions) Also relevant to state of mind and commercial importance of performance metrics. | O; subject to MIL; relevant for impeachment, state of mind |
| 225 | Natera corporate representative | Attachment to Ex. 1397 - Letter to Bien-Willner | 105 (not for damages or alleged delay) | Relevant for matters other than damages/delay. | O; state of mind |
| 226 | Natera corporate representative | Email re We have a meeting with MolDx tomorrow to discuss comparable/equivalent | 105 (not for damages or alleged delay) | Relevant for matters other than damages/delay. | O; state of mind |
| 227 | Natera corporate representative | Email re Medicare reveal plan | 105 (not for damages or alleged delay) | Relevant for matters other than damages/delay. | O; relevant state of mind |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

| Exhibit No. | Sponsoring Witness | Description | Natera's Narrowed Objections | Guardant Response | Court's Outcome |
|---|---|---|---|---|---|
| 245 | Guardant corporate representative (Odegaard) | Sample Failure Rate_2022-04-20 | R, H, 403, Dkt. 611 at 11 (deferred) (GH internal failure rate) | Relevant / not unduly prejudicial (falsity of failure rate claim); Court deferred ruling (Dkt. 611 at 11) until other evidence for context. | D [MIL defers pending showing of relevance] |
| 286 | Chapman, Moshkevich, Aleshin, Masukawa | Emails re: Tumor-informed vs Tumor uninformed | A, FN, 403, 602, 611a, Dkt. 509 (MIL 4), M | Email Produced by Natera, Party Opponent Admission, FRE 702, FRE 703; relevant / not unduly prejudicial (scope of Natera false advertising). | O [Party admissions] |
| 416 | Hochster | Rutgers: Questions Regarding Conflict of Interest | H, R, 403 | Business record; Relevant / not unduly prejudicial (relevant to credibility determination) | Moot, Hochster no longer witness |

United States District Court
Northern District of California

| Exhibit No. | Sponsoring Witness | Description | Natera's Narrowed Objections | Guardant Response | Court's Outcome |
|---|---|---|---|---|---|
| 423 | Chapman | Natera Inc at Morgan Stanley 18th Annual Global Healthcare Conference (Virtual) - Final | Natera proposes both sides agree on admission of investor/earnings transcripts | Guardant agrees to withdraw its objections, with understanding that the version of the call transcripts used at trial must be complete transcripts of the entire call, and have no additional highlighting, notations, or opinions. | Moot, per Docket No. 732, page 3 Parties' agreement to Natera's proposal |
| 595 | Banks, McCoy, Odegaard, Price, Raymond, Rich, Eltoukhy, Talasaz | Genentech CRC Bake off Batch Summary | R, H, 403, Dkt. 509 (MIL 3), Dkt. 611 at 13 (not commercial assay) | Relevant / not unduly prejudicial; Bakeoff ruled conditionally admissible (Dkt. 509 at 13 overruling 403 objection); (includes commercial assay BIP); Court deferred other determinations to trial. | D |

## II. Natera's Certainly Will Use Exhibits and Guardant's Objections

Guardant maintains the following specific objections to exhibits on Natera's "must use" list:

| Exhibit No. | Sponsoring Witness | Description | Guardant's Narrowed Objections | Natera's Response | Court's Outcome |
|---|---|---|---|---|---|
| TX-0542 | Kimberly Banks, Mark McCoy, Justin Odegaard, Kristin Price, Victoria Raymond, Thereasa Rich, Helmy Eltoukhy, AmirAli Talasaz, Metzker | Email from Whelchel Fwd:FW: "Guardant Reveal" Product Launch for Early Stage Colorectal Residual Disease Detection | R, H, FRE 602 | Guardant's false/misleading statements to customers; authenticated during Guardant 30(b)(6) Deposition | O; If authenticated through 30(b)(6), document is admitted and need not be reauthenticated at trial. If authentication is disputed, Parties are to submit relevant excerpts. |
| TX-0544 | Kimberly Banks, Mark McCoy, Justin Odegaard, Kristin Price, Victoria Raymond, Thereasa Rich, Helmy Eltoukhy, AmirAli Talasaz, Metzker | Draft of Core Reveal Sales Aid | R, FRE 602, FN | Draft Guardant advertisement; goes to state of mind and knowledge of false/misleading statements. | O [Party admission] |

