
Saul Perloff (157092)
saul.perloff@aoshearman.com
Kathy Grant (*pro hac vice*)
kathy.grant@aoshearman.com
Andre Hanson (*pro hac vice*)
andre.hanson@aoshearman.com
Olin "Trey" Hebert (*pro hac vice*)
trey.hebert@aoshearman.com
ALLEN OVERY SHEARMAN
STERLING US LLP
300 W. Sixth Street, 22nd Floor
Austin, TX 78701
Telephone    (512) 647-1900

Christopher LaVigne (*pro hac vice*)
christopher.lavigne@aoshearman.com
ALLEN OVERY SHEARMAN
STERLING US LLP
599 Lexington Ave
New York, NY 10022
Telephone    (212) 848-4000

Jennifer L. Keller (84412)
jkeller@kelleranderle.com
Chase Scolnick (227631)
cscolnick@kelleranderle.com
Craig Harbaugh (194309)
charbaugh@kelleranderle.com
Gregory Sergi (257415)
gsergi@kelleranderle.com
KELLER/ANDERLE LLP
18300 Von Karman Ave., Suite 930
Irvine, CA 92612
Telephone    (949) 476-0900

Attorneys for Plaintiff/Counterclaim-
Defendant GUARDANT HEALTH, INC.

Kevin P.B. Johnson (SBN 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (SBN 202603)
victoriamaroulis@quinnemanuel.com
Andrew J. Bramhall (SBN 253115)
andrewbramhall@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone    (650) 801-5000
Facsimile    (650) 801-5100

Anne S. Toker (*pro hac vice*)
annetoker@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
Telephone    (212) 849-7000
Facsimile    (212) 849-7100

Valerie Lozano (SBN 260020)
valerielozano@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone    (213) 443-3000
Facsimile    (213) 443-3100

Attorneys for Defendant/Counterclaim-
Plaintiff NATERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> vs. <br><br> NATERA, INC., <br><br> Defendant and Counterclaim-Plaintiff. | Case No. 3:21-cv-04062-EMC <br><br> **JOINT SUBMISSION RE OBJECTIONS REGARDING EXHIBITS FOR USE ON TRIAL DAYS ONE AND TWO (Dkt. Nos. 751 and 719)** |

**Witnesses called for Day 1 (Tuesday, November 5, 2024): Justin Odegaard**

Guardant may use the following exhibits with Dr. Justin Odegaard: TX-1, TX-2, TX-3, TX-4, TX-126, and demonstratives (presentation slides 1 through 4, excluding video demonstrative). Natera objects that Dr. Odegaard and the disclosed direct examination exhibits were untimely disclosed under Dkt. 736. Guardant responds that this was at the direction of and following discussion with the Court during the November 4 hearing.

| Exhibit No. | Sponsoring Witness | Description | Natera's Objections | Guardant's Response | Court's Outcome [leave blank] |
|---|---|---|---|---|---|
| TX-126 | Odegaard | Signatera vs. Reveal performance comparison | Witness lacks foundation regarding Natera document | Comparison chart at center of case; witness will testify as to lack of truth of comparisons; if necessary document may be admitted subject to linking up foundation | |

Natera may use the following exhibits with Dr. Odegaard: TX-1, TX-89, TX-228, TX-583, TX-585, TX-589 (only the first page) (counsel will not refer to the Tumor Variant Filter module), TX-702, TX-775, and TX-1215.

**Witnesses called for Day 2 (Wednesday, November 6, 2024): Kristin Price**

Guardant may use the following exhibits with Ms. Price: TX-1, TX-2, TX-3, TX-4, TX-61, TX-62, TX-126, TX-134, TX-298, TX-365, TX-542, TX-546, TX-554, TX-559, TX-775, TX-939 and TX-1376.

| Exhibit No. | Sponsoring Witness | Description | Natera's Objections | Guardant's Response | Court's Outcome [leave blank] |
|---|---|---|---|---|---|
| TX-126 | Price | Signatera vs. Reveal performance comparison | Witness lacks foundation regarding Natera document | Comparison chart at center of case; witness will testify as to lack of truth of comparisons; if necessary document may be admitted subject to linking up foundation | |
| TX-134 | Price | Email re Revised Template<br><br>Key Points & Updated June 10 Invite and attachments | Witness lacks foundation regarding Natera document | Natera advertising and communication regarding its advertising to sales force; witness will testify as to lack of truth of comparisons; if necessary document may be admitted subject to linking up foundation | |
| TX-365 | Price | Evidence Review PPT | Witness lacks foundation regarding Natera document | Natera advertising; witness will testify as to lack of truth of comparisons; if necessary document may be admitted subject to | |

04648-00006/15362777.1

| Exhibit No. | Sponsoring Witness | Description | Natera's Objections | Guardant's Response | Court's Outcome [leave blank] |
|---|---|---|---|---|---|
| | | | | linking up foundation | |

Natera may use the following exhibits with Ms. Price: TX-372, TX-538, TX-540, TX-544, TX-546, TX-549, TX-553, TX-554, TX-555, TX-557, TX-558, TX-559, TX-560, TX-566, TX-573, TX-576, TX-729, TX-743, TX-907, TX-1046, TX-1047, TX-1376, TX-1475, TX-1809, TX-1810, TX-1814, and TX-1815. Natera agrees to ensure that exhibits, e.g., TX-1809 and TX-1810, are redacted so that they do not refer to COBRA.

| | | |
|---|---|---|
| 1 | Dated: November 5, 2024 | **A&O SHEARMAN** |
| 2 | | |
| 3 | | By: */s/ Saul Perloff* <br> Saul Perloff |
| 4 | | |
| 5 | | Attorney for Plaintiff/Counter-Defendant <br> GUARDANT HEALTH, INC. |
| 6 | | |
| 7 | DATED: November 5, 2024 | QUINN EMANUEL URQUHART & <br> SULLIVAN, LLP |
| 8 | | |
| 9 | | |
| 10 | | By */s/ Ryan Landes* <br> QUINN EMANUEL URQUHART & <br> SULLIVAN, LLP |
| 11 | | Ryan Landes (Bar No. 252642) <br> andrewbramhall@quinnemanuel.com |
| 12 | | 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 |
| 13 | | Telephone:   (213) 443-3000 <br> Facsimile:    (213) 443-3100 |
| 14 | | |
| 15 | | Attorneys for Defendant and Counterclaim-Plaintiff, NATERA, INC. |

- 5 -
JOINT SUBMISSION RE EXHIBIT OBJECTIONS DAYS ONE AND TWO
CASE NO. 3:21-CV-04062-EMC

04648-00006/15362777.1

**FILER'S ATTESTATION**

Pursuant to Civil LR 5.1(i)(3), the undersigned hereby attests that concurrence in the filing of this **JOINT SUBMISSION RE EXHIBIT OBJECTIONS DAYS ONE AND TWO** has been obtained from counsel for Natera, Inc. and is electronically signed with the express permission of Natera's counsel.

Date: November 5, 2024

By:  */s/Saul Perloff*
     Saul Perloff

Attorney for Plaintiff/Counter-Defendant
GUARDANT HEALTH, INC.

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5-5, I certify, that on November 5, 2024, this document, filed with the Court through the CM/ECF system, will be sent electronically to the registered participants at their e-mail addresses as identified in the Notice of Electronic Filing (NEF). Non-CM/ECF participants will be served via First-Class Mail.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 5th day of November.

                                    */s/ Saul Perloff*
                                     Saul Perloff