QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
Andrew J. Bramhall (Bar No. 253115)
andrewbramhall@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Valerie Lozano (Bar No. 260020)
valerielozano@quinnemanuel.com
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Anne S. Toker (*pro hac vice*)
annetoker@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Derek L. Shaffer (Bar No. 212746)
1300 I Street, Suite 900
Washington, DC 20005
derekshaffer@quinnemanuel.com
Telephone: (202) 538-8000
Facsimile:  (202) 538-8100

Attorneys for Defendant and Counterclaim-Plaintiff NATERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NATERA, INC.,<br><br>Defendant. | CASE NO. 3:21-CV-04062-EMC<br><br>**DECLARATION OF KAITLIN E. KEOHANE IN SUPPORT OF NATERA INC.'S PROFFER OF EXCLUDED EVIDENCE** |

1  I, Kaitlin E. Keohane, declare:

2  1. I am an attorney licensed to practice in the State of California. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan LLP, counsel for Defendant Natera Inc. ("Natera") in the above-captioned matter. I submit this declaration in support of Natera's Proffer of Excluded Evidence. I have personal knowledge of the matters set forth in this Declaration. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached hereto as **TX-0145** is a true and correct copy of TX-0145, which was not admitted into evidence.

3. Attached hereto as **TX-0535** is a true and correct copy of TX-0535, which was not admitted into evidence.

4. Attached hereto as **TX-0536** is a true and correct copy of TX-0536, which was not admitted into evidence.

5. Attached hereto as **TX-0560** is a true and correct copy of TX-0560, which was not admitted into evidence.

6. Attached hereto as **TX-0587** is a true and correct copy of TX-0587, which was not admitted into evidence.

7. Attached hereto as **TX-0597** is a true and correct copy of TX-0597, which was not admitted into evidence.

8. Attached hereto as **TX-0609** is a true and correct copy of TX-0609, which was not admitted into evidence.

9. Attached hereto as **TX-0610** is a true and correct copy of TX-0611, which was not admitted into evidence.

10. Attached hereto as **TX-0612** is a true and correct copy of TX-0612, which was not admitted into evidence.

1      11.     Attached hereto as **TX-0687** is a true and correct copy of TX-0687, which was not
2  admitted into evidence.
3      12.     Attached hereto as **TX-0691** is a true and correct copy of TX-0691, which was not
4
5  admitted into evidence.
6      13.     Attached hereto as **TX-0692** is a true and correct copy of TX-0692, which was not
7  admitted into evidence.
8      14.     Attached hereto as **TX-0693** is a true and correct copy of TX-0693, which was not
9  admitted into evidence.
10     15.     Attached hereto as **TX-0697** is a true and correct copy of TX-0697, which was not
11 admitted into evidence.
12     16.     Attached hereto as **TX-0699** is a true and correct copy of TX-0699, which was not
13
14 admitted into evidence.
15     17.     Attached hereto as **TX-0700** is a true and correct copy of TX-0700, which was not
16 admitted into evidence.
17     18.     Attached hereto as **TX-0900** is a true and correct copy of TX-0900, which was not
18 admitted into evidence.
19     19.     Attached hereto as **TX-0981** is a true and correct copy of TX-0981, which was not
20
21 admitted into evidence.
22     20.     Attached hereto as **TX-0984** is a true and correct copy of TX-0984, which was not
23 admitted into evidence.
24     21.     Attached hereto as **TX-1478** is a true and correct copy of TX-1478, which was not
25 admitted into evidence.
26     22.     Attached hereto as **TX-1771** is a true and correct copy of TX-1771, which was not
27 admitted into evidence.
28

23. Attached hereto as **TX-1786** is a true and correct copy of TX-1786, which was not admitted into evidence.

24. Attached hereto as **TX-1787** is a true and correct copy of TX-1787, which was not admitted into evidence.

25. Attached hereto as **TX-1794** is a true and correct copy of TX-1794, which was not admitted into evidence.

26. Attached hereto as **TX-1795** is a true and correct copy of TX-1795, which was not admitted into evidence.

27. Attached hereto as **TX-1808** is a true and correct copy of TX-1808, which was not admitted into evidence.

28. Attached hereto as **TX-1809** is a true and correct copy of TX-1809, which was not admitted into evidence.

29. Attached hereto as **TX-1811** is a true and correct copy of TX-1811, which was not admitted into evidence.

30. Attached hereto as **Proffer Exhibit A** is a true and correct copy of Guardant's Response to Interrogatory No. 25, which was not admitted into evidence.

31. Attached hereto as **Proffer Exhibit B** is a true and correct copy of excerpts from the October 25, 2024 deposition of Dr. Claus Andersen, which was not admitted into evidence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2024 at San Francisco, California.

*/s/ Kaitlin E. Keohane*
Kaitlin E. Keohane

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-   Case No. 3:21-cv-04062-EMC
KEOHANE DECL. ISO NATERA'S PROFFER OF EXCLUDED EVIDENCE

1 | **ATTESTATION**

2 |     I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the
3 | above document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Kaitlin E. Keohane
4 | has concurred in the filing of the above document.

By /s/ *Victoria F. Maroulis*
    Victoria F. Maroulis