Jennifer L. Keller (84412)
jkeller@kelleranderle.com
Chase Scolnick (227631)
cscolnick@kelleranderle.com
Gregory Sergi (257415)
gsergi@kelleranderle.com
Craig Harbaugh (194309)
charbaugh@kelleranderle.com
**KELLER/ANDERLE LLP**
18300 Von Karman Ave., Suite 930
Irvine, CA 92612
Telephone   (949) 476-0900

Saul Perloff (157092)
saul.perloff@aoshearman.com
Kathy Grant (*pro hac vice*)
kathy.grant@aoshearman.com
Andre Hanson (*pro hac vice*)
andre.hanson@aoshearman.com
Olin "Trey" Hebert (*pro hac vice*)
trey.hebert@aoshearman.com
**ALLEN OVERY SHEARMAN STERLING US LLP**
300 W. Sixth Street, 22nd Floor
Austin, Texas 78701
Telephone   (512) 647-1900

Christopher LaVigne (*pro hac vice*)
christopher.lavigne@aoshearman.com
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Ave
New York, NY 10022
Telephone   (212) 848-4000

Attorneys for Plaintiff/Counterclaim-Defendant GUARDANT HEALTH, INC.

Kevin P.B. Johnson (SBN 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (SBN 202603)
victoriamaroulis@quinnemanuel.com
Andrew J. Bramhall (SBN 253115)
andrewbramhall@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone   (650) 801-5000
Facsimile   (650) 801-5100

Anne S. Toker (*pro hac vice*)
annetoker@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
Telephone   (212) 849-7000
Facsimile   (212) 849-7100

Valerie Lozano (SBN 260020)
valerielozano@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone   (213) 443-3000
Facsimile   (213) 443-3100
Attorneys for Defendant/Counterclaim-Plaintiff NATERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., | Case No. 3:21-cv-04062-EMC |
| Plaintiff and Counterclaim-Defendant, | **JOINT SUBMISSION RE PROPOSED POST-TRIAL BRIEFING SCHEDULE (DKT. 833)** |
| vs. | |
| NATERA, INC., | |
| Defendant and Counterclaim-Plaintiff. | |

Pursuant to this Court's Order, Dkt. 833 (November 26, 2024), the Parties have met and conferred and propose the following post-trial briefing schedule:

| | |
|---|---|
| **Status Conference** | December 16, 2024 |
| **Post-Trial Motions** (incl. any Rule 50 motions, motions for a new trial, motions re equitable claims not resolved by jury, motions for attorneys' fees, costs, permanent injunction, sanctions and any other remedies) | January 17, 2025 |
| **Oppositions** | February 14, 2025 |
| **Replies** | February 28, 2025 |
| **Hearing** | TBD |

Jointly submitted,

Dated: December 9, 2024

**KELLER/ANDERLE LLP**

**CHASE SCOLNICK**
By:   */s/ Chase Scolnick*
        Chase Scolnick

Attorney for Plaintiff/Counter-Defendant
GUARDANT HEALTH, INC.

Dated: December 9, 2024

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
KEVIN P.B. JOHNSON
VICTORIA F. MAROULIS
ANDREW J. BRAMHALL
ANNE TOKER

By:   */s/ Andrew J. Bramhall*
        Andrew J. Bramhall

Attorney for Defendant/Counter-Plaintiff
NATERA, INC.

- 2 -
JOINT SUBMISSION RE PROPOSED POST-TRIAL BRIEFING SCHEDULE (DKT. 833)
CASE NO. 3:21-CV-04062-EMC

**[PROPOSED] ORDER**

Pursuant to the Joint Submission re Proposed Post-Trial Briefing Schedule, it is SO ORDERED that the post-trial briefing schedule should occur as proposed by the parties [with the modification as reflected above].

**IT IS SO ORDERED**

DATED: _____          By: _____
                                            HONORABLE EDWARD M. CHEN
                                            United States District Court Judge

## FILER'S ATTESTATION

Pursuant to Civil LR 5.1(i)(3), the undersigned hereby attests that concurrence in the filing of this **JOINT SUBMISSION RE PROPOSED POST-TRIAL BRIEFING SCHEDULE (DKT. 833)** has been obtained from counsel for Natera, Inc. and is electronically signed with the express permission of Natera's counsel.

Date:  December 9, 2024

By:   */s/ Chase Scolnick*
          Chase Scolnick

Attorney for Plaintiff/Counter-Defendant
GUARDANT HEALTH, INC.

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5-5, I certify, that on December 9, 2024, this document, filed with the Court through the CM/ECF system, will be sent electronically to the registered participants at their e-mail addresses as identified in the Notice of Electronic Filing (NEF). Non-CM/ECF participants will be served via First-Class Mail.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 9th day of December.

*/s/ Chase Scolnick*
Chase Scolnick