| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com | Anne S. Toker (admitted *pro hac vice*) annetoker@quinnemanuel.com |
| 3 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com | 51 Madison Avenue, 22nd Floor New York, New York 10010-1601 |
| 4 | Andrew J. Bramhall (Bar No. 253115) andrewbramhall@quinnemanuel.com | Telephone:    (650) 801-5000 Facsimile:     (650) 801-5100 |
| 5 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065-2139 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 6 | Telephone:    (650) 801-5000 Facsimile:     (650) 801-5100 | Derek L. Shaffer (Bar No. 212746) 1300 I Street, Suite 900 |
| 7 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | Washington, DC 20005 derekshaffer@quinnemanuel.com |
| 8 | Valerie Lozano (Bar No. 260020) valerielozano@quinnemanuel.com | Telephone: (202) 538-8000 Facsimile:  (202) 538-8100 |
| 9 | 865 Figueroa Street, 10th Floor Los Angeles, California 90017 | |
| 10 | Telephone:    (213) 443-3000 Facsimile:     (213) 443-3100 | |
| 11 | | |
| 12 | Attorneys for Defendant and Counterclaim Plaintiff NATERA, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GUARDANT HEALTH, INC. | | CASE NO. 3:21-CV-04062-EMC |
| | Plaintiff and Counterclaim-Defendant, | **DECLARATION OF MARGARET SHYR IN SUPPORT OF NATERA'S BRIEF IN RESPONSE TO DKT. 730 RE SANCTIONS** |
| vs. | | |
| NATERA, INC. | | **FILED UNDER SEAL** |
| | Defendant and Counterclaim-Plaintiff. | |

Case No. 3:21-cv-04062-EMC
SHYR DECL. IN SUPPORT OF NATERA'S BRIEF IN RESPONSE TO DKT. 730 RE SANCTIONS