# EXHIBIT 1

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 2

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 3

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 4

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 5

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 6

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 7

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 8

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 9

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 10

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 11

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 12

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 13

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 14

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 15

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 16

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 17

EXHIBIT FILED
UNDER SEAL

# EXHIBIT 18

EXHIBIT FILED
UNDER SEAL