## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**

OCT 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> NATERA, INC., <br><br> Defendant, <br><br> ---------------------------------------- <br><br> QUINN EMANUEL URQUHART & SULLIVAN, LLP, <br><br> Interested Party - Appellant. | No. 25-5144 <br><br> D.C. No. 3:21-cv-04062-EMC <br> Northern District of California, San Francisco <br><br> ORDER |

Before: BERZON, RAWLINSON, and COLLINS, Circuit Judges.

The motion (Docket Entry No. 15) to dismiss this appeal for lack of jurisdiction, to which no response was filed, is granted. *See Weston Fam. P'ship LLLP v. Twitter, Inc.*, 29 F.4th 611, 618 (9th Cir. 2022) ("A decision is 'final' under § 1291 if it '(1) is a full adjudication of the issues, and (2) clearly evidences the judge's intention that it be the court's final act in the matter.'" (quoting *Disabled Rts. Action Comm. v. Las Vegas Events, Inc.*, 375 F.3d 861, 870 (9th Cir. 2004))); *see also Jensen Elec. Co. v. Moore, Caldwell, Rowland & Dodd, Inc.*, 873 F.2d 1327, 1329 (9th Cir. 1989) (an order awarding sanctions is not appealable

until the specific amount of sanctions is determined).

**DISMISSED.**