**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5113**

WRITER'S EMAIL ADDRESS
**andrewbramhall@quinnemanuel.com**

January 20, 2026

**<u>Via ECF</u>**

District Judge Edward M. Chen
Phillip Burton Federal Building
Courtroom 5, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    *Guardant Health v. Natera*, Case No. 3:21-cv-04062-EMC, Special Master Report and
Recommendation

Dear Judge Chen:

I write regarding the Special Master's Report and Recommendation, dated January 9, 2026. With that decision now rendered, I wanted to take this opportunity to submit a personal letter to Your Honor.

First and foremost, I want to sincerely apologize to Your Honor and to Magistrate Judge Kim. I deeply regret that my actions and omissions gave rise to these proceedings. I am profoundly sorry that statements that I signed and were my ultimate responsibility have misled the Court. That certainly was not, and would never be, my intent, and I deeply regret it.

I am grateful to the Special Master for his fair and careful consideration of the record, including my interview and documents. I take full responsibility for my conduct. I accept in no uncertain terms that there are things I could—and should—have done better. I see now that I was too willing to give Dr. Hochster the benefit of the doubt. I should have demanded more of him to verify his claims, and today I would absolutely do so of any similarly situated expert, consultant, or witness. I also regret that, as Ms. Wang's partner mentor, I did not do more to support and guide her, including in our efforts to comply with our discovery obligations.

This incident has had a profound impact on me personally and led to a great deal of reflection on how I can improve as a lawyer. To ensure nothing like this ever happens again, I have made changes to my practice that I will carry with me for the rest of my career. I also pledge to work within the firm to help educate others, especially younger lawyers, on what I've learned from this experience.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

Thank you very much for your time and consideration.

Respectfully submitted,

Andrew J. Bramhall