**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3145**

WRITER'S EMAIL ADDRESS
**ryanlandes@quinnemanuel.com**

January 20, 2026

**VIA ECF**

District Judge Edward M. Chen
Phillip Burton Federal Building
Courtroom 5, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     *Guardant Health v. Natera*, Case No. 3:21-cv-04062-EMC – Special Master Report and Recommendation

Dear Judge Chen:

I write regarding the Special Master's report and recommendation from January 9, 2026. I am grateful for the thorough investigation the Special Master conducted, and I very much appreciate his careful consideration of my testimony about what happened and what I have done as a result. Although the report notes my limited role in the events at issue, I want to be clear that this whole experience has had a significant impact on my thinking and my practice, and I greatly apologize for the imposition of these events on the Court. I am committed to applying the lessons I have learned from these events throughout my career.

Respectfully submitted,

Ryan Landes

RL

**quinn emanuel urquhart & sullivan, llp**
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH