**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700

WRITER'S DIRECT DIAL NO.
**(415) 875-6429**

WRITER'S EMAIL ADDRESS
**ellewang@quinnemanuel.com**

January 20, 2026

**VIA ECF**

The Honorable Edward M. Chen

Re:     *Guardant Health v. Natera*, Case No. 3:21-cv-04062-EMC – Special Master
         Report and Recommendation

Dear Judge Chen,

I write in response to the Special Master's Report and Recommendation of January 9, 2026.  As an initial matter, I greatly appreciate the thoroughness of the Special Master's investigation.  I also understand and respect the Special Master's conclusions.

I want to take this opportunity to personally apologize to you, Judge Chen, as well as to Judge Kim, for my actions.  While I had no intention to mislead the Court, I recognize that I could have and should have done a better, more thorough job in my factual investigation and interactions with Dr. Hochster.  I regret that an excerpt of my deposition, which is cited in the Report and Recommendation, makes it seem as if I believe I did nothing wrong.  The truth is that there were many things that I could, and should, have done differently.

I have reviewed the events of late 2023 through 2024 hundreds of times in my head, and have taken many lessons away.  As the Special Master found, I did not fully grasp the significance of the information provided to me.  I was overly trusting of Dr. Hochster, and I assigned undue weight to his statements when I should have conducted a fulsome, satisfactory investigation.  Although I was a mid-level associate when these events unfolded, that does not excuse my actions, and I have strived to do better as I continue to improve my practice.

I have incorporated the lessons I have learned in my current practice—they have prompted me to be more vigilant when relying on others, including by asking more questions, not taking statements at face value, and conducting more thorough factual investigations before making representations.

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

2

I take my ethical obligations and duties to the Court seriously.  I will continue to reflect on this experience, apply the lessons I have learned, and educate young associates to ensure nothing similar happens again.

Thank you very much for your time.


Respectfully submitted,

Elle Xuemeng Wang