**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5022**

WRITER'S EMAIL ADDRESS
**victoriamaroulis@quinnemanuel.com**

March 23, 2026

**Via ECF**

The Honorable Edward M. Chen

Re:    *Guardant Health v. Natera*, Case No., 3:21-cv04062-EMC
       Special Master Report and Recommendation

Dear Judge Chen:

I respectfully submit this letter in advance of the April 20, 2026, hearing in this matter, and greatly appreciate the Court's receiving and reviewing this letter.

As I stated in my witness testimony before the Special Master, I am one of the co-leaders of our team, and I take responsibility for both the good and bad things that happened in this case. Here, both Your Honor and Magistrate Judge Kim found that our team made misleading statements, and members of our team have submitted their own letters to Your Honor stating that they could have and should have done better. Every one of those attorneys ultimately reported to me, and each of them looked to me for guidance and leadership. I sincerely apologize to Your Honor and to Magistrate Judge Kim for everything that gave rise to this proceeding. My team has pledged to do better, and I pledge to do better as well.

I hold myself and my teams to the very highest ethical standards as I am profoundly grateful to be an officer of this Court. One of the first times I entered a federal court was in law school, as a political refugee from the Soviet Union, who was being sworn in as a citizen. A major part of the better life I was so grateful (and risked so much) to obtain is the fundamental fairness that our legal system ensures for all members of our society. For our legal system to function properly, lawyers must behave ethically. That Your Honor and Judge Kim found that our team failed in this essential obligation is deeply upsetting to me both personally and professionally.

Like the other members of my team, I have learned lessons that I have and will continue to implement in my practice. I now realize that, when our expert's honesty was being openly challenged, it was a mistake to take him at his word. While my previous experience with both expert witnesses and cancer physicians caused me to give him the benefit of the doubt, I understand that we should have done more to confirm his version of events, such as running targeted key-word searches on his computer ourselves, which would have demonstrated that his claim that he had deleted all the relevant emails was simply untrue. Likewise, I recognize that we should have done more to correct the record.

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

The lessons from this terrible chapter will stay with me through the rest of my life, both professionally and personally.  As a life-long mentor to countless young lawyers at my firm and in the wider legal community, I will ensure that these lawyers learn from our team's mistakes and will do better in the future.

I am grateful for the Court's consideration.

Respectfully submitted,

*/s/ Victoria F. Maroulis*

Victoria F. Maroulis

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(I)(3)**

I, Christopher Tayback, am the ECF user whose user ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from Victoria F. Maroulis.

By  */s/ Christopher Tayback*
Christopher Tayback

*Attorneys for Natera, Inc., Quinn Emanuel Urquhart & Sullivan, LLP, Andrew Bramhall, Brian Cannon, Ryan Landes, Elle Wang, Victoria Maroulis, and Margaret Shyr*