Jennifer L. Keller (84412)
jkeller@kelleranderle.com
Chase Scolnick (227631)
cscolnick@kelleranderle.com
Akhil Sheth (294721)
asheth@kelleranderle.com
**KELLER ANDERLE SCOLNICK LLP**
18300 Von Karman Ave., Suite 930
Irvine, CA 92612
Telephone   (949) 476-0900

Saul Perloff (157092)
saul.perloff@aoshearman.com
Kathy Grant *(pro hac vice)*
kathy.grant@aoshearman.com
Andre Hanson *(pro hac vice)*
andre.hanson@aoshearman.com
Olin "Trey" Hebert *(pro hac vice)*
trey.hebert@aoshearman.com
**ALLEN OVERY SHEARMAN
STERLING US LLP**
300 W. Sixth Street, 22nd Floor
Austin, Texas 78701
Telephone      (512) 647-1900

Attorneys for Plaintiff/Counterclaim-Defendant
GUARDANT HEALTH, INC.

Christopher LaVigne *(pro hac vice)*
christopher.lavigne@aoshearman.com
**ALLEN OVERY SHEARMAN
STERLING US LLP**
599 Lexington Ave
New York, NY 10022
Telephone      (212) 848-4000

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> NATERA, INC., <br><br> Defendant and Counterclaim-Plaintiff. | Case No.  3:21-cv-04062-EMC <br><br> **GUARDANT HEALTH, INC.'S RESPONSE TO NATERA PARTIES' BRIEF IN RESPONSE TO ECF NO. 1019 AND ADMINISTRATIVE MOTION TO SEAL** |

Guardant agrees with Quinn Emanuel's position on the portions of the Special Master's January 2026 and March 2026 reports that should be public, and those portions that should be sealed: any portions of the Special Master's reports that were provided unredacted to Guardant should be available to the public as well; and Guardant does not object to sealing the redacted portions of the Special Master's reports.  Likewise, Guardant does not object to the forthcoming sanctions hearing being public, or to the courtroom's closing to the public for those limited portions of the hearing that may discuss redacted portions of the Special Master's reports or attorney-client privileged information between Quinn and Natera.

Dated:  March 26, 2026

**KELLER ANDERLE SCOLNICK LLP**
CHASE SCOLNICK

By:    */s/ Chase Scolnick*
       Chase Scolnick

Attorney for Plaintiff/Counterclaim-Defendant
GUARDANT HEALTH, INC.

1

**<u>CERTIFICATE OF SERVICE</u>**

In accordance with Local Rule 5-5, I certify that on March 26, 2026, this document, filed with the Court through the CM/ECF system, will be sent electronically to the registered participants at their e-mail addresses as identified in the Notice of Electronic Filing (NEF).  Non-CM/ECF participants will be served via First-Class Mail.

I certify under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of March 2026.

*/s/ Chase Scolnick*
Chase Scolnick
