UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDANT HEALTH, INC., | Case No. 21-cv-04062-EMC |
| Plaintiff, | |
| v. | **REFERRAL TO SPECIAL MASTER** |
| NATERA, INC., et al., | Docket Nos. 1029, 1031 |
| Defendants. | |

The Court hereby refers Guardant's motion for further fees to the Special Master.  The Special Master shall submit a report and recommendation on the fee motion in 90 days.  In making a recommendation, the Special Master shall consider the extent to which Guardant's involvement in the proceedings contributed value to the Special Master, particularly through saving the Special Master's time, and the reasonableness of the fee.  The Special Master may order supplemental briefing or oral argument from the parties at his discretion.

**IT IS SO ORDERED**.

Dated: 4/27/2026

EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California