Jennifer L. Keller (84412)
jkeller@kelleranderle.com
Chase Scolnick (227631)
cscolnick@kelleranderle.com
Gregory Sergi (257415)
gsergi@kelleranderle.com
Keller Anderle Scolnick LLP
18300 Von Karman Ave., Suite 930
Irvine, CA 92612
(949) 476-0900

Saul Perloff (157092)
saul.perloff@aoshearman.com
Katharyn Grant *(pro hac vice)*
kathy.grant@aoshearman.com
Andre Hanson *(pro hac vice)*
andre.hanson@aoshearman.com
Olin "Trey" Hebert *(pro hac vice)*
trey.hebert@aoshearman.com
Allen Overy Shearman Sterling US LLP
300 W. Sixth Street, 22nd Floor
Austin, TX 78701
(512) 647-1900

Christopher LaVigne *(pro hac vice)*
christopher.lavigne@aosherman.com
Allen Overy Shearman Sterling US LLP
599 Lexington Ave
New York, NY 10022
(212) 848-4000

Attorneys for Plaintiff/Counterclaim-Defendant
Guardant Health, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| **GUARDANT HEALTH, INC.** | Case No. 3:21-cv-04062-EMC |
|    Plaintiff and Counterclaim-Defendant, | **GUARDANT HEALTH, INC.'S AMENDED REQUEST FOR ENTRY OF JUDGMENT** |
|   vs. | |
| **NATERA, INC.** | |
|    Defendant and Counterclaim-Plaintiff. | |

Under Federal Rule of Civil Procedure 58(d), Plaintiff and Counterclaim-Defendant Guardant Health, Inc. ("Guardant") respectfully requests that the Court enter final judgment in a separate document with respect to the issues decided by the jury's verdict, Dkt. 847, this Court's Order adopting the Special Master's Reports and Recommendations on Apportionment of Sanctions, Dkt. 1041, and this Court's Order on Post-Trial Motions, Dkt. 950, which stated: "The Court directs the Clerk of the Court to enter a final judgment in accordance with this Order." *Id*. at 54. A proposed judgment is attached as **Exhibit A** and is lodged concurrently with the Court.

May 22, 2026

**KELLER ANDERLE SCOLNICK LLP**

*/s/ Chase Scolnick*
Chase Scolnick

Attorneys for Plaintiff/Counterclaim-
Defendant Guardant Health, Inc.