Jennifer L. Keller (84412)
jkeller@kelleranderle.com
Chase Scolnick (227631)
cscolnick@kelleranderle.com
Gregory Sergi (257415)
gsergi@kelleranderle.com
**KELLER ANDERLE SCOLNICK LLP**
18300 Von Karman Ave., Suite 930
Irvine, CA 92612
Telephone   (949) 476-0900

Saul Perloff (157092)
saul.perloff@aoshearman.com
Kathy Grant *(pro hac vice)*
kathy.grant@aoshearman.com
Andre Hanson *(pro hac vice)*
andre.hanson@aoshearman.com
Olin "Trey" Hebert (*pro hac vice*)
trey.hebert@aoshearman.com
**ALLEN OVERY SHEARMAN
STERLING US LLP**
300 W. Sixth Street, 22nd Floor
Austin, Texas 78701
Telephone      (512) 647-1900

Christopher LaVigne *(pro hac vice)*
christopher.lavigne@aoshearman.com
**ALLEN OVERY SHEARMAN
STERLING US LLP**
599 Lexington Ave
New York, NY 10022
Telephone      (212) 848-4000

Attorneys for Plaintiff/Counterclaim-
Defendant GUARDANT HEALTH, INC.

Derek L. Shaffer (SBN 212746)
derekshaffer@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
1300 I Street, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Christopher Tayback (SBN 145532)
christayback@quinnemanuel.com
B. Dylan Proctor (SBN 219354)
dylanproctor@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
865 Figueroa Street, l0th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Sara Pollock (SBN 281076)
sarapollock@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone: (650) 801-5000 Facsimile:
(650) 801-5100

Attorneys for Natera, Inc., Quinn Emanuel
Urquhart & Sullivan, LLP, Andrew
Bramhall, Brian Cannon, Ryan Landes, Elle
Wang, Victoria Maroulis and Margaret
Shyr

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC.,<br><br>        Plaintiff and Counterclaim-<br>        Defendant,<br><br>vs.<br><br>NATERA, INC.,<br><br>        Defendant and Counterclaim-<br>        Plaintiff. | Case No. 3:21-cv-04062-EMC<br><br>**JOINT STIPULATION AND PROPOSED ORDER REGARDING THE COURT'S REFERRAL OF GUARDANT'S MOTION FOR FURTHER FEES TO THE SPECIAL MASTER** |

Plaintiff/Counterclaim-Defendant Guardant Health, Inc. ("Guardant"), Defendant/Counterclaim-Plaintiff Natera, Inc., Quinn Emanuel Urquhart & Sullivan LLP, Andrew Bramhall, Brian Cannon, Ryan Landes, Elle Wang, Victoria Maroulis and Margaret Shyr (the "Natera Parties", and together with Guardant, the "Parties"), jointly stipulate as follows:

WHEREAS on April 27, 2026 the Court referred Guardant's motion for further fees to the Special Master (Dkt. 1031);

WHEREAS Guardant's motion for further fees was resolved by agreement of the parties, as set out in Guardant's Proposed Judgment filed on May 22, 2026 (Dkt. 1042-1);

THEREFORE, the Parties agree and stipulate that the Court's referral of Guardant's motion for further fees to the Special Master is moot.

Jointly submitted,

Dated:  May 29, 2026

**KELLER ANDERLE SCOLNICK LLP**
CHASE SCOLNICK

By:  _/s/ Chase Scolnick_
Chase Scolnick

Attorney for Plaintiff/Counter-Defendant
GUARDANT HEALTH, INC.

Dated:  May 29, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
CHRISTOPHER TAYBACK

By:  _/s/ Christopher Tayback_
Christopher Tayback

Attorney for Natera, Inc., Quinn Emanuel Urquhart & Sullivan, LLP, Andrew Bramhall, Brian Cannon, Ryan Landes, Elle Wang, Victoria Maroulis and Margaret Shyr

**PROPOSED ORDER**

In light of the Parties' joint stipulation, the Court hereby orders that the Court's referral of Guardant's motion for further fees to the Special Master is moot.

**IT IS SO ORDERED**

DATED: _____          By:_____
                                                                    HONORABLE EDWARD M. CHEN
                                                                    United States District Court Judge

JOINT STIPULATION AND PROPOSED ORDER
CASE NO. 3:21-CV-04062-EMC

**FILER'S ATTESTATION**

Pursuant to Civil LR 5.1(i)(3), the undersigned hereby attests that concurrence in the filing of this **JOINT STIPULATION AND PROPOSED ORDER REGARDING THE COURT'S REFERRAL OF GUARDANT'S MOTION FOR FURTHER FEES TO THE SPECIAL MASTER** has been obtained from counsel for Guardant Health, Inc. and is electronically signed with the express permission of Guardant's counsel.

 Date:  May 29, 2026

By:     */s/ Christopher Tayback*
          Christopher Tayback

Attorney for Natera, Inc., Quinn Emanuel Urquhart & Sullivan, LLP, Andrew Bramhall, Brian Cannon, Ryan Landes, Elle Wang, Victoria Maroulis and Margaret Shyr

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5-5, I certify, that on May 29, 2026, this document, filed with the Court through the CM/ECF system, will be sent electronically to the registered participants at their e-mail addresses as identified in the Notice of Electronic Filing (NEF).  Non-CM/ECF participants will be served via First-Class Mail.

I certify under penalty of perjury that the foregoing is true and correct.  Executed this 29 day of May, 2026.

*/s/ Christopher Tayback*
Christopher Tayback

CERTIFICATE OF SERVICE