Jennifer L. Keller (84412)
jkeller@kelleranderle.com
Chase Scolnick (227631)
cscolnick@kelleranderle.com
Akhil Sheth (294721)
asheth@kelleranderle.com
**KELLER ANDERLE SCOLNICK LLP**
18300 Von Karman Ave., Suite 930
Irvine, CA 92612
Telephone   (949) 476-0900

Saul Perloff (157092)
saul.perloff@aoshearman.com
Kathy Grant *(pro hac vice)*
kathy.grant@aoshearman.com
Andre Hanson *(pro hac vice)*
andre.hanson@aoshearman.com
Olin "Trey" Hebert (*pro hac vice*)
trey.hebert@aoshearman.com
**ALLEN OVERY SHEARMAN
STERLING US LLP**
300 W. Sixth Street, 22nd Floor
Austin, Texas 78701
Telephone      (512) 647-1900

Christopher LaVigne *(pro hac vice)*
christopher.lavigne@aoshearman.com
**ALLEN OVERY SHEARMAN
STERLING US LLP**
599 Lexington Ave
New York, NY 10022
Telephone      (212) 848-4000

Attorneys for Plaintiff/Counterclaim-Defendant
GUARDANT HEALTH, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., | Case No.  3:21-cv-04062-EMC |
| Plaintiff and Counterclaim-Defendant, | **NOTICE OF PUBLIC FILING OF REPLACEMENT DOCUMENTS RE DKT. 1031** |
| v. | |
| NATERA, INC., | |
| Defendant and Counterclaim-Plaintiff. | |

On June 16, 2026, the Court issued an Order on multiple administrative sealing motions (Dkt. 1050). In response to the Court's Order, Plaintiff and Counterclaim-Defendant Guardant Health, Inc. ("Guardant") provides this Notice of Public Filing of Replacement Documents for Dkt. 1031, Guardant Health, Inc.'s Memorandum in Support of Updated Award of Monetary Sanctions Related to Natera and its Counsel's Misconduct Concerning Cobra, which were filed provisionally under seal at Dkts. 1029 and 1030. Guardant hereby files the documents identified in the table below. The table summarizes the documents, and corresponding docket number, for which public versions are now being filed:

| Document | Docket Number |
| --- | --- |
| Declaration of Chase Scolnick in Support of Guardant Health, Inc.'s Memorandum in Support of Updated Award of Monetary Sanctions Related to Natera and its Counsel's Misconduct Concerning Cobra | 1031-1 |
| Exhibit A to Chase Scolnick Declaration | 1031-2 |
| Exhibit C to Chase Scolnick Declaration | 1031-4 |
| Declaration of Saul Perloff in Support of Guardant Health, Inc.'s Memorandum in Support of Updated Award of Monetary Sanctions Related to Natera and its Counsel's Misconduct Concerning Cobra | 1031-6 |
| Exhibit A to Saul Perloff Declaration | 1031-7 |

Dated: June 23, 2026

**KELLER ANDERLE SCOLNICK LLP**
CHASE SCOLNICK

By:    */s/ Chase Scolnick*
          Chase Scolnick

Attorney for Plaintiff/Counterclaim-Defendant
GUARDANT HEALTH, INC.

1

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 5-5, I certify, that on June 23, 2026, this document, filed with the Court through the CM/ECF system, will be sent electronically to the registered participants at their e-mail addresses as identified in the Notice of Electronic Filing (NEF).  Non-CM/ECF participants will be served via First-Class Mail.

I certify under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of June 2026.

*/s/ Chase Scolnick*
Chase Scolnick

NOTICE OF PUBLIC FILING OF REPLACEMENT DOCUMENTS RE DKT. 1031
CASE NO. 3:21-CV-04062-EMC