Derek L. Shaffer (SBN 212746)
derekshaffer@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
555 13th Street NW, Suite 600
Washington, DC  20004
Telephone: (202) 538-8000
Facsimile:  (202) 538-8100

Christopher Tayback (SBN 145532)
christayback@quinnemanuel.com
B. Dylan Proctor (SBN 219354)
dylanproctor@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
865 Figueroa Street, l0th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile:   (213) 443-3100

Sara Pollock (SBN 281076)
sarapollock@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone: (650) 801-5000
Facsimile:  (650) 801-5100

*Attorneys for the Natera Parties*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARDANT HEALTH, INC., | Case No. 3:21-CV-04062-EMC |
| Plaintiff and Counterclaim-Defendant, | |
| vs. | **NATERA PARTIES' NOTICE OF PUBLIC FILING OF REPLACEMENT DOCUMENTS PURSUANT TO ORDER RE SEALING (DKT. 1050)** |
| NATERA, INC., | |
| Defendant and Counterclaim-Plaintiff. | |

In accordance with the Court's June 16, 2026 Order on multiple administrative sealing motions (Dkt. 1050), Natera, Inc., Quinn Emanuel Urquhart & Sullivan, LLP, and the individual affected attorneys (collectively, the "Natera Parties") hereby provide this Notice of Public Filing of Replacement Documents for Dkt. 1032-1 (Natera Parties' Opposition to Guardant's Memorandum In Support Of Updated Award Of Monetary Sanctions) and Dkt. 1032-2 (Declaration of Christopher Tayback In Support Of Natera Parties' Opposition to Guardant's Memorandum In Support Of Updated Award Of Monetary Sanctions).  The Natera Parties hereby file the documents identified in the table below.  The table summarizes the documents, and corresponding docket numbers, for which public versions are now being filed:

| Document | Docket Number |
| --- | --- |
| Natera Parties' Opposition to Guardant's Memorandum In Support Of Updated Award Of Monetary Sanctions | Dkt. 1032-1 |
| Declaration of Christopher Tayback In Support Of Natera Parties' Opposition to Guardant's Memorandum In Support Of Updated Award Of Monetary Sanctions | Dkt. 1032-2 |

DATED:  June 23, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  *Christopher Tayback*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Christopher Tayback (Bar No. 145532)
christophertayback@quinnemanuel.com
865 Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for the Natera Parties

Case No. 3:21-CV-04062-EMC
NATERA PARTIES' NOTICE OF REFILING