**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3170**

WRITER'S EMAIL ADDRESS
**christayback@quinnemanuel.com**

July 2, 2026

The Honorable Edward M. Chen
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     *Guardant Health, Inc. v. Natera, Inc.*, Case No. 21-CV-04062-EMC – Ethics Training
        Program Outline

Dear Judge Chen,

Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") submits this outline in accordance with the Court's May 19, 2026 order requiring Quinn Emanuel to develop, provide, and administer eight hours of training on ethics—with an emphasis on an attorney's duty of candor and the obligations required under 28 U.S.C. § 1927. The program is scheduled for August 13, 2026, from 8:00 a.m. to 5:30 p.m. at Quinn Emanuel's San Francisco office located at 50 California St #22, San Francisco, CA 94111.

In preparing and administering this program, we are particularly mindful of Your Honor's comments regarding the firm's culture. As Your Honor can appreciate, that remark has engendered significant self-reflection and consternation inside and outside the firm because it strikes at the heart of our mission as advocates. The firm's leadership views this program as an opportunity to assure the Court that we take seriously our ethical responsibilities, which are every bit as important to our culture as being zealous advocates for our clients.

The program consists of four two-hour sessions addressing 28 U.S.C. § 1927 and lawyers' duties of candor to clients, opposing parties, tribunals, and the broader profession. Quinn Emanuel engaged the following legal ethics scholars and practitioners to develop and present the program:

- **Bruce Green:** Louis Stein Chair at Fordham University School of Law, where he directs the Louis Stein Center for Law and Ethics. Professor Green teaches and writes in the areas of legal ethics and criminal law. He is co-author of Professional Responsibility: A

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

Contemporary Approach (West, 6th ed. 2026) and has written extensively on candor, prosecutorial ethics, and lawyer regulation. Professor Green currently chairs the ABA Standing Committee on Ethics and Professional Responsibility and the Multistate Professional Responsibility Examination drafting committee, and is a member and past chair of the NY State Bar Association's Committee on Professional Ethics. In 2018, he received the Michael Franck Professional Responsibility Award, given by the ABA Center for Professional Responsibility. Before joining the Fordham faculty, Professor Green clerked for Justice Thurgood Marshall and Circuit Judge James L. Oakes, and served as a federal prosecutor in the Southern District of New York, where he was Chief Appellate Attorney.

- **Dave McGowan:** Lyle L. Jones Professor of Competition and Innovation Law at the University of San Diego School of Law. Mr. McGowan practiced at the Skadden and Howard Rice firms before moving to academe in 1998. He has taught professional responsibility since that time. From 2009-2023 he was a part-time partner at Durie Tangri, and then of counsel to Morrison & Foerster from 2023 to 2025. At each firm his practice included advising and representing law firms in risk management matters. He is the author of *Developing Judgment About Practicing Law*, now in its 5th Edition from West.

- **Merri Baldwin:** shareholder at Rogers Joseph O'Donnell in San Francisco. Ms. Baldwin is co-chair of the firm's Attorney Liability and Conduct Practice Group, and a member of the Complex Commercial Litigation Practice Group, where her practice focuses on representing lawyers and law firms, including ethics and risk management advice and state bar disciplinary defense. Certified as a specialist in legal malpractice law by the State Bar of California Board of Legal Specialization, Ms. Baldwin regularly counsels law firms on ethics and practice management issues and frequently serves as an expert witness on legal ethics and attorney standards of care. Ms. Baldwin has been building her professional responsibility practice for more than 35 years and was recently named to the Daily Journal's Top Professional Responsibility Lawyers list. Ms. Baldwin served as the former chair of the State Bar of California's Committee on Professional Responsibility and Conduct and spent eight years as a lecturer at University of California Berkeley School of Law, where she taught professional responsibility.

- **Emil Ali:** partner at McCabe & Ali, LLP, where he focuses his practice on helping lawyers understand their obligations under state and federal law, with a significant focus on the intersection of IP and ethics matters. Mr. Ali is considered a leading authority in USPTO ethics and discipline matters, having handled over 250 matters before the USPTO's disciplinary arm. Mr. Ali routinely counsels lawyers and law firms on ethics and risk management matters, and represents attorneys before various state bars. Mr. Ali is also an adjunct professor of law at Lewis and Clark Law School, where he teaches legal ethics. He also serves on the State Bar of California's Committee on Professional Responsibility and Conduct. Mr. Ali formerly investigated and assisted in the prosecution of attorney misconduct at the USPTO's Office of Enrollment and Discipline and helped promulgate the USPTO Rules of Professional Conduct.

The full outline is set forth below.

**Program Outline: Lawyers' Duties of Candor**
*Natera Ethics Training — August 13, 2026*
Quinn Emanuel Urquhart & Sullivan, LLP
50 California St #22, San Francisco, CA 94111

**Session 1 (8:00–10:00 AM): Lawyers' and Law Firms' Basic Duties of Candor**
Panelists: Bruce Green, Emil Ali

This session establishes the foundational rules and explores how they apply in practice, including through hypotheticals and case examples.

*Core Rules and Their Scope*
- Model Rules 3.3(a)(1) & (d), 4.1, and 8.4(c): what they require and where they differ
- The "knowledge" requirement under Rule 1.0(f) and rules that dispense with it
- Conscious avoidance, recklessness, and negligence as bases for discipline: even a lawyer who did not know can be sanctioned in some circumstances
- Attempted deception: some jurisdictions discipline for the attempt, not just the act
- Deceit through third parties: the general rule and its limits (Rule 8.4(a))
- Honesty outside the practice of law: must lawyers be truthful when acting in a personal capacity? Where is the line? How does the bar treat false statements in a social media post or a political campaign?
- Pre-admission conduct – what obligations does a firm have if a summer associate engaged in deceit? What if the conduct came to light only after the associate was already admitted? (Rules 8.1, 8.3)
- Readmission after suspension for dishonesty: what must a lawyer demonstrate to establish that the requisite character for honesty and integrity has been restored? Is the passage of time alone sufficient?
- The relationship between candor and competence: if a lawyer makes a false statement of law because of inadequate research, has the lawyer violated the candor rules, the competence rule, or both? (Rule 1.1)

*Supervisory and Subordinate Responsibility*
- What supervisory lawyers owe when subordinates use deceptive means (Rules 5.1 & 5.3)
- What subordinate lawyers owe when senior lawyers direct them to deceive – or when the subordinate simply witnesses misconduct
- The *Daniels v. Alander* hypothetical: what should a junior associate do when a partner lies to the court in an ex parte proceeding in which the associate was present and had firsthand knowledge of the facts
- Institutional mechanisms exist to help junior lawyers: ethics counsel, professional responsibility partners, anonymous reporting procedures.

*The AI Hallucination Cases*
- Submission of false citations: the basic rule and the duty of competence (Rule 1.1)

3

- Lawyers who compounded the problem by denying AI use
- Hypothetical: your associate used an AI tool to draft a brief. You signed it. You later discover two citations do not exist. What now?

*Systemic and Psychological Factors*
- Why do lawyers violate candor obligations? What situational, structural, and psychological pressures make violations more likely?
- What policies and practices can firms adopt to reduce the risk?

*28 U.S.C. § 1927*
- Significance of § 1927, which authorizes courts to hold attorneys personally liable for costs and fees when they unreasonably and vexatiously multiply proceedings
- The statute effectively imposes two related duties: not to multiply proceedings through misleading statements, and to prevent further multiplication by correcting them
- In *Pable v. Chicago Transit Authority*, 145 F.4th 712 (7th Cir. 2025), cert. denied (Mar. 30, 2026), the Seventh Circuit upheld sanctions against a lawyer who failed to correct his misrepresentations and instead opposed every effort to produce a complete forensic image – conduct the court found irreconcilable with the obligations § 1927 imposes
- Interaction between § 1927 and the disciplinary rules on candor. When does a failure to correct a misstatement cross from a professional responsibility issue into personal financial exposure?

**Session 2 (10:15 AM–12:15 PM): Candor to Clients and Prospective Clients, Opposing Parties and Counsel, Witnesses, and Other Third Parties**
Panelists: Merri Baldwin, Emil Ali

*Candor in Advocacy and Negotiation*
- Factual representations vs. argument vs. advice to unrepresented parties (Rule 4.3)
- The line between permissible puffing and impermissible false statements in negotiations (Rule 4.1, cmt. [2])
- Client false statements in mediation: does the confidentiality of mediation affect the candor obligation? Does it matter whether the proceeding was court-ordered?

*Investigation, Recording, and Deception*
- Secret recording: may a lawyer do it, and what if asked directly whether the conversation is being recorded?
- Hiring investigators to use deceptive techniques: testing for discrimination, counterfeiting, off-label prescriptions, and judicial integrity
- Receiving potentially misappropriated documents: disclosure obligations and the limits on use (Rule 4.4(b))

*Fee Petitions and Misrepresentations to the Court*
- The growing body of cases involving misrepresentations in fee petitions, including cases brought against plaintiffs' firms in consumer litigation
- How lawyers have responded when caught: voluntary disclosure, remediation, and denial

- When does omission of fact become misrepresentation?
- Discovery-related misconduct: the duty to follow red flags, the need to communicate across teams and between in-house and outside counsel

*Candor to Clients and Prospective Clients*
- What must a lawyer disclose in a competitive pitch for legal work? (ABA Formal Op. 522 (2026))
- During the representation: errors, conflicts, unfavorable authority, and honest assessments the client may not want to hear
- Billing practices that cross the line: billing for work not done, billing paralegal time at partner rates, rounding up entries

*Candor to Administrative Agencies*
- Do the tribunal candor rules (Rule 3.3) apply equally to appearances before administrative agencies? Rule 3.9 extension to nonadjudicative proceedings.
- Candor obligations in regulatory investigations and examinations: the Kaye Scholer episode and the Office of Thrift Supervision's position that lawyers for regulated institutions owed candor obligations to regulators that went beyond what the adversarial model would ordinarily require.
- May lawyers use in regulatory proceedings the same advocacy techniques that are permissible in civil litigation?

*Candor to Successor Counsel*
- What does a departing lawyer or withdrawing firm owe to successor counsel? Must the departing lawyer disclose the status of the matter and pending deadlines? The lawyer's own errors or omissions that may have affected the client's position? Documents or information the client has not yet seen? A conflict of interest that caused the withdrawal? (ABA Formal Op. 519 (2025))

*Case Study: Qualcomm v. Broadcom*
- A trial team's mid-trial discovery that document collection had been inadequate, rendering prior representations to the court false or potentially false
- The two-year sanctions proceeding: communication failures between in-house and outside counsel; the duty to follow red flags; the importance of having processes in place that allow junior lawyers a path to raise concerns
- The misalignment of authority and responsibility in discovery: accepting responsibility for discovery without the authority to conduct it properly

**Session 3 (1:15–3:15 PM): Lawyers' Duty of Candor to the Court**
Panelists: Bruce Green, Merri Baldwin, Dave McGowan

*The Scope of the Duty*
- Candor obligations courts have recognized beyond the Model Rules, through their supervisory authority

- The tension between candor and confidentiality — one of the hardest recurring problems in litigation practice (Rules 1.6, 3.3)
- Factual representations vs. legal argument: may a lawyer make arguments the lawyer believes to be wrong?

*Correcting False or Misleading Statements*
- The duty to correct statements that were true when made but later become false (Rule 3.3(a)(1))
- How promptly must correction be made? Must it be in writing? What if the case has concluded or the lawyer has since withdrawn?
- Literally true but misleading statements: the Rules impose a broader obligation on lawyers than the perjury statute imposes on witnesses (United States v. Bronston)
- Deceitful silence: when is omission impermissibly misleading? Does it matter whether the court has asked a direct question or indicated it is relying on the information?

*Witness Preparation and Perjury*
- The line between preparing a witness and coaching one to give false testimony
- What to do when a client signals an intent to lie before the testimony is given
- What to do during a deposition when you believe your client's testimony is false
- What to do after the fact when you discover that an affidavit you filed contained false information
- Why consulting ethics counsel or a bar hotline before acting is especially important in the perjury context

*Consequences of Failing to Address Perjury*
- A lawyer who knowingly permits false testimony to stand may face: professional discipline; sanctions under Rule 11, § 1927, or the court's inherent authority; civil liability in a subsequent malicious prosecution or abuse of process action; and criminal prosecution for subornation of perjury (18 U.S.C. § 1622) or obstruction of justice (18 U.S.C. § 1503)
- Which of these risks is, as a practical matter, greatest? How does exposure to criminal liability affect decision-making when confronting a client's perjury?

*Additional Discovery Obligations*
- Electronic discovery: the risks created by volume, complexity, and distributed responsibility
- What the team should do when it discovers that earlier representations about discovery completeness may have been inaccurate
- The importance of identifying, at the outset, who has actual responsibility for verifying that discovery obligations have been met

*Case Study: The Kodak/Berkey Photo Matter*
- A partner lies under oath about documents he claimed were destroyed; they were in a suitcase in his office; the associate present knew it

6

- The "associate's dilemma": the obligation to speak up, the fear of doing so, and the consequences of silence
- The real lesson: when a mistake is made under pressure, the worst response is to internalize it and double down; seek counsel, and correct sooner rather than later

**Session 4 (3:30–5:30 PM): Ethical Culture and *Guardant v. Natera***
Panelists: Bruce Green and Dave McGowan

*"It is a culture that takes refuge in lawyering finesse and prioritizes winning motions over acting ethically."* – Dkt. 1041 at 5

*"The first principle is that you must not fool yourself and you are the easiest person to fool."*
– Richard Feynman

This session uses the *Guardant* chronology to work through specific choice points, examine the explanations offered for the decisions made, and draw practical lessons for firm culture and individual practice. The goal is a candid examination of how situations like this develop, and what firms and individual lawyers can do to avoid them.

*The Chronology of Choices*
- September 2023: Dr. Hochster receives COBRA termination notice and data. Choice point: seek more information; warn the expert; notify the court; wait for public disclosure? What was the risk at each stage?
- January 2024: Drafting the supplemental report. Choice point: how to handle the timing issue; what lawyers new to the issues chose to ask — or not ask — about the history
- February 2024 (MTS briefing and hearing): Who argued the motion and what information did they have? Were the briefs red-teamed? The distinction between not intending to mislead and not being misled. How divided knowledge led to the statements presented to the Court, and the practical impediments to correction by junior lawyers
- March–June 2024 (discovery proceedings, including subpoenas and Rutgers production) How to conduct the document review; privilege log decisions; how much harder correction becomes as time passes and investment in a position accumulates
- July 2024 (sanctions proceedings): The data/abstract distinction — why the team believed it was viable, and why it was not accepted by the Court. Going on offense while the Court was focused on candor

*Why the Explanations Did Not Hold*
- Materiality as a basis for not correcting: the inherent instability of that position (if the information is truly immaterial, disclosure causes no harm; if disclosure carries risk of adverse action, that risk itself establishes materiality)
- The adversary process and reflexivity: the other side's conduct does not mitigate your own
- Connecting the dots: why the timeline of report drafting undercut the data/abstract distinction
- Literal truth vs. not being misled: partial disclosures create a duty of full disclosure; material omissions are material misstatements

7

*Structural Challenges in Large-Firm Practice*
- Information siloing on large teams; turnover and pinch-hitting; pyramid problems in which overall responsibility and knowledge of facts are inversely related
- The difference between taking positions and making a record — and the risk of lawyers effectively becoming percipient witnesses in their own case
- Cumulative pressure and loss aversion: the magnitude of a potential loss grows as time passes, and the pressure to double down on an untenable position grows with it
- Tunnel vision: sustained focus on merits issues can displace attention to candor obligations

*Practical Suggestions*
- Empowering associates: junior lawyers need to understand the importance of their roles, including with respect to their factual knowledge, and that raising an ethical concern is part of the job, not an act of insubordination
- Empowering service partners: how to give lawyers who arrive on a case after key decisions have been made a real ability to raise concerns without disrupting team cohesion
- Red team practices: what is the other side right about? Does your position depend on the other side not knowing the complete facts? Those positions are always dangerous
- Correcting sooner rather than later: it is always better to correct than to be corrected; the cost of correction only grows over time
- Anonymous feedback: would your lawyers feel free to speak up at the equivalent of the February 21 hearing? What incentives do they have to do so?
- Compensation and culture: how does the compensation structure affect the choices lawyers make under pressure?

*Concluding Questions*
- What are the most important takeaways from this program?
- In retrospect, which of the candor questions addressed today were the most difficult, and why?
- What changes, if any, should the bar consider to the current rules governing candor obligations, in light of emerging challenges – artificial intelligence, social media, remote proceedings, and the globalization of legal practice?
- What practical steps can lawyers and law firms take, beginning Monday morning, to strengthen a culture of candor within their practices?

The program will refer throughout to the ABA Model Rules of Professional Conduct. Panelists will note significant variations in California, New York, and other relevant jurisdictions where they arise. The case studies involving *Qualcomm v. Broadcom*, the Kodak/Berkey Photo matter, and *Guardant v. Natera* will be integrated as discussion vehicles rather than as freestanding presentations.

We welcome any guidance the Court may wish to provide on the content or format of the program before the training date.

Respectfully submitted,

Christopher Tayback
General Counsel

Cc:   Michael B. Carlinsky
        William A. Burck

*Attachments*

9

**BRUCE A. GREEN**
**Louis Stein Chair of Law**
**Fordham University School of Law**
**150 West 62nd Street**
**New York, NY 10023**
**(212) 636-6851; (212) 636-6899 (FAX)**
**bgreen@law.fordham.edu**

## Bar Admissions

New York State (since 1982)
U.S. District Courts for the Southern and Eastern Districts of New York
U.S. Supreme Court

## Education

**Columbia University School of Law**:  J.D. 1981
        Honors: James Kent Scholar; Harlan Fiske Stone Scholar
        Associate Editor, *Columbia Law Review*

**Princeton University**:  A.B. 1978, *summa cum laude*

## Current Legal Employment

**Fordham University School of Law**:
        Louis Stein Chair of Law, since 1997
        Professor, 1996-97; Associate Professor, 1987-96
        Director, Louis Stein Center for Law and Ethics, since 1997
        Director, Stein Center for Ethics and Public Interest Law, 1992-97

## Prior Full-time Legal Employment

**New York University School of Law**: Visiting Professor: January-May 2007

**Office of the United States Attorney for the Southern District of New York**:
        October 1983 to August 1987, Assistant United States Attorney
        Deputy Chief Appellate Attorney, 1986-87; Chief Appellate Attorney, 1987

**U.S. Supreme Court**:  Law clerk to Justice Thurgood Marshall, 1982-83

**U.S. Court of Appeals for the Second Circuit**:  Law clerk to Judge James L. Oakes, 1981-82

4

**<u>Other Legal Positions</u>**

**Departmental Disciplinary Committee, App. Div., 1st Department**: Member, 1997-2002

**New York City Conflicts of Interest Board**: Member, Nov. 1995 to March 2005

**<u>Handschu</u> Authority**: Civilian member, July 1994 to Nov. 1995

**Office of Investigations Officer (<u>U.S. v. I.B.T.</u>)**: Special Counsel (part-time), 1991

**Office of Independent Counsel Lawrence Walsh**, Associate Counsel (part-time), 1988-91

**N.Y.S. Commission on Government Integrity**: Consultant and special investigator, 1988-90

**Columbia University School of Law**: Adjunct Professor (part-time), 1990

**Office of the United States Attorney for the Southern District of New York**: Special Assistant United States Attorney (part-time), September 1987 to June 1988

**Fordham University School of Law**: Adjunct Assoc. Professor (part-time), 1985-87

**Professional Service**

**American Bar Association**:

        Commission on the American Jury Project: member, 2006-2008

        Commission on Multijurisdictional Practice: reporter, 2000-2002

        Coordinating Group on Bioethics and the Law: member, 1997-2003

        Criminal Justice Section:

                Chair: 2010-2011

                Chair-elect: 2009-2010

                Council: member, 2011-2017

                Criminal Justice Standards Committee: chair, 2017-2021; member, 2013-2017

                Criminal Justice Standards Task Force on Victims, member, 2020-present

                First Vice Chair: 2008-2009

                Ethics, Gideon and Professionalism Committee: co-chair, 2006-09

        Death Penalty Representation Project: member, 2006-09, 2014-17

        Section of Individual Rights and Responsibilities:

                Chair, Committee on Privacy and Information Protection, 2014-15

        Section of Litigation:

                Task Force on Sound Advice, 2012-13

                Task Force on Implicit Bias: member, 2011-12

                Task Force on the Litigation Research Fund: Chair, 2007-2011

                Division VII (Task Forces): Co-Director, 2007-2008

                Council member, 2004-07

                Committee on Law Faculty Involvement: co-chair, 1998-2001, 2003-2004

                Civil Justice Institute: member, 2001-03

                Task Force on Ethical Guidelines for Settlement Negotiations: member, 2000-02

                Ethics 2000 Task Force: member, 1999-2000

                Committee on Ethics and Professionalism: co-chair, 1995-1998

                Task Force on the Independent Counsel Act: reporter, 1997-1999

                Rep. to Sec./Div. Committee on Professionalism and Ethics, 1996-2003

                Committee on Amicus Curiae Briefs: chair, 1991-1995

        Standing Committee on Ethics and Professional Responsibility: chair, August 2023 to date; member, 2008-2011; liaison from the Criminal Justice Section, 2020-2023

        Standing Committee on Professionalism: reporter, 2000-2001

        Steering Committee for the Symposium on the Multijurisdictional Practice of Law: reporter, 1999-2000

        Task Force on the Attorney-Client Privilege: reporter, 2004-2010

        Task Force on Law Schools and the Profession: consultant, 1991-92

**Association of American Law Schools:** Chair, Section of Professional Responsibility, 1999-2000

**Criminal Law Bulletin**: Contributing editor, 1988-1998

**Evan B. Donaldson Adoption Institute**: Ethics Advisory Committee: member, 1998-2001

**Federal Bar Council**:
Board of Trustees, member, 2018 to present
Second Circuit Courts Committee: member, 1994-1997; chair, Subcommittee on Criminal Law and Ethics
*Federal Bar Council News*: member of the Editorial Board, 1995-2005
Inn of Court: master, 2000-2002

**International Association of Legal Ethics:** Treasurer, 2019-2022; Chair, Conference Planning Advisory Committee, 2014-16; Director, 2010-13

**Legal Ethics**: Member of Advisory Board, 2008 to present

**National Conference of Bar Examiners, MPRE Drafting Committee**, Chair, 2018 to present; Member, 2001-2018

**New York City Bar:**
Committee on Professional and Judicial Ethics: chair, 2016-2020; member, 1994-1997, 2003-2006, 2015-16
Litigation Funding Working Group: member, 2018-2020
Executive Committee: member, 2010-14
Working Group on the NYS Bar Exam: member, 2014
White Collar Crime Committee: member, 2013-16
Council on Criminal Justice: member, 2009-13
Delegate to NYS Bar Association, 2003-07
Nominating Committee: member, 2005
Ethics 2000 Committee: member, 1999-2001
Jt. Committee on the Legal Referral Service: chair, 1993-96; member, 1996-2000
Committee on International Access to Justice: member,1999-2000
Committee on Disaster Plan: member, 1996-1997
Marden Lecture Committee: member, 1991-1994
Criminal Law Committee: member, 1991-1994
Task Force on Lawyer Training: member, 1992-1994
Corrections Committee: member, 1988-1991

**New York County Lawyers' Association**:
>   Director, 2004-2007, 2008-2012, 2013-2017
>   Delegate to NYS Bar Association, 2009-2011
>   Member, Committee on Professional Ethics, 2014 to present

**New York State Bar Association:**
>   Committee on Professional Ethics: Chair, 1998-2001; member, 1991 to present
>   Committee on Standards of Attorney Conduct: member, 1997 to present
>   House of Delegates member, 2003-2007, 2009-2015
>   Task Force on Attorney Client Privilege, 2006-2008
>   Task Force on "Pay to Play" Concerns, member, 1998-2000

**New York State Continuing Legal Education Board:** Member, 2008-2011

**New York State Task Force on Attorney Professionalism and Conduct:** Member, 1996-1998

## Awards

Michael Franck Professional Responsibility Award, given by the ABA Center for Professional Responsibility, May 31, 2018

Powell Pierpont Award, given by the N.Y.C. Conflicts of Interest Board "for outstanding service to the New York City Conflicts of Interest Board," May 23, 2006

New York State Bar Association Criminal Justice Section Award for "outstanding contribution in the field of criminal law education," Jan. 23, 2003

Sanford D. Levy Award, given by New York State Bar Association Committee on Professional and Judicial Ethics, 1990

## PUBLICATIONS

### Articles in Law Journals

Subordinate Prosecutors' Independence, 55 Stetson L. Rev. 237 (2025) (with Jessica Roth)

Under Political Pressure: How Courts and Congress Can Help Prosecutors Seek Justice, 135 Yale L.J.F. 138 (2025) (with Rebecca Roiphe), https://www.yalelawjournal.org/forum/under-political-pressure-how-courts-and-congress-can-help-prosecutors-seek-justice

Can Prosecutors' Offices Preserve Public Confidence in Their Nonpartisanship – and, If So, How?, 93 Fordham L. Rev. 1177 (2025) (with Rebecca Roiphe)

Replacing This Old House: Certifying and Regulating New Legal Services Providers, 76 Wash. U. J.L. & Pol'y 45 (2025) (with Ellen Murphy)

Public Confidence, Judges, and Politics On and Off the Bench, 87 Law & Contemp. Prob. 183 (2024) (with Rebecca Roiphe) [reprinted in 2 Revista Forumul Judecătorilor (Romanian Judges' Forum Review) 17 (2025)]

Judges in the 21st Century: Confidence Lost?, 87 Law & Contemp. Prob. I (2024) (with Leslie C. Levin)

Good Lawyers, Good Sports?: The Professional Identity of Sports Lawyers Representing Not-for-Profit Entities, 11 Texas A&M L. Rev. 1019 (2024)

Should State Trial Courts Become Laboratories of UPL Reform?, 92 Fordham L. Rev. 1285 (2024)

Foreword: The Legal Profession and Social Change, 92 Fordham L. Rev. 1239 (2024) (with Atinuke O. Adediran)

Depoliticizing Federal Prosecution, 100 Denver L. Rev. 817 (2023) (with Rebecca Roiphe)

Should Prosecutors Be Expected to Rectify Wrongful Convictions?, 10 Tex. A&M L. Rev. 167 (2023)

Civil Justice at the Crossroads: Should Courts Authorize Nonlawyers to Practice Law?, 75 Stanford L. Rev. Online 104 (June 2023), https://www.stanfordlawreview.org/online/civil-justice-at-the-crossroads/

A Fiduciary Theory of Progressive Prosecution, 60 Am. Crim. L. Rev. 1431 (2023) (with Rebecca Roiphe)

De-Weaponizing the Federal Government, Voting Rights & Democracy Forum, Feb. 28, 2023 (with Rebecca Roiphe), https://fordhamdemocracyproject.com/2023/02/28/de-weaponizing-the-federal-government/

Why State Courts Should Authorize Non-Lawyers to Practice Law, 91 Fordham L. Rev. 1249 (2023)

For Deborah L. Rhode, Legal Ethics Scholar, 91 Fordham L. Rev. 1105 (2023)

Can the Fourth Amendment Keep People "Secure in their Persons?", 102 B.U. L. Rev. Online 92 (2022)

Lawyers and the Lies They Tell, 69 Wash. U. J. Law & Pol'y 37 (2022) (with Rebecca Roiphe)

Impeaching Legal Ethics, 49 Fla. St. Univ. L. Rev. 447 (2022) (with Rebecca Roiphe)

ABA Model Rule 8.4(g), Discriminatory Speech and the First Amendment, 50 Hofstra L. Rev. 543 (2022) (with Rebecca Roiphe)

Should Victims' Views Influence Prosecutors' Decisions?, 87 Brooklyn L. Rev. 1127 (2022) (with Brandon P. Ruben)

Foreword: Subversive Lawyering, 90 Fordham L. Rev. 1945 (2022) (with Bennett Capers)

Selectively Disciplining Advocates, 54 Conn. L. Rev. 151 (2022)

Who Should Police Politicization of the DOJ?, 35 Notre Dame J. L. Ethics & Pub. Pol'y 671 (2021) (with Rebecca Roiphe)

Mental Health and the Legal Profession: Foreword and Dedication, 89 Fordham L. Rev. 2415 (2021) (with Deborah Denno)

Technocapital@Biglaw.com, 18 Nw. J. Tech. & Intell. Prop. 265 (2021) (with Carole Silver)

The Judicial Role in Professional Regulation: Foreword, 89 Fordham L. Rev. 1099 (2021)

When Prosecutors Politick: Progressive Law Enforcers Then and Now, 110 J. Crim. L. & Criminology 719 (2020) (with Rebecca Roiphe)

May Class Counsel Also Represent Lead Plaintiffs?, 72 Florida L. Rev. 1083 (2020) (with Andrew Kent)

Victims' Rights from a Restorative Perspective, 17 Ohio St. J. Crim. L. 293 (2020) (with Lara Bazelon)

Restorative Justice from Prosecutors' Perspective, 88 Fordham L. Rev. 2287 (2020) (with Lara Bazelon)

Should Criminal Justice Reformers Care About Prosecutorial Ethics Rules?, 58 Duq. L. Rev. 249 (2020) (with Ellen Yaroshefsky)

A Fiduciary Theory of Prosecution, 69 Am. U. L. Rev. 805 (2020) (with Rebecca Roiphe)

The Supreme Court's Supervisory Authority over Federal Criminal Cases: The Warren Court Revolution That Might Have Been, 49 Stetson L. Rev. 241 (2020)

Punishment Without Process: "Victim Impact" Proceedings for Dead Defendants, Fordham Law Review Online, vol. 88 (2019) (with Rebecca Roiphe), http://fordhamlawreview.org/wp-content/uploads/2019/11/Green-Roiphe_November_FLRO_4.pdf

Regulating Prosecutors' Courtroom Misconduct, 50 Loy. U. Chi. L.J. 797 (2019)

Foreword: In Honor of Prof. Bennett L. Gershman, 16 Ohio St. J. Crim L. 291 (2019) (with Peter Joy & Ellen Yaroshefsky)

Prosecutorial Discretion: The Difficulty and Necessity of Public Inquiry, 123 Dickinson L. Rev. 589 (2019)

Prosecutors in the Court of Public Opinion, 57 Duquesne L. Rev. 271 (2019)

Judicial Activism in Trial Courts, 74 N.Y.U Ann. Survey of Am. Law 365 (2019) (with Rebecca Roiphe)

May Federal Prosecutors Take Direction from the President?, 87 Fordham L. Rev. 1817 (2019) (with Rebecca Roiphe)

Lawyers in Government Service – A Foreword, 87 Fordham L. Rev. 1791 (2019)

Can the President Control the Department of Justice?, 70 Ala. L. Rev. 1 (2018) (with Rebecca Roiphe)

Case Study 2: Advising Grassroots Organizations, 47 Hofstra L. Rev. 33 (2018) (with Marci Seville)

Learning to Live with Judicial Partisanship: A Response to Cassandra Burke Robertson, 70 Fla. L. Rev. F. 114 (2018) (with Rebecca Roiphe), http://www.floridalawreview.com/wp-content/uploads/GreenRoiphe_published.pdf

May Lawyers Assist Clients in Some Unlawful Conduct?: A Response to Paul Tremblay, 70 Fla. L. Rev. F. 1 (2018), http://www.floridalawreview.com/wp-content/uploads/Green_Published.pdf

Foreword, Symposium, Can a Good Person Be a Good Prosecutor in 2018?, Fordham Law Review Online, vol. 87 (2018), https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3257914

The price of judicial economy in the US, International Journal of the Legal Profession (2018), https://doi.org/10.1080/09695958.2018.1516841

The Right to Two Criminal Defense Lawyers, 69 Mercer L. Rev. 675 (2018)

Urban Policing and Public Policy – the Prosecutor's Role, 51 Georgia L. Rev. 1179 (2017)

Prosecutorial Ethics in Retrospect, 30 Geo. J. Legal Ethics 461 (2017)

The Price of Judicial Economy in the US, 7 Oñati Socio-Legal Series no.4, 790-808 (2017), https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3035295

Rethinking Prosecutors' Conflicts of Interest, 58 Boston College L. Rev. 463 (2017) (with Rebecca Roiphe)

Prosecutorial Accountability 2.0, 92 Notre Dame L. Rev. 51 (2016) (with Ellen Yaroshefsky)

Disciplinary Regulation of Prosecutors as a Remedy for Abuses of Prosecutorial Discretion: A Descriptive and Normative Analysis, 14 Ohio St. J. Crim. L. 143 (2016) (with Samuel Levine)

Should There Be a Specialized Ethics Code for Death-Penalty Defense Lawyers?, 29 Geo. J. Legal Ethics 527 (2016)

Candor in Criminal Advocacy, 44 Hofstra L. Rev. 1105 (2016)

Access to Criminal Justice: Where Are the Prosecutors?, 3 Tex. A&M L. Rev. 515 (2016)

The Lawyer as Lover: Are Courts Romanticizing the Lawyer-Client Relationship?, 32 Touro L. Rev. 139 (2016)

Legal Discourse and Racial Justice: The Urge to Cry "Bias!", 28 Georgetown J. Legal Ethics 177 (2015)

12

Prosecutors' Disclosure Obligations in the U.S., 42 Hitotsubashi J. L. & Politics 51 (2014) (with Peter Joy)

Judicial Regulation of US Civil Litigators, 16 Legal Ethics 306 (2013)

Gideon's Amici: Why Do Prosecutors So Rarely Defend the Rights of the Accused?, 122 Yale L.J. 2336 (2013)

The Right to Plea Bargain With Competent Counsel After Cooper and Frye: Is the Supreme Court Making the Ordinary Criminal Process "Too Long, Too Expensive, and Unpredictable . . . in Pursuit of Perfect Justice"?, 51 Duquesne L. Rev. 735 (2013)

Lawyers' Professional Independence: Overrated or Undervalued?, 46 Akron L. Rev. 599 (2013)

The Attorney-Client Privilege – Selective Compulsion, Selective Waiver and Selective Disclosure: Is Bank Regulation Exceptional?, 2013 Journal of the Professional Lawyer 85 (2013)

Unregulated Corporate Internal Investigations: Achieving Fairness for Corporate Constituents, 54 B.C. L. Rev. 73 (2013) (with Ellen S. Podgor)

Federal Criminal Discovery Reform: A Legislative Approach, 64 Mercer L. Rev. 639 (2013)

Rehabilitating Lawyers: Perceptions of Deviance and its Cures in the Lawyer Reinstatement Process, 40 Fordham Urb. L.J. 139 (2012) (with Jane Moriarty)

The Flood of U.S. Lawyers: Natural Fluctuation or Professional Climate Change?, 19 Int' J. Legal Prof. 193 (2012)

Prosecutors and Professional Regulation, 25 Georgetown J. Legal Ethics 873 (2012)

The Community Prosecutor: Questions of Professional Discretion, 47 Wake Forest L. Rev. 285 (2012) (with Alafair S. Burke)

Foreword, Globalization and the Legal Profession, 80 Fordham L. Rev. 2305 (2012)

Developing Standards of Conduct for Prosecutors and Criminal Defense Lawyers, 62 Hastings L.J. 1093 (2011)

Prosecutors' Ethical Duty of Disclosure *In Memory of Fred Zacharias*, 48 San Diego L. Rev. 57 (2011)

The Legal Ethics Scholarship of Ted Schneyer: The Importance of Being Rigorous, 53 Ariz. L. Rev. 365 (2011)

13

The Civil Government Lawyer: A View From the Jury Box, 38 Hofstra L. Rev. 883 (2010) (with Karen Bergreen).

Beyond Training Prosecutors About Their Disclosure Obligations: Can Prosecutors' Offices Learn From Their Lawyers' Mistakes, 31 Cardozo L. Rev. 2161 (2010)

Ethically Representing a Lying Cooperator: Disclosure as the Nuclear Deterrent, 7 Ohio St. J. of Crim. L. 639 (2010)

Fear of the Unknown: Judicial Ethics After *Caperton*, 60 Syracuse L. Rev. 229 (2010)

ABA Ethics Reform from "MDP" to "20/20": Some Cautionary Reflections, 2009 Journal of the Professional Lawyer 1 (2009)

Rationalizing Judicial Regulation of Lawyers, 70 Ohio St. L.J. 73 (2009) (with Fred C. Zacharias)

Regulating Federal Prosecutors: Let There Be Light, 118 Yale L.J. Pocket Part TK (2009), http://thepocketpart.org/2009/TK/TK/green.html.

The Duty to Avoid Wrongful Convictions: A Thought Experiment in the Regulation of Prosecutors, 89 Boston University L. Rev. 1 (2009) (with Fred C. Zacharias)

"Public Service Must Begin at Home": The Lawyer as Civics Teacher in Everyday Practice, 50 Wm. & Mary L. Rev. 1207 (2009) (with Russell Pearce)

Regulating Discourtesy on the Bench: A Study in the Evolution of Judicial Independence, 64 N.Y.U Ann. Survey of Am. Law 497 (2009) (with Rebecca Roiphe) (symposium on judicial transparency)

Prosecutorial Discretion and Post-Conviction Evidence of Innocence, 6 Ohio St. J. of Crim. L. 467 (2009) (with Ellen Yaroshefsky)

Foreword, The Lawyer's Role in a Contemporary Democracy, 77 Fordham L. Rev. 1229 (2009)

Remembering Mary Daly: A Legal Ethicist Par Excellence, 83 St. John's L. Rev. 23 (2009)

The Market for Bad Legal Scholarship: William H. Simon's Experiment in Professional Regulation, 60 Stanford L. Rev. 1605 (2008)

"The U.S. Attorneys Scandal" and the Allocation of Prosecutorial Power, 69 Ohio St. L.J. 187 (2008) (with Fred C. Zacharias)

Some Realism About Bar Associations, 57 DePaul L. Rev. 425 (2008) (with Elizabeth Chambliss)

Criminal Defense Lawyering at the Edge – A Look Back, 36 Hofstra Law Rev. 353 (2007)

Teaching Lawyers Ethics, 51 St. Louis L.J. 1091 (2007)

Permissive Rules of Professional Conduct, 91 Minn. L. Rev. 265 (2006) (with Fred C. Zacharias)

Taking Cues: Inferring Legality from Others' Conduct, 75 Fordham L. Rev. 1429 (2006)
The Religious Lawyering Critique, 21 J. of Law & Religion 283 (2006)

Representing Children in Families – Foreword, 6 Nevada L. Rev. 571 (2006) (with Annette R. Appell)

"Anything Rather Than a Deliberate and Well-Considered Opinion"–Henry Lord Brougham, Written by Himself, 19 Georgetown J. Legal Ethics 1221 (2006) (with Fred C. Zacharias)

Reconceptualizing Advocacy Ethics, 74 George Washington L. Rev. 1 (2005) (with Fred C. Zacharias)

Foreword, Professional Challenges in Large Firm Practices, 33 Fordham Urb. L.J. 7 (2005)

Prosecutorial Neutrality, 2004 Wisconsin L. Rev. 837 (with Fred C. Zacharias)

Foreword, Colloquium, Deborah Rhode's *Access to Justice*, 73 Fordham L. Rev. 841 (2004)

Federal Court Authority to Regulate Lawyers: A Practice in Search of a Theory, 56 Vand. L. Rev. 1303 (2003) (with Fred C. Zacharias)

Prosecutorial Ethics as Usual, 2003 Illinois L. Rev. 1573

Criminal Neglect: Indigent Defense from an Ethics Perspective, 52 Emory Law Review 1169 (2003)

Regulating Federal Prosecutors' Ethics, 55 Vand. L. Rev. 381 (2002) (with Fred C. Zacharias)

Bar Association Ethics Committees: Are They Broken?, 30 Hofstra L. Rev. 731 (2002)

May Judges Attend Privately Funded Educational Programs?  Should Judicial Education Be Privatized?: Questions of Judicial Ethics and Policy, 29 Fordham Urb. L.J. 941 (2002)

15

John D. Feerick: The Dean of Ethics and Public Service, 70 Fordham L. Rev. 2165 (2002)

Judicial Rationalizations for Rationing Justice: How Sixth Amendment Doctrine Undermines Reform, 70 Fordham L. Rev. 1729 (2002)

Thoughts About Corporate Lawyers After Reading *The Cigarette Papers*: Has the "Wise Counselor" Given Way to the "Hired Gun"?, 51 DePaul L. Rev. 407 (2001)