United States District Court
Northern District of California

| Exhibit No. | Sponsoring Witness | Description | Guardant's Narrowed Objections | Natera's Response | Court's Outcome |
|---|---|---|---|---|---|
| TX-0554 | Kimberly Banks, Mark McCoy, Justin Odegaard, Kristin Price, Victoria Raymond, Thereasa Rich, Helmy Eltoukhy, AmirAli Talasaz, Metzker | Email from Farooqi re: NEW PRODUCT and Publication GuardantReveal | R, H, FRE 602 | Guardant false/misleading statements to customers; authenticated during Guardant 30(b)(6) Deposition | O; If authenticated through 30(b)(6), document is admitted and need not be reauthenticated at trial. If authentication is disputed, Parties are to submit relevant excerpts. |
| TX-0569 | Kimberly Banks, Mark McCoy, Justin Odegaard, Kristin Price, Victoria Raymond, Thereasa Rich, Helmy Eltoukhy, AmirAli Talasaz | Email from Rich re: One more! | R, MIL | Cover email to TX 570. | O<br><br>[party admission] |
| TX-0570 | Kimberly Banks, Mark McCoy, Justin Odegaard, Kristin Price, Victoria Raymond, Thereasa Rich, Helmy Eltoukhy, AmirAli Talasaz | Reinert Re Review PowerPoint Presentation (attachment to TX. 151) | R, MIL | Shows Guardant created a comparison chart between Reinert and Parikh demonstrating that the studies can be compared. Goes to state of mind, and lack of falsity of Natera's ads. | O |

United States District Court
Northern District of California

| Exhibit No. | Sponsoring Witness | Description | Guardant's Narrowed Objections | Natera's Response | Court's Outcome |
|---|---|---|---|---|---|
| TX-0585 | Kimberly Banks, Mark McCoy, Justin Odegaard, Kristin Price, Victoria Raymond, Thereasa Rich, Helmy Eltoukhy, AmirAli Talasaz, Metzker | Presentation titled "Guardant Health New Product Introduction" | R, FRE 105, MIL | Shows Guardant compared data from Reinert to data from Parikh demonstrating that the studies can be compared. Goes to state of mind, and lack of falsity of Natera's ads. | O; state of mind |
| TX-0601 | Kimberly Banks, Mark McCoy, Justin Odegaard, Kristin Price, Victoria Raymond, Thereasa Rich, Helmy Eltoukhy, AmirAli Talasaz, Metzker | Email from McCoy re: Baird Flash/NTRA/Schulte: Colorectal Cancer Test Gets Draft Local Coverage Decision | R, H, FN | Shows Guardant tried to manipulate the Parikh data to fast-follow Natera's local coverage decision. Also shows Guardant believed Signatera and Reveal data was comparable. Authenticated during Guardant 30(b)(6) deposition. | O; If authenticated through 30(b)(6), document is admitted and need not be reauthenticated at trial. If authentication is disputed, Parties are to submit relevant excerpts. |

United States District Court
Northern District of California

| Exhibit No. | Sponsoring Witness | Description | Guardant's Narrowed Objections | Natera's Response | Court's Outcome |
|---|---|---|---|---|---|
| TX-0609 | Kimberly Banks, Mark McCoy, Justin Odegaard, Kristin Price, Victoria Raymond, Thereasa Rich, Helmy Eltoukhy, AmirAli Talasaz, Metzker | Email from McCoy re: Guardant Reveal Technical Assessment Submission | R, MIL, | Technical assessment relevant to the performance of Reveal and Medicare coverage of same. | S; 403 |
| TX-0621 | Kimberly Banks, Mark McCoy, Justin Odegaard, Kristin Price, Victoria Raymond, Thereasa Rich, Helmy Eltoukhy, AmirAli Talasaz, Metzker, Sood | Email from Banks re: Final MGH L1 MRD Manuscript For review | R, MIL | Manuscript regarding the Parikh study. Shows that Guardant suggested analyses, which is relevant to Guardant's manipulation of the Parikh study. | D; to be admissible must show related to prospective, blindness, or 1 year cutoff.] |