Reflections on the Ethics of Legal Academics: Law Schools as MDPs; or, Should Law Professors Practice What They Teach?, 42 S. Tex. L. Rev. 301 (2001)

Public Declarations of Professionalism, 52 S. Car. L. Rev. 729 (2001)

The Disciplinary Restrictions on Multidisciplinary Practice: Their Derivation, Their Development, and Some Implications for the Core Values Debate, 84 Minn. L. Rev. 1115 (2000)

The Uniqueness of Federal Prosecutors, 88 Georgetown L.J. 207 (2000) (with Fred C. Zacharias)

Must Government Lawyers "Seek Justice" in Civil Litigation?, 9 Widener J. Pub. L. 235 (2000)

There But for Fortune: Real-Life vs. Fictional "Case Studies" in Legal Ethics, 64 Fordham L. Rev. 977 (2000)

Rationing Lawyers: Ethical and Professional Issues in the Delivery of Legal Services to Low-Income Clients, 67 Fordham L. Rev. 1713 (1999)

Why Should Prosecutors "Seek Justice"?, 26 Fordham Urb. L.J. 609 (1999)

The Criminal Regulation of Lawyers, 67 Fordham L. Rev. 327 (1998)

Lawyers as Nonlawyers in Child-Custody and Visitation Cases: Questions From a "Legal Ethics" Perspective, 73 Ind. L.J. 665 (1998)

Lawyer Discipline: Conscientious Noncompliance, Conscious Avoidance, and Prosecutorial Discretion, 66 Fordham L. Rev. 1307 (1998)

Less is More: Teaching Legal Ethics in Context, 39 Wm. & Mary L. Rev. 357 (1998)

Conflicts of Interest in Legal Representation: Should the Appearance of Impropriety Rule Be Eliminated in New Jersey--Or Revived Everywhere Else?, 28 Seton Hall L. Rev. 315 (1997)

The Role of Personal Values in Professional Decisionmaking, 11 Geo. J. of Legal Ethics 19 (1997)

16

Conflicts of Interest in Litigation: The Judicial Role, 65 Fordham L. Rev. 71 (1996)

Whose Rules of Professional Conduct Should Govern Lawyers in Federal Court and How Should the Rules Be Created?, 64 George Washington L. Rev. 460 (1996)

Foreword: Children and the Ethical Practice of Law, in Ethical Issues in the Legal Representation of Children, 64 Fordham L. Rev. 1281 (1996) (with Bernardine Dohrn)

Contextualizing Professional Responsibility: A New Curriculum for a New Age, 58 Law & Contemp. Probs. 193 (1995) (with Mary Daly & Russell Pearce)

Policing Federal Prosecutors: Do Too Many Regulators Produce Too Little Enforcement?, 8 St. Thomas L. Rev. 69 (1995)

Of Laws and Men: An Essay on Justice Marshall's View of Criminal Procedure, 26 Ariz. St. L.J. 369 (1994) (with Daniel Richman)

Foreword, Ethical Issues in Representing Older Clients, 62 Fordham L. Rev. 961 (1994) (with Nancy Coleman)

Foreword, Urban Environmental Equity, 21 Fordham Urb. L.J. 425 (1994)

Lethal Fiction: The Meaning of "Counsel" in the Sixth Amendment, 78 Iowa L. Rev. 433 (1993) [reprinted in 6 Crim. Prac. L. Rev. 183 (1994)]

"The Whole Truth?": How Rules of Evidence Make Lawyers Deceitful, 25 Loyola of Los Angeles L. Rev. 699 (1992)

"Power, Not Reason": Justice Marshall's Valedictory and the Fourth Amendment in the Supreme Court's 1990-91 Term, 70 N.C.L. Rev. 373 (1992)

After the Fall: The Criminal Law Enforcement Response to the S&L Crisis, 59 Fordham L. Rev. S155 (1991)

Zealous Representation Bound: The Intersection of the Ethical Codes and the Criminal Law, 69 N.C.L. Rev. 687 (1991) [reprinted in 4 Crim. Prac. L. Rev. 323 (1992)]

"Hare and Hounds": The Fugitive Defendant's Constitutional Right to Be Pursued, 56 Brooklyn L. Rev. 439 (1990) [reprinted in 4 Crim. Prac. L. Rev. 67 (1992)]

The Good-Faith Exception to the Fruit of the Poisonous Tree Doctrine, 26 Crim. L. Bull. 509 (1990)

17

*Doe v. Federal Grievance Committee*: On the Interpretation of Ethical Rules, 55 Brooklyn L. Rev. 485 (1989)

"Through a Glass, Darkly": How the Court Views Motions to Disqualify Criminal Defense Lawyers, 89 Colum. L. Rev. 1201 (1989) [reprinted in 2 Crim. Prac. L. Rev. 551 (1990)]

Her Brother's Keeper: The Prosecutor's Responsibility When Criminal Defense Counsel Has a Conflict of Interest, 16 Am. J. Crim. L. 323 (1989)

"Package" Plea Bargaining and the Prosecutor's Duty of Good Faith, 25 Crim. L. Bull. 507 (1989)

Limits on a Prosecutor's Communications With Prospective Defense Witnesses, 25 Crim. L. Bull. 139 (1989)

A Prosecutor's Communications With Represented Defendants: What Are the Limits?, 24 Crim. L. Bull. 283 (1988)

The Ethical Prosecutor and the Adversary System, 24 Crim. L. Bull. 126 (1988)

Note, Court Appointment of Attorneys in Civil Cases: The Constitutionality of Uncompensated Legal Assistance, 81 Colum. L. Rev. 366 (1981)

Note, A Functional Analysis of the Effective Assistance of Counsel, 80 Colum. L. Rev. 1053 (1980)

### Articles in Legal Periodicals

"On Becoming a Great Trial Advocate," Litigation, vol. 51, no. 2, Winter 2025, p. 22 (with Paul Mark Sandler & John Barkett)

"Firing of Jack Smith's Team Is A Threat to Rule of Law," Law360.com, Jan. 31, 2025, https://www.law360.com/articles/2291287/firing-of-jack-smith-s-team-is-a-threat-to-rule-of-law (with Rebecca Roiphe)

"New York Mayor Adams Attacks Fed Prosecutor's Independence, Appeals to Trump," N.Y.L.J., Jan. 24, 2025, https://www.law.com/nationallawjournal/2025/01/24/new-york-mayor-adams-attacks-fed-prosecutors-independence-appeals-to-trump/ (with Rebecca Roiphe)

"Attorney Discipline, the First Amendment, and You!", NYCLA, Nov. 29, 2022

"Let's Not Condemn All the Lawyers: How Lawyers in the Trump Administration Protected Democracy," National Law Journal, March 4, 2022, https://www.law.com/nationallawjournal/2022/03/04/lets-not-condemn-all-the-lawyers-how-lawyers-in-the-trump-administration-protected-democracy/

"The Objectionable Client," Litigation, vol. 48, no. 2, Winter 2022, p. 8

"A January Massacre Averted and the Lawyers Who Helped Avert It," NYLJ, Jan. 28, 2021, https://www.law.com/newyorklawjournal/2021/01/28/a-january-massacre-averted-and-the-lawyers-who-helped/?slreturn=20210028120632 (with Rebecca Roiphe)

"Resolving Ethics Questions in Good Faith," Litigation, vol. 46, no. 2, Winter 2020, p. 39

"The Judge in Epstein's Case Should Not Turn the Dismissal Into a Drama for the Victims," LAW.COM/NYLJ, Aug. 26, 2019, https://www.law.com/newyorklawjournal/2019/08/26/the-judge-in-epsteins-case-should-not-turn-the-dismissal-into-a-drama-for-the-victims/ (with Rebecca Roiphe)

"Should We Let Funders Invest in Law Firms?," Litigation, vol. 45, no. 4, Summer 2019, p. 10

"The Challenges and Rewards of Teaching Legal Ethics," The Professional Lawyer, vol. 25, no. 2 (2018), p. 3, https://www.americanbar.org/content/dam/aba/administrative/professional_responsibility/green_tpl_25_2.authcheckdam.pdf

"Threatening Litigation," Litigation, vol. 44, no. 1, Fall 2017, p. 13

"Balancing Act," ABA Journal, Nov. 2017, p. 24, available at: http://www.abajournal.com/magazine/article/opinion_gives_guidance_for_legal_services_lawyers_on_advising_with_nonlawye

"Handle With Care," Litigation, vol. 42, no. 4, Summer 2016, p. 9

"The Ethics of Global Litigation," Litigation, vol. 41, no. 4, Summer 2015, p. 9

"The Litigator's Monopoly," Litigation, vol. 40, no. 4, Summer 2014, p. 10

"Experiential Learning: Practice Makes Perfect," NYLJ, Apr. 21, 2014

"Two Wrongs Make it Worse in Cops' Retrial," Nat'l L.J., Sept. 13, 2013

"The Ethics-Procedure Dichotomy," Litigation, vol. 39, no. 3, Summer 2013, p. 11

19

"Federal Litigation: A "No-Contact" Sport?," Litigation, vol. 38, no. 4, Summer/Fall 2012, p. 11

"Prosecutors for Sale," Nat'l L.J., Oct. 1, 2012, p. 43

"Balancing Conscience and Confidentiality for Attorney Whistleblowers," Corporate Counsel, June 6, 2012 (with Jordan Thomas), available at: http://www.law.com/jsp/cc/PubArticleFriendlyCC.jsp?id=1202557377777

"The Perils of Sloppy Engagement Agreements," Litigation, vol. 38, no. 1, Fall 2011, p. 7

"The Perils of New Technology," Litigation, vol. 37, no. 4, Summer 2011, p. 6

"Criminal Justice: There's Always More to Learn," Criminal Justice, Summer 2011, p. 1

"What Use Are Legal Academics?," Criminal Justice, Spring 2011, p. 1

"Criminal Justice–What's Ahead?  Roadblocks and New Directions," Criminal Justice, Winter 2011, p. 1

"Thinking About White-Collar Crime and Punishment," Criminal Justice, Fall 2010, p. 1

"Question of the Week – Unauthorized Practice of Law," BNA's Corporate Counsel Weekly 372 (Dec. 9, 2009) [reprinted in BNA, "Legal Ethics for In-House Corporate Counsel," B-2601 (2010)]

Book Review [Peter A. Joy & Kevin C. McMunigal, Do No Wrong  - Ethics for Prosecutors and Defense Lawyers], The Champion 59-60 (Feb. 2009)

"Prosecutors' Professional Independence: Reflections on *Garcetti v. Ceballos*," Criminal Justice, Summer 2010, p. 4

"Deceitful Silence," Litigation, Winter 2007, p. 24

"Feeling a Chill," ABA Journal, Dec. 2005, p. 61 (with David C. Clifton)

"Prosecuting Means More Than Locking Up Bad Guys," Litigation, Fall 2005, p. 12

"Interviewing Corporate Client Officers and Employees: Ethical Considerations," ABA Section of Litigation, Committee on Corporate Counsel Newsletter, vol. 19, no. 1, p. 1 (Fall 2004) [reprinted in ABA Section of Litigation, Professional Liability Litigation [Newsletter], vol. 3, no. 1, p. 1 (Winter 2005)]

Client Confidences: Should Lawyers Be Allowed to Reveal Them to Prevent Death or Serious Bodily Harm?: Yes, New York Lawyer, Oct. 2001, p. 20

Adventures in the Mortgage Trade: A Case Study in Legal Ethics, 27 N.Y. Real Property Law Journal 49 (Spring, 1999) (with Joshua Stein) [also published in Commercial Real Estate Financing: What Borrowers and Lenders Need to Know 1999 vol. 2, p. 749 (PLI 1999)]

Lying Clients: An Age-Old Problem, Litigation, Fall 1999, p. 19 [updated and reprinted in Priscilla Anne Schwab, ed., *The Litigation Manual, First Supplement* 1105 (2007)]
When Conflicts of Interest Arise Unexpectedly, Litigation Ethics, Spring/Summer 1998, p. 11

The "No-Contact" Rule in New York State--Some Less Contentious Questions, N.Y. Professional Responsibility Report, Aug. 1998, p.1

The Ten Most Common Ethical Violations, Litigation, Summer 1998, p. 48 [reprinted in Trial (March 1999), p. 70; updated and reprinted in Priscilla Anne Schwab, ed., *The Litigation Manual, First Supplement* 1077 (2007)]

Teaching Legal Ethics in Context, 70 N.Y.S.B.J. 6 (May/June 1998) (with Mary Daly)

Ethical Issues in Representing Children, 7 The Professional Lawyer 9 (1996)

Federal Prosecutors' Ethics: Who Should Draw the Lines?, 7 The Professional Lawyer 1 (1995)

Ethical Issues in Representing Older Clients, 5 The Professional Lawyer 18 (1994)

Crime and Punishment After the S&L Crisis, 46 Consumer Finance L.Q. Rep. 195 (1992)

Conflicts of Interest in Corporate Criminal Cases, 1 Corp. Crim. & Const'l L. Rptr. 98 (1990)

"Judge Kennedy Might Not Meet Expectations of Administration," Nat'l L.J., Dec. 21, 1987, p. 20

Articles in *Federal Bar Council News*: "Privileges in the Corporate Context," vol. 12, no. 1, p. 4 (2005); "Ethics Reform in New York," vol. 11, no. 2, p. 11 (2004); "MJP for Litigators," vol. 10, no. 4, p. 14 (2003); "Privately-Funded Seminars for Judges," vol. 9, no. 5, p. 1 (2002); "Multijurisdictional Issues," vol. 7, no. 4, p. 11 (2000); "Moral Ambiguity/Ambiguous Morals: Morgan Stanley and the $10,000 Payment," vol. 6, no. 4, p. 1 (1999); "When Prosecutors Accuse Criminal Defense Lawyers of Wrongdoing," vol. 5, no. 5, p. 1 (1998); "Prosecuting Lawyers," vol. 5, no. 4, p. 11 (1998); "A View From The 'Ethics' Front," vol. 5, no. 3, p. 7 (1998); "Professional Detachment," vol. 4, no. 4, p. 8 (1997); "The Philosophy of Our Ethical Rules," vol. 4, no. 3, p. 23 (1997); "The President vs. Mrs. Jones," vol. 4, no. 1, p. 11 (1997); "Should Judges Promote Professionalism?," vol. 3, no. 4, p. 4 (1996); "Bad Arguments," vol. 3, no. 1, p.

21

7 (1996); "The Sins of the Lawyer (and the Procedural Consequences)," vol. 2, no. 4, p. 9 (1995); "Attorney Discipline in the Second Circuit," vol. 2, no. 2, p. 11 (1995)

### Books

*Professional Responsibility: A Contemporary Approach* (West Publ. 5th ed. 2023) (with Renee Knake Jefferson, Russell G. Pearce, Peter A. Joy, Sung Hui Kim, M. Ellen Murphy, Laurel S. Terry, Lonnie S. Brown, Jr. & Swethaa S. Ballakrishnen)

*Professional Responsibility: A Contemporary Approach* (West Publ. 4th ed. 2020) (with Renee Knake Jefferson, Russell G. Pearce, Peter A. Joy, Sung Hui Kim, M. Ellen Murphy, Laurel S. Terry & Lonnie S. Brown, Jr.)

*Professional Responsibility: A Contemporary Approach* (West, 3d ed. 2017) (with Russell G. Pearce, Renee Newman Knake, Peter A. Joy, Sung Hui Kim, M. Ellen Murphy & Laurel S. Terry)

*Professional Responsibility: A Contemporary Approach* (West, 2d ed. 2014) (with Russell G. Pearce, Daniel J. Capra, Renee Newman Knake & Laurel S. Terry)

*Professional Responsibility: A Contemporary Approach* (West, 2011) (with Russell G. Pearce & Daniel J. Capra)

*Tax Fraud and Money Laundering* (The John Marshall Publ. Co., 1993) (with Robert H. Hishon & Richard A. Westin)

Editor, *Government Ethics for the 1990's: The Collected Reports of the New York State Commission on Government Integrity* (Fordham Univ. Press, 1991)

### Book Chapters

Prosecutors' Independence (Chapter 19), in *Handbook on Sociology and the Legal Profession* (Scott Cummings et al., ed., 2025) (with Rebecca Roiphe), available in draft at: https://papers.ssrn.com/sol3/papers.cfm?abstract_id=5869062

Bar Authorities and Prosecutors (Chapter 15), in *Oxford Handbook on Prosecutors and Prosecution* (Ronald W. Wright et al., ed. 2021)

The flood of US lawyers: natural fluctuation or professional climate change?, in *Too Many Lawyers?  The future of the legal profession* 71-86 (Eyal Katvan et al., ed.) (Routledge 2017)

Attorneys' Conflicts of Interest in International Arbitrations, in *Contemporary Issues in International Arbitration and Mediation: The Fordham Papers 2014* 73-89 (Arthur W. Rovine, ed.) (Brill Nijhoff 2015)

Prosecutors' Ethics in Context: Influences on Prosecutorial Disclosure," in *Lawyers in Practice: Ethical Decision Making in Context* 269-92 (Leslie C. Levin & Lynn Mather, ed.) (University of Chicago Press 2012) (with Ellen Yaroshefsky)

"Rule 1.10: Imputation of Conflicts of Interest," in The New York Rules of Professional Conduct: Rules and Commentary 235-66 (2010) (NYCLA Ethics Inst., ed.)

"Rule 1.11: Special Conflicts of Interest for Former and Current Government Officers and Employees," in The New York Rules of Professional Conduct: Rules and Commentary 267-86 (2010) (NYCLA Ethics Inst., ed.)

"Rule 1.12: Specific Conflicts of Interest for Former Judges, Arbitrators, Mediators or Other Third-Party Neutrals," in *The New York Rules of Professional Conduct: Rules and Commentary* 287-95 (2010) (NYCLA Ethics Inst., ed.)