United States District Court
Northern District of California

| Exhibit No. | Sponsoring Witness | Description | Guardant's Narrowed Objections | Natera's Response | Court's Outcome |
|---|---|---|---|---|---|
| TX-0693 | Kimberly Banks, Mark McCoy, Justin Odegaard, Kristin Price, Victoria Raymond, Thereasa Rich, Helmy Eltoukhy, AmirAli Talasaz, Michael Metzker, Rebecca Betensky | Email from Saberi re: MGH | H, FRE 106 | Shows Guardant flipped calls made in the Parikh study. Party admission. | D; same as above |
| TX-1000 | Kimberly Banks, Mark McCoy, Justin Odegaard, Kristin Price, Victoria Raymond, Thereasa Rich, Helmy Eltoukhy, AmirAli Talasaz, Nitin Sood | Email from Nitin Sood re LUNAR 1 ESMO | R, H | Shows Guardant did a comparative analysis between Signatera and Reveal.  Party admission. | O, Party admission |
| TX-1002 | Kimberly Banks, Mark McCoy, Justin Odegaard, Kristin Price, Victoria Raymond, Thereasa Rich, Helmy Eltoukhy, AmirAli Talasaz, Nitin Sood | Email from Nitin Sood re LUNAR-1 MolDx Deck | R | Shows Guardant did a comparative analysis between Signatera and Reveal. | O, Party admission |

United States District Court
Northern District of California

| Exhibit No. | Sponsoring Witness | Description | Guardant's Narrowed Objections | Natera's Response | Court's Outcome |
|---|---|---|---|---|---|
| TX-1376 | Kimberly Banks, Mark McCoy, Justin Odegaard, Kristin Price, Victoria Raymond, Thereasa Rich, Helmy Eltoukhy, AmirAli Talasaz | Email from Leslie Bucheit re Reveal PEP deck with attachment FINAL Reveal P2P Education Deck Approved-OPT[3][99[ - Read-Only.pptx | H, FRE 602, FRE 105 | Guardant advertising and marketing statements. | O |
| TX-1444 | Alexey Aleshin, Kevin Masukawa, Solomon Moshkevich, Steve Chapman, Rebecca Betensky, Howard Hochster, Susan McDonald, Michael Metzker, Jeffery Stec | Email from Alexey Aleshin re ctDNA LCD Finalized with attachments | R, FRE 403, FRCP 26 | Relevant to Guardant's manipulation of the Parikh Study. | D; as above re permitted scope of challenge under ONY. |
| TX-1452 | Kimberly Banks, Helmy Eltoukhy, Victoria Raymond, Thereasa Rich, Nitin Sood, Rebecca Betensky, Michael Metzker, Jeffery Stec | Email from Kimberly Banks re LUNAR 1 ESMO | R, MIL, FRCP 26 | Shows Guardant did a comparative analysis between Signatera and Reveal, and shows lack of falsity of Natera's ads. | O |

United States District Court
Northern District of California

| Exhibit No. | Sponsoring Witness | Description | Guardant's Narrowed Objections | Natera's Response | Court's Outcome |
|---|---|---|---|---|---|
| TX-1517 | Kimberly Banks, Mark McCoy, Justin Odegaard, Kristin Price, Victoria Raymond, Thereasa Rich, Helmy Eltoukhy, AmirAli Talasaz | Dkt. 253-75 (Ex. ZZ to Natera's MSJ Opposition) ("Copy of flipped with TB YH.xlsx" produced at GHI00024905) | FRE 602, H | Evidence of flipped calls. Party admission. Authenticated in Guardant 30(b)(6) deposition. | O; If authenticated through 30(b)(6), document is admitted and need not be reauthenticated at trial. If authentication is disputed, Parties are to submit relevant excerpts. |
| TX-1786 | Aparna Parikh | Clinical Cancer Research - Minimal Residual Disease using a Plasma-Only Circulating Tumor DNA Assay to Predict Recurrence of Metastatic Colorectal Cancer Following Curative Intent Treatment | R, FRE 403, NB, MIL, H, FRE 106, Sanctions Ruling Dkt. 719 | Parikh publications regarding CRC. | S |
| TX-1799 | Solomon Moshkevich, Steve Chapman | Email from Paul Billings re "Fwd: Natera : J.P. Morgan Healthcare Conference Takeaways" | H, FRE 602 | State of mind. Authenticated through Natera's witnesses. | O |

| Exhibit No. | Sponsoring Witness | Description | Guardant's Narrowed Objections | Natera's Response | Court's Outcome |
|---|---|---|---|---|---|
| TX-1803 | Kimberly Banks, Mark McCoy, Justin Odegaard, Kristin Price, Victoria Raymond, Thereasa Rich, Helmy Eltoukhy, AmirAli Talasaz | Native version of TX-1517 (produced at GHI00024905) (Ex. ZZ to Natera's MSJ Opposition) ("Copy of flipped with TB YH.xlsx") (native) | H, FRE 602 | Evidence of flipped calls. Party admission. | D ; as noted above depends if within scope of permissible challenge under ONY |

**IT IS SO ORDERED**.

Dated: November 4, 2024

_____
EDWARD M. CHEN
United States District Judge