"Ethical Issues in Dealing with Experts," in *Litigators on Experts* 126 (ABA 2010) (with Lawrence J. Fox)

"Ethics in Criminal Advocacy," in The State of Criminal Justice 181 (2009) (with Ellen Yaroshefsky)

"Ethics in Criminal Advocacy," in *The State of Criminal Justice* 123 (2007-2008) (with Ellen Yaroshefsky)

"The Ethics of Marketing Legal Services," in *Effective Marketing for Lawyers* (N.Y.S. Bar Ass'n 1996) (with Russell Pearce), and *Effective Marketing for Lawyers* (N.Y.S. Bar Ass'n 2d ed. 2005) (with Russell Pearce)

Reporter to *Evidence in America*: The Federal Rules in the United States (1989-91 supp., Fed. R. Evid. 801, 802, and 804)

## **Other Legal Writings**

"When the Prosecutor Becomes the Judge," ACSblog, Feb. 25, 2016, https://www.acslaw.org/acsblog/when-the-prosecutor-becomes-the-judge

"A Professional Responsibility Perspective on Turner v. Rogers," Concurring Opinions, June 2, 2011, http://concurringopinions.com/archives/author/bruce-green

23

"Interviewing Corporate Client Officers and Employees: Ethical Considerations," in ABA Section of Litigation, 2004 Annual Conference

Report of the Commission on Multijurisdictional Practice (Aug. 2002)

"Representing Corporations Under Fire: Ethical Considerations – A Hypothetical," and "Representing Corporations Under Fire: Ethical Considerations," in MCLE Marathon 2002 521, 527 (PLI 2002)

Interim Report of the Commission on Multijurisdictional Practice (Nov. 2001)

"A Guide to Professionalism Commissions" report of the ABA Standing Committee on Professionalism (2001)

"Recent Federal Court Decisions in Professional Responsibility," in Current Developments in Federal Civil Practice 2001 413 (PLI 2001) (with Mary Lu Bilek)

Editor, *Litigation Ethics: Course Materials for Continuing Legal Education* (ABA Section of Litigation 2000) (with John Q. Barrett)

"Assisting Clients with Multi-State and Interstate Legal Problems: The Need to Bring the Professional Regulation of Lawyers into the 21st Century" (report summarizing the proceedings of the Symposium on the Multijurisdictional Practice of Law) (June 2000)

"Recent Federal Court Decisions in Professional Responsibility," in Current Developments in Federal Civil Practice 1999 311 (PLI 1999)

"The Duty to Report Ethical Misconduct," in ABA Section of Family Law, *1998 Annual Meeting* 17 (July 31-Aug. 3, 1998)

"Local Rules Limiting Attorney Speech in Criminal Proceedings" (Federal Bar Council, June 1996) (principal author)

"Establishing Ethical Standards for Federal Prosecutors and Defense Attorneys," 49 The Record of the Assn. of the Bar of the City of New York 21 (1994) (principal author)

"Ex Parte Contacts With Employees of a Corporate Party in Civil Litigation," in ABA Section of Litigation, *Best Evidence Seminar* 41 (Apr. 19, 1991)

"Use of an Attorney's Statements Against His or Her Client," in ABA Section of Litigation, Best Evidence Seminar 35 (Mar. 9-10, 1990)

**Articles in Non-legal Publications**

"Ed Martin is the wrong person to investigate Biden-era prosecutors," The Hill, Feb. 8. 2025, https://thehill.com/opinion/5133395-edward-martin-jan6-investigation/ (with Rebecca Roiphe)

"Political warfare: Why the House accusations against Liz Cheney are baseless and wrong," The Hill, Jan. 8 2025, https://thehill.com/opinion/congress-blog/5071600-house-republicans-weaponize-professional-conduct-liz-cheney/

"Opinion: Defendants in the Georgia election case have no reason to complain — even if the Fani Willis allegations are true," CNN, Jan. 25, 2024, https://edition.cnn.com/2024/01/24/opinions/fani-willis-trump-georgia-election-case-green/index.html

Letter to the Editor, NY Times, June 1, 2023 (with Nora Freeman Engstrom)

"What's Wrong With Getting a Little Free Legal Advice?", NY Times, March 17, 2023 (with David Udell)

"Congress must protect DOJ's independence," NY Daily News, Oct. 14, 2021, Congress must protect DOJ's independence - New York Daily News (nydailynews.com) (with Rebecca Roiphe)

"As the Giuliani case goes forward, courts should think deeply about the First Amendment," Washington Post, June 25, 2021, Opinion | As the Giuliani case goes forward, courts should think deeply about the First Amendment - The Washington Post (with Rebecca Roiphe)

"Is Jeffrey Clark's Secret Conversation With Trump 'Privileged'?", Just Security, Feb. 5, 2021, Is Jeffrey Clark's Secret Conversation With Trump "Privileged"? (justsecurity.org) (with Rebecca Roiphe)

"Trump's lawsuits are good for American democracy," The Hill, Nov. 9, 2020, https://thehill.com/opinion/white-house/525008-trumps-lawsuits-are-good-for-american-democracy (with Rebecca Roiphe)

"Congress Needs to Empower DOJ IG to Hold Prosecutors Accountable," Bloomberg Law, Oct. 2, 2020 (with Rebecca Roiphe), https://news.bloomberglaw.com/us-law-week/congress-needs-to-empower-doj-ig-to-hold-prosecutors-accountable?context=search&index=3

"A Lawyer's Client was Abused by his Father. But he also Paid the Lawyer's Fees. Now the Client is on Death Row." Newsweek, Mar. 11, 2019, https://www.newsweek.com/acklin-alabama-lawyer-fee-conflict-scotus-1358937

25

"Pardoning Paul Manafort might not be such a bad idea if Donald Trump wants to take a risk," USA Today, Aug. 27, 2018, https://www.usatoday.com/story/opinion/2018/08/27/paul-manafort-convicted-trump-pardon-obstruction-justice-column/1083646002/ (with Rebecca Roiphe)

"Judge Kavanaugh and Justice Kennedy do not have conflicts of interest," The Hill, July 13, 2018 (with Rebecca Roiphe), http://thehill.com/opinion/judiciary/396922-judges-kavanaugh-and-justice-kennedy-do-not-have-conflicts-of-interest

"The president is the chief executive, but does not control the Mueller probe," The Hill, March 26, 2018, http://thehill.com/opinion/white-house/380036-the-president-is-the-chief-executive-but-does-not-control-the-mueller (with Rebecca Roiphe),

"Third Party Legal Fee Payments – A Problem for Trump But Not for Corporations (Perspective)," Oct. 3, 2017, https://biglawbusiness.com/third-party-legal-fee-payments-a-problem-for-trump-but-not-for-corporations-perspective/

"Are Systemic Legal Problems Like Public Health Problems? (Perspective)," Bloomberg Law, June 9, 2017, https://bol.bna.com/are-systemic-legal-problems-like-public-health-problems-perspective/

"Trump Should Hire His Own Lawyers to Defend Emoluments Suit (Perspective)," Bloomberg Law, May 3, 2017, https://bol.bna.com/trump-should-foot-legal-bill-to-defend-emoluments-suit-perspective/

"Justice Gorsuch Should Take Inspiration From John Adams (Perspective)," Bloomberg Law, April 13, 2017, https://bol.bna.com/justice-gorsuch-should-take-inspiration-from-john-adams-perspective/

"Michael Flynn Should Listen to a Lawyer (Perspective)," Bloomberg Law, April 3, 2017, https://bol.bna.com/michael-flynn-should-listen-to-a-lawyer-perspective/

"Trump Loves 'Fake Judges,' Can't Stand Real Judges (Perspective)", Bloomberg Law, March 28, 2017, https://bol.bna.com/trump-loves-fake-judges-cant-stand-real-judges-perspective/

"Bharara Firing Shows Trump's Ethics Problem, Says Law Professor (Perspective)," Bloomberg Law, March 13, 2017, https://bol.bna.com/bharara-firing-shows-trumps-ethics-problem-says-law-professor-perspective/

"What Michael Bloomberg can teach Donald Trump about ethics," Newsday, Jan. 21, 2017, http://www.newsday.com/opinion/commentary/what-michael-bloomberg-can-teach-donald-trump-about-ethics-1.12991254

**Participation in Professional and Academic Programs (since January 2010)**

Panelist, "Ethical Considerations for Corporate Investigations: Views from All Sides," New York City Bar, Sept. 29, 2025

Panelist, "This Just In: Annual Highlights from the ABA Center for Professional Responsibility, ABA webinar, July 28, 2025

Keynote speaker, "Ethics Day 2025," Office of the New York State Attorney General, June 30, 2025

Panelist, "Rules 5.4 and 5.5 and the 'Lawyer Monopoly': Historical Perspectives," ABA 50th National Conference on Professional Responsibility, Pentagon City, Virginia, May 30, 2025

Co-presenter, "Outside Counsel Guidelines, Power, Prestige, and the Evolution of the Corporate Bar," Legal Ethics Schmooze, Texas A&M School of Law, May 17, 2025

Panelist, "Global Trends in the Legal Profession," IE Law School LawAhead Center on the Legal Profession, Madrid, Spain, April 7, 2025

Panelist, "Prosecutorial Ethics," 2025 Stetson Law Review Symposium, Prosecutorial Independence and White Collar Crime, Stetson Univ. College of Law, March 28, 2025

Discussant, Access to Justice Roundtable, Vanderbilt Law School, March 21, 2025

Presenter, "*Brady* Workshop," Notre Dame Law School, Keough School of Global Affairs Washington Office, Feb. 21, 2025

Moderator, "Restorative Justice in Practice: Perspectives from the Bench, Defense, and Prosecution," Symposium on Restorative Pathways: Reimagining Justice Reform for a Better Tomorrow, Fordham Law School, Feb. 14, 2025

Co-speaker, "Using AI Ethically to Review Cases," Conviction Integrity/Wrongful Convictions Monthly Meeting & Training, Quattrone Center for the Fair Administration of Justice, Feb. 12, 2025 (online)

Co-panelist, "Hot Topics in Legal Ethics in 2025," Federal Bar Council, Feb. 13, 2025

Co-speaker, "Is Criminal Justice About Truth?," Ethics Breakfast Series, Dirah Brooklyn, Jan. 12, 2025

Presenter, "Court-Ordered Representation in Adjudication and Professional Discipline: Mandatory Pro Bono as Payback," Symposium, Beyond Mandatory Pro Bono: Compulsory

27

Lawyer Mechanisms in Access to Justice, National University of Singapore, Dec. 5, 2024 (online)

Panelist, "41st Annual Section 1983 Civil Rights Litigation," PLI, Nov. 22, 2024

Speaker, "Everything You Ever Wanted to Know About Conflicts of Interest, But Were Afraid to Ask," District of Arizona Mandatory CJA Ethics Training, Oc5. 16, 2024 (online)

Panelist, "The Role of Lawyers in Defending Democracy," Hofstra Law School, Sept. 27, 2024

Panelist, "Ethical Considerations for Corporate Investigations," New York City Bar, Sept. 25, 2024

Presenter, "Challenges in the Regulation of Prosecutors: experiences and thoughts from the US," Center for Constitutional Studies of the Mexican Supreme Court of Justice (Centro de Estudios Constitucionales de la Suprema Cort de Justicia de la Nacion), Mexico City, Mexico, Sept. 13, 2024

Co-Presenter, "Replacing This Old House: Certifying and Regulating New Legal Services Providers," Symposium on New Frontiers in Attorney Regulation," Washington Univ. (St. Louis) School of Law, Sept. 6, 2024 (online)

Presenter, "Prosecutorial Independence," Special Workshop on Research Handbook on the Sociology of Legal Ethics, International Legal Ethics Conference 2024, Amsterdam, The Netherlands, July 18, 2024

Panelist, "Lawyers Challenging the Rule of Law," International Legal Ethics Conference 2024, Amsterdam, The Netherlands, July 17, 2024

Moderator, "The Role of the Legal Profession in a Time of Crisis – Part 2: Democracy and Insurrection," online program co-sponsored by Hofstra Law's Freedman Institute and Fordham Law's Stein Center for Law and Ethics, Apr. 11, 2024

Panelist, "This Just In!  Annual Highlights from the ABA Center for Professional Responsibility," ABACLE webinar, Mar. 18, 2024

Panelist, "Cutting Edge Ethics Issues When Dealing With New Technologies," NYSBA Dispute Resolution Section, Mar. 5, 2024

Panelist, "Criticizing and Baiting Judges: The Limits of Aggressive Advocacy," The Eastern District Association, Brooklyn, NY, Feb. 16, 2024

Moderator, Panel on "the Movement Toward Democratizing the Law," Symposium on "With People Struggling and the Law Failing, What are the Solutions to the Access to Justice Crisis in America?", Fordham Law School, Feb. 9, 2024

Panelist, "Ethics for Mediators and Counsel," 18th Annual Conference on International Arbitration and Mediation, Fordham Law School, Nov. 17, 2023

Panelist, "Hot Topics in Ethics," Federal Bar Council Fall Bench and Bar Retreat, Westbrook, Connecticut, Nov. 5, 2023

Panelist, "Ethical Considerations for Corporate Investigations," New York City Bar, Oct. 4, 2023

Panelist, "More than Sports: What Comes After NIL," Texas A&M Schol of Law, Sept. 29, 2023

Presenter, "Prosecutorial Independence," Research Committee on Sociology of Law Annual Conference, Lund University, Sept. 1, 2023

Speaker and moderator, conference on "Oversight of prosecutorial decision making and conduct," Georgia State University School of Law, Aug. 18, 2023

Panelist, "Lawyers Behaving Badly: Sanctions, Suspensions and General Shenanigans," New York Women's Bar Ass'n, April 25, 2023

Panelist, "Ethical Challenges for Government Lawyers," Denver Law Review Symposium on The Watergate State, Denver Law School, Apr. 14, 2023

Moderator and discussant, "The Future of Prosecution," Fordham Law School, March 3, 2023

Speaker, "Should Courts Authorize Nonlawyers to Practice Law?," Access to Justice: 2023 Stanford Law Review Symposium, Stanford Law School, Feb. 10, 2023

Moderator, "Outside Counsel Guidelines: Fair or Foul?," Association of Professional Responsibility Lawyers 2023 Midyear Meeting, New Orleans, LA, Feb. 3, 2023

Panelist, "Ethics in Criminal Advocacy," Federal Bar Council, Jan. 27, 2023

Panelist, "Witness Ethics: Avoiding the Minefields," ABA Section of Litigation, Dec. 14, 2022

Panelist, "How new technologies are transforming the provision of legal services: analysis and strategy," Third Symposium on Technology, Legal Services, and Legal Education, Fordham Law School, Dec. 9, 2022

Panelist, "The Latest Changes to New York's Law of Lawyering," NYS Bar Ass'n, Dec. 7, 2022

Panelist, "Ethics for Corporate Counsel 2022," NYS Bar Ass'n Corporate Counsel Section, Nov. 3, 2022

Panelist, Symposium on Reform-Minded Prosecution, Georgetown Law School, Oct. 31, 2022

Panelist, Short Circuit Live in NYC, Institute for Justice, NY, NY, Oct. 30, 2022

Speaker, "Why State Courts Should Authorize Non-lawyers to Practice Law," Stein Center colloquium, Fordham Law School, Oct. 21, 2022

Speaker, "Should Prosecutors Be Expected to Rectify Wrongful Convictions?", Texas A&M Law School, Sept. 30, 2022

Panelist, "Ethical Considerations for Corporate Investigations: Views from All Sides," NY City Bar, Sept. 14, 2022

Panelist, "Conflicts of Interest: Evaluating the Current Framework," International Legal Ethics Conference IX, UCLA, Aug. 15, 2022

Panelist and Chair, "Prosecution amid Political Contestation and Polarization," International Legal Ethics Conference IX, UCLA, Aug. 13, 2022

Speaker, "Cutting Edge Ethical Dilemmas in Criminal Defense," NY County Defender Services, July 12, 2022

Co-presenter, "A Progressive Theory of Progressive Prosecution," Criminal Justice Ethics Schmooze, NY Law School, June 10, 2022

Presenter, "Why State Courts Should Authorize Non-lawyers to Practice Law," A2J Roundtable, Fordham Law School, May 20, 2022

"Should You Have to Be a Lawyer to Do That?," Howard Lichtenstein Distinguished Professorship in Legal Ethics Lecture, Hofstra Law School, April 21, 2022

Moderator, panel on "Lawyering in Private: Privilege and Confidentiality – Sacred Protection or Overused Cloak of Secrecy?," Symposium on Lawyering for the President: Testing the Limits of Ethics and Professionalism, University of Georgia School of Law (virtual), Feb. 25, 2022

Panelist, "Ethical Considerations for Corporate Investigations: Views from All Sides," N.Y. City Bar, Sept. 23, 2021

Moderator, "Lawyering in the DC Spotlight," ABA National Conference on Professional Responsibility, June 4, 2021

Co-moderator, "Ethical Issues in Crisis Lawyering," Fordham Law School, March 16, 2021

Presenter, symposium on "The Ethics of Government Service," Notre Dame Law School, Feb. 13, 2021

Panelist, "From Rudy Giuliani to Josh Hawley: What is the Role of Lawyer Discipline?," Hofstra Law School, Jan. 27, 2020

Panelist, Report by the Working Group on Litigation Funding, N.Y. City Bar, Jan. 26, 2020

Co-speaker, "Ethical Obligations in Misdemeanor Courts," ABA Public Defense Summit, Jan. 22, 2020

Co-interviewee, "Prosecutorial Discretion: Police Killings and Sexual Abuse," Talks on Law, recorded Dec. 8, 2020, available at:: https://www.talksonlaw.com/talks/prosecutorial-discretion-police-killings-and-sexual-abuse

Panelist, "The Next 50: Looking to the Future of Criminal Justice Ethics," Hofstra Law School, Nov. 16, 2020

Moderator, "The Problem of Lawyers' Mental Health in the Decade of the 2020s," symposium on Mental Health and the Legal Profession, Fordham Law School, Nov. 6, 2020

Panelist, "Lawyer Discipline and Executive Branch Lawyers," Cardozo Law School, Oct. 29, 2020

Panelist, "Ethical Considerations for Corporate Investigations in the World of Covid-19," N.Y. City Bar, Sept. 17, 2020

Co-speaker, "CJS History: The History of the CJS Standards Project," The JustPod, Aug. 20, 2020, https://www.buzzsprout.com/252350/4970960-cjs-history-the-history-of-the-cjs-standards-project

Commenter, "Discussion Group: State Your Case: The Influence of State Court Decisions, Tribal Courts, and State and Local Level Reforms on Criminal Practice," Southeastern Association of Law Schools 2020 Annual Conference, Aug. 3, 2020

Speaker, "Discussion Group: Prosecution: Implications of the Progressive Prosecution Movement," Southeastern Association of Law Schools 2020 Annual Conference, Aug. 2, 2020

Faculty, "Are Outside Counsel Guidelines a Threat to the Practice?," ABA webinar, April 20, 2020

Co-speaker, "Ethical Issues in the Practice of the Attorney General's Office," Office of the NYS Attorney General, Feb. 13, 2020

Panelist, "Ethical Considerations for Corporate Lawyers in 2020," Cardozo Law School, Feb. 5, 2020

Panelist, "Achieving Access to Justice Through ADR: Fact or Fiction?," Fordham Law School, Nov. 1, 2019

Panelist, discussion of Lonnie T. Brown, Jr., Defending the Public's Enemy: The Life and Legacy of Ramsay Clark, University of Georgia School of Law, Oct. 3, 2019

Panelist, "Ethical Considerations for Corporate Investigations: Views from All Sides," N.Y. City Bar, Sept. 18, 2019

Moderator, "Risky Business: The Mueller Minefield and Ethical Dilemmas for Lawyers Involved in Government Investigations," ABA 2019 Annual Meeting, San Francisco, California, Aug. 9, 2019

Panelist, "'Less fast, Less Furious'?: Protecting Clients & the Public in an Era of Regulatory Reform," Association of Professional Responsibility Lawyers 2019 Annual Meeting, San Francisco, California, Aug. 9, 2019

Moderator, "Discussion Group: A 2020 Vision of Criminal Prosecution and Defense," Southeastern Association of Law Schools 2019 Annual Conference, Boca Raton, Florida, July 30, 2019

Speaker, "Discussion Group: Vulnerable People, Fragile Rights, Criminal Justice," Southeastern Association of Law Schools 2019 Annual Conference, Boca Raton, Florida, July 28, 2019

Presenter, Legal Ethics and Fiduciaries Workshop, Kylemore Abbey Global Center, University of Notre Dame, Connemara, County Galway, Ireland, June 20-21, 2019

Moderator, "Hard Legal Ethics Questions – How to Resolve Them or, Even Better, Avoid Them," NY City Bar, May 16, 2019

Panelist, "Litigators and Witnesses: Ethical Considerations and Limitations," NELA/NY Spring Conference, NY, NY, May 10, 2019

Panelist, "Conversations on the Warren Court's Impact on Criminal Justice – After 50 Years," Stetson University College of Law, April 5, 2019

Co-panelist, "Legal Ethics and Professional Responsibility," Legal Issues in Museum Administration 2019, ALI-CLE, Washington, DC

Speaker, "Prosecutorial Discretion: The Difficulty and Necessity of Public Inquiry," Symposium on Discretion and Misconduct: Examining the Roles, Functions, and Duties of the Modern Prosecutor, Penn State - Dickinson Law School, March 15, 2019

Panelist, "Avoiding Ethical Pitfalls in a Complicated Business Environment," Cardozo Law School, Feb. 27, 2019

Panelist, "Special Counsel Investigations and Legal Ethics," Duquesne University School of Law, Feb. 8, 2019

Speaker, "Current Developments in internal investigations in US Criminal Law and Procedure," Internal Investigations – Comparative Workshop on US, UK and German Law, House of Finance, Goethe University, Frankfurt, Germany, Jan. 31, 2019

Panelist, "The Ethical Obligations of a Lawyer to Learn the True Facts," NYS Bar Ass'n Annual Meeting, Jan. 15, 2019

Panelist, "Refresher Ethics: Steering Clear of Witness Minefields," ABA Webinar, Dec. 18, 2018

Panelist, "The Ethics of Copyright Trolling (And More): A Game Show," the Copyright Society of America, NY, NY, Dec. 13, 2018

Panelist, "Ethics for Corporate Counsel," NYSBA Corporate Counsel Section, NY, NY, Nov. 30, 2018

Co-presenter, "May Federal Prosecutors Take Direction from the President?," Faculty workshop, Rutgers Law School (Newark), Nov. 29, 2018

Moderator, "Lies, Damned Lies and 'Alternative Facts,'" ABA Center for Professional Responsibility, Webinar, Oct. 11, 2018

Panelist, "Ethical Considerations for Corporate Investigations: Views from All Sides," N.Y. City Bar, Oct. 4, 2018

Panelist, "Polish Your Ethics: Legal Sand Traps Trial Lawyers Should Avoid," 2018 Annual Meeting, American College of Trial Lawyers, New Orleans, Louisiana, Sept. 27, 2018

33

Discussant, "Discussion Group: The Ethics of Legal Education," 2018 Annual Conference, Southeastern Association of Law Schools, Ft. Lauderdale, Florida, August 9, 2018

Moderator, "Discussion Group: Judging – 50 Years After the Chicago Seven Trial," al Defense," 2018 Annual Conference, Southeastern Association of Law Schools, Ft. Lauderdale, Florida, August 7, 2018

Discussant, "Discussion Group: Conversations on the Warren Court's Impact on Criminal Justice," 2018 Annual Conference, Southeastern Association of Law Schools, Ft. Lauderdale, Florida, August 6, 2018

Panelist, "Litigators' Ethics CLE," 2018 Second Circuit Judicial Conference, Saratoga Springs, NY, June 14, 2018

Presenter, "More than a Stern Rebuke: A 'Broken Windows' Strategy for Judges Policing Prosecutors," Criminal Justice Ethics Schmooze, Brooklyn Law School, June 11, 2018

Panelist, "Ethics of Working with Witnesses, ABA Webinar, recorded June 6 2018, to be aired Aug. 15, 2018

Moderator, "Lies, Damned Lies and 'Alternative Facts,'" 44th ABA National Conference on Professional Responsibility, Louisville, Kentucky, May 31, 2018

Panelist, "Social Media: Legal, Ethical and Practical Considerations for Lawyers," Federal Bar Council, Bridgeport, Connecticut, May 21, 2018

Moderator, "An Ounce of Prevention: How to Reduce Liability, Disciplinary and Reputational Risks, N.Y. City Bar, May 16, 2018

Panelist, "Ethics: Financing Mass Torts," 2018 Drug & Medical Device Seminar, Defense Research Institute, NY, NY, May 11, 2018

Presenter, "Professional Discipline of US Advocates," Workshop on "Regulating Lawyers Through Disciplinary Systems," International Institute for the Sociology of Law, Oñati, Spain, April 26, 2018

Panelist, "Sentencing Reform from the Bench: The Emerging Role of District Court Judges," NYU Annual Survey of American Law, NYU School of Law, March 26, 2018

Panelist, "Ethical Pitfalls and Pratfalls in Corporate Representations: Conflicts, Waivers, and Common Interest and Joint Defense Agreements," Cardozo Law School, March 7, 2018

Panelist, "Prying Eyes: Think Confidential and Privileged Client Information is Safe at the Border: Think Again," 32nd Annual National Institute on White Collar Crime, ABA, San Diego, CA, March 2, 2018

Moderator, "Creating Groundbreaking Research on Neuroscience and Law," conference on The Future of Neuroscience and Law, Fordham Law School, Feb. 21, 2018

Panelist, Litigation Ethics and New Technology, Federal Bar Council 2018 Winter Bench & Bar Conference, Nevis, Feb. 16, 2018

Speaker, "Love in the Time of Cholera or Ethics in the Time of Trump?," McInerney Inn of Court, U.S. Courthouse, SDNY, NY NY, Feb. 7, 2018

Panelist, "Whistleblowers, Reporting Up, and the Professional Rules of Ethics, NYS Bar Ass'n Annual Meeting, NY, NY, Jan. 24, 2018

Co-chair and co-moderator, "Ethical Issues in Pro Bono Representation," PLI, Dec. 14, 2017

Organizer and commentator, "Regulation of Legal and Judicial Services Conference: Comparative and International Perspectives," Stein Center for Law and Ethics, Fordham Law School, Dec. 8-9, 2017

Panelist, "Ethics in Legal Practice: An Update and Review of Recent Ethics Opinions in 2017," NYS Bar Ass'n, Albany, NY, Dec. 6, 2017

Moderator, "Ethics and Criminal Justice Hypotheticals," Appellate Division, Third Department, Albany, NY, Oct. 31, 2017

Panel moderator, "Access to Justice and the Legal Profession in an Era of Contracting Civil Liability," Fordham Law School, Oct. 27, 2017

Panelist, "The Death of Conflicts," Federal Bar Council Fall Bench & Bar Retreat, New Paltz, NY, Oct. 22, 2013

Speaker, "The Right to Two Criminal Defense Lawyers," Symposium on Disruptive Innovation in Criminal Defense, Mercer University School of Law, Oct. 6, 2017

Panelist, "Ethical Considerations for Corporate Investigations: Views from All Sides," N.Y. City Bar, Sept. 27, 2017

Presenter, "Comparative Approaches to Regulation and Protection of Lawyers," 2017 Seasonal Meeting of the NYSBA International Section, Antigua, Guatemala, Sept. 14, 2017

35

Panelist, "Prying Eyes: Think Confidential and Privileged Client Information is Safe at the Border? Guess Again.," ABA CLE Showcase Program, ABA 2017 Annual Meeting, NY, NY, Aug. 11, 2017

Panelist, "Defending the Public's Enemy: The Journey of Ramsay Clark," 2017 Annual Conference, Southeastern Association of Law Schools, Boca Raton, Florida, August 3, 2017

Discussant, "Discussion Group: Reflections on the 2016 ABA Report on the Future of Legal Services in the United States," 2017 Annual Conference, Southeastern Association of Law Schools, Boca Raton, Florida, August 3, 2017

Discussant, "Discussion Group: Incorporating Developments in Forensic Science and Technology into the Criminal Justice System," 2017 Annual Conference, Southeastern Association of Law Schools, Boca Raton, Florida, August 2, 2017

Discussant, "Discussion Group: Criminal Justice and Technology: Changes in Law, Practice, and Culture," 2017 Annual Conference, Southeastern Association of Law Schools, Boca Raton, Florida, August 1, 2017

Moderator & organizer, "Discussion Group: Disruptive Innovation in Criminal Defense," 2017 Annual Conference, Southeastern Association of Law Schools, Boca Raton, Florida, July 31, 2017

Co-presenter, "The President, the Department of Justice, and Prosecutorial Independence" (work-in-progress), Legal Ethics Schmooze, UCLA, July 21, 2017

Panelist, "Ethics for OAG Lawyers," Office of the NYS Attorney General, June 20, 2017
Moderator, "A Difference of Opinion: Federal-State Conflict in Lawyer Ethics Matters," ABA 43rd National Conference on Professional Responsibility, St. Louis, Missouri, June 2, 2017

Presenter, work-in-progress, "Academic Scholarship Roundtable," ABA 43rd National Conference on Professional Responsibility, St. Louis, Missouri, June 2, 2017

Presenter on Legal Ethics, Office of the Public Defender, Tel Aviv, Israel, May 22, 2017

"Candor to the Court and Client," Annual Lecture on Legal Ethics, The David Weiner Center for Lawyers' Ethics and Professional Responsibility, The Haim Striks School of Law - The College of Management and Academic Studies, Rishon LeZion, Israel, May 21, 2017

Moderator, "Ethical Issues in Criminal Defense and Prosecution: the Role of Rules, Standards, Case Law and Professional Judgment," ABA Criminal Justice Section Spring Meeting, Jackson Hole, Wyoming, May 5, 2017

Co-presenter, ethics training, Federal Defender - Eastern District of Pennsylvania, Philadelphia, PA, May 2, 2017

Panelist, "Common Ground on Criminal Discovery and the Future of Brady v. Maryland, 2017 Spring Symposium: Finding Common Ground: Preventing Errors in Criminal Justice, Quattrone Center for the Fair Administration of Justice, University of Pennsylvania Law School, April 21, 2017

Moderator, "Working Ethically with Non-Lawyer Professionals in Public Interest Settings," Fordham Law School, March 30, 2017

Panelist, "Ethical Considerations for the Business and Corporate Attorney," Cardozo Law School, March 7, 2017

Panelist, "Timely Ethics Issues: Interacting With Witnesses, Firm General Counsel," 2017 Winter Bench & Bar Conference, Federal Bar Council, Palm Springs, California, Feb. 24, 2017

Presenter, "The Challenges and Rewards of Teaching Legal Ethics," 2017 Legal Ethics Conference – New Challenges in Legal Ethics, California Western School of Law, Feb. 11, 2017

Presenter, Symposium, "Protect and Serve: Perspectives on 21st Century Policing," Univ. of Georgia School of Law, Jan. 27, 2017

Panelist, "The Attorney's Role in Promoting a Strong Corporate Culture," NYSBA Annual Meeting, Business Law Section & Corporate Counsel Section, NY, NY, Jan. 25, 2017

Co-presenter, "Immigration Ethics," Justice AmeriCorps Year 3 National Training, Potomac, Maryland, Jan. 11, 2017
Co-chair and co-moderator, "Ethical Issues in Pro Bono Representation," PLI, Dec. 15, 2016

Panelist, "Managing Your Client's Image in the Court of Public Opinion," NYCLA, Nov. 16, 2016

Panelist, "Wearing Two Hats as a Neutral and an Attorney: How to deal with inconsistent mandates in the ethical codes for lawyers and neutrals," NYSBA Dispute Resolution Section Fall Meeting, NY Law School, Oct. 28, 2016

Co-panelist, "Ethical considerations when representing clients with, or defending actions brought by individuals with, mental disabilities and impairments," Disability Law Forum, N.Y. City Bar, Oct. 13, 2016

Panelist, "Ethical Considerations for Corporate Investigations: Views from All Sides," N.Y. City Bar, Sept. 21, 2016

37

Moderator & organizer, "Discussion Group: Re-imagining the Ideal Role of Prosecutors," 2016 Annual Conference, Southeastern Association of Law Schools, Amelia Island, Florida, August 6, 2016

Discussant, "The Future of Legal Ethics Scholarship: Are We in the End Days or Just Getting Started?" 2016 Annual Conference, Southeastern Association of Law Schools, Amelia Island, Florida, August 5, 2016

Organizer, The Ethics and Regulation of Lawyers Worldwide: Comparative and Interdisciplinary Perspectives, Seventh biannual International Legal Ethics Conference, International Association of Legal Ethics, New York, July 14-16, 2016

Co-presenter, "Rethinking Prosecutors' Conflicts of Interest," CrimFest, Cardozo Law School, July 12, 2016

Presenter, "The Price of Judicial Economy in the US," Workshop on "Too Few Judges? Regulating the Number of Judges in Society," International Institute for the Sociology of Law, Oñati, Spain, July 1, 2016

Panelist, "Corruption Scandals, the Panama Papers, and the Transnational Lawyer in Latin America: Strengthening the Profession through Better Ethics Standards," NY City Bar, June 6, 2016

Moderator, "The Decision-Making Conundrum When Representing a Child or Mentally Impaired Adult," ABA National Conference on Professional Responsibility, Philadelphia, PA, June 3, 2016

Panelist, "Litigators' Ethics: An Interactive Discussion of Problems of Confidentiality and Disclosure," 2016 Second Circuit Judicial Conference, Saratoga, NY, May 25, 2016 Moderator, "Ethics Gumbo: First You Make a Roux," ABA National Legal Malpractice Conference, New Orleans, Louisiana, April 28, 2016

Panelist, "Surveillance and the Attorney-Client Relationship: Recent International Developments," Seventh International Professional Responsibility Conference, Association for Professional Responsibility Lawyers, Paris, France, April 13, 2016

Presenter, "Ethics in Class Actions: 2015-16 Update," Institute for Law & Economic Policy, 22nd Annual Symposium, April 8, 2016, Miami Beach, Florida

Moderator, "Brandeis and Lawyering (II)," Conference on Louis D. Brandeis: An Interdisciplinary Perspective, Touro Law Center, Mar. 31, 2016

Speaker, Georgetown Journal of Legal Ethics Symposium on "Remaining Ethical Lawyers in a Changing Profession," Georgetown Univ. Law Center, Mar. 18, 2016

Panelist, "Current Issues in Corporate Representation," Cardozo Law School, Feb. 9, 2016

Panelist, "Watch Out Below! Avoiding Ethical Pitfalls in Class Action Litigation," NYSBA Antitrust Law Section, Annual Meeting, NY, NY, Jan. 28, 2016

Moderator, "Ethics in Criminal Practice, The Hardest Questions Today: A Conversation in Honor of Monroe Freedman," AALS Annual Conference, NY, NY, Jan. 7, 2016

Co-chair and co-moderator, "Ethical Issues in Pro Bono Representation," PLI, Dec. 11, 2015

Panelist, "Social Responsibility of Corporations," CJS Global White Collar Crime Institute, ABA Criminal Justice Section & KoGuan Law School, Shanghai, China, Nov. 20, 2015

Presenter & Facilitator, Professional Responsibility and Ethics in the Global Legal Market, Moscow State University Law School, Moscow, Russia, Oct. 28-31, 2015

Panelist, "What Line? Reining in Prosecutorial Excesses: The Ethics and Strategy of Negotiations," NACDL's 11th Annual White Collar Crime Seminar, Fordham Law School, Oct. 22, 2015

Panelist, "Ethical Considerations for Corporate Investigations: Views from All Sides," N.Y. City Bar, Sept. 11, 2015

Discussant, "Keeping the Conversation Going on Intractable Problems in the Criminal Justice System," 2015 Annual Conference, Southeastern Association of Law Schools, Boca Raton, Florida, August 1, 2015

Commentator, "Defense Attorneys," CrimFest 2015, Cardozo Law School, July 20, 2015
Presenter, "Rethinking Prosecutors' Conflicts of Interest," 2015 Legal Ethics Schmooze, Stanford Law School, June 25, 2015

Moderator, "Attorney Privilege and Work Product," New York State-Federal Judicial Counsel & the Second Circuit Judicial Counsel, Brooklyn, NY, June 18, 2015

Moderator, "Ethics and Corporate Social Responsibility," Corporate Social Responsibility Leadership Course, Fordham Law School, June 11, 2015

Organizer, moderator and presenter, "Criminal Justice Ethics Schmooze," Fordham Law School June 8-9, 2015

39

Moderator, "Ineffective Assistance of Counsel and Forensic Evidence," 6th Annual Prescription for Criminal Justice Forensics, ABA Criminal Justice Section & Louis Stein Center for Law and Ethics, Fordham Law School, June 5, 2015

Panelist, "Ethics and Professionalism: Best Practices for Attorneys," N.Y. City Bar, May 18, 2015

Panelist, "Ethical Issues in FCPA Compliance & Investigations," Practical Advice from the Front Lines," Fordham Law School, May 12, 2015

Panelist, "Negotiation Ethics: Pitfalls and Rules," NYSBA Committee on Women in the Law, NYC, May 5, 2015

Speaker, Conference on "Reconsidering Access to Justice," Texas A&M Law School, May 1, 2015

Co-interviewee, "The Power of the Prosecutor," Talks on Law, recorded April 22, 2015, available at: http://www.talksonlaw.com/talks/26

Moderator, Panel discussion: Thurgood Marshall's Legacy, NYCLA, April 15, 2015

Moderator, "Hot Topics: Ethical Issues in Public Interest Lawyering," Fordham Law School, March 31, 2015

Speaker, "Lawyers as Lovers: Are We Romanticizing the Lawyer-Client Relationship?," Conference on Billy Joel & the Law, Touro Law School, March 22, 2015

Moderator, "Ethical Issues in Insurance Law: 2015 Update," NYCLA, March 18, 2015

Panelist, "Developments in Ethics for Antitrust Lawyers," ABA teleseminar, Feb. 24, 2015

Presenter, "Prosecutorial Accountability in the Information Age" (work-in-progress), faculty workshop, Notre Dame Law School, Feb. 21, 2015

Panelist, "The Ethics of Conflicts of Interest," Clifford Law Offices Continuing Legal Education Program, Chicago, IL, Feb. 20, 2015

Panelist, "Current Ethical Issues in Corporate Representation," Cardozo Law School, Feb. 11, 2015

Panelist, "The Ethical Minefields of Witnesses: A Refresher," ABA Webinar, Dec. 19, 2014

Co-chair and co-moderator, "Ethical Issues in Pro Bono Representation," PLI, Dec. 16, 2014

40

Panelist, "Ethical Considerations for Corporate Investigations: Views from All Sides," N.Y. City Bar, Sept. 30, 2014

Panelist, "Taz, Morality & Ethics," The Taslitz Galaxy: A Gathering of Scholars at Howard, Howard University School of Law, Sept. 19, 2014

Panelist, "Supreme Court Update and Other Notable Developments in Criminal Law," Southeastern White Collar Crime Institute, ABA Criminal Justice Section, Braselton, Georgia, Sept. 12, 2014

Co-presenter, "Regulation of U.S. Prosecutors in the Information Age," International Legal Ethics Conference VI, London, England, July 11, 2014

Presenter, "Reforming the regulation of the prosecutors: A slightly comparative perspective," Conference of the International Working Group for Comparative Studies of the Legal Professions, Frauenchiemsee, Germany, July 7, 2014

Panelist, "International Ethics," Ninth Annual Fordham Law School Conference on International Arbitration and Mediation," June 12, 2014

Panelist, "Fifth Annual Prescription for Criminal Justice Forensics," ABA Criminal Justice Section, NY, NY, June 6, 2014

Panelist, "Ethics of Working With Witnesses," Professional Education Broadcast Network, May 16, 2014

Panelist, "Plenary: Twenty Years After the MacCrate Report: Revisiting the Continuum," NCBE Annual Admissions Conference, Seattle, WA, May 3, 2014

Moderator, "Conflicts: The Basics and Recent Developments," Ethics for In-House Counsel: New Developments & Future Challenges, Fordham Law School, March 20, 2014

Panelist, "Race and Access to Justice," Georgetown Univ. Law Center, Washington, D.C., March 18, 2014

Co-speaker, "Professional Ethics for Public Interest Lawyers," Brennan Center for Social Justice, NY, NY, Feb. 28, 2014

Panelist, "Attorney Client Privilege and Selective Waiver in Bank Regulation," Cardozo Law School, Feb. 24, 2014

41

Panelist, "Who Are They to Judge?  Ethical and Professionalism Issues Facing the Bench," 1tth Annual Legal Ethics & Professionalism Symposium, Univ. of Georgia Law School, Feb. 21, 2014

Panelist, "Bridge the Gap" C.L.E. Orientation Program, Committee on Character & Fitness (Supreme Court, Appellate Division, First Judicial Department), NYCLA, Feb. 19, 2014

Moderator, "Ethical Choices in Dealing with Crime Victims: What is a Prosecutor, Defender and Judge to Do?," 2014 ABA Midyear Meeting, Chicago, IL, Feb. 7, 2014

Panelist, "Stop, Frisk & Judicial Independence: An Ethics CLE," NY Chapters of the Puerto Rican Bar, Federal Bar and National Bar Associations, U.S. Courthouse, NY, NY, Jan. 8, 2014

Commentator, "The Lost Lawyer and the Lawyer-Statesman Ideal: A Generation Later – the Shifting Sands of Professional Identity," AALS Annual Meeting, NY, NY, Jan. 4, 2014

Co-presenter, Workshop on Prosecutorial Ethics, Hitotsubashi Univ., Tokyo, Japan, Dec. 18, 2013

Co-presenter, Workshop on Prosecutorial Ethics, Japan Federation of Bar Associations, Tokyo, Japan, Dec. 17, 2013

Presenter, "Comparing the Honesty and Candor Obligations of U.S. Prosecutors and Defense Lawyers," Chukyo Univ., Nagoya, Japan, Dec. 16, 2013

Moderator, panel on "Unbundled Legal Services," "Until Civil Gideon: Expanding Access to Civil Justice," Fordham Law School, Nov. 1, 2013

Moderator, "Ripped from the Headlines," 9th Annual White Collar Seminar, NACDL, Washington, D.C., Oct. 24, 2013

Panelist, Federal Criminal Practice Institute, New York County Lawyers' Association, Oct. 19, 2013

Panelist, "Ethical Considerations for Corporate Investigations: Views from All Sides," Association of the Bar of the City of New York, Sept. 25, 2013

Moderator, "Criminal Discovery Under Brady v. Maryland: Current Developments,  Association of the Bar of the City of New York, Sept. 19, 2013

Moderator, "Navigating the Ethical Challenges in Counseling Unaccompanied Minors," DCS Legal Access Project Managers' Meeting, Vera Institute of Justice, July 31, 2013

Presenter, Ethics Workshop, Annual Capital Defense Training Program, New York City Bar, July 15, 2013

Panelist, "Culpability and White Collar Crime," 2013 AALS Midyear Meeting, San Diego, CA, June 10, 2013

Panelist, "The Ethics of Sub-Prime Lending," conference on The Mortgage Crisis–Five Years Later, Coalition for Debtor Education, Fordham Law School, June 3, 2013

Moderator, "Prosecutors' Ethical and Professional Decision Making – Is it Unique?," 39th ABA National Conference on Professional Responsibility, San Antonio, TX, May 30, 2013

Co-presenter, "Hot Topics in Legal Ethics," Fordham Law School, May 20, 2013

Panelist, "Criminal Law and Ethics," NYCLA, April 23, 2013

Panelist, "Religion and the Practice of Law," 2013 Conference on Religious Legal Theory, Touro Law Center, April 11, 2013

Commentator, Conference on "The Ethical Infrastructure and Culture of Law Firms," Hofstra Law School, April 5, 2013

Presenter, "The Gideon Effect: Rights, Justice and Lawyers Fifth Years After Gideon v. Wainwright," Yale Law Journal Symposium, Yale Law School, March 9, 2013

Panelist, "Complying with Brady and Strategies for Defense Counsel," 27th Annual National Institute on White Collar Crime, Las Vegas, Nevada, March 8, 2013

Panelist, "Ethics in White Collar Cases," 27th Annual National Institute on White Collar Crime, Las Vegas, Nevada, March 7, 2013

Presenter, "Imagining Plea Bargaining Without Competent Counsel: Justice Scalia's Pursuit of Less Perfect Justice," conference on Plea Bargaining After Lafler and Frye, Duquesne Univ. School of Law, March 1, 2013

Moderator, "The Business and Ethics of Managing a 21st Century Law Firm: New, Smart and Ethical Business Models," Fordham Law School, Feb. 26, 2013

Panelist, "Representing Financial Institutions and their Employees in SEC Enforcement Actions," ABA Section of Business Law, White Collar Crime Committee, NY, NY, Feb. 13, 2012

Speaker, "New Developments in Attorney-Client Privilege," AALS 2013 Annual Meeting, New Orleans, LA, Jan. 5, 2013

Chair and moderator, "Ethical Issues in Pro Bono Representation 2012," PLI, Dec. 18, 2012

Panelist, "Ethical Issues for the Modern Day Prosecutor," Kings County District Attorney's Office, Nov. 20, 2012

Panelist, "Navigating Ethical Waters: Obstruction of Justice, Destruction of Evidence and False Statements," 8th Annual White-Collar Seminar, NACDL, Fordham Law School, NY, NY, Nov. 15, 2012

Lecture, "Lawyers' Professional Independence: Overrated or Undervalued?," Miller-Becker Center for Professional Responsibility Distinguished Lecture Series, Akron Law School, Nov. 9, 2012

Speaker, "Federal Criminal Discovery Reform: A Legislative Approach," symposium on Defining and Enforcing the Federal Prosecutor's Duty to Disclose Exculpatory Information, the 13th Annual Georgia Symposium on Ethics and Professionalism, Mercer Law School, Oct. 5, 2012

Moderator, "Ethical Issues for Criminal Practitioners," National Law Journal/Legal Times & Fordham Law School, recorded webinar broadcast on Oct. 2, 2012

Panelist, "Ethical Considerations for Corporate Investigations: Updates 2012," Association of the Bar of the City of New York, Sept. 12, 2012

Speaker, "Lawyers' Professional Independence: Is it undervalued or overrated?," International Legal Ethics Conference V, Banff, Alberta, July 13, 2012

Panelist, "Law Without Walls," International Legal Ethics Conference V, Banff, Alberta, July 13, 2012

Presenter, "Ethical Practice in the Criminal Justice System: Finding Common Ground," National Institute for Teaching Ethics & Professionalism, Seattle, WA, June 22-24, 2012

Panelist, "Parallel Proceedings: Emerging Issues & Best Practices," Association of the Bar of the City of New York, June 13, 2012

Presenter, "Rehabilitating Lawyers: Perceptions of Deviance and Its Cures in the Lawyer Disciplinary Process," 2012 International Conference on Law & Society, Honolulu, HA, June 5, 2012

Panelist, "So You Think You're Up-to-Date on Attorney Client Privilege & Confidentiality," 38th ABA National Conference on Professional Responsibility, Boston, MA, June 1, 2012

Panelist, "Conflicts in the Face of Corporate Representations and Government Investigative Techniques," 1st Annual White Collar Crime Institute, Association of the Bar of the City of New York, May 14, 2012

Panelist, "Conflicts and Choice of Law Updates," Professional Responsibility and Legal Ethics: Exploring the Similarities and the Differences Across Legal Systems, Association of Professional Responsibility Lawyers International Conference, Istanbul, Turkey, May 4, 2012

Co-speaker, "Rehabilitating Lawyers: Perceptions of Deviance and its Cures in the Lawyer Reinstatement Process," The Law: Business or Profession? - The Continuing Relevance of Julius Henry Cohen for the Practice of Law in the Twenty-First Century, Fordham Law School, April 24, 2012

Speaker, "The Flood of U.S. Lawyers: Natural Fluctuation or Professional Climate Change?," Too Many Lawyers? - Facts, Reasons, Consequences, and Solutions, International Institute for the Sociology of Law, Oñati, Spain, April 20, 2012

Presenter, "Prosecutors and Professional Regulation," faculty workshop, Fordham Law School, March 22, 2012

Speaker, "Ethics," Counseling Clients in the Entertainment Industry 2012, PLI, March 12, 2012

Panelist, "Ethics for Government Lawyers 2012," PLI, March 9, 2012

Speaker, "Ethics for Government Lawyers," U.S. Environmental Protection Agency, Region 2, Office of Regional Counsel, March 8, 2012

Moderator, "Top Ten Reasons You'll Wish You had Become a Trust & Estates Lawyer: Ethical Pitfalls and Blunders in White Collar Practice," 26th National Institute on White Collar Crime, ABA, Miami, Florida, March 1, 2012

Panelist, "Developments in Ethics for Antitrust Lawyers," live webinar and teleconference, ABA Section of Antitrust Law, Feb. 16, 2012

Panelist, "Prosecutorial Accountability in the Post-Connick v. Thompson Era: Reforms and Solutions," ABA Death Penalty Representation Project et al., New Orleans, Louisiana, Feb. 4, 2012

Speaker, "Ethical Issues in Federal Practice," Current Developments in Federal Civil Practice 2012, PLI, Feb. 1, 2012

45

Panelist, "Technology in Your Practice - Trends, Tools and Ethics Rules,"  NYSBA Annual Meeting, Jan. 26, 2012

Panelist, "Rules of Professional Conduct and the Government Lawyer," NYSBA Annual Meeting, Jan. 24, 2012

Panelist, "Ethical Considerations in Setting Attorney Fees," NYSBA Annual Meeting, Jan. 24, 2012

Speaker, "Government Lawyering," 2012 Annual Meeting, AALS, Washington, D.C., Jan. 5, 2012

Chair and moderator, "Ethical Issues in Pro Bono Representation 2010," PLI, Dec. 21, 2010

Panelist, "Ethical Issues with Group Representation," LEAP conference on Civil Justice as bedrock value in Difficult Times, Nov. 29, 2011

Panelist, "The Watergate CLE," U.S. District Court - EDNY, Nov. 15, 2011

Panelist, "Future Ethics: Who Will Regulate Lawyers in 2020?," New York Law School, Nov. 14, 2011

Panelist, "Community Prosecution & Community Defense," Wake Forest Univ. School of Law, Nov. 4, 2011

Panelist, "Multi-jurisdictional rules of ethics and professional conduct: Coping with conflicting legal rules and privileges in a global business environment," German-American Lawyers' Association, NY, Oct. 25, 2011

Panelist, "What to Do?  Has the Potential Client (Who Will Not Disclose) Intentionally Misrepresented?", Working Group on Legal Opinions Fall 2011 Seminar, NY, Oct. 25, 2011

Panelist, "Sentencing Advocacy," 2011 Federal Criminal Practice Institute, NYCLA, Oct. 15, 2011

Moderator, "Representing Clients With Diminished Capacity," Association of the Bar of the City of New York, Oct. 13, 2011

Moderator, "The ABCs of D-efense in an E-lectronic Age: Ethics and Strategies," 7th Annual White Collar Seminar, NACDL, Fordham Law School, Sept. 22, 2011

Panelist, "Ethical Considerations for Corporate Investigations: Updates 2011," Association of the Bar of the City of New York, Sept. 15, 2011

Panelist, "Alternative Litigation Financing: A New Way to Help Pay for Lawsuits and Stay Out of Trouble While Doing It," NYCLA, Sept. 14, 2011

Panelist, "The Ethical and Practical Challenges of Representing a Controversial Client," Federal Bar Council & Stein Center, E.D.N.Y. federal courthouse, June 29, 2011

Panelist, "What is Good Lawyering?," Conference on Padilla and the Future of the Defense Function, NACDL, Cardozo Law School, June 20, 2011

Luncheon speaker, "Staying Ahead of the Curve: What Every Criminal Defense Lawyer Needs to Know," NYSBA, Albany, NY, June 17, 2011

Panelist, "Tackling Ethical Issues Arising in Criminal Cases," NYCLA, June 16, 2011

Panelist, "Third Party Funding of International Arbitration Claims: The Newest 'New New Thing,'" NYSBA Dispute Resolution Section & Fordham Law School ADR and Conflict Resolution Program, June 15, 2011

Panelist, "How the Rules of Professional Conduct Apply to Government Lawyers," Seventeenth Annual Seminar on Ethics in New York City Government, NYC COIB & Center for New York City Law, New York Law School, May 17, 2011

Panelist, "Hypothetically Speaking II: Issues in the Attorney-Client Relationship under the Rules of Professional Conduct," Association of the Bar of the City of New York, May 16, 2011

Moderator, "Ethics Update: Perspectives from the Federal and State Judiciary," N.Y.S. Federal Judicial Council - Advisory Group, E.D.N.Y. federal courthouse, May 11, 2011

Moderator, "Ethics Update: Perspectives from the Federal and State Judiciary," N.Y.S. Federal Judicial Council - Advisory Group, S.D.N.Y. federal courthouse, May 10, 2011

Panelist, "An Overview of Attorney Error: Malpractice, Breach of Ethical Rules and Ineffective Assistance of Counsel," Mental Hygiene Legal Service, May 3, 2011 (videotape)

Panelist, "The Top Five Ethical Violations and Resulting Claims for Legal Malpractice," Spring 2011 National Legal Malpractice Conference, ABA Standing Committee on Lawyers' Professional Liability, Boston, MA, April 28, 2011

Panelist, "Anatomy of a Trial: Young Lawyer Trial Skills Training," ABA Section of Litigation & Criminal Justice Section Annual CLE Conference," Miami, Florida, April 14, 2011

47

Panelist, "Ethics," IP Enforcement and Litigation 2011: Civil and Criminal Update, PLI, March 30, 2011

Panelist, "Ethical Implications of Legal Aid and Pro Se Assistance," Legal Aid Society, March 18, 2011

Speaker, "Criminal Defense Ethics," 25th Annual Metropolitan New York Trainer, NYS Defenders Ass'n, March 12, 2011

Moderator, "Criminal Defense?: The Ethical and Legal Line Between Zealous Advocacy and Obstruction of Justice ," 25th National Institute on White Collar Crime, ABA Criminal Justice Section, Mar. 3, 2011, San Diego, CA

Panelist, "2011 Ethical Issues," 2011 Winter Bench & Bar Conference, Federal Bar Council, Los Cabos, Mexico, Feb. 21, 2011

Keynote Speaker, "Ted Schneyer's Impact on Legal Ethics Scholarship," The Ted Schneyer Ethics Symposium: Lawyer Regulation for the 21st Century, Univ. Of Arizona, James E. Rogers College of Law, Jan. 28, 2011

Panelist, "Ethical Pitfalls for Business Lawyers," Business Law Section, NYSBA Annual Meeting, Jan. 26, 2011

Co-speaker, "Legal Ethics & Professionalism," Nineteenth Annual London MCLE Fair, CLE Europe Limited, Jan. 15, 2011

Chair and moderator, "Ethical Issues in Pro Bono Representation 2010," PLI, Dec. 21, 2010

Moderator, "Ethical and Privilege Issues for Pharmaceutical Whistleblowers Counsel," Institutional Investor Educational Foundation, New York, NY, Dec. 9. 2010

Moderator, program on ethics and professionalism in criminal prosecution and defense, Multnomah County Courthouse, Portland, OR, Dec. 3, 2010

Panelist, "Ethics and the Construction Lawyer," NYCLA, Nov. 30, 2010

Speaker, "Ethical Practices for the Modern Prosecutor," Brooklyn District Attorney's Office. Oct. 26, 2010

Speaker, "Prosecutive Ethics," annual conference, National Association of Former United States Attorneys, Oct. 9, 2010

Moderator, "A Prosecutor's Brady/Discovery Obligations For Production of Documents," ABA Criminal Justice Section White Collar Crime Mid-Atlantic Regional Committee, Widener Law School, Wilmington, DE, Oct. 7, 2010

Panelist, ""Ethics and Litigation for Today's Trial Counsel," 2nd Annual Litigation Summit, Oct. 6, 2010

Panelist, "Ethical Considerations for Corporate Investigations: Updates 2010," Association of the Bar of the City of New York, September 15, 2010
Panelist, "Hot Ethics Issues for Young Trial Lawyers (and the Young at Heart)," ABA ANNUAL Meeting 2010, San Francisco, CA, August 7, 2010

Speaker, "Criminal; Defense Ethics," New York State Defenders Association 43rd Annual Meeting & Conference, Saratoga Springs, NY, July 27, 2010

Panelist, "Lawyers in Context: Ethical Decision Making in Practice," International Legal Ethics Conference IV, Stanford Law School, July 17, 2010

Moderator, "Prosecutors and their Disclosure Duties: A Regulatory Conundrum," 36rd National Conference on Professional Responsibility, ABA, June 3, 2010

Panelist, "Hypothetically Speaking: Considering Issues for the Practitioner under the New Rules of Professional Conduct," Association of the Bar of the City of New York, May 17, 2010

Panelist, "Bloomberg Corporate Internal Investigations: Ethical Considerations Seminar 2010," Bloomberg, NY, March 11, 2010

Panelist, "Protecting the Attorney-Client Privilege and Attorney Work Product," 24th Annual National Institute on White Collar Crime, Miami, Florida, Feb. 25, 2010

Panelist, "Half a Century of Advice," Committee on Professional Ethics, NYSBA Annual Meeting, Jan. 29, 2010

DAVID MCGOWAN
dmcgowan@sandiego.edu
(619) 260-7973

**EMPLOYMENT**    Lyle L. Jones Professor of Competition and Innovation Law, University of San Diego School of Law.

University of Minnesota Law School.  Professor of Law, 2004-2005.  Associate Professor of Law, 1998-2004.  Julius E. Davis Professor of Law, 2003-04. Vance K. Opperman Research Scholar, 2002-2003. Editor, CONSTITUTIONAL COMMENTARY, 2002-2005.

Morrison & Foerster, Of Counsel 2023-2025; Durie Tangri LLP, 2009-2022; Howard, Rice, Nemerovski, Canady, Falk & Rabkin, San Francisco, California (Director, as of March 1,1998; Associate, 1994-98); Skadden, Arps, Slate, Meagher & Flom, San Francisco, California (Associate, 1991-1994).

Law Clerk to the Hon. A. Raymond Randolph, United States Court of Appeals for the District of Columbia Circuit (1990-1991).

**EDUCATION**    Boalt Hall School of Law, University of California at Berkeley, J.D. 1990.  Order of the Coif; Associate Editor, *California Law Review*; Recipient, Thelen, Marrin, Johnson & Bridges Prize for best student publication; Member, National Moot Court Team.

University of California at Los Angeles, BA, *magna cum laude*, political science, 1986. Member, UCLA debate team.

**COURSES**    Antitrust, Contracts, Contract Theory, Copyright, Professional Responsibility, Judgment & Decision Making

**PUBLICATIONS**

Casebook          David McGowan, *Developing Judgment About Practicing Law* (West, 5th Ed. 2026)

Articles          *Myth and Narrative in Legal Ethics: What Really Happened in Lake Pleasant*,
                  San Diego Legal Studies Paper 26-012

                  *Access to What? Lawyers, Transaction Costs, and Justice in the Age of AI*,
                  San Diego Legal Studies Paper 26-010

                  *Fealty Oaths*,
                  San Diego Legal Studies Paper No. 25-033

                  *Juror Number 6: Implicit Bias and the Future of Jury Trials*, 61 San Diego L. Rev. 497
                  (2024)

                  *Implicit Bias and Jury Trials: A Report on an Experiment in Washington*, 53 THE BRIEF
                  42 (2024)

                  *Lawyers and the Theory of the "Big Lie,"*
                  San Diego Legal Studies Paper No. 22-019 (2022)

                  *The Internet and the Limping Truth*
                  San Diego Legal Studies Paper No. 21-013 (2021)

                  *Lawyer Threats*
                  San Diego Legal Studies Paper No. 21-003 (2021)

                  *Consumer Contracts and the Restatement Project*
                  San Diego Legal Studies Paper No. 19-424, (2019)

                  *Legal Education and the Ethics of Acceptance*
                  San Diego Legal Studies Paper No. 18-354 (2018)

                  *The Lemons Problem in Criminal Appeals: On the Pernicious Effects of* Douglas v.
                  California, San Diego Legal Studies Paper No. 18-353 (2018)

                  *The Criminal Conflicts Paradox*,
                  San Diego Legal Studies Paper No. 18-332 (2018)

                  *The Apportionment Problem in Copyright Law*,
                  San Diego Legal Studies Paper No. 17-307 (2017)

                  *Lawyering Within the Domain of Expertise*, 84 FORD. L REV. 1929 (2016)

2

*Two Ironies of UPL Laws*,
San Diego Legal Studies Paper No. 16-218 (2016)

*Bleak Work: Role Morality in Dickens and in Practice*,
San Diego Legal Studies Paper No. 16-221 (2016)

*California's Duty of Confidentiality: A Case Study in Code Interpretation*,
San Diego Legal Studies Paper No. 14-163 (2014)

*The Unfallen Sky*, 51 Hous. L. Rev. 337 (2013)

*Making Law School More Useful*,
San Diego Legal Studies Paper No. 13-102 (2012)

*Lawspeech*, 2012 Prof. Lawyer 1

David McGowan, *The Tory Anarchism of F/OSS Licensing*, 78 U. Chi. L. Rev. 207 (2011)

Bernard A. Burk & David McGowan, *Big But Brittle: Economic Perspectives on the Future of the Law Firm in the New Economy*, 2011 Colum. Bus. L. Rev. 4

David McGowan, *Inequitable Conduct*, 43 Loyola L.A. L. Rev. 945 (2010)

David McGowan, *Innovation and Liability for Indirect Copyright Infringement*, 8 Nw. J. Tech. & Intell. Prop 38 (2009)

David McGowan, *The Perils of the Partial Spectator* 35 Queens L.J. 165 (2009)

David McGowan, *Copyright and Convergence: A Different Perspective* (book chapter 2009)

David S. Law & David McGowan, *There Is Nothing Pragmatic About Originalism*, 102 Nw. U. L. Rev. Colloquy 86 (2007)

David McGowan, *What* Toolworks *Tells Us About Tailoring Patent Misuse Remedies*, 101 Nw. U. L. Rev. Colloquy 208 (2007)

David McGowan, *Politics, Office Politics, and Legal Ethics*, 20 GEO. J. L. ETHICS 1057 (2007)

David McGowan, *Some Copyright Consumer Conundrums*, in "Consumer Protection in the Age of the Information Economy" (Ashgate, 2006)

3

David McGowan, Book Review, *(So) What if it's All Just Rhetoric?*, 21 CON. COMM. 861 (2006) (reviewing Eugene Garver, *For the sake of argument: practical reasoning, character, and the ethics of belief)*

David McGowan, *Some Realism About the Free-Speech Critique of Copyright*, 74 FORD. L. REV. 101 (2005)

David McGowan, *Some Realism About Parochialism: The Economic Analysis of Legal Ethics*, 8 LEGAL ETHICS 117 (2005) (reviewing Randal Graham, *Legal Ethics*)

David McGowan, *Approximately Speech*, 89 MINN. L. REV. 1416 (2005)

David McGowan, *Between Logic and Experience: Error Costs and* United States v. Microsoft Corp., 20 BERKELEY TECH. L.J. 1185 (2005)

David McGowan, *The Trespass Trouble and the Metaphor Muddle*, 1 GEO. MASON J. LAW ECON. & POL'Y 109 (2005)

David McGowan, *Legal Aspects of Free and Open Source Software*, in MAKING SENSE OF THE BAZAAR: PERSPECTIVES ON OPEN SOURCE AND FREE SOFTWARE (MIT 2005)

David McGowan, *Why Not Try the Carrot? A Modest Proposal to Grant Immunity to Lawyers Who Disclose Client Financial Misconduct*, 92 CAL. L. REV. 1825 (2004)

David McGowan, Book Review, *Telling Stories for Liberty*, 20 CON. COMM. 651 (2004) (reviewing David Bernstein, *You Can't Say That: The Growing Threat to Civil Liberties from Antidiscrimination Laws*)

David McGowan, *But Cf, In re Hundred Acre Wood*, 20 CON. COMM. 437 (2004)

David McGowan, *But Cf, The Last Man Off Standard*, 20 CON. COMM. 1 (2004)

David McGowan, *Why The First Amendment Cannot Dictate Copyright Policy*, 65 U. PITT. L. REV. 281 (2004)

David McGowan, *Copyright Nonconsequentialism*, 69 MO. L. REV. 1 (2004)

David McGowan, *From Social Friction to Social Meaning: What Expressive Uses of Code Tell Us About Free Speech*, 64 OHIO ST. L.J. 1515 (2003)

David McGowan, *Website Access: The Case for Consent*, 35 LOYOLA-CHI. L.J. 341 (2003)

David McGowan, *Has Java Changed Anything? The Sound and Fury of Innovation Litigation*, 87 MINN. L. REV. 2039 (2003)

4

David McGowan, *Recognizing Usages of Trade: Two Examples from Electronic Commerce*, 8 WASH. U. J. L. & PUB POL'Y 167 (2002)

David McGowan, *Vaporware, The Internet, and Consumer Behavior*, in THE COMMODIFICATION OF INFORMATION (Kluwer, 2002)

David McGowan, *Innovation, Uncertainty, and Stability in Antitrust Law,* 16 BERKELEY TECH. L. J.  729 (2001)

David McGowan, *Making Sense of Dale*, 18 CON. COMM. 121 (2001)

David McGowan, *Ethos In Law and History: Alexander Hamilton, The Federalist, and the Supreme Court* 85 MINN. L. REV. 755 (2001)

David McGowan, *Legal Implications of Open-Source Software* 2001 U. ILL. L. REV. 241

David McGowan, *Judicial Writing and the Ethics of the Judicial Office*, 14 GEO. J. LEGAL ETHICS 509 (2001)

David McGowan, *The Problems With the Third Way; A Java Case Study*, in REGULATING THE GLOBAL INFORMATION SOCIETY (Routledge, 2000)

David McGowan, *But Cf.*, *In re J.S.*, 16 CON. COMM. 477 (1999)

Daniel J. Gifford & David McGowan, *A Microsoft Dialog,* 44 ANTITRUST BULL. 619 (1999)

David McGowan, *Networks and Intention in Antitrust and Intellectual Property,* 24 J. CORP. LAW 485 (1999)

David McGowan, *Free Contracting, Fair Competition, and Draft Article 2B: Some Reflections On Federal Competition Policy, Information Transactions, And Aggressive Neutrality,* 13 BERKELEY TECH. L. J.  1173 (1998)

Mark A. Lemley and David McGowan, *Could Java Change Everything? The Competitive Propriety of a Proprietary Standard*, 43 ANTITRUST BULL. 715 (1998)

Mark A. Lemley & David McGowan, *Legal Implications Of Network Economic Effects*, 86 CAL. L. REV. 479 (1998)

David McGowan, *Regulating Competition in the Information Age: Computer Software as an Essential Facility Under the Sherman Act*, 18 HASTINGS COMM/ENT. L.J. (1996)

David McGowan & Mark A. Lemley, *Antitrust Immunity: State Action and Federalism, Petitioning and the First Amendment*, 17 HARV. J. L. & PUB. POL'Y  293 (1994)

5

David McGowan & Ragesh K. Tangri, *A Libertarian Critique of University Restrictions of Offensive Speech*, 79 CAL. L. REV. 825 (1991)

David McGowan, *A Critical Analysis of Commercial Speech*, 78 CAL. L. REV. 359 (1990)

**Merri A. Baldwin**                                   311 California Street, 10th Floor
                                                        San Francisco CA 94104
                                                        (415) 956-2828
                                                        mbaldwin@rjo.com

---

**LEGAL EXPERIENCE**

**Rogers Joseph O'Donnell PC**
1989-2005; 2012 to present; Shareholder and General Counsel

Litigation practice with focus on business litigation and matters concerning attorney liability and conduct including legal malpractice, breach of fiduciary duty, malicious prosecution, sanctions, fee disputes, partnership disputes and motions to disqualify.  Advise law firms and attorneys on legal ethics and risk management issues and serve as an expert witness/consultant in the areas of standard of care, legal ethics and fee disputes.  Defend attorneys in disciplinary matters before the State Bar of California.  Represent plaintiffs and defendants in business litigation matters in state and federal court including breach of contract, fraud, trade secrets, unfair competition, employment, intellectual property, and government contracts.  Certified as a Specialist in Legal Malpractice Law, California Board of Legal Specialization.

**Chapman Popik & White LLP**
Of Counsel/Partner 2005-2012

**EDUCATION**

**University of California Berkeley School of Law**
J.D.  Co-Editor-in-Chief, Berkeley Women's Law Journal

**London School of Economics**
London, England
Fulbright scholar.  Graduate work in political sociology

**Smith College**
A.B. *magna cum laude* with high honors
Phi Beta Kappa

**LAW SCHOOL TEACHING**

**University of California, Berkeley School of Law,** Lecturer 2015 to 2023, teaching Professional Responsibility

**Golden Gate University School of Law**, Adjunct Professor 2011-2014, teaching Professional Responsibility

## PROFESSIONAL AFFILIATIONS AND AWARDS

**State Bar of California, Closing the Justice Gap Working Group** Vice-Chair 2020 to 2022; group tasked with analyzing possible regulatory reform

**California Lawyers Association Legal Ethics Committee** Co-Chair 2026-2027; Member 2019 to present

**Association of Professional Responsibility Lawyers** Member, Board of Directors 2022 to present

**State Bar of California Standing Committee on Professional Responsibility and Conduct**, Advisor, 2016-2017; Chair 2015-2016; Member 2011-2017

**Bar Association of San Francisco (BASF)**, President 2017; Board of Directors 2009 – 2012, 2014-2017

**American Bar Association, Professional Liability Litigation Committee**, Legal Malpractice Subcommittee Co-Chair 2007 – 2022

**Award of Merit, Bar Association of San Francisco** 2025 for work on Law Day of Action; 2008 for work on the Marriage Fairness Task Force

**"Top Professional Responsibility Lawyers,"** Daily Journal February 2026

"**Super Lawyers**," Northern California 2006 – 2024, 2026

**BASF Outstanding Volunteer in the Public Service Award** 2017 through 2020 for pro bono work in the area of guardianship

**Hastings College of the Law,** Mentor, Start-Up Legal Garage 2015

**BASF Legal Malpractice Section**, Co-Chair 2011-2014; Executive Committee 2015-2018

**BASF Foundation Board of Directors**, Member 2008 - 2010

**BASF Attorney-Client Fee Dispute Committee**, Arbitrator; Vice-Chair 2003 – 2007

## SELECTED LECTURES AND PRESENTATIONS

Fifty Ways to Leave: Ethical Issues at the Termination of the Attorney-Client Relationship
Association of Professional Responsibility Lawyers Midyear Meeting
San Antonio, Texas February 2026

Knowing Enough To Be Dangerous: How to Avoid Ethical Missteps in Using AI in Law Practice
ABA Artificial Intelligence Institute
Santa Clara, California October 2025

**<u>Selected Lectures and Presentations (cont'd)</u>**

Practicing Law By Algorithm: Ethical Implications of Generative AI in Legal Practice
    Beverly Hills Bar Association (webinar) October 2025

Trial Ethics
    Washington State Bar Association Trial Advocacy Program
    Seattle Washington June 2025

Serving Clients With Diminished Capacity
    Practicing Law Institute
    San Francisco California April 2025

Technology and Generative AI, Oh My!  Finding Your Way Through a Dark Forest of Ethical Issues
    ABA Privacy and Emerging Technology National Institute
    Washington D.C. March 2025

Keeping Up With the Technologies: The Real Life Ethics Issues of Using Generative AI in Law Practice
    ABA Artificial Intelligence and Robotics National Institute
    Santa Clara, California October 2024

California MCLE Marathon
    Practicing Law Institute, San Francisco 2006 - 2025 (annual program)
    Chair 2013-2025

Calling Perry Mason: Ethical Issues During Trial
    Association of Professional Responsibility Lawyers Annual Meeting
    Chicago Illinois August 2024

AI Crash Course for Bar Leaders and Lawyers: Uses, Misuses and Ethics
    NCBP/ABA Joint Plenary on AI, ABA Midyear Meeting
    Louisville, Kentucky February 2024

Ethical Issues for Privacy and Data Security Professionals
    Practicing Law Institute Annual Institute on Privacy and Cybersecurity Law
    San Francisco, California May 2023, Chicago Illinois June 2023

Ethics and Diversity
    Los Angeles County Bar Association Diversity Conference
    April 2023

Facts, Fictions and Future Steps in U.S. Regulatory Reform
    Association of Professional Responsibility Lawyers Midyear Meeting
    New Orleans, Louisiana February 2023

**Selected Lectures and Presentations (cont'd)**

With Great Power Comes Great Responsibility:  Connecting Legal Ethics to IoT
    ABA National Institute on the Internet of Things
    Webinar September 2022

Ethics Update for the IP Lawyer
    PLI Intellectual Property Law Institute 2017-2023

Perils of Fee Sharing With Nonlawyers
    PLI New Law Institute 2020-2025 (Webinar)

Ethical Issues for Privacy and Data Security Professionals
    Practicing Law Institute Annual Institute on Privacy and Cybersecurity Law
    San Francisco, California May 2022

Serving Clients With Diminished Capacity
    Practicing Law Institute April 2022 and April 2023

IoT:  An Existential Threat to Ethics?
    American Bar Association Internet of Things National Institute September 2020

Show Me the Money:  Ethical Issues in Charging and Collecting Attorney Fees
    California Lawyers Association Annual Meeting September 2020

The New California Rules of Professional Conduct
    Institute for Corporate Counsel, USC Gould School of Law December 2019

Recent Updates in the Law of Lawyering
    PILOT/Legis Annual Conference, November 2019-2020, 2022-2025

When Are Conflict Waivers Effective and When Are They Not
    California Lawyers Association Annual Meeting
    Monterey California October 11, 2019

Considering the Future of Rule 5.4
    ABA Professional Responsibility Conference
    Vancouver, British Columbia May 2019

Ethical Considerations in the Startup Space
    California Lawyers Association IP Institute, San Jose, CA November 9, 2018

Law and Ethics of Attorney Mistakes
    State Bar of California Statewide Ethics Symposium
    San Francisco CA April 6, 2018

4

**Selected Lectures and Presentations (cont'd)**

Fifty Shades of Gray:  Exploring IoT Ethical Issues
    ABA Second IoT National Institute, Washington, D.C. May 10, 2017

What You Don't Know But Should About the New Proposed Rules
    State Bar of California Statewide Ethics Symposium
    Los Angeles, California April 21, 2017

Critical Ethics Issues for the IP Lawyer
    Practicing Law Institute's Intellectual Property Law Institute 2016
    San Francisco, California, October 25, 2016

Ethics Update 2016:  Significant Developments in the Law of Lawyering
    State Bar of California Annual Meeting
    San Diego, California, September 30, 2016

The Two-Step Shuffle:  Moving Side to Side or Lateral Movement By Lawyers
    American Bar Association National Conference on Professional Responsibility,
    Philadelphia, PA June 3, 2016

The Connected Lawyer and the Ethics Rules
    Practicing Law Institute, Institute on Privacy and Data Security Law, San Francisco, CA May 16,
    2016; Chicago July 12, 2016

Strength in Numbers:  Ethics in Class and Mass Actions
    State Bar of California Statewide Ethics Symposium April 2016

Legal Malpractice and Professional Ethics:  Recent Developments
    Bar Association of San Francisco, January 22, 2016

Recent Developments in the Law Governing Lawyers
    State Bar of California Annual Meeting, Anaheim, CA October 2015

Contracting Around Ethics
    ABA Professional Responsibility Conference, San Diego 2014

Disruptive Ethics?  Innovative Models of Providing Legal Services
    State Bar of California Statewide Ethics Symposium, April 12, 2014

**BAR AND COURT ADMISSIONS**

California
Washington
District of Columbia
United States District Court – Northern, Eastern, Central and Southern Districts of California

5

United States Court of Appeal – Ninth Circuit
United States Supreme Court

**SELECTED PUBLICATIONS**

"AI Misuse and the 'Snitch Rule' in Legal Ethics," *Daily Journal*, July 16, 2025

"Put Your Money Where Your Mouth Is:  Ethical Guidelines for Lawyers Investing in Clients," *California Lawyers Association Business Law News,* Issue 2, 2024 (Summer 2024)

"AI in Legal Practice: New California Guidelines," *Daily Journal*, December 6, 2023

*"Sheppard Mullin* and Beyond: Advance Waivers, Disclosures and Arbitration Agreements", *California Litigation*, Vol. 34, no. 2 (2021)(with Amy Bomse)

"Misconduct Has Its Price:  Sanctions Against Attorneys," *California Bar Journal*, State Bar of California, September 2016

"When Moving On, First Protect Clients' Interests," *Daily Journal*, December 5, 2014

"California's MCLE Requirements:  Complying With the Rules and Your Ethical Obligations" *California Bar Journal*, State Bar of California, September 2014

"The Jury is Not Your 'Friend'," *Daily Journal*, May 2, 2014

"Risky Business:  Identifying, Preventing and Managing Conflicts of Interest," *The Woman Advocate* (ABA) Spring 2014, vol. 19, no. 3

"An Ounce of Prevention:  Managing Disqualification Risks Through Advance Conflict Waivers," *IP Litigator*, March/April 2014

"Lawyers Representing Start-Ups: Managing Ethical Risks and Obligations," *California Bar Journal*, State Bar of California, December 2013

"Discoverability of Witness Interviews: To What Extent Do the Work Product Doctrine and/or the Attorney-Client Privilege Apply," *California Bar Journal*, State Bar of California, February 2013

The Law of Lawyers' Liability
        Co-editor; First Chair Press/American Bar Association 2012

Fee Agreement Forms Manual
        Consulting Editor, Continuing Education of the Bar (2d Ed. 2006-2018, 2023-2024)

**Emil J. Ali**

13337 South Street #555 Cerritos, CA 90703 (310) 596-1234 emil@mccabeali.com

### Professional Summary

Mr. Ali provides advice to lawyers and law firms on complex issues ranging from compliance with the various rules of professional conduct to client management and ethics/malpractice actions.  Mr. Ali's experience allows him to mitigate risk and work within tight deadlines, while solving complex problems in ambiguous situations.  Mr. Ali regularly provides continuing legal education seminars and teaches law students on best practices.  Mr. Ali is also a life fellow of the American Bar Foundation.

### Bar Admissions

California, District of Columbia, Oregon, and the United States Patent and Trademark Office (Registered Patent Attorney)

### Teaching Experience

**Lewis & Clark Law School** – *Adjunct Professor of Law*                                                 2018 – Present
- Design and teach innovative legal ethics course focused on practical aspects of the legal profession
- Coursework includes instruction on how to bill a client, legal advertising best practices, and an in-depth understanding of conflicts of interest and client management
- Educate students on bar admissions and character & fitness process
- Prepare students for Multistate Professional Responsibility Examination

### Relevant Experience

**McCabe & Ali, LLP** – *Partner*                                                                                   2020 – Present
- Co-founder of national law firm with focus on representing attorneys in ethics and professional responsibility matters
- Defend patent agents and lawyers charged with ethics violations in disciplinary enforcement actions brought by the federal government and courts, including matters involving allegations of breach of fiduciary duty, lack of competency, UPL, conflicts of interest, duties to clients, inequitable conduct, Rule 11 violations, sanctions, litigation misconduct, patent and trademark prosecution misconduct, lawyer mobility issues, personal misconduct, and criminal convictions
- Advise clients regarding highly complex intellectual property issues and the USPTO Rules of Professional Conduct
- Represent lawyers and law firms in all aspects of proactive and reactive matters related to client management
- Advise lawyers and law firms regarding best practices to identify, avoid, and prevent conflicts of interests and other potential violations of the rules of professional conduct
- Work with departing lawyers on establishing new firms and transferring complex client matters
- Advise law students and patent bar applicants regarding admissions process and moral character issues with USPTO and state bars
- Present ethics-focused continuing legal education seminars to law firms, bar associations, and insurance companies regarding best practices related to intellectual property ethics

**Carr Butterfield, LLP** – *Partner*                                                                                   2018 – 2020
- Provide strategic legal advice to a diverse range of clients in litigation and transactional matters, including as lead trial counsel while efficiently coordinating experts and local outside counsel in administrative agency practice
- Led ethics and professional responsibility practice, representing professionals before federal and state regulators
- Provide written legal opinions for clients to make informed business decisions regarding liability, strategy, and growth, including counseling clients regarding GDPR, trade regulations, integrity, and data protection requirements
- Counsel clients regarding best practices in hiring and employment law matters, including onboarding and benefits
- Prepare and prosecute trademark applications, and provide guidance on patent portfolio strategy
- Provide general counsel and litigation services, including conducting internal investigations, contract negotiation, securities work, marketplace analysis, due diligence, mergers and acquisitions, and corporate governance matters

**U.S. Patent and Trademark Office, Office of the General Counsel** – *Senior Staff Attorney*              2012 – 2017
- Investigated grounds for discipline regarding practitioners accused of professional misconduct, including directing junior attorneys and professional staff in reviewing compliance with federal regulations
- Reviewed highly-technical patent and trademark applications for evidence of fraud and unethical conduct
- Provided complex legal opinions, advice, and memoranda to General Counsel and OED Director regarding interpretations of statutes and regulations while leading settlement negotiations in highly contested litigation
- Provided guidance on administrative law, including drafting changes to the USPTO Rules of Professional Conduct and other rulemaking

**Emil J. Ali**                                                                                                                          2

- Implemented standard operating procedures and long-term technical process improvements, while providing support and oversight in drafting and negotiating vendor procurement contracts and budgets, and monitoring third party compliance
- Drafted questions for Examination for Registration to Practice in Patent Cases (Patent Bar Exam)
- Developed training and provided guidance regarding the interpretation of regulations as a subject matter expert
- Winner of two agency Bronze Medal Awards for superior government Service, as well as an exceptional service award

**Department of Justice, U.S. Attorney's Office for the District of Columbia** – *Special Assistant U.S. Attorney*          2015

- Assigned a seven-month secondment to investigate and prosecute over three hundred cases involving criminal violations of D.C. law and support DOJ while gaining valuable trial experience
- Reviewed complex evidence and used discretion to determine plea agreements, deferred prosecution agreements, and trial strategies
- Took seventeen cases to trial in the Superior Court of the District of Columbia as lead trial counsel

**Department of Labor, Employee Benefits Security Administration** – *Employee Benefits Law Specialist*          2009 – 2012

- Performed complex interpretations of Part 7 of ERISA, HIPAA, COBRA, and the ACA
- Worked in conjunction with representatives from Treasury, IRS, and HHS to develop and publish regulations, advisory opinions, and interpretive guidance for employee benefit plans
- Provided guidance and training for attorneys and plan administrators seeking help interpreting regulations
- Provided support and regulatory interpretation for field-office investigations and audits of health plans
- Drafted letters and memoranda interpreting ERISA, including areas with unsettled legal precedent

## Civic Engagement & Professional Activities

**American Bar Association**

- Member, Planning Committee for the ABA's National Conference on Professional Responsibility (2024-2026)
- Vice-Chair of Professional Issues Division (2023-2025)
- Chair (and former Vice-Chair) of Section of Intellectual Property Law, Ethics and Professionalism Committee (2019-2025)
- Chair and Vice-Chair of the YLD Ethics and Professionalism Committee (2017-2019)
- Rosner & Rosner Professionalism Award Recipient (2018)
- Principal co-drafter of resolution promoting the proactive management-based regulation of the legal profession
- Member, Diversity, Equity and Inclusion Committee (2023-2025)
- Member, National Conference Planning Committee (2023-2025)
- Member, CLE Committee (2023-2025)
- Member (Former Fellow), Standing Committee on Professional Regulation (2024-Present)
- Former Policy Implementation Liaison to Center for Professional Responsibility
- Elected Life Fellow, American Bar Foundation

**Association of Professional Responsibility Lawyers**

- Board Member (2021 – Present)
- Board Secretary (2025 – 2026)
- Treasurer (2024 – 2025)
- Former Member, Diversity Committee

**American Intellectual Property Law Association**

- Co-Chair, Committee on the Profession (2021-2023)
- Chair, Civility and Ethics (2021)

**Cerritos Regional Chamber of Commerce** – Former Board Member

**City of Cerritos** – Appointed Committee Member, (2026 - Present)

**CORO** – Former Health Leadership Fellow

**Sahaas for Cause** – Board Member (2024 - Present)

**Oregon State Bar** – House of Delegates Member (2022-2025)

**State Bar of California, Committee on Professional Responsibility and Conduct** – Committee Member (2024- Present)

**National ABS Law Firm Association** – Member (2024-Present)

**The Howard T. Markey Intellectual Property American Inn of Court** – Member, Former Co-Secretary and Board Member (2024-2026)

**Emil J. Ali**                                                                                                           3

## Languages

English; Hindi/Urdu; Spanish; Swahili

## Education

**Howard University School of Law** – *Juris Doctor*

*Activities*:  Trial Advocacy Moot Court Team Member, Student Orientation Leader, CALI Award Recipient

*Leadership*: **Student Bar Association – Class Vice President, Faculty Bar Passage Committee – Student Member**

**University of California, Irvine** – *Bachelor of Arts in Political Science*

*Activities*: UCCS Scholar Intern, UCSA LobbyCore

*Leadership*: Director – Model United Nations

## Amicus Briefs

- *NOVARTIS PHARMACEUTICALS CORPORATION v. ACCORD HEALTHCARE INC., Et. Al.* (August 4, 2022) (Federal Circuit)
- *NOVARTIS PHARMACEUTICALS CORPORATION v. HEC PHARM CO., LTD., HEC PHARM USA INC.* (February 21, 2023) (Supreme Court)

## Selected Expert Engagements

- **American Arbitration Association, Employment Arbitration,** 2026
  - Retained by Claimant
  - Designated Expert
- **U.S District Court, New Jersey,** 2025-2026
  - Retained by Defendant
  - Consulting Expert
- **JAMS, Contractual Law Firm Arbitration,** 2025
  - Retained by Defendant
  - Consulting Expert
- **American Arbitration Association, Fermata Advisors LLC v. Todd Gomes and Ben Sedillo,** 2025
  - Retained by Plaintiff.
  - Provided Written Declaration.
- **Washington Disciplinary Hearing**, 2025
  - Retained by Respondent.
  - Provided Written Declaration.
- **U.S District Court, Delaware**, 2023
  - Retained by Senko Advance Components, Inc. regarding disqualification of Troutman Pepper Hamilton Sanders, LLP law firm.
  - Provided Written Declaration.
- **Oregon State Court Case**, 2023
  - Retained by Respondent.
  - Consulting Expert
- **California Disciplinary Hearing**, 2023
  - Retained by Respondent.
  - Provided Written Opinion.
- **Oregon Disciplinary Hearing**, 2023
  - Retained by Respondent.
  - Provided Written Declaration.
- **U.S District Court, California,** 2022-2026
  - Retained by Microsoft Corp.
  - Consulting Expert.
- **Oregon Regulatory Hearing**, 2022
  - Retained by Respondent.
  - Submitted Expert Report.
- **Indiana Disciplinary Hearing,** 2021

Emil J. Ali                                                                                                                        4

- o   Retained by Respondent.
- o   Provided Written Opinion and Testimony.

**Selected Insights & Publications**

- American Bar Association-IPL Solutions for Intellectual Property Paralegals and Administrators — **Ethics for Paralegals** (June 23, 2026)
- South Asian Bar Association North America's 2026 Annual Conference — **From Aunties (and Uncles) to Arbitrators: Managing Community Clients Without Breaking Ethical Rules** (June 19, 2026)
- California Lawyers Association — **Strategic, Ethical Use of Contract Lawyers** (June 13, 2026)
- American Bar Association, Center for Professional Responsibility — **Ethics in the Rearview** (May 28, 2026)
- American Bar Association — Contributing Author, **Ethics and Professionalism: The Keys to Building and Maintaining a Successful Law Practice** (May 4, 2026**)**
- State Bar of California — **Beyond the Billable Hour: Rethinking Legal Billing Practices in the Age of AI** (April 17, 2026)
- Practising Law Institute — **Patent Law Institute 2026: Critical Issues & Best Practices** (April 9—10, 2026)
- Justia — **Subject Matter Conflicts in Patent and Trademark Law: How to Spot and Avoid Issues** (March 25, 2026)
- Utah State Bar — **Intellectual Property Section of the Utah State Bar** (February 20, 2026)
- Lawline — **Bootcamp Session II: Managing Risk, Ethics, and Governance** (January 30, 2026)
- Oregon State Bar, BarBooks™ Co-Author — **Legal Ethics in Oregon, Chapter 13** (March 24, 2026)
- Practising Law Institute — **Ethical Consideration in Licensing and What Happens When a Friendly Deal Turns Litigious** (January 29, 2026)
- CNA Insurance — **Innovative Risk Strategies for the Modern IP Landscape** (December 11, 2025)
- Dallas Bar Association Intellectual Property Section — **Ethics, Conflicts, and Candor: Ethical Lessons for IP Practitioners** (December 4, 2025)
- Practising Law Institute — **Stay Ahead of the Curve: Ethical Use of AI in Legal Practice** (November 12, 2025)
- American Intellectual Property Law Association — **Navigating Ethical Frontiers** (November 1, 2025)
- Lawline — **Departing Ethically: 5 Things IP Lawyers and Law Firms Should Evaluate When Transitioning Firms** (October 23, 2025)
- American Bar Association — **Beyond the Rules: Real-World Ethics in Small Firm Practice: From Time Entry to Trust Accounting: Protecting Your Practice and Your Clients** (October 20, 2025)
- Practising Law Institute — **Patent Fundamentals Bootcamp: An Introduction to Patent Drafting, Prosecution, and Litigation** (September 25, 2025)
- CNA Insurance — **Innovative Risk Strategies for the Modern IP Landscape** (September 25, 2025)
- Lawline — **Candidly Patentable: Navigating Ethical Practices in Intellectual Property law** (August 13, 2025)
- National Association of Patent Practitioners Annual Meeting and Conference — **Traps, Gaps and Mishaps: IP Cautionary Case Tales & The Lessons Learned** (July 23, 2025)
- Oklahoma Bar Association, IP Division — **Avoiding IP Pitfalls: A Practical Approach to Ethical Conduct Before the USPTO** (June 6, 2025)
- American Bar Association, Center for Professional Responsibility — **Taking Nonlawyer Ownership National** (May 30, 2025)
- Practising Law Institute Patent Law — **Ethics: Avoiding Pitfalls in USPTO Practice** (April 11, 2025)
- CeriFi Legal Edge — **Avoiding Sanctions at the USPTO: Key Developments in Patent and Trademark Ethics** (April 7, 2025)
- North Carolina Bar Intellectual Property Section — **Unraveling the Ethics of IP Practice: A Practical Approach to Avoiding Problems** (March 28, 2025)
- American Bar Association — **The Last Twelve Months:  Ethics Developments and Legal Malpractice Avoidance** (March 26, 2025)
- Banner Witcoff — **Traps, Gaps and Mishaps:  IP Cautionary Case Tales & The Lessons Learned** (February 26, 2025)
- DC BAR — **A Primer on Conflicts of Interest in IP Practice 2025** (February 12, 2025)
- American Bar Association, Intellectual Property Law Section — **Paralegal Course: Balancing Innovation and Ethics: How Paralegals Can Harness the Use of AI in IP Practice** (February 5, 2025)
- Practising Law Institute — **Ethical Considerations in Licensing and What Happens when a Friendly Deal turns Litigious** (January 30, 2025)

- Scale LLP — **In House Bootcamp CLE Day** (January 24,2025)
- American Law Institute, Continuing Legal Education — **Engagement Agreements: Best Practices for Ethical and Effective Representation** (January 16, 2025)
- California Lawyers Association — **Protecting Your Clients and Your License: Ethical Dilemmas in Trademark Law** (January 15, 2025)
- TRTCLE — **Essential Ethics: Five Key Considerations for IP Lawyers** (December 4, 2024)
- TRTCLE — **Essential Ethics: Five Key Considerations for IP Lawyers** (November 5, 2024)
- The Bar Association of San Francisco — **Show Me The Money** (October 30, 2024)
- American Intellectual Property Law Association — **Effective Use of AI: Leveraging Technology While Staying Ethical** (October 24, 2024)
- TRTCLE — **Essential Ethics: Five Key Considerations for IP Lawyers** (October 1, 2024)
- Trademark Administrators & Practitioners Meeting — **Generative AI: Navigating Legal Risks and Challenges** (September 24, 2024)
- TRTCLE — **Essential Ethics: Five Key Considerations for IP Lawyers** (September 3, 2024)
- Strafford — **Conflicts in Patent Prosecution: Avoiding Ethical Pitfalls** (August 20, 2024)
- TRTCLE – **Essential Ethics: Five Key Considerations for IP Lawyers** (August 13, 2024)
- Association of Professional Responsibility Lawyers – **The Great Debate: Live Debate About Recent Listserv Topics of Contention** (August 3, 2024)
- American Bar Association – **Taking a Deep Dive: Impact of New MRPC 1.16 & Corporate Transparency Act on IP Practitioners** (August 1, 2024)
- National Association of Patent Practitioners – **Fireside Chat** (July 18, 2024)
- National Association of Patent Practitioners – **Inequitable Conduct & Taking Over Prior Cases** (July 18, 2024)
- TRTCLE – **Essential Ethics: Five Key Considerations for IP Lawyers** (July 2, 2024)
- TRTCLE – **Essential Ethics: Five Key Considerations for IP Lawyers** (June 4, 2024)
- Oklahoma Bar Association– **Hot Topics in IP Ethics: From AI to Limited Scope Arrangements, What IP Lawyers Should Know** (May 31, 2024)
- American Bar Association – **Government Conflicts: Special Circumstances Beyond Rule 1.11** (May 31, 2024)
- MBHB – **Conflict of Interest in IP Practice** (May 15, 2024)
- IPO – **Ethical Use of AI in the IP Practice** (May 14, 2024)
- ALI-CLE – **Ethical and Effective Billing Practices: 5 Ways to Stay Compliant** (May 8, 2024)
- TRTCLE – **Essential Ethics: Five Key Considerations for IP Lawyers** (May 7, 2024)
- Oregon Patent Law Association– **Salishan Conference** (April 27, 2024)
- Practising Law Institute – **IP Discussions**: **Prosecution & Ethics** (April 23, 2024)
- American Bar Association – **AI Ethical Competency: What Every IP Lawyer Needs to Know About Artificial Intelligence in the Practice of Law** (April 19, 2024)
- Practising Law Institute – **Ethics Issues in the Cannabis Industry** (April 4, 2024)
- TRTCLE – **Essential Ethics: Five Key Considerations for IP Lawyers** (April 2, 2024)
- American Bar Association – **The Last Twelve Months: Ethics Developments and Legal Malpractice Avoidance** (March 27, 2024)
- ALT Legal & Corsearch – **AI on the Prize: Ethical Considerations for Emerging Technologies** (March 19, 2024)
- Santa Cruz Bar Association – **Billing Effectively: 5 Ways to Stay Ethical When Tracking Billing Time to Clients** (March 5, 2024)
- TRTCLE – **Essential Ethics: Five Key Considerations for IP Lawyers** (March 5, 2024)
- American Bar Association– **Ethics Avengers of the IP World: Paralegals Assemble! Navigating the Legal World with Lawyers, One Rule at a Time** (February 20, 2014)
- TRTCLE – Essential Ethics: Five Key Considerations for IP Lawyers (February 6, 2024)
- Chicago Bar Association – **Hot Topics in IP Ethics: What Patent and Trademark Lawyers Need to Know** (January 26, 2024)
- Knobbe Martens – **Controlling the Narrative -Setting the Stage for Well-Being and Competence in 2024** (January 25, 2024)
- Scale LLP – **In House Bootcamp CLE Day** (January 19, 2024)

Emil J. Ali                                                                                          6

- Orange County Intellectual Property Law Association – **Ethics in Review: Hot Topics for IP Attorneys** (January 18, 2024)
- TRTCLE – **Essential Ethics: Five Key Considerations for IP Lawyers** (January 2, 2024)
- CELESQ – **The Ethical Patent Lawyer: A Primer on the Ethics and Regulation of Patent Prosecutors** (September 27, 2023)
- Orange County Asian American Bar Association – **5 things In- House Lawyers Should Know About Ethics** (September 7, 2023)
- CEB: Billing Effectively – **5 Ways to Stay Ethical When Tracking and Billing Time to Clients** (August 10, 2023)
- American Bar Association – **LPL Section's Ethics: A Mid-Year review** (June 28, 2023)
- American Bar Association – **Landslide, Ethical Issues of Remote Work for IP Professionals** (June 27, 2023)
- American Bar Association – **IPL Annual, Inequitable Conduct Allegations in Patent Cases: Considerations and Takeaways from Recent Court Decisions** (April 14, 2023)
- United States Patent and Trademark Office – **Ethics Issues Facing USPTO Practitioners** (March 24, 2023)
- University of Texas at Austin – **2023 Advanced Patent Law Institute, Ethics Issues Facing USPTO Practitioners** (March 23, 2023)
- CNA Insurance – **Jamison, Risk, Regulation & Resilience: Best Practices for Your IP Practice** (March 23, 2023)
- American Bar Association Intellectual Property Law Practice Management – **Practicing Law Across Borders: Managing UPL Risks of Multijurisdictional Practice** (March 13, 2023)
- American Bar Association – **GPSolo Magazine, Communication with Clients: Adequate or Inadequate?** (February 17, 2023)
- American Intellectual Property Law Association – **Creating and Running an Ethical IP Law Firm Part 2 – Creating Firm Entity and Ownership; Determining Fees; Handling Client Money; Getting Paid; Record-Keeping Requirements; and Insurance** (February 14, 2023)
- Association of Professional Responsibility Lawyers – **Insurance Refresh: An Ethics Lawyer's Guide to Coverage Issues** (February 4, 2023)
- TRTCLE – **Hot Topics in IP Ethics** (January 31, 2023)
- Anteaters in Law & UCI Law – **Ethics: 5 Things That Might Keep You Up At Night** (January 27, 2022)
- Orange County Intellectual Property Law Association – **Ethics Issues for IP Counsel Working Through Foreign Associates and Intermediaries** (January 25, 2023)
- D.C. Bar – **A Primer on Conflicts of Interest in IP Practice** (January 24, 2023)
- Harrity & Harrity Minority Firm Incubator 2.0 – **Intellectual Property Ethics: Five Things You Should Know About Running a Successful Patent Practice** (July 12, 2022)
- World Trademark Review – **Lessons from the USPTO's war on rule-breaking trademark practitioners** (May 7, 2022)
- American Bar Association – **Legal and Tax Considerations for a Remote Inventor World** (November 3, 2021)
- Lawline – **Avoiding Discipline at the USPTO: Recent Developments in Patent and Trademark Ethics** (October 25, 2021)
- Ontario Trial Lawyers Association Business Litigation Section – **Ethical Considerations in Joint Representation** (October 14, 2021)
- State Bar of Wisconsin – **IP Academy** (September 24, 2021)
- Patent Trial and Appeal Board Bar Association – **Ethics before the PTAB** (September 24, 2021)
- ACBA Labor and Employment 2021 Symposium – **Ethical Considerations in Joint Representation** (August 27, 2021)
- Conflicts in Patent Prosecution – **Avoiding the Ethical Pitfalls Minimizing Risks of Malpractice Liability and Ethics Sanctions** (August 26, 2021)
- Oregon State Bar RELU, Back to Basics — **Practical Ethics Tips for Real Estate and Land Use Practitioners** (July 29, 2021)
- UIC John Marshall Law School 12th Annual Ethics in the Practice of Intellectual Property Law Seminar– **IP & Ethics: Current Trends & Best Practices** (June 4, 2021)
- American Bar Association National Conference on Professional Responsibility – **Lawyering in the Pandemic** (June 2, 2021)
- American Bar Association Intellectual Property Law Spring Virtual – **Solicitation Ethics :Best Practices to Engage Potential Litigation Clients** (April 14, 2021)
- Practising Law Institute– **Intellectual Property Rights Enforcement 2021** (January 7, 2021)

**Emil J. Ali**                                                                                                           7

- World Trademark Review: **Decoding the nuances of ethical trademark practice before the USPTO** (January 4, 2020)
- World Trademark Review – **Top five trademark ethics issues to watch out for** (December 28, 2020)
- Multnomah Bar Association – **COVID Ethics Crunch: Best Practices in Zooming to Client Success in a Pandemic** (October 21, 2020)
- American Bar Association – **Fall 2020 National Legal Malpractice Conference** (September 24, 2020)
- United States Patent and Trademark Office Ethics Rules– **Law 360: Balancing Newly Divergent State** (September 23, 2020)
- Oregon State Bar –  **Bar Bulletin: Creating a Sense of Belonging** (September 2020)
- Practising Law Institute – **PLI's Patent Fundamentals Bootcamp 2020 (San Francisco)** (July 15-17, 2020)
- American Bar Association, Intellectual Property Section – The USPTO's Focus on Declarations - **How to Ensure your Patent and Trademark Filings Comport with the USPTO Rules, Washington, DC** (April 3, 2020)
- Alt Legal Connect– **A Trademark Attorney's Guide to OED: and How to Avoid Inadvertent Ethical Violations, Alt Legal Connect 2020 – Trademark Conference New York** (March 22 – 24, 2020)
- Strafford – **Conflicts in Patent Prosecution: Avoiding the Ethical Pitfalls** (February 25, 2020)
- Oregon State Bar Securities Section – **Regulation BI: Preparing Clients for the New Standard of Conduct** (February 12, 2020)
- CNA Insurance – **Shifting Landscapes: Adapting your IP Firm to Emerging Threats**(December 12, 2020)
- Financial Planning Association – **Overview of the Form CRS (Regulation Best Interest**) (November 26, 2019)
- Oregon State Bar – **ADR in Oregon(co-Author)– Barbooks** (2019)
- CNA Insurance – **Business Transactions Between Client and Lawyer** (November 2019, Issue 5)
- Financial Planning Association– **Overview Interpretative Guidance (Regulation Best Interest)** (November 5, 2019)
- Carr Butterfield, LLP – **How to be a CCO** (October 24, 2019)
- SEC Regulation Best Interest: **What It Means for Certified Financial Planners (CFP®), Financial Planning Association** (September 19, 2019)
- University of Dayton School of Law — **29th Annual Program In Law and Technology (PILT) Seminar, Trademark Representation: Ethics of the Rise in Foreign Filings** (June 7, 2019)
- American Bar Association Center for Professional Responsibility – **Strengthen and Update Internal Risk Management** (May 31, 2019)
- Strafford – **Trademark Representation Risks: Best Practices For Reducing Malpractice And Ethics Complaints** (May 8, 2019)
- American Bar Association Center for Professional Responsibility – **Protecting Your On-Line Reputation without Losing Your License** (April 23, 2019)
- Recommendation and Report to the Assembly Regarding PMBR, ABA YLD Ethics and Professionalism Committee (January 26, 2019)
- University of Dayton School of Law – **28th Annual Program In Law and Technology (PILT) Seminar, Ethics for IP Professionals: The Three C's – Communication, Conflicts, and Client Trust Accounting** (June 8, 2018)
- Oregon State Bar Intellectual Property Section – **Ethics for IP Professionals: The Three C's – Communication, Conflicts, and Client Trust Accounting** (May 2, 2018)
- Oregon State Bar Securities Regulation Section – **The Nuts & Bolts of SEC Whistleblower Claims & How the Recent Digital Realty Case Changed the Landscap**e (March 21, 2018)